UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**SEALED**

UNITED STATES OF AMERICA

v.                                              CASE NO. 8:07-cr-342-T-23 MAP

AHMED ABDELLATIF SHERIF MOHAMED          18 U.S.C. § 842(p)(2)(A) and 2
and                                      18 U.S.C. § 842(a)(3)(A) and 2
YOUSSEF SAMIR MEGAHED                    18 U.S.C. § 982(a)(2)(B) - forfeiture

FILED 2007 AUG 29 PH 5:21

### INDICTMENT

The Grand Jury charges:

### COUNT ONE

During and between in or about June, 2007 and on or about August 4, 2007, in the Middle District of Florida and elsewhere,

AHMED ABDELLATIF SHERIF MOHAMED,

the defendant herein, did teach and demonstrate the making and use of an explosive and destructive device and distribute by any means, information pertaining to, in whole and in part, the manufacture of a destructive device and did distribute by any means information pertaining to, in whole and in part, the manufacture and use of an explosive and destructive device, with the intent that such teaching, demonstration, and information be used for, and in the furtherance of, an activity that constitutes a federal crime of violence, to wit: a violation of Title 18, United States Code, Section 2339A.

All in violation of Title 18, United States Code, Sections 842(p)(2)(A) and 2.

**SEALED**

## COUNT TWO

On or about August 3, 2007, in the Middle District of Florida and elsewhere,

AHMED ABDELLATIF SHERIF MOHAMED
and
YOUSSEF SAMIR MEGAHED,

the defendants herein, not being licensees or permittees under the provisions of Chapter 40 of Title 18 of the United States Code, did knowingly transport and cause to be transported in interstate commerce explosive materials.

All in violation of Title 18, United States Code, Sections 842(a)(3)(A) and 2.

## **FORFEITURE**

1. The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 982(a)(2)(B).

2. From their engagement in any or all of the violations alleged in Counts One and Two of this Indictment, in violation of Title 18, United States Code, Section 842, defendants

AHMED ABDELLATIF SHERIF MOHAMED
and
YOUSSEF SAMIR MEGAHED,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(2)(B), any and all of the defendants' right, title, and interest in any property constituting, and derived from, any proceeds the defendants obtained directly or indirectly as a result of such violation.

3. If any of the property described above, as a result of any act or omission of the defendant(s):

    a. cannot be located upon the exercise of due diligence;

2

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 982(b)(1) [incorporating the provisions of Title 21, United States Code, Section 853(p)], to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

             A TRUE BILL,

             *[signature]*
             Foreperson

JAMES R. KLINDT
Acting United States Attorney

By:  *[signature]*
   JAY L. HOFFER
   Assistant United States Attorney

By:  *[signature]*
   ROBERT A. MOSAKOWSKI
   Assistant United States Attorney
   Chief, Tampa Division

FORM OBD-34
APR 1991

No. 8:07-cr-

# UNITED STATES DISTRICT COURT

Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

AHMED ABDELLATIF SHERIF MOHAMED
and
YOUSSEF SAMIR MEGAHED

## INDICTMENT

Violations:

18 U.S.C. § 842(p)(2)(A) - Teaching and Demonstration of the Making and Use of an Explosive and Destructive Device
18 U.S.C. § 842(a)(3)(A) - Interstate Transportation of Explosive Materials Without a License or Permit

A true bill,

_____
Foreperson

Filed in open court this 29th day
of August, A.D. 2007.

_____
Clerk

Bail $ _____

FILED
2007 AUG 29 PM 5:21
CLERK U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

N:\_Criminal Cases\M\Mohamed, Ahmed Sherif_2007R01848_JLH\f_Indictment_Back.wpd