UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                          CASE NO.:   8:07-cr-342-T-23MAP

YOUSSEF SAMIR MEGAHED

_____/

## **ORDER**

Youssef Samir Megahed moves (Doc. 64) to sever his trial from the trial of Ahmed Abdellatif Sherif Mohamed.  The United States opposes severance (Doc. 69). For the reasons, among others, advanced in the United States' response, the motion to sever is **DENIED**.

ORDERED in Tampa, Florida, on November 29, 2007.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE