IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA                     :
                                             :
                                             :
                                             :
v.                                           :        Case No.:8:07-cr-342-T-23MAP
                                             :
AHMED ABDELLATIF SHERIF MOHAMED              :
                                             :
        Defendant.                           :
_____ _____/

## NOTICE OF INTENT TO PARTICIPATE
## IN RULE 16 DISCOVERY

COMES NOW the Defendant, AHMED ABDELLATIF SHERIF MOHAMED, by and through the undersigned counsel and pursuant to Rule 16(a)(1), Fed.R.Crim.P., and moves the Government to disclose:

1.      The Defendant's statements, his prior record, documents and tangible objects, reports of examinations and tests, and expert witness information as defined in Rule 16(a)(1)(A-E).

2.      Any exculpatory material as encompassed in Brady v. Maryland, 373 U.S. 83 (1963), and subsequent cases.

3.      A written summary of testimony the Government intends to use under Rules 702, 703, or 705 of the Federal Rules of Evidence during its case-in-chief at trial.   This summary must describe the witnesses' opinions, the basis and the reasons therefore, and the witnesses' qualifications as defined in Rule 16(a)(1)(E)(1993 amendment)

4.      All other discovery to which we are entitled.

1

WHEREFORE the Defendant, AHMED ABDELLATIF SHERIF MOHAMED, respectfully requests the Government to disclose to him all discovery in the above-referenced case.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 7, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to:

Jay L. Hoffer, Esq.
Office of the United States Attorney

Adam B. Allen, Esq.
Federal Public Defenders Office

| | |
|---|---|
| */s/ Linda Moreno* | */s/ Lyann Goudie* |
| Linda Moreno, Esquire | Lyann Goudie, Esquire |
| Florida Bar No. 112283 | Florida Bar No. 789811 |
| Attorney for Mohamed | Attorney for Mohamed |
| Linda Moreno, P.A. | Goudie & Kohn, P.A. |
| P. O. Box 10985 | 400 North Ashley Drive, Suite 2180 |
| Tampa, Florida 33679 | Tampa, Florida 33602 |
| Telephone (813) 247-4500 | Telephone: (813) 413-2424 |
| lindamoreno.esquire@gmail.com | Facsimile: (813) 386-6211 |
| | lyann@goudiekohnlaw.com |