**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

vs.                                                    Case No. 8:07-CR-342-T-
                                                       23MAP

AHMED ABDELLATIF SHERIF MOHAMED

_____/

**DEFENDANT AHMED MOHAMED'S MOTION TO ADOPT**
**YOUSSEF MEGAHED'S MOTION TO SUPPRESS ANY AND**
**ALL PHYSICAL EVIDENCE AND/OR STATEMENTS AND**
**INCORPORATED MEMORANDUM OF LAW (DKT. 76)**

The Defendant, AHMED ABDELLATIF SHERIF MOHAMED, by and

through his undersigned counsel, hereby requests this Honorable Court to permit

the Defendant to adopt co-defendant Youssef Samir Megahed's Motion to

Suppress Any and All Physical Evidence and/or Statements and Incorporated

Memorandum of Law and Request for an Evidentiary Hearing (Dkt. 76) and the

grounds set forth in the Motion and all evidence adduced in support of the motion,

the same as if the motion were set out, filed, and produced by the Defendant, and

as grounds therefor states:

1. The Motion seeks to suppress all items seized in the search of the motor

vehicle in which co-defendant Youssef Megahed was a passenger following a

traffic stop by law enforcement on August 4, 2007, in the town of Goose Creek, Berkeley County, South Carolina.

2.  The Defendant was the driver of the same motor vehicle at the time of traffic stop and is being prosecuted for possession of items seized as a result of the traffic stop and motor vehicle search, and therefore the Defendant has standing to join in the Motion.

3.  The Defendant has filed and served his own Motion to Suppress Evidence Seized from Vehicle, Request for Evidentiary Hearing and Witness Statements, and Memorandum of Law (Dkt. 102), but seeks to adopt additional arguments and points of law raised in Youssef Megahed's Motion which presumably will be heard with the Defendant's Motion on February 18, 2008, and said adoption will promote judicial economy.

4.  The Defendant's undersigned counsel has reviewed the same motion and accepts, agrees with, adopts, and joins in the factual assertions, cited law, conclusions, and requested relief as stated therein.

WHEREFORE, the Defendant requests this Honorable Court to permit the Defendant to adopt Youssef Samir Megahed's Motion to Suppress Any and All Physical Evidence and/or Statements and Incorporated Memorandum of Law and Request for an Evidentiary Hearing (Dkt. 76) and to grant the relief requested therein.

Respectfully submitted,

S/ Bruce G. Howie
Bruce G. Howie
Florida Bar No. 263230
Bruce G. Howie, P.A.
13577 Feather Sound Drive, Suite 300
Clearwater, FL 33762
Telephone (727) 572-6666
Facsimile (727) 571-1415
Email: howie@brucehowie.com

## Certificate of Service

I HEREBY CERTIFY that on February 8, 2008, I electronically filed the

foregoing with the Clerk of Court by using the CM/ECF system which will send a

notice of electronic filing to the following:

Jay L. Hoffer, Esq.
Office of the United States Attorney

Adam B. Allen, Esq.
Federal Public Defenders Office

S/ Bruce G. Howie
Bruce G. Howie
Florida Bar No. 263230
Bruce G. Howie, P.A.
13577 Feather Sound Drive, Suite 300
Clearwater, FL 33762
Telephone (727) 572-6666
Facsimile (727) 571-1415
Email: howie@brucehowie.com