UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                CASE NO: 8:07-cr-342-T23-MAP

YOUSEF SAMIR MEGAHED
_____/

### ORDER

The defendant Youssef Samir Megahed's "Motion Requesting the Use of Jury

Questionnaires as Part of the Jury Selection Process" (Doc. 91) and "Supplemental

Motion for Use of Jury Questionnaires and Proposed Jury Questionnaires" (Doc. 96) are

**DENIED**.

ORDERED in Tampa, Florida, on March 6, 2008.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE