UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


UNITED STATES OF AMERICA


v.                                        Case No. 8:07-CR-342-T-23MAP


YOUSSEF SAMIR MEGAHED


GOVERNMENT'S RESPONSE TO  DEFENDANT MEGAHED'S
MOTION TO EXCLUDE IRRELEVANT VIDEO

COMES NOW the United States of America, by and through its representative, the undersigned Assistant United States Attorney, and responds to the defendant Megahed's Motion to Exclude Irrelevant, Government-Manufactured "Hollywood-esque" Video as follows:

1.      On April 15, 2008, the grand jury returned a superseding indictment in the instant case, charging a co-defendant, Ahmed Abdellatif Sherif Mohamed, with several counts and charging defendant Megahed and Mohamed together in two counts. Several of the counts charging co-defendant Mohamed alone arose from his production and distribution on the Internet of a videotape in which he narrated and explained the process of creating remote detonating devices for explosives.

2.      On August 4, 2008, the United States submitted to counsel for both defendants a copy of a video tape recording which agents of the FBI made of tests which they performed on or about July 15, 2008.  Those tests consisted of experiments to verify the accuracy and efficacy of the conversion techniques which defendant Mohamed demonstrated in his Internet video recording.  The tests also confirmed the use of such technology in the context of the remote detonation of some of the types of

high explosives which defendant Mohamed had been studying and researching on line prior to August 4, 2007, the date of his arrest.

3. On October 29, 2008, defendant Megahed filed the instant Motion to Exclude. In it, he seeks the exclusion of the FBI's video recording of their July 15, 2008 tests.

4. Counsel for defendant Meghahed failed to contact either counsel for the United States prior to filing said motion, as required by the terms of Section V of the court's Pre-Trial Discovery Order of October 24, 2007.

The subject recording is most relevant and probative as to the case against co-defendant Mohamed. The United States does not presently intend to offer that recording into evidence at the trial of defendant Megahed, based upon the testimony and evidence which it anticipates will develop at trial. However, the United States does believe that the recording of the July 15 tests might become relevant and admissible in its case-in-chief against defendant Megahed only in the event of unexpected evidence and testimony in that phase of his trial or as part of a possible rebuttal case by the United States at the conclusion of defendant Megahed's presentation of evidence. The United States does not presently believe that the disputed recording would be relevant as to the charges against defendant Megahed except under such circumstances.

5. The United States does, therefore, request that this Court deny defendant Megahed's Motion to Exclude as moot, with the understanding that the United States retains the right to request in limine permission of the Court to introduce said video

2

recording at a later stage of the trial of Defendant Megahed herein if circumstances develop at that trial which might then tend to establish its relevance more directly and specifically.

WHEREFORE, the United States respectfully requests that this Court deny defendant Megahed's Motion to Exclude as moot, with the understanding that the United States retains the right to seek its admission at a later time under the appropriate circumstances.

Respectfully submitted,

A. BRIAN ALBRITTON
United States Attorney


By:    s/ Jay L. Hoffer
       JAY L. HOFFER
       Assistant United States Attorney
       Florida Bar No. 0910708
       400 North Tampa Street, Suite 3200
       Tampa, Florida   33602
       Telephone:   813-274-6318
       Facsimile:    813-274-6178
       E-mail:   jay.hoffer@usdoj.gov


By:    s/ Robert T. Monk
       ROBERT T. MONK
       Assistant United States Attorney
       USA 026
       400 North Tampa Street, Suite 3200
       Tampa, Florida   33602
       Telephone:   813-274-6103
       Facsimile:    813-274-6178
       E-mail: robert.monk@usdoj.gov

3

**U.S. v. Youssef Samir Megahed**                    **Case No. 8:07-cr-342-T-23MAP**

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2008, I electronically filed the foregoing with

the Clerk of the Court by using the CM/ECF system which will send a notice of

electronic filing to the following:

Adam Allen, Esq.
Assistant Federal Public Defender
400 North Tampa Street, Suite 2700
Tampa, Florida  33602

*s/ Jay L. Hoffer*
JAY L. HOFFER
Assistant United States Attorney
Florida Bar No. 0910708
400 North Tampa Street, Suite 3200
Tampa, Florida  33602
Telephone:    (813) 274-6318
Facsimile:    (813) 274-6178
E-mail:  jay.hoffer@usdoj.gov

N:\_Criminal Cases\M\Mohamed, Ahmed Sherif_2007R01848_JLH\p_Response to Defendant Megahed's Motion to Exclude Irrelevant Video.wpd

4