```
 1                 UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF FLORIDA
 2                      TAMPA DIVISION

 3      UNITED STATES OF AMERICA

 4

 5           vs.                   CASE NO. 8:07-cr-342-T-23TBM
                                   March 18, 2009
 6                                 Tampa, Florida

 7

        YOUSSEF SAMIR MEGAHED,
 8
             Defendant.
 9
        _____/
10
                 TRANSCRIPT OF EXCERPT OF PROCEEDINGS
11                 (OPENING STATEMENT BY MR. ALLEN)
               BEFORE THE HONORABLE STEVEN D. MERRYDAY
12                  UNITED STATES DISTRICT JUDGE

13      APPEARANCES:

14      For the Government:   JAY HOFFER
                              ROBERT MONK
15                            Assistant U.S. Attorneys
                              400 N. Tampa Street, Suite 3200
16                            Tampa, Florida 33602
                              813/274-6000
17
        For the Defendant:    ADAM ALLEN
18                            DIONJA DYER
                              Assistant Federal Defenders
19                            400 N. Tampa Street, Suite 2700
                              Tampa, Florida 33602
20                            813/228-2715

21      Court Reporter:       Kerry Mercade
                              801 N. Florida Avenue
22                            Suite 15A
                              Tampa, Florida 33602
23                            813/301-5024

24

25      Proceedings recorded and transcribed by
        computer-aided stenography.
```

1    (Excerpt of proceedings.)

2         MR. ALLEN:  May it please the Court, Counsel.

3         THE COURT:  Yes, sir.

4         MR. ALLEN:  What is justice?  I would submit to

5    you, ladies and gentlemen of the jury, justice occurs

6    when a person is judged based solely on what they did

7    or did not do.  And that an injustice occurs when a

8    person is judged based on the color of their skin,

9    their country of origin, the religion they may

10   practice, or the company they may keep.  All we ask

11   and all Youssef Megahed asks is that you seek justice

12   in this case, that you review this evidence as

13   presented by the Government and judge him based

14   solely on what he did or did not do.

15        You're going to learn a lot about my client

16   Youssef Megahed during this trial.

17        THE COURT:  Mr. Allen, I'm going to ask you to

18   stand behind the lectern so your voice is picked up

19   by the public address system.

20        MR. ALLEN:  Thank you.

21        You're going to learn a lot about my client

22   Youssef Megahed this trial.  What you're going to

23   learn is that back on August 4th, 2007, at the time

24   of his arrest, he was a student at the University of

25   South Florida in the Engineering Department.  You're

1    going to learn that at that time he was one course,

2    one single class, away from graduating as a

3    mechanical engineer.

4         You're going to learn that Youssef Megahed was

5    originally born in Egypt, but that his father Samir

6    Megahed brought him and his family here to the United

7    States when Youssef was only 11-years-old.  You're

8    going to learn that Samir Megahed brought his family

9    here to the United States to give them the American

10   dream, to provide them with the best educational

11   opportunities that they could find anywhere.

12        You're going to learn that Youssef Megahed was

13   following in his father's footsteps, for his father

14   was also an engineer.

15        You're going to learn that Youssef Megahed is

16   also a brother, that he has an older brother named

17   Yahia Megahed.  And that Yahia Megahed at that point

18   had graduated from the University of South Florida

19   also as an engineer, and that he had gone on to get

20   his master's degree at the University of Central

21   Florida in engineering.

22        You're going to learn that Youssef Megahed has

23   a young sister who attends Hillsborough County

24   Community College.

25        And you're going to learn that Youssef Megahed

1    has even a younger brother named [Minor Y] who

2    suffers from Down Syndrome.

3         You're going to learn that this Megahed family

4    is not like your typical family.  Your typical

5    family, when the children go off to college, the

6    children literally go off to college and the family

7    stays at home.  You're going to learn that the

8    Megahed family is so tight that the parents actually

9    travelled to the college town where their kids were

10   going to college.

