1              UNITED STATES DISTRICT COURT
              MIDDLE DISTRICT OF FLORIDA
2                   TAMPA DIVISION

3    UNITED STATES OF AMERICA

4

5         vs.              CASE NO. 8:07-cr-342-T-23TBM
                           March 19, 2009
6                          Tampa, Florida

7

     YOUSSEF SAMIR MEGAHED,
8
          Defendant.
9
     _____/
10
          TRANSCRIPT OF EXCERPT OF TRIAL PROCEEDINGS
11              (TESTIMONY OF ANDREW TAYLOR)
          BEFORE THE HONORABLE STEVEN D. MERRYDAY
12              UNITED STATES DISTRICT JUDGE

13   APPEARANCES:

14   For the Government:  JAY HOFFER
                          ROBERT MONK
15                        Assistant U.S. Attorneys
                          400 N. Tampa Street, Suite 3200
16                        Tampa, Florida 33602
                          813/274-6000
17
     For the Defendant:   ADAM ALLEN
18                         DIONJA DYER
                           Assistant Federal Defenders
19                         400 N. Tampa Street, Suite 2700
                           Tampa, Florida 33602
20                         813/228-2715

21   Court Reporter:      Kerry Mercade
                          801 N. Florida Avenue
22                        Suite 15A
                          Tampa, Florida 33602
23                        813/301-5024

24

25   Proceedings recorded and transcribed by
     computer-aided stenography.

1                            INDEX

2
**GOVERNMENT WITNESS ANDREW TAYLOR**
3    Direct Examination by Mr. Hoffer..........3
     Cross-Examination by Ms. Dyer.............31
4    Redirect Examination by Mr. Hoffer........39
5
                     **GOVERNMENT'S EXHIBITS**
6

7    **Number        Description                    Page**

8    71            Photographs...................30
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    (Excerpt of proceedings.)

2         GOVERNMENT WITNESS, ANDREW TAYLOR, SWORN

3         THE COURT:  State your name.

4         THE WITNESS:  Deputy Andrew Taylor.

5         THE COURT:  T-A-Y-L-O-R?

6         THE WITNESS:  Yes, sir.

7         THE COURT:  Mr. Hoffer, you are recognized for

8    your direct examination.

9                        DIRECT EXAMINATION

10   BY MR. HOFFER:

11   Q    Deputy Taylor, good morning.

12   A    Good morning.

13   Q    Let me ask you, sir, if you would, please try to

14   direct your voice into the microphone so everybody in

15   the courtroom can hear your answers, okay?

16   A    Yes, sir.

17   Q    Let me ask you first, sir, are you employed at

18   the present time?  If so, for whom do you work?

19   A    Yes, sir.  I am a corporal on the Berkeley

20   County Sheriff's Office Selective Enforcement Team.

21   Q    Berkeley County, South Carolina, where is that,

22   sir?

23   A    It's right outside of Charleston.

24   Q    How long have you been an employee of the

25   sheriff's office there?

1    A    Right at two and a half years.

2    Q    And you indicated your current rank is what,

3    sir?

4    A    Corporal.

5    Q    And what's current duty assignment?  What do you

6    do?

7    A    Selective Enforcement Team.

8    Q    What is the Selective Enforcement Team of the

9    sheriff's office there in Berkeley County?

10   A    We are considered a street crimes unit and also

11   a drug interdiction team.

12   Q    At the present time, how many officers or

13   deputies are involved in this unit?

14   A    Five, including supervisors.

15   Q    Day to day, just generally speaking, at that

16   time present time, what are your duties and

17   responsibilities?  What kind of things do you deal

18   with?

19   A    I patrol high crime areas and look for drug

20   activity and also work highway drug interdiction on

21   I-26.

22   Q    Corporal Taylor, let me direct your attention

23   back to Saturday, August 4th of 2007.  Do you recall,

24   were you working on that date as an officer of the

25   sheriff's office?

1    A    Yes, sir, I was a PFC on patrol in the Goose

2    Creek area.

3    Q    And your rank was what again?

4    A    Private First Class.

5    Q    At point in time, August of 07, how long had you

6    been working for the sheriff's office then?

7    A    Right at a year.

8    Q    And as far as your duty assignment for that

9    particular day, Saturday the 4th of August, do you

10   recall when your tour of duty started?  Let's start

11   with that, first of all.

12   A    Tour of duty started at 5:30 in the morning.

13   Q    With respect to your assignment for that day or

14   assignments, what were they, as best you remember?

15   A    I was answering patrol calls, regular 9-1-1

16   calls, complaints in the Goose Creek area.

17   Q    Did you have a vehicle?

18   A    Yes, sir.

19   Q    What type of vehicle were you operating or had

20   at that time?

21   A    I had a 2003 Ford Crown Victoria fully marked

22   with a light bar on top.

23   Q    So a standard police vehicle?

24   A    Yes, sir.

25   Q    And were you working alone during that tour of

1    duty or with anybody else?

2    A    I had two other partners in the area.  PFC

3    Collins was in the area and we had a corporal,

4    Corporal Williams Praylow (ph), who was also in the

5    area.

6         THE COURT:  What's the last name?

7         THE WITNESS:  Praylow?

8         THE COURT:  How do you spell that?

9         THE WITNESS:  Your guess is as good as mine.

10        THE COURT:  You are saying Praylow?

11        THE WITNESS:  Yes, sir.

12   BY MR. HOFFER:

13   Q    As far as, though, in your vehicle and doing

14   your duty rounds or patrol rounds, were you alone or

15   with anybody else?

