1              UNITED STATES DISTRICT COURT
              MIDDLE DISTRICT OF FLORIDA
2                    TAMPA DIVISION

3    UNITED STATES OF AMERICA

4

5         vs.                CASE NO. 8:07-cr-342-T-23TBM
                             March 20, 2009
6                            Tampa, Florida

7

     YOUSSEF SAMIR MEGAHED,
8
          Defendant.
9
     _____/
10
          TRANSCRIPT OF EXCERPT OF TRIAL PROCEEDINGS
11                 (TESTIMONY OF KATHY SAWN)
          BEFORE THE HONORABLE STEVEN D. MERRYDAY
12                UNITED STATES DISTRICT JUDGE

13   APPEARANCES:

14   For the Government:  JAY HOFFER
                          ROBERT MONK
15                        Assistant U.S. Attorneys
                          400 N. Tampa Street, Suite 3200
16                        Tampa, Florida 33602
                          813/274-6000
17
     For the Defendant:   ADAM ALLEN
18                         DIONJA DYER
                           Assistant Federal Defenders
19                         400 N. Tampa Street, Suite 2700
                           Tampa, Florida 33602
20                         813/228-2715

21   Court Reporter:      Kerry Mercade
                          801 N. Florida Avenue
22                        Suite 15A
                          Tampa, Florida 33602
23                        813/301-5024

24

25   Proceedings recorded and transcribed by
     computer-aided stenography.

1                              INDEX

2
**GOVERNMENT WITNESS KATHY SAWN**
3   Direct Examination by Mr. Hoffer..........3
    Cross-Examination by Ms. Dyer.............30
4

5                     **GOVERNMENT'S EXHIBITS**

6
    **Number        Description                    Page**
7
        38          Wal-mart records...............8
8       42          Wal-mart sales receipts........15

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          GOVERNMENT WITNESS, KATHY SAWN, SWORN

2          THE COURT:  State your name, please.

3          THE WITNESS:  Kathy Sawn.

4          THE COURT:  That's Kathy with a K?

5          THE WITNESS:  Yes.

6          THE COURT:  And Sawn is S-A-W-N?

7          THE WITNESS:  Yes.

8          THE COURT:  Please have a seat in the witness

9     stand and make yourself comfortable.  I'll recognize

10    Mr. Hoffer for your Direct Examination.

11                    DIRECT EXAMINATION

12    BY MR. HOFFER:

13    Q    Ms. Sawn, good morning.

14    A    Good morning.

15    Q    If you would try to keep your voice up or at

16    least speak into the mic, okay, so we can all hear

17    you.  Thank you.

18         Ms. Sawn, if you would tell the members of the

19    jury by whom you are employed and what you do for a

20    living, ma'am?

21    A    I work for Wal-mart Stores, Incorporated, in

22    Bentonville, Arkansas.

23    Q    How long have you worked for Wal-mart?

24    A    Five years.

25    Q    And what's your current job title there?

1    A    My title is a corporate fraud researcher.

2    Q    And how long have you had that position?

3    A    Three years now.

4    Q    Briefly describe the duties and responsibilities

5    of that position if you would?

6    A    I assist with law enforcement, postal

7    inspectors, anyone on the outside of Wal-mart that

8    needs assistance with researching information,

9    purchases, credit cards, debit cards, shopping cards,

10    anything used at Wal-mart stores.

11    Q    And as a consequence -- well, prior to the last

12    three years when you worked in that capacity, you

13    worked for Wal-mart for a couple of years before

14    that.  In what capacity did you work then?

15    A    I was a paralegal in our legal department.

16    Q    As a consequence of that five or six years or

17    whatever it was of your working at Wal-mart, have you

18    become familiar, ma'am, with the various records kept

19    by the corporation and stores themselves?

20    A    Yes, sir, I have.

21    Q    And including that, have you become familiar

22    with the records that are kept by Wal-mart stores

23    recording the purchases that customers make there?

24    A    Yes.

25    Q    Now, let me direct your attention back if I

1    could to some time in September or October of 2007.

