```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                           TAMPA DIVISION

    UNITED STATES OF AMERICA


           vs.                    CASE NO. 8:07-cr-342-T-23TBM
                                  March 20, 2009
                                  Tampa, Florida


    YOUSSEF SAMIR MEGAHED,

          Defendant.
    _____/

          TRANSCRIPT OF EXCERPT OF TRIAL PROCEEDINGS
                 (TESTIMONY OF EDWARD KLIMAS)
          BEFORE THE HONORABLE STEVEN D. MERRYDAY
                  UNITED STATES DISTRICT JUDGE

    APPEARANCES:

    For the Government:    JAY HOFFER
                           ROBERT MONK
                           Assistant U.S. Attorneys
                           400 N. Tampa Street, Suite 3200
                           Tampa, Florida 33602
                           813/274-6000

    For the Defendant:     ADAM ALLEN
                           DIONJA DYER
                           Assistant Federal Defenders
                           400 N. Tampa Street, Suite 2700
                           Tampa, Florida 33602
                           813/228-2715

    Court Reporter:        Kerry Mercade
                           801 N. Florida Avenue
                           Suite 15A
                           Tampa, Florida 33602
                           813/301-5024


    Proceedings recorded and transcribed by
    computer-aided stenography.
```

```
 1                           INDEX

 2
     GOVERNMENT WITNESS EDWARD KLIMAS
 3   Direct Examination by Mr. Hoffer..........3

 4
                      GOVERNMENT'S EXHIBITS
 5

 6   Number      Description                          Page

 7
                            (None.)
 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1  GOVERNMENT WITNESS, EDWARD KLIMAS, SWORN
2  THE COURT: Will you state your name, please?
3  THE WITNESS: Edward Michael Klimas.
4  THE COURT: Would you spell your last name?
5  THE WITNESS: K-L-I-M-A-S.
6  THE COURT: A-S. Please have a seat in the
7  witness stand, make yourself comfortable, and I will
8  recognize Mr. Hoffer for your Direct Examination.
9  DIRECT EXAMINATION
10 BY MR. HOFFER:
11 Q   Mr. Klimas, sir, good afternoon.
12 A   Good afternoon, sir.
13 Q   Tell the jury what you do for a living and where
14 you work, sir, if you would.
15 A   I'm a special agent with the FBI in Charleston,
16 South Carolina.
17 Q   How long have you been with the FBI?
18 A   Approximately eight years.
19 Q   Now, if I could just direct your attention to
20 the early morning hours of I guess August the 5th,
21 2007. Were you called upon to do some investigative
22 work in connection with the matter on trial here
23 before this court?
24 A   Yes, I was.
25 Q   And specifically, do you recall where you went

 1   to and where you were at that time you were asked to
 2   do some investigative work here?
 3   A    The incident that I responded to was an incident
 4   in Goose Creek or Summerville, South Carolina.
 5   Q    Did there come a point in time, sir, that you
 6   had occasion to have some contact with a Special
 7   Agent Noble from the Naval Criminal Intelligence
 8   Service?
 9   A    Yes, I did.
10   Q    And what was the nature of the contact that you
11   had with him and the reason for it, if you would?
12   A    Well, Special Agent Noble was there on the scene
13   investigating the incident as well as I was.  He was
14   going to be part of a consensual monitoring, a
15   consensual recording for that evening.  I was going
16   to provide him with that equipment.
17   Q    You mentioned some equipment.  You had some
18   special equipment with you for that purpose?
19   A    A body recorder.
20   Q    Is this something the kind of equipment used in
21   the normal routine of your work as a Special Agent
22   with the FBI?
23   A    Yes, it is.
24   Q    Is it part of a normal routine for agents to
25   utilize recordings that are concealed in nature on

1  occasion to record conversations or things of that
2  sort?
3  A    Yes.
4  Q    Specifically, the item you had with you, what
5  kind of a device, generally speaking, was it and how
6  did it function if you were familiar with it?
7  A    It's just commonly referred to as a body
8  recorder.  You usually have one person that at least
9  consents to the recording.  You basically turn it on,
10 test it, and utilize the equipment.
11 Q    Now, had you -- where had you gotten this item
12 from, do you recall, that morning?
13 A    From our office.
14 Q    Did you do anything with it to test it if it was
15 operating correctly that morning when you received
16 it?
17 A    Yes, I did.
18 Q    What did you do?
19 A    Prior to retrieving it from our office, I hooked
20 it up to our computer to make sure the date and the
21 time was correct, that it was operating correctly,
22 and probably ran a quick test through it just to make
23 sure it was recording, disconnected it and then
24 brought it to the scene.
25 Q    Did you give any instructions to Agent Noble

1   about how to utilize it or what?