11        At the time of Youssef Megahed's arrest in

12   August, he was living with his parents, his older

13   brother Yahia, his younger brother Yassien, his mom,

14   his sister, and his father, all in a house up in New

15   Tampa, as we who live up there call it - I think some

16   people call it North Tampa - in the Tampa Palms area.

17        You're going to learn that back in August of

18   2007, Youssef Megahed, who was just one course away

19   from graduating from college, also held a part-time

20   job assisting the mentally ill here in the Tampa Bay

21   area at a local hospital.

22        You're going to learn that back in August of

23   2007, Youssef Megahed had his entire life in front of

24   him, for he was on the verge of accomplishing a goal

25   that all us wish for all of our children - to

1    graduate from college.

2         You're going to learn that this dream, this

3    American dream for the Megahed family, tragically

4    changed back on August 4th, 2007 when Youssef Megahed

5    planned an innocent weekend college road trip with a

6    person he had met at the University of South Florida.

7    You're going to learn that while attending the

8    University of South Florida, Youssef met an

9    individual named Ahmed Mohamed.  You're going to

10   learn that Mr. Mohamed was a lot differently situated

11   than Youssef Megahed.  You're going to learn that Mr.

12   Mohamed was five or six years older than Youssef

13   Megahed.  That while Youssef was in the undergraduate

14   program in the Engineering Department at USF, Mr.

15   Mohamed was actually in the graduate program.  He was

16   actually teaching in the Engineering Department at

17   USF as a teaching student.

18        You're going to learn that unlike Youssef

19   Megahed, who had been here in this country since he

20   was 11-years-old, Mr. Mohamed had only come to the

21   United States in January of 2007.  And unlike Youssef

22   Megahed and his family, who are lawfully here as

23   permanent residents, Mr. Mohamed was only here on a

24   student visa.  And he was only allowed to be here

25   really to teach at USF.

1    You're going to learn that Mr. Mohamed and

2    Youssef had some things in common.  I mean, they both

3    were from Egypt.  They both were in the engineering

4    programs at USF.  And they both spoke Arabic in

5    addition to English.  That they had gotten to know

6    each other, as people do in college, one college

7    friend to another college friend, and back in August

8    of 2007, they planned a weekend road trip, a road

9    trip no different than thousands of college students

10   take every single summer.  A trip no different than

11   college students take, United States college students

12   take when they're studying abroad.  You explore the

13   areas that you've never seen before when you are of

14   that age in college.  You're going to learn that like

15   most college students, this trip was planned on a

16   college budget.  You're going to learn that for this

17   trip to see different beaches here in the United

18   States, they borrowed Yahia Megahed, Youssef's older

19   brother's old Toyota Camry.

20      You're going to learn that they brought with

21   them things to help reduce the cost in this trip.

22   One of the things that they brought with them was

23   some Wal-mart gift cards.  They were going to use

24   those Wal-mart gift cards and did use those Wal-Mart

25   gift cards to purchase gasoline along the way.  As

1    you recall, gas was rather expensive in 2007, and

2    it's still rather expensive today.  They knew that

3    gas was cheaper as these Murphy Oil Gas Stations

4    which are adjacent to these Wal-Mart stores, so they

5    brought these gift cards to pay for gas.

6         You're going to learn that Youssef Megahed has

7    a lot of different hobbies.  You're going to learn

8    that he's a certified scuba diver.  You're going to

9    learn that he has an interest in firearms, that as a

10   young child living in Egypt, his whole family was a

11   member of a shooting club.  He was actually a

12   competitive -- was on the little team, kind of a

13   competitive target shooting thing.  You're going to

14   learn that he's a member of a local shooting range,

15   all of which is perfectly legal as a permanent

16   resident here in the United States.

17        You're going to also learn that one of his

18   hobbies is working on vehicles.  As a mechanical

19   engineer, he has special knowledge about fixing

20   engines and vehicles.  And at one point he even

21   worked at a local car dealership here in town.