16   A    I was alone.

17   Q    Let's me fast forward a little bit on that date

18   itself and direct your attention, if I could, to

19   about 5:25 or so in the afternoon of that date.  Do

20   you recall where you were at about that time and what

21   you were doing at around that time?

22   A    Yes.  Myself and -- I had met up with Corporal

23   Blakely who was on the Selective Enforcement Team at

24   the time.  We had just got done running some traffic

25   on Thoroughgood Road and I was looking for a stolen

1    car off of Geneva Road.

2    Q     So you were investigating some report of some

3    stolen car that you had?

4    A     Yes.

5    Q     Specifically, whereabouts were you --

6    whereabouts in the county where are you when you were

7    investigating this stolen car report or activity?

8    A     I was on Geneva Road.  It's right off of U.S.

9    176.

10   Q     And Geneva Road and this Road 176, is in what

11   part of the county, sir?

12   A     It's in the Goose Creek area.

13   Q     Now, the Goose Creek area of Berkeley County,

14   first of all, is it a separate part of the county?  A

15   part of the county itself?  What is it?

16   A     I didn't understand your question.

17   Q     Let me rephrase it.  You've got Berkeley County

18   and Goose Creek is within the county, I take it,

19   correct?

20   A     Yes.

21   Q     You are familiar with Goose Creek, are you not?

22   A     Yes, sir.

23   Q     Is it a city, town, village part of the county?

24   Do you understand how it relates as far as the county

25   goes?

1    THE COURT:  Wait just a moment.  Mr. Hoffer?

2    MR. HOFFER:  Let's come to side bar just a

3 minute, please.

4    (At side bar, off the record.)

5    (End of side bar discussion.)

6 BY MR. HOFFER:

7 Q    Corporal Taylor, just if you know, Goose Creek

8 at that time was it a city, town, village?  What was

9 it?

10 A    It is a city located in Berkeley County.

11 Q    Do you know at the time in 2007 approximately

12 how big a city it was?  How many people?

13 A    I would estimate around 30,000 people within the

14 city limits of Goose Creek.

15 Q    Now, did there come a point in time a little bit

16 later on that day that you finished off dealing with

17 this investigation or looking for this stolen car

18 that you recall?

19 A    Yes.

20 Q    And when you finished doing that, Corporal, what

21 did you do next and where did you go?

22 A    Myself and Corporal Blakely decided -- I believe

23 he was getting off right around that time and my tour

24 of duty had ended, so I was going to the house.  I

25 was going home.

1    Q    Without telling us specifically where you live,

2    what direction or where were you heading towards?

3    A    I was heading towards Summerville area.  I was

4    going up 176 to a cut road, cut through.

5    Q    Let me ask you, you've mentioned 176 now a

6    couple of times.  What type of roadway or highway is

7    State Road 176?

8    A    It's a main thoroughfare to get in and out of

9    Goose Creek.

10   Q    And I guess I should have asked you then, but

11   let me ask you now.  As far as Goose Creek itself,

12   does it have any, to your knowledge and your

13   familiarity with it, landmarks, tourist-type

14   attractions, things of that nature?

15   A    Not any landmarks or tourist attractions, no,

16   sir.

17   Q    What type of community is it as far as the kind

18   of people who live there and the kind of things that

19   are there as far as you know?

20   A    It originated as a military town from the Naval

21   weapon station being located right now and used to

22   having the Navy base in Charleston.

23   Q    Corporal Blakely, who you said was working at

24   that time and you had meant him a little bit earlier

25   on that day in the afternoon, was he also patrolling

1    around in a vehicle?

2    A    Yes.

3    Q    Do you recall -- do you know what kind of

4    vehicle he was in on that afternoon?

5    A    Yes, sir.  I actually drive that same vehicle

6    now.  It's a 2007 Ford Crown Victoria marked on the

7    sides but has a slick top.  It has interior lights.

8    Q    So when you left this Geneva Road area, as you

9    described earlier -- tell the jury, if you would,

10   when you left Geneva Road, what direction did you go

11   and how did you hook up with 176, Highway 176?

12   A    I made a left onto 176 from -- or excuse me, a

13   right onto 176 from Geneva and was heading westbound.

14   Q    And did you notice or did you observe anything

15   unusual happening once you turned on to Highway 176?

16   A    Not as soon as I turned on, no, sir.

17   Q    And did something unusual -- you observed

18   something happen shortly after you got on that road?

19   A    Yeah, shortly after I got on I noticed Corporal

20   Blakely with his warning devices, his lights and

21   sirens, activated.

22   Q    What kind of lights does he have, did he have at

23   the time?

24   A    He has interior LEDs, two dual head LEDs in the

25   rear of the vehicle and one in the front, and corner

1    strobes and wigwags in the back.

2    Q    You've just given us a couple of descriptions of

3    lights that may be sort of police jargon?

4    A    Yes.

5    Q    Can you tell the jury what kind of lights they

6    are in layman's terms?

7    A    The LEDs are blue lights with several different

8    flashing patterns.  The corner strobes are on each

9    corner.  They are in the taillights.  And the wigwags

10   just make the taillights and reverse lights flash

11   back and forth.

12   Q    So after you noticed that -- by the way, at the

13   time you noticed that, where was his vehicle and

14   where was he going?

15   A    It appeared he was trying to pull over a vehicle

16   and he was going in front of the Wal-mart off of 176.