2    Do you recall -- were you contacted by agents of the

3    Federal Bureau of Investigation here in the Tampa

4    area with respect to attempting to locate some

5    information?

6    A    Yes, I was.

7    Q    And did they make that request of you to do

8    something of that sort?

9    A    Yes.

10   Q    As a consequence of that request, did you

11   actually go and research and derive some information

12   or gather some information?

13   A    Yes, I did.

14   Q    Without telling us specifically what you were

15   asked, were you given certain information and then

16   asked to do something with that to gather some

17   records?

18   A    Yes, I was.

19   Q    What kind of information were you given,

20   generally, if you remember?

21   A    I was given -- I believe it was either a debit

22   card or a credit card, and I was asked to research

23   that information to find out what was purchased at

24   Wal-mart.

25   Q    And how did you go about doing that, ma'am, if I

1  could ask you?

2  A     We have a computer system.  I just plug in the

3  timeframe that was requested of me along with that

4  number and it pulled any purchases done in any of the

5  Wal-mart stores in the U.S.

6  Q     And how long did it take you to track that

7  information down, do you remember?

8  A     Not very long.  It just takes a few minutes to

9  pull the information.

10  Q     And once you gathered it and retrieved it from

11  the computer system, what did you do with it?

12  A     I put it into an Excel spreadsheet and sent it

13  to the agent that requested the information.

14  Q     By the way, do you have a recollection now as

15  you sit here who it was who contacted you and made

16  that request of you?

17  A     Yes, I do.

18  Q     Who was that?

19  A     Caren Allen.

20  Q     And did she identify herself as to who she was

21  and what capacity she was serving in?

22  A     Yes, she did.

23  Q     What did she tell you?

24  A     She said that she, I believe, was with the FBI

25  agency or was working with them.

1          MR. HOFFER:  Your Honor, if I could approach the

2     witness?

3          THE COURT:  You may.  You were in Bentonville,

4     Arkansas when you made this search?

5          THE WITNESS:  Yes.

6     BY MR. HOFFER:

7     Q    Ms. Sawn, I've handed you two exhibits.  I want

8     to focus first on the larger packet there, which is

9     marked for identification as Government's Exhibit 38.

10    Do you see that there?

11    A    Yes, I do.

12    Q    Do you recognize what that collection of

13    documents is?

14    A    Yes.

15    Q    What is it, ma'am?

16    A    These are a lot of the documents that I supplied

17    to Caren Allen that was pulled from Wal-mart's

18    computer system with the information on each debit

19    card, credit card, or shopping card.

20    Q    Okay.  The items that you pulled at Ms. Allen's

21    request and are contained in that folder, and there

22    is several folders in a larger Redwell type of

23    folder, I guess, were those the kinds of records that

24    were kept in the ordinary and regular course of the

25    business of Wal-mart?

1    A    Yes, they are.

2    Q    In fact, is it the regular business and course

3    of business of the company to keep records such as

4    those?

5    A    Yes.

6    Q    And are the records maintained by the company as

7    computer files on a regular basis?

8    A    Yes.

9    Q    And are the people that work for the company in

10   fact sort of duty bound, they're required to try to

11   keep those records as accurately and correctly as

12   they can?

13   A    Yes.

14        MR. HOFFER:  Your Honor, at this point I'd offer

15   Government's Exhibit 38.

16        MS. DYER:  No objection.

17        THE COURT:  Exhibit 38 is received.

18        (Government's Exhibit No. 38 is received into

19   evidence.)

20   BY MR. HOFFER:

21   Q    Ms. Sawn, I just want to briefly discuss the

22   contents of 38 for a second.  If you could, first of

23   all, just tell the members of the jury what kind of

24   records there are and how they're segregated because

25   they are different folders.  Could you just briefly

1   give us a little background on it?

2   A    Most of these are where I would enter in a debit

3   card or credit card number and it would pull back all

4   of the information that was -- where the card was

5   used, at what store, the time, the operator, register

6   number, and then it would go into detail further on

7   what each purchase was for that day.  Also, copies of

8   the receipts that I'm able to pull at the home office

9   in Bentonville, Arkansas.  They are detailed with

10  everything that was purchased and the time and store

11  number.