2   A    Yeah, I believe it did.
3   Q    What, if anything -- well, let me ask you, do
4   you recall was that device placed somewhere or put
5   somewhere on that morning?
6   A    Yes.
7   Q    Who was involved in that?
8   A    Myself.
9   Q    And if you recall what you did with it that
10  particular morning?
11  A    I placed it in the back of a police vehicle.
12  Q    And did there come a point in time that later on
13  on that day you had contact with that device again?
14  A    Yes.
15  Q    And when and where was that as best you
16  remember?
17  A    It was approximately an hour later when Special
18  Agent Noble returned.  He returned the piece of
19  equipment to me and then I returned it to the office.
20  Q    Let me ask you, sir, once you received that
21  equipment back from Special Agent Noble, what did you
22  do with it?
23  A    I put it back in a case that we had it with.  I
24  brought it back to the office and secured it in the
25  offers.

```
 1    Q    When you said secured it in the office, what do
 2    you mean be that?
 3    A    Well, our office is a secured area.  I placed it
 4    inside our office in the area where we download that
 5    equipment.
 6    Q    Now, did you do anything else with respect to
 7    the device on that particular day, I guess the day of
 8    August 5th, 2007?
 9    A    Yes.  Several hours -- it was very early in the
10    morning by the time we returned back to the office
11    and I placed it in the office.  We had gone home for
12    a couple of hours.  I returned several hours later
13    where I hooked up the device to the -- to our
14    computer.
15         THE COURT:  You hooked it up to what?
16         THE WITNESS:  To an FBI computer.
17         THE COURT:  You didn't say FBI computer.  You
18    said a tour computer.
19         THE WITNESS:  No.  I'm sorry.
20         THE COURT:  A little quick.  You're just talking
21    a little quick.
22         THE WITNESS:  My apologies, sir.
23         THE COURT:  And you said what?
24         THE WITNESS:  I took the piece of equipment and
25    hooked it up to our computer.
```

```
 1            THE COURT:  To our -- I'm sorry.  Of course,
 2       that's what you said.  Go ahead.
 3       BY MR. HOFFER:
 4       Q    What was the purpose of your doing so, sir?
 5       A    To download it off of the body recorder and put
 6       it into permanent storage.
 7       Q    Now, when you are downloading it, as you say,
 8       that means just transferring it onto something else
 9       or another form?
10       A    Correct.
11       Q    Does this device have any security features to
12       it that prevent anything happening during a
13       downloading process such as that?
14       A    Yes.
15       Q    By the way, are you -- were you familiar with
16       the operation of this type of device prior to the
17       morning of August 5th of 2007?
18       A    Yes.
19       Q    And what kind of training or experience have you
20       had with devices of that sort prior to that time?
21       A    During our normal course of training in
22       Quantico, you are familiarized with how to use a body
23       recorder.  Then over the course of my previous eight
24       years, I've used a body recorder on numerous
25       occasions.
```

1  Q   Now, what if anything did you do and -- did you
2  make this download or download the contents of that
3  device?
4  A   Yes, I did.  I transferred it to a compact disc
5  which was then considered the original evidence and
6  that was entered into our evidence for the case.
7       MR. HOFFER:  If I could approach the witness,
8  Your Honor.
9  BY MR. HOFFER:
10 Q   In fact, you may have it there.  Let me ask you
11 to just look at Government's Exhibit 33 A.
12 A   May I open it up?
13 Q   Yes, you may.  Ask you, sir, if you recognize
14 that item, and, if so, how?
15 A   Yes.  This appears to be the original recording
16 that I transferred from the body recorder to the CD
17 which was entered into evidence.
18 Q   How do you recognize it as such, sir?
19 A   It's my handwriting on the outside on the
20 exterior of the CD.
21 Q   On the label I guess of the CD itself, or
22 something like that?
23 A   Yes.
24 Q   Now, just so --
25      MR. HOFFER:  Actually, if I could have a moment,

1     Your Honor?

2         THE COURT: Yes, sir.

3         MR. HOFFER: Thank you, Your Honor. I have no

4     further questions of this witness at this point.

5         MS. DYER: No questions, Your Honor.

6         THE COURT: Mr. Klimas, you may step down.

7     You're excused with our thanks.

8         THE WITNESS: Thank you, sir.

9         (End of excerpt of proceedings.)

10

11                 C E R T I F I C A T E

12         I, Kerry Mercade, certify that the foregoing is

13     a correct transcript from the record of proceedings

14     in the above-entitled matter.

15                                   <u>S/Kerry Mercade</u>

16                                   Kerry Mercade
                                    Court Reporter

17

18

19

20

21

22

23

24

25