22        And that he brought things on this trip in case

23   his older brother's old 2000 Toyota Camry broke down.

24   One of the things that he brought was the maintenance

25   manual for this vehicle.  He had downloaded the

1    maintenance manual for a 2000 Camry and put it on a

2    thumb drive, which if you don't know is a little

3    drive that you can put into a laptop computer, in

4    case the vehicle broke down.  He also brought a

5    ratchet set.  He also brought a pump in case the

6    tires got flat.  He also brought antifreeze in case

7    the car overheated.  He also brought water in case

8    the car overheated.  He also brought a gas can in

9    case they ran out of gas.

10       What you're going to learn is that this is not

11   the first weekend road trip Youssef Megahed and Mr.

12   Mohamed had taken.  Because you're going to learn

13   that several weeks before that they had taken a trip

14   to the Florida Keys to Camp Pennekamp down in Key

15   Largo to do some snorkeling and some scuba diving.

16   You're going to learn that during that weekend road

17   trip they ran out of gas on Alligator Alley.  We all,

18   I think, know what that is, but Alligator Alley is

19   that long road with no gas stations between the west

20   coast of Florida and the east coast of Florida.  They

21   needed to get roadside service.

22       So in order to avoid that happening, Youssef

23   Megahed brought one of the multiple gas cans that he

24   keeps because he works on vehicles with him on this

25   trip.  It was a partially full gas can -- in case

1    they were not able to get to the next Murphy Oil Gas

2    Station before they ran out of gas.

3          Mr. Watts, if I could have some assistance with

4    the board here?

5          (Pause.)

6          What you're going to learn is that this trip was

7    to see different beaches along the eastern coastline,

8    beaches some of us may take for granted, but beaches

9    that neither Mr. Momahed or Youssef Megahed had ever

10   seen before.  They left down here from New Tampa,

11   North Tampa, during the early morning hours of August

12   4th, 2007.  And that along the way they went up 95,

13   made a brief stop at Ocala, purchased some things.

14   Headed from Ocala up into Jacksonville.  And that

15   they stopped in Jacksonville at one of the Wal-mart

16   stores to get some assistance with the GPS device

17   they had purchased which they couldn't get to work,

18   which they were going to use to help find these

19   different beaches and to find these different

20   Wal-mart stores and Murphy Oil Gas Stations.

21         They then went to some beaches in the

22   Jacksonville area outside of Jacksonville, visited

23   some of the beaches.  Jacksonville has three or four

24   of them as I recall.

25         They then after the beaches in Jacksonville

1    headed up into Georgia, 95, and ultimately stopped in

2    Savannah, the tourist destination of Savannah.  Then

3    once visiting the area, the tourist area of Savannah,

4    they then went to the closest beach which was Tybee

5    Island.  And they spent some time at the beach in

6    Tybee Island.

7        They then headed up into South Carolina, up 95.

8    And their ultimate destination -- and I'm not tall

9    enough -- was Sunset Beach, North Carolina, which is

10   a small, little beach community just over the South

11   Carolina border into North Carolina.  Given the time

12   of day that they were at, if they continued on their

13   travels and had not stopped, they probably could have

14   made it there right at sunset.  Sunset Beach, North

15   Carolina.

16       As going through South Carolina, they stopped

17   in Walterboro and ate at a local Burger King and

18   realized that they needed to get gas to make it all

19   the way to Sunset Beach, North Carolina.  So they

20   punched into the GPS for the closest Wal-mart store

21   with the Murphy Oil Gas Station, and that GPS device

22   took them to the place that you all heard about

23   yesterday - Goose Creek, South Carolina.