17   Q    And in relationship to where Corporal Blakely's

18   car was at the time you observed all this, where were

19   you in your car at that point?

20   A    I was right at the intersection of old Mt. Holly

21   Road and 176.

22   Q    In relationship to Blakely's car, where would

23   you have been in relationship to his car?

24   A    I would say 300 yards away.

25   Q    Were you behind it?

1   A    Yes.

2   Q    Was there anything between -- if anything, what

3   was between your car and Corporal Blakely when you

4   first saw these things happening?

5   A    Just several vehicles in between us.

6   Q    So what did you do at that point that you

7   observed the lights of Corporal Blakely's car?

8   A    I initiated all my warning devices on my lights

9   and sirens and made it through traffic to catch up to

10  him.

11  Q    What did the cars that were in between, what did

12  they do at that point?

13  A    They moved to the right to get out of the way.

14  Q    So did there come a point in time that you were

15  behind Corporal Blakely's car?

16  A    After the car had initially pulled over, yes,

17  sir, I pulled in between him.

18  Q    Do you recall where that location was where this

19  stop occurred or the traffic or the cars had stopped?

20  A    It was right down from Myers Road off of 176.

21  Q    When you got to that location, in addition to

22  Corporal Blakely and his car, what did you see there?

23  A    A golden color sedan with two occupants.

24  Q    Now, did you have a chance to see it at all --

25  withdrawn.  When you saw its first, was it

1    stationary, moving, or what?  What was it doing, that

2    car?

3    A    It was parked on the side of the road.

4    Q    Did you have a chance at all to see it moving

5    along the highway?

6    A    No, sir, I did not.

7    Q    Once you got to that location, sir, what if

8    anything did you do at that point?

9    A    I got out of my vehicle and approached the

10    passenger side of the sedan and acted as a backup

11    officer for Corporal Blakely.

12    Q    When you say acted as a backup officer for

13    Corporal Blakely, what do you mean by that?

14    A    All I did was observe movements and things that

15    were located inside the car.

16    Q    Now, you went to what part of the car first?

17    A    I stopped right at the B-Post, which would be

18    right next to the passenger side door, front

19    passenger door.

20    Q    And as you approached that area and got to that

21    area of the silver-colored car, did you observe

22    anything as far as activity inside of the car at that

23    point in time?

24    A    Not too much activity was going on.  I believe

25    Corporal Blakely was asking for all the information

1    that he needed for the traffic stop.

2    Q    Where was he in relationship to the car to where

3    you were?

4    A    He was right across from me.  He was standing

5    right next to the driver's door.

6    Q    Now, did you observe as you approached the car

7    or got to the passenger side of the car, how many

8    occupants there were in the car?

9    A    There were two.

10   Q    Do you recall when you observed them,

11   remembering whether you had ever seen them or had any

12   contact with either of those two individuals prior to

13   that day?

14   A    Never had seen them, never made contact with

15   them.

16   Q    Let me ask you, sir, first, if you would look

17   about the courtroom and see if you recognize anyone

18   as you observed inside of that vehicle on the

19   afternoon of August the 4th of 2007?

20   A    Yes, sir, I do.

21   Q    Could you point out that person you do recognize

22   and perhaps describe an article of clothing they have

23   on?

24   A    He is right next to me in a silver shirt or gray

25   shirt.

1      MR. HOFFER:  Indicated the defendant, Your

2  Honor.

3      THE COURT:  Appeared to.

4  BY MR. HOFFER:

5  Q    Corporal Taylor, the person you've just

6  identified, where was he in that car when you first

7  saw him on that day?

8  A    He was in the front passenger seat.

9  Q    And the other individual -- you said there was a

10  second person.  Where was that person seated?

11  A    In the driver's seat.

12  Q    When you approached the passenger side of the

13  vehicle as you described it, do you recall observing

14  anything about the -- I asked you about conduct and

15  you said what you said.  Did you observe anything

16  about the demeanor of either one of the two people in

17  the front seat of that car at the time?

18  A    I couldn't see the driver too terribly well.

19  The passenger was talking more for the driver to

20  Corporal Blakely.  All I observed was him holding on

21  to a laptop and two books sitting on his lap.

22      MR. HOFFER:  May I approach the witness, Your

23  Honor?

24      THE COURT:  You may.

25  BY MR. HOFFER:

1     Q     Corporal Taylor, I have handed you what's been

2     previously marked for identification as Government's

3     Exhibit 3 A.  Let me just ask you, sir, if you

4     recognize that or if that looks familiar to you from

5     anything that happened on August 4th of 07?

6     A     Yes.  This looks like the laptop that was in his

7     lap.

8     Q     When you first observed it, the laptop you're

9     talking about, where exactly was it and what was its

10     condition?  Do you remember?

11     A     It was closed and just sitting in the

12     passenger's lap.

13     Q     Corporal Blakely was where at that point in

14     time?

15     A     He was still getting information on the driver's

16     side of the vehicle.

17     Q     Now, was what he was doing, based on your

18     training and experience, the standard things an

19     officer in the county of the sheriff's office does

20     during a traffic stop like that?