12  Q    Let me just ask you, there is a folder there

13  that is marked -- I think -- let me just make sure

14  it's the right one I want to ask you about.  It's

15  marked 1506.  It's got a caption on the top of that

16  folder.  Do you have that there in front of you?

17  A    Yes, I do.

18  Q    I'm going to put just -- let me move out for a

19  second on this.  This is the first page of that group

20  of exhibits.  Looks like a spreadsheet and it looks

21  like a chronological listing of transactions or

22  operations, is that correct?

23  A    That's correct.

24  Q    And generally speaking, how is this put

25  together?  It looks chronological, is that fair to

1    say?

2    A    Yes, it is.

3    Q    What's reflected?  What kind of transactions are

4    going on or are reflected in this group of documents?

5    A    It states the visit date, store, operator, the

6    register number, visit time, what kind of -- the

7    visit type, if it was a sale or a return.  The

8    transaction code is just a random code that is given

9    at the store.  Visit number, tender type.  It shows

10   us that it's a debit card.  The reference number is a

11   Wal-mart reference number and the tender amount and

12   total visit amount.  The difference between the

13   tender amount and total visit amount is if someone

14   gets cash back, those two numbers will be different.

15   Q    Let me ask just one or two things about this

16   document because its a series.  I'm going to mark it

17   on the monitor.  You see there's a caption up at the

18   top.  Do you know what that caption is and who put

19   that there?

20   A    I believe Caren Allen put that there.

21   Q    Okay.  So you didn't --

22   A    No, I didn't do that part.

23   Q    The other thing I want to ask you about is this

24   bears a legend up on top that says, "Debit ended

25   1506."  Does that reflect something to you or mean

1    something to you?

2    A    I believe that I put that there and it's the

3    last four numbers of the debit card that was used.

4    Q    And the rest of this compendium are just a

5    continuation of this spreadsheet.  It's about three

6    pages long.

7        Then just so we can understand that the

8    following Pages 3 through 10, I guess, are a little

9    bit different or have a little more different

10   information.  What's depicted in those several pages?

11   A    If you would go -- do you see the visit number?

12   It would correspond to what is on the first page.

13   Q    What page are you on, ma'am?

14   A    I'm on the top of Page 3.

15   Q    Top of Page 3?

16   A    I mean, I'm sorry.  Right there where it starts

17   and it's yellow.

18   Q    Give me one second, I can just publish that and

19   we can see where you're talking about.  Okay.

20   A    For instance, where it says "616503207" on Line

21   86 --

22   Q    Up here, correct, on that line?

23   A    Yes.

24       THE COURT:  We're making a contemporaneous

25   transcript of your testimony, and particularly when

1    you read the numbers but really at all times, if you

2    could speak in just a little bit more moderate pace.

3              THE WITNESS:  Okay.

4              THE COURT:  If you speak too quickly, while

5    everyone can hear it, it's difficult to make the

6    transcript.  I don't mean to intrude and I don't mean

7    to be disrespectful, but we do have a couple of three

8    different tasks going here at the same time.

9              Mr. Hoffer?

10   BY MR. HOFFER:

11   Q    Ma'am, you were just describing what's depicted

12   at Line 86, I guess, on Page 3 of this particular

13   part of the exhibit.

14   A    Okay.  That is a detailed description of what

15   was purchased.  If you flip back to Page 1 --

16   Q    Okay.  Here?

17   A    The very -- Line 3, if you go across to Column

18   H, that number, visit number, 616503207 corresponds

19   with Page 3.

20   Q    So it's safe to say that the first few pages are

21   sort of more summary and then there's more

22   information that relates back to these things on the

23   proceeding pages that come after?

24   A    That's correct.

25   Q    Now, the rest of the folders are similar in that

1    way?

2    A    Yes, they are.

3    Q    Do they also contain any other types of

4    information, any other form that relate to sales and

5    transactions?

6    A    The only thing they have in them is the receipt

7    that I pulled from the home office, which looks

8    similar to the receipt that you receive at the store.