24       You're going to learn that Goose Creek, South

25   Carolina is a small, little town just outside of

1   Charleston.  It's right up in this area up here.  Mr.

2   Mohamed was driving the vehicle.  They took an

3   innocent detour for gas in Goose Creek, South

4   Carolina at the Wal-mart Murphy Oil Gas Station.

5       Little did Youssef Megahed know that that

6   innocent detour for gas would change his life

7   forever.  Little did Youssef Megahed know that he

8   would be detained, he would be interrogated, and he

9   would be searched.  For little did Youssef Megahed

10  know that prior to that trip, Mr. Mohamed had placed

11  something in the trunk of that vehicle without his

12  knowledge that would change his life forever, that

13  would put his future on hold.  Little did he know

14  that Mr. Mohamed had placed something no bigger than

15  this little piece of PVC pipe, four inches in length,

16  approximately four of them, which contained a mixture

17  of potassium nitrate and sugar.

18      The evidence in this case will show that what

19  these little things were were nothing more than

20  innocent and harmless toy model rockets and toy model

21  rocket propellant.

22      You're going to learn that the common and

23  primary purpose of these little things is not to

24  explode.  The common and primary purpose of these

25  sugar rocket models, as they're called, or sugar

1    candy rockets -- you can find all different names for

2    it, but they all have sugar involved in it -- was to

3    do nothing more than to propel a small, little model

4    rocket into the air, away from the earth's

5    gravitational pull, and fall back to the ground.

6        The evidence in this case will show that these

7    little items that Mr. Mohamed had placed in the trunk

8    of this vehicle without Youssef Megahed's knowledge

9    were not pipe bombs.  The evidence will show that

10   they are not explosives.  The evidence will show that

11   they are not destructive devices.  They were not

12   designed to destroy property or person.  The evidence

13   will show that when these little things were ignited,

14   they did not explode.  They were nothing more than

15   harmless toy model rockets and model rocket

16   propellant.

17       You're going to learn that the mixture or

18   substance inside these small, little pieces of PVC

19   pipe plastic, which you can buy at any hardware

20   store -- I buy them all the time to fix my

21   sprinklers -- contained nothing but potassium nitrate

22   and sugar.

23       You're going to hear potassium nitrate referred

24   to throughout this trial as KNO3, and that's nothing

25   sinister.  That's like calling water H20 every time

 1     you talk about it.  It's just the periodic chart,
 2     KNO3, but it's potassium nitrate.  You're going to
 3     learn that potassium nitrate is used all the time by
 4     all of us and you don't even know it.  Potassium
 5     nitrate is in toothpaste.  It's in Sensodyne
 6     toothpaste as a desensitizing thing for your gums.
 7     It's used in recipes to make corned beef and other
 8     cured foods.  Potassium nitrate is a great food for
 9     plants.  It's in a lot of plant food.  One other
10     common use of potassium nitrate is in stump remover,
11     and stump remover is a product that contains mostly
12     potassium nitrate, which is used to help degenerate
13     old stumps to help you remove them.  It's perfectly
14     lawful to buy and have potassium nitrate.  Potassium
15     nitrate is not an explosive.  In sugar.  We all know
16     what sugar is.
17          You're going to also learn that what was in
18     these small, little PVC pipes was cat litter.  And
19     that there was a little hole inside the cat litter,
20     and you're going to learn that what that is is a
21     rocket nozzle, a model rocket nozzle.  What it's
22     designed to do is when you ignite a model rocket and
23     it goes off the ground there, is the gas and air that
24     comes out of the rocket -- we saw the space shuttle.
25     It's just a small version of the space shuttle.  That

1    gas and air pushes the rocket out and by having a

2    rocket nozzle, it focuses the energy of that gas.

3    These were not capped like a pipe bomb would be.

4    There's no caps on it.  It's designed for the gas to

5    come out of that little nozzle and push the item into

6    the air.  That mixture of potassium nitrate and sugar

7    is nontoxic and harmless.  You could eat it if you

8    wanted to, both are edible things.