21     A     Yes, sir.

22     Q     Now, did there come a point in time that the

23     passenger of the car, that would be the individual

24     you identified earlier, was asked to get out of the

25     car?

```
1    A    Yes, sir, there was a time that he was asked to
2    get out.
3    Q    How much time would you say passed between when
4    you first arrived on the scene and when that
5    happened, best you can remember?
6    A    Best I could remember, ten, 15 minutes, maybe.
7    Q    Where were you at the time that happened, that
8    was going on?
9    A    When he was asked to step out, I was standing
10   back at the front, right side of Corporal Blakely's
11   patrol car with the driver.
12   Q    And in relationship to where the passenger door,
13   front passenger door of the silver-colored car would
14   be, how far away were you?
15   A    Twenty-five feet.
16   Q    And were you involved at all?  Did you approach
17   to see him exit the car, or what did you do at that
18   point?
19   A    No, sir.  I stayed back with the driver.
20   Q    And did you observe anything, the defendant do
21   anything as he was being asked to exit and did exit
22   the car?
23   A    Yes.  He got out with the laptop in his hands.
24   Corporal Blakely had to ask him to put it back in the
25   vehicle.
```

1    Q    Did he do so?

2    A    Yes.

3    Q    That you could observe?

4    A    (Witness indicated.)

5    Q    And at that point where did the defendant or the

6    passenger of the car go to?

7    A    He came back towards me right at the front

8    passenger side of the vehicle.

9    Q    And where was the driver?

10   A    Right next to him.

11   Q    Where -- for the next several minutes of that

12   particular afternoon or late afternoon, do you recall

13   where both the driver and the defendant, the

14   passenger, were and what they were doing?

15   A    They were standing off the side of the road.

16   Q    Okay.

17   A    Just conversing back and forth.

18   Q    And where were you?

19   A    Standing in front of them, watching them.

20   Q    Did there come a point in time, let me ask you,

21   that other officers were at the scene other than

22   yourself and Corporal Blakely?

23   A    Yes.  Deputy Fields had arrived.

24   Q    And the vehicle in question that had been

25   stopped, that was off on the side of the road or on

1    the shoulder?

2    A    Yes, sir.

3    Q    Did you come to learn later on what kind of car

4    it was or did you observe what kind of car it was?

5    A    To the best of my knowledge, I remember it being

6    a Toyota.

7    Q    So we can talk about it as a Toyota.  That's how

8    I'll refer to it.  Did there come a point in time

9    that in addition to Deputy Fields that anyone else

10   from your department or office came to the scene?

11   A    Yes.  Sergeant Geiger responded to the scene.

12   Q    Who is Sergeant Geiger?

13   A    At the time he was a sergeant over the Selective

14   Enforcement Team.

15   Q    And how much time had passed, would you say,

16   from when the stop occurred, Corporal Blakely had the

17   car stopped, to when Sergeant Geiger arrived there,

18   do you remember?

19   A    Twenty, 25 minutes.

20   Q    What was your -- what were your doing during

21   that interim period?  What was your assignment as far

22   as the things going on at the location?

23   A    I was just watching the driver and the passenger

24   of the vehicle while Corporal Blakely searched the

25   vehicle.

1    Q    Corporal Blakely you said searched the vehicle.

2    Do you recall what he was doing or where he was

3    searching, if you remember?

4    A    I believe he started with the passenger side of

5    the vehicle.  That's the best of my knowledge is

6    where I remember he was.

7    Q    Did you observe or notice what, if anything,

8    Sergeant Geiger and this other Deputy Fields were

9    doing during that time period, sir?

10    A    At the time when Corporal Blakely first started

11    searching, Sergeant Geiger hadn't arrived there.  He

12    arrived later on in the search.  And Deputy Fields

13    was back with me.

14    Q    When Sergeant Geiger arrived, did you notice or

15    observe what, if anything, he did initially?  And

16    then later on what he did?

17    A    He got involved in the search, assisting

18    Corporal Blakely with the search of the vehicle.

19    Q    Inside the passenger compartment of the car?

20    A    Yes.  He started in the passenger compartment

21    and then moved to the trunk.

22    Q    Let me ask you about that.  When Sergeant Geiger

23    you said moved to the trunk area of the car, what did

24    he do, and Deputy Fields, the other deputy there,

25    what did they do at that point, sir?

 1    A    They begin searching through the -- I guess the

 2    inventory of the trunk.

 3    Q    At the point in time that that search commenced,

 4    again, where was the defendant and where was the

 5    driver of the vehicle?  Do you remember?

 6    A    At that time during the search, we had detained

 7    them due to Corporal Blakely finding bullets

 8    underneath the front passenger seat.  They were

 9    handcuffed, standing off to the side of the road.  I

10    believe they were actually kneeling down.  They asked

11    if they could sit and they sat.

12    Q    Were they doing anything?

13    A    They were conversing back and forth.

14    Q    Did you notice -- again, during the time period

15    that the search of the trunk was beginning by

16    Sergeant Geiger and by Deputy Fields, did you notice

17    what, if anything, the defendant and the driver of

18    the car did at that point in time?

19    A    It seemed that they focused more on Sergeant

20    Geiger and Deputy Fields and didn't converse too

21    terribly much.

22    Q    Now, the conversation that was going on, could

23    you understand the conversation at all?

24    A    No, sir.  It was a foreign language I wasn't

25    familiar with.

1    Q    How much time did Sergeant Geiger and Deputy

2    Fields spend to the best you remember searching or

3    looking inside that trunk?

4    A    Five or ten minutes maybe.  Five minutes would

5    probably be the best.

6    Q    And during that time period, where are you again

7    and what are you doing?

8    A    At that time I was still standing with the

9    passenger and the driver.