9    Q    Would these be of the same transactions just as

10   a different form?

11   A    Yes.  The only difference is I can view the

12   whole credit card number, debit card number, where

13   when it's printed at the store, the receipt you

14   receive does not have the full credit card number on

15   it.

16   Q    There's also, is there not, in this group -- and

17   there is, like I said, several file folders full.  I

18   don't want to go through each of them, I do not.

19   There's a couple of documents as well, one entitled

20   Store Locator.  Do you see it's a single page?

21   A    Yes.

22   Q    What does that particular document reflect and

23   how is it put together?

24   A    It's a list of certain Wal-mart stores with

25   their store number, the city, and the address.  I

1    verified that these are all correct to the best of my

2    knowledge on our -- from our Wal-mart computer

3    system.

4    Q    And there's another sort of summary sheet that

5    has a couple of five or six columns.  Again, a single

6    page, correct?

7    A    Correct.

8    Q    And did you prepare that?

9    A    No.  Caren Allen prepared this.

10   Q    We don't deal with that for the moment.  Let me

11   ask you a couple of things.  Are you familiar --

12   you've mentioned them just a second ago, but are you

13   familiar, Ms. Sawn, with the receipts that customers

14   actually receive once they pay for a transaction or a

15   purchase at Wal-mart?

16   A    Yes, I am.

17   Q    Are you familiar with the contents of those

18   receipts and what they reflect or show?

19   A    Yes, I am.

20   Q    I have also placed there in front of you I think

21   an exhibit which is marked for identification as

22   Government's Exhibit 42.  Take a look at that and I

23   ask you if you recognize what's contained in that

24   exhibit?

25   A    Yes, I do.

1    Q    Generally speaking without going into details of

2    what's in it, what type of -- what's shown there,

3    what kind of information?

4    A    It lists the store number, telephone number,

5    operator number, register number, transaction.

6    Q    Let me back up for a second.  I was unclear, I

7    guess.  What kind of items, as opposed to what's

8    inside the photo or the depiction, what kind of item

9    is shown in the various pages of that exhibit?  Is it

10   a receipt essentially, a customer receipt?

11   A    Yes, it is, a customer receipt.

12   Q    Are you familiar with how those appear and how

13   they're created by the computers at Wal-mart to give

14   to customers?

15   A    Yes, I am.

16   Q    Part of the business records of the company?

17   A    Yes.

18        MR. HOFFER:  Your Honor, at this point I'd offer

19   Government's Exhibit 42.

20        MS. DYER:  No objection.

21        THE COURT:  Exhibit 42 is received.

22        (Government's Exhibit No. 42 is received into

23   evidence.)

24   BY MR. HOFFER:

25   Q    Ms. Sawn, I want to just briefly go through that

1    exhibit.  Actually I need the copy of 42 for a

2    second.  Government's Exhibit 42, the first page

3    shows I guess the receipt that we're all sort of

4    familiar with, correct?

5    A    Yes.

6    Q    And that is generated at what point of a

7    transaction?

8    A    After the item is purchased.

9    Q    Now, if you continue on with me to the second

10   page, there is some information that's sort of

11   highlighted there.  What is that information that is

12   pointed to or highlighted on the page?

13   A    That's the store number.

14   Q    Let me ask you, in this page and the succeeding

15   pages, is this pattern of information and where it's

16   on the receipt, is it consistent throughout the

17   stores and throughout the country?

18   A    Yes, it is.

19   Q    Any variation that it that you're aware of?

20   A    No, there's not.

21   Q    Continuing again.  We're using the same receipt,

22   Page 3 of Exhibit 42.  What's reflected there?  And

23   if you could, explain that.

24   A    That's the cashier's identification number and

25   each cashier has their own number.

1    Q    So you know what employee was working the cash

2    register at that point in time?

3    A    The personnel manager does, but I would not know

4    that.

5    Q    But it could be determined from this

6    information?

7    A    Yes, it could.

8    Q    Page 4.  What's reflected there or highlighted

9    on that exhibit, part of the exhibit?