9         You're going to learn that there are over

10   300,000 websites.  If you Googled the phrase "sugar

11   rocket" or "sugar rocket propellant", you'd find over

12   300,000 hits.  If you reviewed every one of those

13   hits, none of those websites would say potassium

14   nitrate and sugar should be added together to make an

15   explosive.  What they will say is you can use

16   potassium nitrate and sugar as a very inexpensive

17   model rocket fuel or propellant.  And model rocket

18   hobbyists have been doing it since probably the

19   1940s.

20        You're going to learn that this mixture of

21   potassium nitrate and sugar is -- will be referred to

22   by the experts as a pyrotechnic.  You're going to

23   learn -- we all know what pyrotechnics are.  We've

24   heard of a pyrotechnics show or fireworks show.

25   That's all this substance was.  You know, the match

1    head of a match is a pyrotechnic.  You're going to

2    learn that the legal and scientific definition of a

3    "pyrotechnic" -- it's common and primary purpose is

4    not to function by explosion but to burn like a match

5    head.  It's not designed to explode.

6         You're going to learn that these items are no

7    more harmless than a (indiscernible) or a sparkler,

8    these harmless rocket motors that Mr. Mohamed had

9    placed in the truck of the vehicle in the early

10   morning hours of August 4th, 2007, without Youssef

11   Megahed's knowledge.

12        You're going to learn that these little orange

13   pieces of PVC pipe are harmless and were not designed

14   to cause damage to property or person and could not

15   cause damage to property or person if ignited.  You

16   will not have to take my word for that.  You will not

17   have to take the word of the experts that the defense

18   is going to present in that case to establish that,

19   because the FBI's own testing showed that.

20        The FBI actually never ignited one of the

21   things in the trunk of the car, so I guess we don't

22   really know what would have happened if they were

23   ignited.  What they did was they made replicas, they

24   cut their own little four-inch pieces of PVC pipe,

25   and they put a mixture of potassium nitrate and sugar

1    and cat litter granules in it, and they ignited them.

2    Low and behold, when they ignited them, they did not

3    explode.  What they did was either burned, like you

4    would expect a pyrotechnic to do, like a match head

5    would do -- they expelled some gas like you would

6    expect a little model rocket to do.  Or some of their

7    testing they did nothing at all when ignited -

8    nothing.

9        Now, once the FBI did their testing and did

10   their reports and found that these little things were

11   harmless and didn't do anything at all, about five

12   months later they were directed, well, if these

13   things don't do anything at all, why don't you see if

14   you can find anything in the trunk of that car that

15   you could make into something dangerous, that you

16   could make into something that could harm person or

17   property.  Just see what you can do.  Out of a scene

18   from the old TV show *MacGyver*, three or four expert

19   -- explosive experts got together and said, "Well,

20   let's put our heads together and let's see if we can

21   make something dangerous because these things surely

22   aren't."

23       And what they did was they said, "Well, we've

24   got gasoline, and, boy, we don't have to be

25   scientists to know gasoline burns.  Right?  We have

1    this gas can that Youssef Megahed had brought in case

2    they ran out of gas.  They said, "Boy, I bet we can

3    make something with that."

4         So they said, "Let's take these things and

5    let's stick them in the gas can and see if we can

6    make a fire, see if we can readily convert this into

7    a destructive device."  You know what?  It didn't

8    work.

9         So they said, "Well, let's change it a

10   different way.  Let's put it on the side and see if

11   we can make it work."  You know what?  Didn't work.

12        So then they tried a third time and it still

13   didn't work.

14        Then one of them got the bright idea, "Well,

15   why don't we take that safety fuse that Mr. Mohamed

16   had placed in the car to launch his little model

17   rockets and wrap all 20 feet of it around that gas

18   can.  Boy, that ought to do something."  And you know

19   what they learned?  If you ignite gasoline it burns.

20   What happened is they wrapped that 20 feet of safety

21   fuse around that gas can and then the safety fuse,

22   this little green thing, ultimately eventually melted

23   the plastic of the gas can and the gasoline

24   ultimately spilled out of that small, little hole.