10    Q    Did something unusual or out of the ordinary

11    happen during that search of the trunk that you

12    observed or saw at that moment?

13    A    Deputy Fields pulled had pulled up a plastic bag

14    that had some material inside, PVC pipe, and showed

15    it to Sergeant Geiger.  And he made a distinct turn,

16    walking away from the scene.

17    Q    And where were you at that point in time?

18    A    I had actually approached the trunk and looked

19    inside the bag.

20    Q    And what did you see at that point?  What

21    observation did you make?

22    A    Several pieces of PVC pipe and unknown material

23    inside.

24         MR. HOFFER:  If we could, I think we have a

25    portion of Government's 1 C 2 that's queued up.  I

1   think we have to switch to the screen for part of

2   that video, Your Honor, and also perhaps dim the

3   lights, if the Court please, so they can be viewed a

4   little better.

5        THE COURT:  All right.

6   BY MR. HOFFER:

7   Q    Now, Deputy Taylor, we are looking at a portion

8   of -- a frame of Government's 1 C 2 in evidence.  It

9   is a frame and the time mark stamp at the top, right

10  corner is 18:02:22, which I take it -- are you

11  familiar with military time?

12  A    Yes.

13  Q    That equates to what time?

14  A    6:02.

15  Q    Afternoon or morning?

16  A    In the evening.

17  Q    If we could -- well, before we start to play,

18  let me just ask you.  Do you recognize what's

19  depicted in that frame or where this frame comes

20  from?  And if you recognize people in it, tell us who

21  they are.

22  A    The short gentleman is Sergeant Geiger.  The

23  tall gentleman in the baseball cap is Deputy Fields

24  and I'm in the uniform.

25  Q    If we could just move that forward and start to

1    play that from this point.

2         (Portion of Government's Exhibit 1 C 2 played

3    in open court.)

4    BY MR. HOFFER:

5    Q    As we're looking at it at this point, let's

6    freeze that for a second.  We're at 18:02:31 by the

7    time stamp in the upper right.

8         Corporal Taylor, what's just happened in those

9    seconds that have just passed?  What is occurring

10   there as you remember?

11   A    That was the bag that Deputy Fields had picked

12   up with that material in it and that was the move

13   that Sergeant Geiger made to get away.

14   Q    How did you react or what did you do at that

15   point?

16   A    I thought it was funny how Sergeant Geiger

17   turned away.  I didn't know really what was inside

18   it.

19   Q    And when he acted as he did, what did you do

20   then?

21   A    His suspicions, I guess, became raised.  I

22   laughed at his move, the little turn that he made,

23   and we really just stopped the search then.

24   Q    Now, following that point in time -- we're at

25   18:02:31.  Do you recall that either Sergeant Geiger,

```
1      Deputy Fields there in the cap, or yourself go back

2      into that trunk to search any further?

3      A    No, sir, I don't recall us doing that.

4      Q    What did you do following that as far as what

5      your activities were at that scene?

6      A    I was instructed by Sergeant Geiger to go block

7      off the lane, the slow lane of 176 travelling

8      westbound.

9      Q    And the slow lane, in relation to what's shown

10     there, would be the lane nearest to the shoulder

11     area?

12     A    Yes.

13     Q    And did you do that, sir?

14     A    Yes, I did.

15     Q    How did you do that?  What did you do?

16     A    I parked my patrol vehicle diagonal in the

17     roadway and stood behind it and directed people to

18     move into the fast lane or the number one lane.

19     Q    How long a time, Corporal Taylor, did you remain

20     at that location the rest of that afternoon?

21     A    Ten, 15 minutes.

22     Q    What did you do then?

23     A    After the ten or 15 minutes, I went home.

24     Q    Let me ask you, sir, first of all, backing up a

25     little bit about the location, et cetera, are you
```

1    familiar with that area of Goose Creek either from

2    your personal experience or from your patrol

3    experiences and duties?

4    A    Yes, sir.

5    Q    What type of area is it that was the location

6    where the car was stopped?

7    A    It was -- it's right next to a privately owned

8    land.  There's a big plant back there.

9    Q    Any houses or businesses around?  That's what I

10   sort of meant by the question.

11   A    There's a couple of housing projects just to the

12   left of the screen.  Up the road -- there is houses

13   every couple hundred feet up the road.

14   Q    So have you had occasion to patrol or drive

15   through there?

16   A    Yes, sir, I grew up in the area.

17   Q    Now, you had mentioned earlier in your testimony

18   that you turned on to this road, 176, somewhere

19   around where the Wal-mart store was located?

20   A    Yes.

21   Q    Where specifically is that Wal-mart store in

22   relation to Road 176 and also in relation, I guess,

23   to where you were when the car was stopped?

24   A    Off of 176, it's right at the intersection of

25   old Mt. Holly Road, or across from old Mt. Holly Road

1    and 176.

2    Q    In relationship to the location depicted here

3    where the Toyota was stopped, would that Wal-mart,

4    just to help us along, have been behind this location

5    or in front of it?

6    A    It's behind us.

7    Q    Can you approximate how far away from the

8    Wal-mart was the area where this stop occurred?

9    A    I would say a quarter mile.

10   Q    Now, based upon your knowledge of the area,

11   there is a shoulder along this side of the road where

12   this car was stopped, correct?

13   A    Yes, sir.

14   Q    Going from the Wal-mart, continuing, I guess, as

15   you say, westbound on 176, are there any businesses,

16   homes, or whatever on that side of the highway or off

17   the shoulder?  What's there?