10   A    It's the terminal number or register number that

11   the customer went through.

12   Q    Page 5 of Exhibit 42.

13   A    That's the transaction number and it is

14   generated at the store randomly.

15   Q    Is there any reason why it's random as opposed

16   to being sort of a sequential number that you know

17   of?

18   A    Not that I'm aware of.

19   Q    Next page, I think Page 6.  I guess that's sort

20   of self-obvious, but let me ask you what's

21   highlighted there?

22   A    The item description and the item that was

23   purchased.

24   Q    The next page of the exhibit, something is

25   depicted there.  What is that?

1     A     That's the universal UPC code.

2     Q     Is that distinctive for every different item

3     Wal-mart sales?

4     A     Yes, it is.

5     Q     Continuing on the next page.  What's reflected

6     in the information highlighted there, ma'am?

7     A     If a debit card is used, this is the information

8     the electronic funds transfer.  It's just an

9     abbreviation that the bank uses.

10    Q     If somebody pays cash or uses a credit card or

11    other method is something different recorded in that

12    slot?

13    A     Yes, it is.  If cash was used, it would say

14    cash.  If it was a credit card, it would state Visa

15    or MasterCard.

16    Q     Continuing on.  What does the next page show as

17    far as what's highlighted there?

18    A     That's the last four numbers of the debit card

19    that was used on this purchase.

20    Q     And let me ask you just staying with that for

21    one quick second, this reflects and is handed to the

22    public back as the last four digits.  Does the

23    computer, however, computer system and the records

24    you have access to capture all the digits of a debit

25    or credit cards used?

1    A    Yes, sir, it does.

2    Q    Continuing on.  If you could explain the entries

3    on the next page.

4    A    Reference number, network ID, and approval codes

5    are all bank codes that are programmed into our

6    system so the bank understands what all those numbers

7    mean.

8    Q    Do those numbers since they're not assigned by

9    your computers or the Wal-mart computers, do they

10    refer, as far as you know, to specific things?  Are

11    they keyed to specific things?

12    A    I'm sorry.  I don't know that answer.

13    Q    Does it make a difference what kind of credit

14    card is being used or debit card?  Does that affect

15    these numbers as far as you know?

16    A    No, it doesn't.

17    Q    Continuing on, ma'am.  The next page?

18    A    This is just a transaction code which validates

19    the transactions for refunds.  If you were to bring

20    your item back, they would be able to scan the

21    barcode and know that those numbers correspond to the

22    actual receipt.

23    Q    That barcode would also contain the information,

24    would it not, about the purchase so that the

25    computers would have it to reflect back on?

1    A    I believe so, yes.

2    Q    I think finally -- well, not finally, but

3    perhaps at the bottom, next exhibit, please.  Next

4    page?

5    A    It just gives the date:  The month, day, and

6    year.

7    Q    And the following page is the time?

8    A    The time.  And it's in military time.

9    Q    It says "Eastern Standard."  Do all records show

10   that or is it local time depending on where the

11   purchase is made?

12   A    Local time depending where purchased.

13   Q    And the last page just adds everything together,

14   I guess?

15   A    Yes.

16   Q    As a consequence, you can glean information from

17   a receipt that contains all these different

18   components once you look at the receipt if you have

19   it, correct?

20   A    Correct.

21   Q    Now, if I could, let me show you a couple of

22   items that I think have been received in evidence.