25   Low and behold, the safety fuse was still burning and

1    it ignited the gasoline.  That's the destructive

2    device that the Government is talking about that my

3    client supposedly knowingly possessed.

4        There's going to be a lot of debate during the

5    trial on whether or not potassium nitrate and sugar

6    is an explosive mixture or whether it's a propellant,

7    whether it's a low explosive, whether it's a

8    pyrotechnic, what's its common and primary purpose.

9        I submit to you there will not be any real

10   serious debate on whether or not Youssef Megahed knew

11   Mr. Mohamed had placed these items into the trunk of

12   the car, this small, little PVC pipe.

13       What the Government's going to prove beyond a

14   reasonable doubt in this case is, one, is this

15   potassium nitrate, this stump remover and sugar,

16   explosive materials?  But also that Youssef Megahed

17   knew those items were in the trunk of the car.

18       As to the other count, the Government's going

19   to have to prove that that gas can, and that safety

20   fuse, and these small, little harmless model rockets

21   could be readily converted into destructive device,

22   they also have to prove that Youssef Megahed

23   knowingly possessed those items, knew they were in

24   the trunk of the car.

25       This is what the evidence is going to show

1    regarding knowledge.  The evidence is going to show

2    that it was Mr. Mohamed who learned how to make the

3    sugar rockets, the propellant.  It was Mr. Mohamed

4    who learned to do that.  That it was Mr. Mohamed who

5    purchased the PVC pipe, who purchased the safety

6    fuse, who purchased the stump remover, who purchased

7    the cat litter, which you'll recall is used to make

8    the nozzle of the rocket.  It was Mr. Mohamed who

9    mixed the potassium nitrate and sugar together and

10   made the nozzle out of the cat litter.  It was Mr.

11   Mohamed who placed these items in the trunk of the

12   car during the early morning hours of August 4th,

13   2007.  It was Mr. Mohamed who knowingly transported

14   these harmless sugar rocket models.

15        As to Youssef Megahed, the evidence will show

16   that he simply had no knowledge of these items prior

17   to law enforcement finding them and questioning him

18   about them.

19        The Government talks about that backseat

20   conversation.  Mr. Mohamed and Mr. Megahed had been

21   interviewed for hours prior to that tape-recorded

22   conversation where they were asked - what's these

23   things in the trunk of the car?  Prior to them

24   talking about what they had said, not about what

25   they're going to say.

1    Once again, you will not have to accept my word

2    for it that Youssef Megahed did not have knowledge of

3    these items in the trunk of the car because the

4    science and forensic evidence in this case will prove

5    it.  Because what you're going to learn is that the

6    FBI did every possible investigation and test that

7    they could find to try to prove that Youssef Megahed

8    had knowledge of these items.

9    In addition to sending these items to the lab

10   to see if they would explode, which they found out

11   they wouldn't, they searched it for DNA evidence.

12   What you'll find is that in one of these items they

13   found hair inside the mixture of the substance of the

14   potassium nitrate and sugar.  And they're thinking,

15   "Wow.  Whoever's hair in there is probably the person

16   who made this."  That's common sense.  You don't have

17   to be a scientist to figure that.  So they sent that

18   hair out for DNA testing.  You know what the DNA

19   evidence showed?  That it excluded Youssef Megahed as

20   the source of that hair.  The DNA evidence showed it

21   was not his hair.  That same DNA evidence could not

22   exclude Mr. Mohamed.

23   They examined these items for fingerprints

24   because that would certainly show -- if Youssef

25   Megahed's fingerprints were on this item, it would

1    show that he knowingly possessed them.  The

2    fingerprints did not -- Youssef Megahed's

3    fingerprints were not found on any of these items,

4    which would clearly show his knowledge.