18   A    There is Alcoa Aluminum right off to the right,

19   just past the Wal-mart on the right-hand side of the

20   road.

21   Q    Let me ask you about that Alcoa.  Now, what kind

22   of business or location is that?

23   A    They manufacture aluminum.

24   Q    And to get to that location from 176, if you are

25   travelling in the same direction westbound, as you

1    and Corporal Blakely were that day, how do you get to

2    that Alcoa location or facility?

3    A    There is a road that runs right off of 176 that

4    you have to travel approximately half a mile to a

5    mile back to get to.

6    Q    So the Alcoa plant is way off the side of the

7    road, sounds like?

8    A    Yes, sir.

9    Q    To get it there's a roadway.  How do you get off

10   of 176 and onto that roadway?

11   A    There is actually a turn lane off of 176 and a

12   paved road that'll take you back there.

13   Q    That road is paved.  How about the surface of

14   that road?  Is it flat?  Is it steep?  Is it graded?

15   Do you recall?

16   A    It is flat and paved.

17   Q    Do you recall -- and you said that's pretty

18   close to the Wal-mart after you pass that

19   intersection?

20   A    Yes.

21   Q    Going behind Alcoa, if you're still continuing

22   in the same direction westbound, I guess, on 176, do

23   you have any familiarity with any other spots along

24   that shoulder roadway as you're travelling westbound

25   that are flat or graded level similar to that Alcoa

1   roadway, for example?

2   A    There is a small driveway that leads to some

3   sort of a power substation right off of the

4   right-hand side of the road.

5   Q    Where would that driveway leading to that type

6   of power station, or whatever, where would that be in

7   relationship to where this car was stopped?

8   A    I believe it is just behind us.

9   Q    So this car would have passed it --

10  A    Yes.

11  Q    -- at that location?  To be at that location?

12  A    Yes, sir.

13       MR. HOFFER:  Could I have a moment, Your Honor?

14       THE COURT:  You may.

15        (Pause.)

16       MR. HOFFER:  May I approach the witness, Your

17  Honor?

18       THE COURT:  You may.

19  BY MR. HOFFER:

20  Q    Corporal Taylor, I've have handed you an exhibit

21  which is marked for identification as Government's

22  Exhibit 71.  Let me ask you if you recognize the

23  individual depicted in that photograph or item?

24  A    Yes, sir.

25  Q    And who do you recognize him to be and from

1    where do you recognize that particular person?

2    A    The first page?

3    Q    Yeah.

4    A    Mr. Mohamed.  He was the driver of the vehicle

5    on this day.

6    Q    So that's the individual you see on the driver's

7    seat when you approached the car?

8    A    Yes.

9         MR. HOFFER:  Your Honor, at this point I would

10   offer Government's Exhibit 71, or at least the

11   photograph portion of it.

12        MS. DYER:  No objection, Your Honor.

13        THE COURT:  Exhibit 71 is received.

14        (Government's Exhibit No. 71 is received into

15   evidence.)

16        MR. HOFFER:  If I could just have another second

17   to inquire?

18        THE COURT:  You may.

19         (Pause.)

20        MR. HOFFER:  Thank you, Your Honor.  I have no

21   further questions of this witness at this time.

22        THE COURT:  Thank you, Mr. Hoffer.

23        Ms. Dyer, you are recognized for any

24   cross-examination.

25        MS. DYER:  Thank you, Your Honor.

1                    CROSS-EXAMINATION

2    BY MS. DYER:

3    Q     Good morning, Deputy.

4    A     Good morning.

5    Q     You testified on Direct Examination that Goose

6    Creek, South Carolina in your opinion has no

7    landmarks or tourist attractions, is that correct?

8    A     Yes, sir or yes, ma'am, excuse me.

9    Q     You grew up in the area?

10   A     Yes, ma'am.

11   Q     And you work in the area, obviously?

12   A     Yes, ma'am.

13   Q     And that's how you know that there is no

14   landmarks or tourist attractions there?

15   A     Yes, ma'am.

16   Q     Would you agree with me that if you have never

17   been there or researched the city, you would not know

18   that?

19   A     Yes.

20   Q     You also testified -- I believe Mr. Hoffer asked

21   you if you observed anything about the demeanor of

22   the occupants of the vehicle when Mr. -- when Officer

23   Blakely was getting the basic information for the

24   traffic stop.

25   A     Yes.

1   Q    I believe you testified that the passenger was

2   doing most of the talking to Officer Blakely.

3   A    Yes, ma'am.

4   Q    You were with Officer Blakely when he ran the

5   registration of the vehicle to make sure it wasn't a

6   stolen vehicle, is that correct?

7   A    Yes.

8   Q    And you were aware that it came back clear?

9   A    Yes, ma'am.

10  Q    And it came to a Yahia Megahed?  If you don't

11  know, that's fine.

12  A    I don't know who the vehicle came back to.

13  Q    You don't whether or not it came back to the

14  passenger's brother?

15  A    I remember him stating that the vehicle was

16  registered to his brother.

17  Q    And would you agree with me that it would not be

18  odd for the passenger, who is the brother of the

19  owner of the vehicle, to be answering questions about

20  the vehicle when asked by an officer?

21  A    No.  Not explaining that sort of thing, no.

22  Q    You testified about a time when the passenger

23  was asked to get out of the vehicle.  Do you remember

24  that?