23        MR. HOFFER:  May I approach the witness, again,

24   Your Honor?

25        THE COURT:  You may.

```
 1    BY MR. HOFFER:

 2    Q    I'm going to hand you, ma'am, what's been marked

 3    and received in evidence as Government's 11 C, 14 B,

 4    19.  And if I can find 20 C, I'm going to hand you

 5    that as well.  I'll look for it in a minute.  Let's

 6    start with just those for a second.  First of all --

 7    here is 20 C received in evidence as well.  Let me

 8    ask you if you recognize what kind of items they are

 9    contained in those four exhibits?

10    A    They appear to be original Wal-mart receipts.

11    Q    And, again, since these are real life items, do

12    they contain the same types of information in the

13    same locations as you had shown with us a minute ago

14    in that demonstration exhibit?

15    A    Yes, they do.

16    Q    I'd like to start with 11 C.  Do we have a copy

17    of 11 C I can put up?  11 C is actually I believe the

18    same receipt that was depicted in the other exhibit

19    that was demonstrative, is it not?

20    A    That's correct.

21    Q    Now, again, the location of the store in

22    question, this one doesn't quite -- actually it does.

23    Is it somewhere on here, and, if so, where?

24    A    Yes, it is.  It's on the fifth line down.  It

25    says, "Ocala, Florida."  Did I pronounce that right?
```

1    Q    Right here where I've circled on the monitor?

2    A    Yes.

3    Q    And it's got the store phone number and manager

4    there above it, right?

5    A    That's correct.

6    Q    And the date and time are reflected at the

7    bottom of the exhibit right there where I've circled?

8    A    Correct.

9    Q    And the type of transaction.  Now, do you have

10   the other?  It reflects the purchase of an inverter

11   of some sort at 3:18:26, I guess, on the morning of

12   August 4th, right?

13   A    Yes.

14   Q    And now compare that, if you would, and you have

15   the original in front of you with Government's 20 C.

16   Can't put them both up here.  Again, as far as that

17   particular purchase, does that appear to be the same

18   store and the same date?

19   A    Yes, it does.

20   Q    And as far as the time sequence, can you tell

21   anything about the sequence of these two

22   transactions?

23   A    It appears that this Exhibit 20 C was purchased

24   before Exhibit 11 C because of the date.  I mean, not

25   the date, I'm sorry, the time 3:17:50.

1    Q    How close in time is Government's 20 C, that

2    transaction, if you can tell from the exhibit, to the

3    transaction reflected in 11 C?

4    A    Just less than a minute.

5    Q    And is there any way to tell or any indication

6    as to whether these two purchases were in sequence

7    together or if they was something in between

8    happening.  Can you tell anything about that?

9    A    Under where it says -- has the TR number at the

10   top of the receipt.

11   Q    Right.

12   A    It shows that it is Transaction 6486 on Exhibit

13   20 C.

14   Q    Right.

15   A    On Exhibit 11 C, it shows 6487.  So they're in

16   sequence.

17   Q    A second ago you said something about that

18   transaction number being sequential or random?

19   A    I'm trying to explain that.  If a transaction

20   happens one right after another, they will probably

21   be in sequential order, but it just depends.  The

22   transaction number happens on all registers in the

23   store.

24   Q    Of course, you weren't personally present when

25   this transaction occurred, correct?

1    A    Correct.

2    Q    You don't have any personal knowledge about it.

3    Can I ask you also, can you compare these two

4    exhibits as far as the source of payment for each of

5    these items?

6    A    A debit card was used on both of them.

7    Q    Can you tell anything from each item as to -- is

8    there a different debit card involved or not?

9    A    No.  It was the same debit card.

10   Q    And to the best of your recollection, do you

11   recall, ma'am, were these two transactions --

12   actually, were they part of your larger exhibit that

13   you generated for Ms. Allen?

14   A    Yes, they were.

15   Q    The other two exhibits you have there -- and

16   we've been looking at 11 C and 20 C.  14 B, as in

17   boy, and 19, they are also, are they not, similar

18   receipts that sort of speak for themselves in that

19   way?