5        Now, they did find Youssef Megahed's

6    fingerprints on the gas can.  That makes sense

7    because he brought the gas can on the trip in case

8    they ran out of gas like they had three or four weeks

9    earlier when they took the trip to the Florida Keys.

10       They searched that car like there was no

11   tomorrow.  They even took an x-ray of it to see if

12   there were some hidden compartments or anything

13   inside the vehicle.  They didn't find anything.

14       The FBI didn't leave it alone at that.  They

15   said, "Let's go search Mr. Mohamed's residence and

16   let's search Youssef Megahed's residence to see if

17   there is any evidence, any trace evidence in the

18   residences.

19       And you're going to learn that Mr. Mohamed had

20   two residences.  He had one on Nedro and he had one

21   on Pompa (ph) Street because he was in the middle of

22   moving.  And they searched both of those residences.

23   You know what?  When they searched Mr. Mohamed's

24   residence, they found a lot of evidence that he was

25   the one that manufactures these items, these harmless

1    toy model rocket motors, because what they found in

2    his residence was other pieces of PVC pipe. They

3    found shavings of PVC pipe where he had cut the pipe.

4    They found traces of stump remover, potassium

5    nitrate. They even found some clippings from the cap

6    of the stump remover bottle in his residence.

7    When they searched Youssef Megahed's residence,

8    they didn't find any PVC pipe. They didn't find any

9    stump remover or potassium nitrate. They didn't find

10    any cat litter. They didn't find anything related in

11    a similar nature to these items in the residence.

12    But the FBI didn't stop there either because

13    they wanted to search other property that Mr. Mohamed

14    or Mr. Megahed may have had, and they knew that the

15    vehicle that they were driving in belonged to Yahia

16    Megahed, Youssef Megahed's older brother. So they

17    searched Mr. Mohamed's vehicle, which was a Ford

18    Escort. When they searched his vehicle, they found

19    more pieces of PVC pipe. They found safety fuse,

20    some more of the safety fuse he had brought along on

21    the trip. They also found some fireworks and some

22    fireworks safety instructions.

23    And they learned from Youssef when they

24    questioned him that he had a storage unit. Youssef

25    gave them permission to search that storage unit.

1    The storage unit was on Skipper Road (ph), also up

2    there kind of near the university in the New Tampa

3    area.  When they searched that storage unit that he

4    had, they didn't find any PVC pipe.  They didn't find

5    any potassium nitrate.  They didn't find any cat

6    litter.  They didn't find any safety fuse.  They

7    found things that Youssef Megahed had hobbies with.

8    They found his scuba diving equipment.  They found a

9    .22 caliber rifle which he had purchased a few days

10   earlier.

11        You're going to learn that during this trip,

12   when they stopped in Jacksonville at the Wal-mart,

13   Youssef Megahed purchased things for that .22 caliber

14   firearm that he had recently purchased because it's

15   not a very conditioned .22.  He purchased a

16   gun-cleaning kit, and some gun glue, and some things

17   to help improve the quality of that.  As I mentioned,

18   he's a member of a shooting range and that's why the

19   .22 caliber bullets were in the car, because he's a

20   member of the shooting range and he owns a .22

21   caliber rifle, which he left at home prior to this

22   trip.

23        And you know what else they found?  They found

24   a whole bunch of stuff to fix cars.  They found

25   ratchet sets.  They found another 20-gallon --

1    another five-gallon gasoline can.  They found oil

2    containers.  They found gas treatment.  They even

3    found one of those little racks that you kind of lay

4    on when you're working on a car and you kind of roll

5    underneath a car.  They found one of that in the

6    storage unit.  They didn't find anything related to

7    these items.

8         The FBI wasn't done yet.  They said, "Let's

9    trace the receipts and the purchases to see if maybe

10   Youssef Megahed was present.  Maybe Youssef Megahed

11   purchased the potassium nitrate Mr. Mohamed used.