25  A    Yes.

```
1    Q    And I believe you said you were about 25 feet

2    away?

3    A    Yes, ma'am.

4    Q    And did you testify you were back behind the

5    vehicle?

6    A    Yes.

7    Q    And you were with the driver at that time?

8    A    Yes, ma'am.

9    Q    So he had already been asked to get out of the

10   vehicle?

11   A    Yes.

12   Q    Where was Officer Blakely at that point?

13   A    When he asked the passenger to get out?

14   Q    Yes.

15   A    He was standing right next to the door.

16   Q    To the passenger --

17   A    Passenger side door.

18   Q    You testified that you saw the passenger get out

19   with the laptop in his hand?

20   A    Yes, ma'am.

21   Q    Do you still have the laptop, Government's

22   Exhibit 3 A, I believe?

23   A    Yes.

24   Q    Will you place it in your lap?

25   A    (Witness complied.)
```

1    Q    Will you stand up?

2    A    (Witness complied.)

3    Q    Thank you.  You can sit back down.  Deputy, did

4    you stand up with the laptop still in your hand?

5    A    Yes, ma'am.

6    Q    And I believe you testified that when you were

7    up at the car before the passenger was asked to get

8    out, he had the laptop in his lap?

9    A    Yes.

10    Q    I believe the exhibit is still up on the screen.

11    I don't remember which Government's exhibit it is,

12    but it's the video of the stop.

13    A    Yes.

14    Q    You testified that after Detective Geiger kind

15    of backed away, which is actually depicted at

16    18:02:31 on the exhibit, you then approached to see

17    what caused him to do that basically?

18    A    Yes.

19    Q    Earlier on in your Direct when the Government

20    showed 18:02:22, just a few seconds prior to this,

21    you were also depicted at that time?

22    A    Yes.

23    Q    At what point after Detective Geiger began

24    searching the trunk, did you approach, do you

25    remember?

1    A    Maybe three minutes after they were involved and

2    started the search.

3    Q    You testified obviously you are familiar with

4    this area?

5    A    Yes.

6    Q    The parts of 176 where the Wal-mart is, there is

7    several shopping areas in that area, correct?

8    A    Yes, ma'am.

9    Q    You testified that you were basically the

10   coverman at that point?

11   A    Yes.

12   Q    And that you were watching the occupants for

13   movement?

14   A    Yes.

15   Q    And also taking the opportunity to look inside

16   the vehicle for anything that you would think

17   important?

18   A    Yes.

19   Q    Did you see anything?

20   A    Two books that were sitting on the passenger's

21   lap.  I thought they were Korans.

22   Q    Did you look in the back seat?

23   A    No, ma'am, I did not.  I glanced in the back

24   seat but didn't notice anything.

25   Q    You didn't see anything at all?

1     A     There might have been some stuff, travel stuff,

2     that they had on there.  Nothing that perked my

3     interest.

4     Q     Nothing that worried you?

5     A     Right.

6     Q     And you testified that you were on your way home

7     before you realized Officer Blakely was going to pull

8     somebody over, correct?

9     A     Yes, ma'am.

10    Q     And you were going to Summerville, that's where

11    you live?

12    A     Yes.

13    Q     And where is Summerville in relationship to

14    Goose Creek?

15    A     It is northwest of Goose Creek, several miles,

16    two or three miles.

17    Q     Northwest?

18    A     Yes.

19    Q     And you were travelling the same way on 176 that

20    the Toyota was in order to go northwest?

21    A     Yes.

22    Q     You said that you were going to take 176

23    northwest and hook up with a cut road?

24    A     Yes, a cut through at Myers Road.  Actually,

25    it's where the other vehicles are on the screen to

1   the left of Sergeant Geiger.

2   Q    You were going to turn on Myers Road?

3   A    Yes.

4   Q    Are you familiar with what's called Alternate

5   17?

6   A    Yes, ma'am.

7   Q    If you continue northwest on 176, will you reach

8   Alternate 17?

9   A    Yes, ma'am.

10  Q    Do you know whether or not Alternate 17 in one

11  direction, obviously, goes farther north and to the

12  coast?

13  A    Farther north to the coast?

14  Q    Yes.

15  A    You can take Alternate 17 through a couple other

16  counties into Myrtle Beach, which will meet back up

17  with 17, which runs all the way up the coast.

18  Q    Do you know where Myrtle Beach is in relation to

19  Goose Creek?

20  A    It's northeast of it.

21  Q    Do you know where Myrtle Beach is in relation to

22  the South Carolina/North Carolina border?

23  A    Probably about half-way in between.  I'm not too

24  familiar with it.  I go there to vacation every once

25  in a while, but --

1    Q    That's fine.  I just need to clarify that last

2    answer and I won't ask you any more about it.  I

3    asked do you know where Myrtle Beach is in relation

4    to the North Carolina and South Carolina border.  I

5    think your answer was half-way in between.

6    A    In between -- well, in the middle of South

7    Carolina.  It's probably a hundred something, two

8    hundred miles away from the border.  I'm not exactly

9    sure.

10   Q    So when you said in between, did you think I

11   meant in between Goose Creek and North Carolina,

12   boarder?  If not, that's fine.

13   A    I thought you meant from the bottom of South

14   Carolina to the top.

15   Q    Okay, thanks.  I don't know if you were asked

16   this on Direct or not.  Is 176 known by any other

17   name?