20   A    Yes.

21   Q    Let me ask you, are you familiar, Ms. Sawn, with

22   Murphy Oil, that business or that enterprise?

23   A    Yes, I am.

24   Q    What is Murphy Oil and does it have a

25   relationship to Wal-mart in any way, shape, or form?

```
 1    A    I believe they call them a third-party vendor
 2    and they usually have a gas station out in front of
 3    some of our Wal-mart stores and also Sam's Clubs.
 4    Q    Have you done some research on Murphy stores in
 5    relation to Wal-mart stores recently in the state of
 6    South Carolina?
 7    A    Yes, I have.
 8    Q    To determine whether there was a Wal-mart store
 9    with a Murphy Oil in Walterboro, South Carolina back
10    in 2007?
11    A    Yes, there was.
12         MR. HOFFER:  May I have a moment, Your Honor?
13         THE COURT:  Yes, sir.
14         (Pause.)
15    BY MR. HOFFER:
16    Q    Just a couple other questions, Ms. Sawn.  These
17    are the two you have there, so I'll just ask you
18    again.  You've got Government's 19 in evidence, which
19    again is self-apparent I guess.  That's another
20    customer Wal-mart receipt, correct?
21    A    That's correct.
22    Q    These purchases reflected there of seat covers
23    and floor mats, that was at a different location than
24    the ones we looked at earlier, was it not?
25    A    Yes, it is.
```

1    Q    And can you tell from looking at it or any

2    information about where exactly this Wal-mart store

3    referenced there was located at?

4    A    Just by the store number and I would have to go

5    back over to the store locator to determine where it

6    was sent.

7    Q    Doing that, having Government's 38 with that

8    information and now Government's 19, can you tell

9    this jury what store generated this receipt?

10    A    Jacksonville Beach.

11    Q    State of Florida?  Is it in Florida?

12    A    I believe so.  It's not indicated on this paper.

13    Q    Again, can we tell from looking at this receipt

14    or from your records, if it's more accurate there,

15    date and time of this transaction?

16    A    Date and time was 08/04 of 07 at 9:06:19.

17    Q    And that's the same date as the previous two

18    exhibits, is it not?

19    A    That's correct.

20    Q    Now, this is for two floor mats and two seat

21    covers?

22    A    Correct.

23    Q    By the way, let me ask you, as far as you know

24    and again to the extent that you're aware, Wal-mart

25    stores in various parts of the country or various

1    regions of the country, do they generally tend to

2    your knowledge to carry much the same merchandise

3    from one place to another?

4    A    Yes, they do.

5    Q    Some variation, I guess, depending on location?

6    A    Correct.

7    Q    But a lot of things are similar in stock?

8    A    Yes.

9    Q    Same question, ma'am, with respect to

10   Government's Exhibit 14.  Let's stick with 19 just

11   for one quick more second.  Again, this one reflects

12   what kind of a purchase method for the purchase?

13   A    Yes, it was a debit card.

14   Q    And the number of the debit card is reflected

15   there in that pay from primary number 0868, is that

16   correct?

17   A    Yes.

18   Q    If we could just turn for a moment to

19   Government's Exhibit 14 B, which is in evidence.  I

20   would ask the same question.  Can you tell by looking

21   at that or by reference back to Government's 38 that

22   you have there where this transaction occurred, what

23   store?

24   A    This was in Jacksonville, Florida.

25   Q    And that's Store Number 1173, is that correct?

1      A      That's correct.

2      Q      Now, this is a purchase of six volt drill.  Is

3      that what it looks like?

4      A      Yes.

5      Q      Same question, date and time.  Can you tell us

6      what date and time this purchase was made at?

7      A      This was made on 08/04 of 07 on 7:17:31.

8      Q      My page is a little folded up.  Can you tell by

9      looking at this or perhaps by referencing back if you

10     need to the method of payment for this purchase?

11     A      This was also a debit card ending in 8319.

12     Q      Of course, you tell that by looking at this

13     section over here?

14     A      That's correct.

15     Q      And these two purchases are about two hours

16     apart or a little less, is that fair to say?

17     A      Yes.

18            MR. HOFFER:  Another moment, Your Honor, if I

19     may?

20            THE COURT:  Yes, sir.

21             (Pause.)

22     BY MR. HOFFER:

23     Q      The last one you looked at it.  I'll put it back

24     up for a second.  I don't know if I asked you.  I

25     guess it was -- which one was the last one you have

1    there?

2    A    14 B.

3    Q    That was a drill in there.  I don't know if I

4    asked you about what was purchased, correct?

5    A    Yes.  A six volt drill.

6    Q    Well, I'll go back to where we were looking at a

7    second ago and that would be part of your

8    Government's 38 exhibit, the large Redwell in the

9    folder marked 1506.  Do you have that there in front

10   of you, ma'am?