12   Maybe Youssef Megahed purchased the cat litter Mr.

13   Mohamed used.  Maybe he purchased the safety fuse.

14   Maybe he purchased the PVC pipes."  They traced

15   receipts from purchases six months prior to this trip

16   that Mr. Mohamed had.  You know what they found?  It

17   was Mr. Mohamed who purchased the PVC pipe.  It was

18   Mr. Mohamed who purchased the safety fuse.  It was

19   Mr. Mohamed who purchased cat litter, and he doesn't

20   have a cat.  It was Mr. Mohamed who purchased all the

21   items used to make these little, harmless bottle

22   rockets.

23        When they searched Youssef Megahed's receipts,

24   they found he's got a sweet tooth.  He buys a lot of

25   candy.  They also found that he bought items to fix

1    and work on cars.  They didn't find that he bought

2    any of these items:  Potassium nitrate, stump

3    remover, PVC pipe, safety fuse, cat litter.

4        The FBI wasn't done yet.  They pulled the video

5    cameras from the different Wal-mart stores and Home

6    Depot stores to see if Youssef Megahed was on the

7    video.  Cause you know what?  Maybe Mr. Mohamed

8    purchased it and Youssef was right there with him.

9    And they watched videos.  Youssef Megahed wasn't on

10   any of those videos.  He wasn't present when Mr.

11   Mohamed purchased these things.

12       The judge has already instructed you about

13   reasonable doubt and that Youssef Megahed sits here

14   with the presumption of innocence until the

15   Government proves its case on all elements beyond a

16   reasonable doubt.  And the judge is going to give you

17   the instructions.  And this is just a brief summary;

18   this is not all of the elements.  But as to the

19   explosive materials, the Government will need to

20   prove beyond a reasonable doubt that the mixture of

21   potassium nitrate and sugar in these little, harmless

22   sugar rocket motors, its common and primary purpose

23   is to function by explosion.  That's what it's

24   designed to do.  The evidence will show -- and they

25   won't be able to prove that beyond a reasonable doubt

1    because the common and primary purpose of potassium

2    nitrate and sugar is to propel model rockets and a

3    propellant is not an explosive.  If it was, they're

4    doing the space shuttle all wrong.

5        Additionally, the Government will have to prove

6    that Youssef Megahed knowingly transported.  The

7    Government has to prove that when two college

8    students go on a road trip, each of them know what

9    the another one brought.  That's what the Government

10    has to prove.

11        MR. HOFFER:  Your Honor, at this point I must

12    object.  This is argument.

13        MR. ALLEN:  I'll move on, Your Honor.

14        THE COURT:  Thank you, Mr. Allen.

15        MR. ALLEN:  As to the destructive device issue,

16    the Government -- and this is a summary.  The judge

17    will give you all the elements.  But the Government

18    will have to prove that the combination of parts were

19    designed -- and this is the gas can, the 20 feet of

20    safety fuse, the little, harmless sugar rocket motors

21    were designed or intended to be readily converted

22    into a bomb.  That that was the purpose and the

23    design of the gas can, and the safety fuse, and the

24    four-inch piece of PVC pipe.

25        The Government will also have to prove that

1    Youssef Megahed knowingly actually possessed those

2    items, actually held them in his hand, or intended to

3    take control of them in the future.  I submit to you

4    that the Government will not be able to prove all of

5    those elements beyond a reasonable doubt.

6        Ladies and gentlemen of the jury, if you seek

7    justice in this case, you will be in a position to

8    end this nightmare for Youssef Megahed.  Because if

9    you seek justice and judge him solely based on what

10   he did or did not do, you will be left with no choice

11   but to return a verdict of not guilty as to both

12   charges.

13       Thank you.

14   (End of excerpt of proceedings.)

15

16                  C E R T I F I C A T E

17       I, Kerry Mercade, certify that the foregoing is

18   a correct transcript from the record of proceedings

19   in the above-entitled matter.

20                           S/Kerry Mercade

21                           Kerry Mercade
                             Court Reporter
22

23

24

25