18   A    Yes, ma'am.  It's known by -- the portion that

19   runs through Goose Creek is known as St. James

20   Avenue.

21   Q    Were you aware or did you know whether or not

22   the officers were searching for anything in

23   particular?

24   A    No, ma'am, I didn't.

25        MS. DYER:  Nothing else, Your Honor.  Thank you.

1          THE COURT:  Thank you, Ms. Dyer.

2          Is there any redirect by the United States?

3          MR. HOFFER:  Your Honor, if I may.

4          THE COURT:  You are recognized for that purpose,

5     Mr. Hoffer.

6                      REDIRECT EXAMINATION

7     BY MR. HOFFER:

8     Q    Corporal Taylor, let me just ask you a couple of

9     things in terms of the geography.  The direction in

10    which you were travelling and Corporal Blakely in

11    front of you and then this silver Toyota was

12    travelling, that's going on off in a northwest

13    direction, is it not?

14    A    Yes.

15    Q    And if you continue on in that direction, where

16    are you headed to and where does that lead you to, as

17    far as the immediate area in South Carolina?

18    A    In you stay northwest or westbound on 176, it'll

19    take you through the rest of Berkeley County and into

20    Orangeburg County.

21    Q    If I could, could we go to Government's Exhibit

22    73 in evidence, I guess the second page.  I think

23    that's Page 2, correct?  We've got that up on the

24    screen, sir.  Just a couple of things about that.

25    You were asked about Myrtle Beach, if you recall, on

```
1    Cross.  I'm going to circle the area depicted here in
2    Myrtle Beach.  Is 176 from that road, is that going
3    in the direction of Myrtle Beach?
4    A    No, it's not.
5    Q    Now, the other thing you mentioned, you talked
6    about Summerville a second ago.  And that's depicted,
7    is it not, by that circle that I'm circling on the
8    screen?
9    A    Yes.
10   Q    I have to clear that off so you can see it.  The
11   map depicts that Summerville is sort of between the
12   Goose Creek area and Interstate 95, correct?
13   A    Yes.
14   Q    And you are familiar with that area from your
15   experience, et cetera, are you not, sir?
16   A    Yes.
17   Q    Are you familiar with Walterboro, South
18   Carolina, too, from experience?
19   A    I lived there when was a young, young, young
20   child.
21   Q    This map fairly depicts, does it not, as best
22   you know, where Walterboro is within the state of
23   South Carolina?  Does it not?
24   A    Yes.
25   Q    It is right now and there is in fact, if you
```

1  know, an exit off of 95 at Walterboro?

2  A    Yes.

3  Q    You're familiar with that?  Have been there?

4  A    Yes.

5  Q    Now, Summerville, let's go back to there a

6  minute.  I hate to confuse you, but let me jump back

7  to it.  Summerville, South Carolina, which is an area

8  you are familiar with, is there a Wal-mart store in

9  that town, if you know?

10  A    Yes.  It actually sits right about where the dot

11  for Summerville is right now, just off the

12  interstate.

13  Q    How about Walterboro?  Do you have any

14  familiarity with any Wal-marts there?

15  A    I believe -- I know of one for sure.

16  Q    Do you know where that is in Walterboro in

17  relationship to Interstate 95?

18  A    Almost right off the interstate.

19  Q    I'll turn away from geography for a second and

20  just ask you one or two other things.  The lighting

21  conditions at the time that you pulled up behind

22  Corporal Blakely's car that particular afternoon,

23  what were they?

24  A    It was still pretty early on in the evening.  It

25  was summertime so the sun was still up.

1   Q    What were the weather conditions like, do you

2   remember?

3   A    Hot and humid.

4   Q    Any rain or anything like that going on?

5   A    (Witness indicated.)

6   Q    Let me ask you, sir, you were asked on

7   Cross-Examination about -- and you re-enacted getting

8   up from your seat with that laptop or something

9   similar.  Was there anything unusual you noticed

10  about that whole process when the defendant got out

11  of the passenger seat with this laptop in his hands?

12  A    Corporal Blakely actually had to ask him to set

13  it back inside the vehicle.

14  Q    Did you notice anything unusual about how he

15  carried it or anything like that?

16  A    No.  Just had two hands on it, appeared to have

17  a pretty good grip on it.

18  Q    You had a chance that afternoon to look about

19  the car, as you were just asked on Cross-Examination,

20  and see the contents somewhat, correct?

21  A    Yes.

22  Q    Were there places in that car at the time that

23  one could have put that laptop down before getting

24  out of the car?

25  A    The floorboard right next to him was clear.  The

1    driver's side seat was clear.  There was nothing in

2    it.

3    Q    Finally, sir, let me just ask you both together.

4    The Alcoa roadway you described earlier for the plant

5    and that roadway to the power station you had

6    mentioned, were either one of those blocked off or

7    closed off, if you remember, that afternoon?

8    A    No, sir.  Both of them were open.

9         MR. HOFFER:  If I could have a moment, Your

10   Honor?

11        THE COURT:  You may.

12         (Pause.)

13        MR. HOFFER:  Thank you, Your Honor.  I have no

14   further questions of this witness.

15        THE COURT:  Anything further from the defense?

16        MS. DYER:  No, Your Honor.  Thank you.

17        (End of excerpt of proceedings.)

18

19                  C E R T I F I C A T E

20        I, Kerry Mercade, certify that the foregoing is

21   a correct transcript from the record of proceedings

22   in the above-entitled matter.

23                                   S/Kerry Mercade

24                                   Kerry Mercade
                                     Court Reporter
25