11   A    Yes, I do.

12   Q    On Page 3, which we have looked at a second ago,

13   I guess it's Line Number 95 of that exhibit, Page 3,

14   what does that reflect as far as what type of

15   purchase and some detail about it you can tell us?

16   A    A five-gallon gas can was purchased.

17   Q    What was the date of that, ma'am?

18   A    06/20 of 06.

19   Q    Can you tell by looking at that store, at the

20   records here on Line 95, where that purchase was made

21   at?

22   A    Yes, that was made at Store 787.

23   Q    Okay, 787.  Is that -- are you sure about that?

24   I just want to ask because I'm looking at 95 and I

25   see this number here.  Does that mean anything, 2627?

1    A    I'm sorry.  It is 2627.

2    Q    Okay.  Do you know or can you tell from your

3    records there that you have what store that is and

4    where it is located?

5    A    2627 is in Tampa, Florida.

6         MR. HOFFER:  If I could have one more moment,

7    Your Honor?

8         THE COURT:  Yes, sir.

9         MR. HOFFER:  I think that's it.  Thank you, Your

10   Honor.  I have no further questions of this witness

11   at this point.

12        THE COURT:  Thank you, Mr. Hoffer.

13        Ms. Dyer?

14        MS. DYER:  Thank you, Your Honor.

15        THE COURT:  You are recognized for your Cross

16   Examination.

17                    CROSS-EXAMINATION

18   BY MS. DYER:

19   Q    Hello, Ms. Sawn.

20   A    Hello.

21   Q    You testified that you worked corporate fraud

22   research for Wal-mart, Incorporated?

23   A    That's correct.

24   Q    And in that position you've come to know that

25   Wal-mart stores have surveillance cameras, correct?

1    A    Yes, they do.

2    Q    In particular, the stores have surveillance

3    cameras that videotape what's happening at the cash

4    registers, correct?

5    A    Yes, they do.

6    Q    And in the course of your job, if you were

7    called upon to help in a fraud investigation, you can

8    pull those videotapes for the transactions that

9    you're asked to investigate, correct?

10   A    Yes.  But there's only a certain timeframe that

11   the video is kept for.

12   Q    What is that timeframe?

13   A    It just depends.  Some stores are 30 days and

14   some are 60 or 90.  I have no way of knowing which

15   stores those are.

16   Q    Okay.  But if you were given a date and a store

17   location, you could contact that store and find out

18   if they still have that videotape, correct?

19   A    Yes, ma'am.

20   Q    And you said they are kept for either 30, 60, or

21   90 days?

22   A    Yes.

23   Q    So no shorter than 30 days?

24   A    Correct.

25   Q    And no longer than 90 days?

1    A    Not to my knowledge, no.

2    Q    Have you ever done that?

3    A    Yes, I have.

4    Q    And when you pull a video based on the

5    information that you've been talking about today,

6    date, time, store, you're able to see the purchaser

7    of that transaction?

8    A    Yes, ma'am.

9    Q    You were asked about Murphy Oil gas stations.

10   Do you use Wal-mart gift cards at Murphy Oil gas

11   stations?

12   A    Yes, you do.

13   Q    And when you do the price is reduced by three

14   cents, correct?

15   A    Yes.

16   Q    Can you use Wal-mart gift cards at any other gas

17   stations?

18   A    Not to my knowledge.

19        MS. DYER:  Nothing else, Your Honor.  Thank you.

20        THE COURT:  Thank you, Ms. Dyer.

21        Anything more from the United States?

22        MR. HOFFER:  No, Your Honor.  Thank you.

23        THE COURT:  In that case, ma'am, you may step

24   down.  You're excused with our thanks.

25        (End of excerpt of proceedings.)

1            C E R T I F I C A T E

2        I, Kerry Mercade, certify that the foregoing is

3    a correct transcript from the record of proceedings

4    in the above-entitled matter.

5                                    S/Kerry Mercade

6                                    Kerry Mercade
                                     Court Reporter
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25