1          UNITED STATES DISTRICT COURT
          MIDDLE DISTRICT OF FLORIDA
2               TAMPA DIVISION

3    UNITED STATES OF AMERICA

4

5          vs.              CASE NO. 8:07-cr-342-T-23TBM
                            March 23, 2009
6                           Tampa, Florida

7

    YOUSSEF SAMIR MEGAHED,
8
          Defendant.
9
    _____/
10
          TRANSCRIPT OF EXCERPT OF TRIAL PROCEEDINGS
11               (TESTIMONY OF WAYNE NANCE)
          BEFORE THE HONORABLE STEVEN D. MERRYDAY
12               UNITED STATES DISTRICT JUDGE

13   APPEARANCES:

14   For the Government:   JAY HOFFER
                          ROBERT MONK
15                        Assistant U.S. Attorneys
                          400 N. Tampa Street, Suite 3200
16                        Tampa, Florida 33602
                          813/274-6000
17
    For the Defendant:    ADAM ALLEN
18                        DIONJA DYER
                          Assistant Federal Defenders
19                        400 N. Tampa Street, Suite 2700
                          Tampa, Florida 33602
20                        813/228-2715

21   Court Reporter:      Kerry Mercade
                          801 N. Florida Avenue
22                        Suite 15A
                          Tampa, Florida 33602
23                        813/301-5024

24

25   Proceedings recorded and transcribed by
    computer-aided stenography.

1                          **INDEX**

2

**GOVERNMENT WITNESS WAYNE NANCE**
3    Direct Examination by Mr. Monk...........3
Cross-Examination by Mr. Allen...........19

4

5                    **GOVERNMENT'S EXHIBITS**

6

        **Number        Description                    Page**
7
        55 A        Search warrant (Ford Escort)...4
8        55 B        DHSMV records (Ford Escort)....5
        56 A - G     Photographs (Ford Escort)......5
9        56 G        Photograph (Ford Escort).......13
        57 A        Bag of sulfur.................11
10    58          Scale.........................14
        79          PVC pipes.....................12
11    82          Eight packages of safety fuse..10

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1              GOVERNMENT WITNESS, WAYNE NANCE, SWORN

 2         THE COURT:  State your name, please.

 3         THE WITNESS:  Wayne Nichols Nance, Jr.

 4         THE COURT:  N-A-N-T-Z?

 5         THE WITNESS:  N-A-N-C-E.

 6         THE COURT:  Mr. Monk, you're recognized for your

 7    Direct Examination.

 8                        DIRECT EXAMINATION

 9    BY MR. MONK:

10    Q    Sir, how are you employed?

11    A    I'm a Special Agent with the Federal Bureau of

12    Investigation.

13    Q    And how long have you been so employed?

14    A    Approximately ten and a half years.

15    Q    Back on August 14th of 2007, did you participate

16    in the execution or carrying out of a search warrant

17    on a 1997 red or maroon Ford Escort automobile?

18    A    Yes, I did.

19         MR. MONK:  If I can approach the witness, Your

20    Honor, please?

21         THE COURT:  You may.

22    BY MR. MONK:

23    Q    I've placed before you proposed Exhibits 55 A

24    and 56 A through G.  Take a look, first of all, at 55

25    A.  Do you have that there?
```

1    A    Yes, I do.

2    Q    Do you recognize that?

3    A    Yes, I do.

4    Q    Was this search that occurred with respect to

5    that automobile authorized by a federal magistrate

6    judge of this court?

7    A    Yes, it was.

8    Q    And how is it that you recognize 55 A?

9    A    It's a copy of the search warrant that we had to

10   read prior to conducting the search of the vehicle.

11          MR. MONK:  At this time I'd move for admission

12   of 55 A.

13          MR. ALLEN:  No objection, Your Honor.

14          THE COURT:  55 A is received on behalf of the

15   United States.

16          (Government's Exhibit No. 55 A is received into

17   evidence.)

18          MR. MONK:  If I may approach again?

19          THE COURT:  You may.

20   BY MR. MONK:

21   Q    Was one of your responsibilities during the

22   execution of this search warrant taking photographs?

23   A    Yes.

24   Q    And do you recognize 56 A through 56 G, the

25   proposed exhibits?

1    A    Yes, I do.

2    Q    How is it you recognize them?

3    A    Well, I recognize the pictures and also my

4    initials are at the bottom of each picture.

5    Q    Are these photographs you took that day?

6    A    Yes, they are.

7    MR. MONK:  I'd move for admission of proposed

8    Exhibits 56 A through 56 G.

9    MR. ALLEN:  No objection, Your Honor.

10    THE COURT:  Received on behalf of the United

11    States.

12    (Government's Exhibit Nos. 56 A through G are

13    received into evidence.)

14    MR. MONK:  If I can please approach the witness

15    again, Your Honor?

16    THE COURT:  You may.

17    MR. MONK:  Your Honor, I'm going to move for

18    admission also of proposed Exhibit 55 B, a

19    certification.

20    MR. ALLEN:  No objection, Your Honor.

21    THE COURT:  55 B is received on behalf of the

22    United States.

23    (Government's Exhibit No. 55 B is received into

24    evidence.)

25    MR. MONK:  With the Court's permission, I would

1    like to publish aspects of 55 bravo, please.

2         THE COURT:  Yes, sir.

3         MR. MONK:  Your Honor, if I may just describe

4    for the record and the jurors, the exhibit consists

5    of approximately 40 pages.  The cover page is this

6    May 12th, 2008 letter from the State of Florida

7    Department of Highway Safety and Motor Vehicles

8    containing a certification with respect to a specific

9    automobile described here as a 1997 Ford, four-door,

10   with a specific vehicle identification number and a

11   specific title number.  And the certification states

12   that the file consists of 40 pages and that in

13   searching this any records dated prior to January 1st

14   of 1998 have been destroyed.

15        THE COURT:  Yes, sir.

16   BY MR. MONK:

17   Q    Then we can go to Page 27.  The pagination is

18   noted in the upper right-hand corner.  Go to Page 27.

19   This is within the certificate of title showing a

20   transfer from -- of title from registered owner

21   surname Green to Ahmed A. Sherrif Mohamed on or about

22   March 19th of 2007.

23        The page immediately prior, Page 26, contains

24   this photocopy of the visa relating to Mr. Mohamed,

25   showing the issuing post, Cairo; the type of visa, an

1    F-1 visa.

2        Now, Special Agent Nance, do you recall whether

3    the search warrant authorized law enforcement agents

4    to move the vehicle from the location where you-all

5    found it?

6    A    I do recall that, yes.

7        MR. MONK:  If I may publish briefly 55 A?

8        THE COURT:  You may.

9    BY MR. MONK:

10   Q    Is this the cover sheet of the search warrant,

11   sir?

12   A    Yes, it is.

13   Q    And it's got a description of the vehicle in the

14   center, correct?

15   A    Correct.

16   Q    Ford Escort.  And you see at the bottom in

17   handwriting, "The vehicle may be seized and taken to

18   FBI Tampa office for search in a secure environment;

19   thereafter, the vehicle shall be restored unless

20   grounds exist for its continued seizure."  And then

21   initials "TM" for Thomas McCoun, United States

22   Magistrate Judge, after the handwriting?

23   A    Yes, I see that.

24   Q    Was the -- where was the Ford Escort located?

25   A    Some type of gas station or service station on

1    Busch Boulevard.

2    Q    And it was moved to the FBI, correct?

3    A    Correct.

4    Q    And let's take a look, with the Court's

5    permission, at 56 A through G.

6         MR. MONK:  May I show these, Your Honor?

7         THE COURT:  Yes, sir.

8    BY MR. MONK:

9    Q    First of all, 56 A.  Does this show the front of

10   the vehicle, correct?

11   A    Correct.

12   Q    56 B shows the rear?

13   A    Correct.

14   Q    And you took these photos, correct?

15   A    Yes, I did.

16   Q    56 C, what are we -- what area of the vehicle,

17   Special Agent Nance, are we looking into now?

18   A    That's the interior of the trunk.

19   Q    Okay.  And was an evidence recovery log

20   completed documenting what evidence was removed from

21   this vehicle?

22   A    Yes, it was.

23   Q    And do you recall whether any fuse was removed

24   from the vehicle?

25   A    Yes, fuse was removed from the vehicle.

1   Q    Is any fuse depicted actually in this

2   photograph?

3   A    Yes.  In the plastic bag there you can see the

4   portion of the fuse.

5        THE COURT:  What color is it?

6        THE WITNESS:  Appears to be green.

7        MR. MONK:  If I could have a moment, please?

8        THE COURT:  And the image that's up there is C,

9   Mr. Monk, 56 C?

10       MR. MONK:  It is, Your Honor.  If I may approach

11  the witness again, please?

12       THE COURT:  You may.

13  BY MR. MONK:

14  Q    How many rolls of fuse were seized from that

15  vehicle?

16  A    Eight.

17  Q    How many?

18  A    Eight.

19  Q    Please look at proposed Exhibit 82.  Take a look

20  at those.  Did you also take photos of some of the

21  items once they had been removed from the car?

22  A    Yes.

23  Q    Take a look now, with the Court's permission, at

24  56 David?

25       THE COURT:  Yes, sir.

BY MR. MONK:

Q    Does this also depict some of the fuse that was removed from that car?

A    Yes, it does.

Q    And do you recognize proposed Exhibit 82?

A    Yes, I do.

Q    What does that appear to be?

A    The eight rolls of safety fuse that was found in the trunk.

MR. MONK:  I'd move for admission of proposed Exhibit 82.

MR. ALLEN:  No objection.

THE COURT:  Exhibit 82 is received on behalf of the United States.

(Government's Exhibit No. 82 is received into evidence.)

BY MR. MONK:

Q    Do you -- this photograph that we're looking at now, 56 D, is a bag of garden sulfur, is that correct?

A    That's correct.

Q    Was that also removed from the vehicle, and, if so, from what portion of the vehicle?

A    Yes, it was also removed from the vehicle and it was in the trunk as well.

1     MR. MONK:  If I may approach the witness, Your

2   Honor?

3     THE COURT:  You may.

4   BY MR. MONK:

5   Q    Please take a look at proposed Exhibit 57 A and

6   tell me whether -- what that appears to be?

7   A    That appears to be the bag of garden sulfur that

8   was taken out of the trunk.

9   Q    If I may show 56 E, another photograph.

10     THE COURT:  Mr. Monk, a moment ago did you say

11   "A" as in Adam two or 82.

12     MR. MONK:  I'm sorry, Your Honor.  8-2, 82.

13     THE COURT:  82?

14     MR. MONK:  Yes.  I'd move for the admission,

15   Your Honor, at this time proposed Exhibit 57 A.

16     MR. ALLEN:  No objection, Your Honor.

17     THE COURT:  Exhibit 57 A is received.

18     (Government's Exhibit No. 57 A is received into

19   evidence.)

20   BY MR. MONK:

21   Q    Did you also during the course of the search

22   warrant, the carrying out of the search warrant as

23   reflected in 56 F, remove some lengths of PVC pipe?

24   A    Yes, we did.

25   Q    And where were they located within the car?

1  A    They were in the trunk as well.

2  Q    With the Court's permission, I would like to

3  show you proposed Exhibit 79.  Setting aside the

4  dirt- or smudge-like substance on the pipes, okay,

5  that appearance aside, do those appear to be the

6  pipes that were seized from the car?

7  A    Yes, they do.

8       MR. MONK:  I move for admission into evidence of

9  that proposed exhibit, Your Honor.

10      MR. ALLEN:  No objection.

11      THE COURT:  I believe it's 79 and it's received

12 without objection.

13      (Government's Exhibit No. 79 is received into

14 evidence.)

15 BY MR. MONK:

16 Q    Now, while you were searching this vehicle or

17 while the vehicle was -- you weren't the only one

18 searching the vehicle, correct?

19 A    Correct.

20 Q    While the vehicle was being searched as

21 reflected in 56 G, did you-all also seize a measuring

22 cup?

23 A    Yes, we did.

24 Q    And from what part of the vehicle was the

25 measuring cup taken?

1    A    In between the two front seats, I guess the

2    center console area.

3    Q    Is the location from which the measuring cup was

4    taken depicted in this photograph, 56 G?

5    A    Yes, it is.

6         MR. MONK:  If I may approach the witness?

7         THE COURT:  You may.

8    BY MR. MONK:

9    Q    Does 56 G appear to be that measuring cup?

10   A    Yes, it does.

11        MR. MONK:  I move for admission of 56 G.

12        MR. ALLEN:  No objection.

13        THE COURT:  56 G is received on behalf of the

14   United States.

15        (Government's Exhibit No. 56 G is received into

16   evidence.)

17   BY MR. MONK:

18   Q    I would like to show you proposed Exhibit 58.

19   During the execution of this search warrant was there

20   also a scale that was taken?

21   A    Yes, there was.

22   Q    And from where was the scale taken?  Where in

23   the car?

24   A    It was underneath the front passenger seat.

25   Q    What does 58 appear to be?

```
1    A    The measuring scale that was seized or was found

2    under the front seat of the car.

3         MR. MONK:  I would move for admission of

4    proposed Exhibit 58, Your Honor.

5         MR. ALLEN:   No objection.

6         THE COURT:  58 is received on behalf of the

7    United States.

8         (Government's Exhibit No. 58 is received into

9    evidence.)

10   BY MR. MONK:

11   Q    Finally in that regard, take a look at proposed

12   Exhibit 80, please, and can you tell me whether

13   during the execution of this search warrant a gun

14   sock was taken?

15   A    Yes, it was.

16   Q    What is a gun sock, if you know?

17   A    I don't know.  I would imagine you put your --

18   Q    Don't speculate, please.

19   A    I don't know for sure.

20   Q    Do you recall, was anything inside the gun sock?

21   Specifically, do you recall if the PVC pipes were

22   inside the gun sock?

23   A    I'm not completely positive but I believe there

24   were some PVC pipes in the gun sock.

25   Q    Now, can you tell us whether when you-all were
```

1    carrying out this search warrant, whether the

2    automobile was examined for possible fingerprints?

3    A    Yes, it was.

4    Q    And was there some sort of procedure used to try

5    to lift or bring into relief possible latent prints?

6    A    Yes, there was.

7    Q    And what procedure was used, if you recall?

8    A    Dusting the areas to be lifted and then taking

9    sort of a clear adhesive paper and lifting from the

10    dust prints.

11    Q    Okay.  Did you do that or did somebody else on

12    the team do that?

13    A    Someone else on the team did that.

14    Q    And was it part of the protocol to actually

15    create a diagram showing the areas from which the

16    latent prints were lifted?

17    A    Yes.

18    Q    Can you tell us, first of all, how many prints

19    were lifted for later review?

20    A    Six.

21    Q    Were they numbered one through six?

22    A    Yes, they were.

23    Q    Where was number one lifted from?

24    A    Center rear of trunk.

25    Q    Okay.  Are you looking down and referring to

1    something?

2    A    Yes, I am.

3    Q    What are you referring to?

4    A    A copy of the latent print lift log that we

5    prepared at the time.

6    Q    If you need to review that or something to

7    refresh your recollection, you may do so.

8    A    Thank you.

9    Q    And so that was -- was that in fact removed from

10   -- the area of the lift lock, what is the area of the

11   lift lock of the trunk?

12   A    Just the area where you would insert the key,

13   likely where someone would actually leave a print.

14   Q    Okay.  What about the remainder of the lifts,

15   two, three, four, five, and six?

16   A    Taken from the left rear passenger door, left

17   rear passenger door handle, the driver door handle,

18   driver window, external, and driver window external

19   again.

20   Q    Also, if you know, areas where human beings

21   might touch with their fingers?

22   A    Correct.

23   Q    Were swabs also taken?

24   A    Yes, they were.

25   Q    What is a swab?  What do you mean when you refer

1    to in this instance a swab?

2    A    It would be similar to Q-tip and you just swab

3    an area to collect any potential evidence that might

4    be there.

5    Q    Okay.  Do you know whether the swabbing was for

6    the purpose of possible DNA review?

7    A    It could be for the possible --

8    Q    You don't know in this instance?

9    A    No, I don't.

10    Q    From where were the swabs taken?

11    A    There was one taken from the scale and one taken

12    from the measuring cup.  That's all I see.

13         MR. MONK:  Okay.  If I may have just a moment,

14    please, Your Honor?

15         THE COURT:  You may.

16    BY MR. MONK:

17    Q    Now, with the Court's permission, I'd like to

18    show the witness what was admitted last week as 21 A

19    and 21 C.  Would you take a look at those, please,

20    previously identified I believe as wooden dowels?  Do

21    they look like wooden dowels to you?

22    A    Yes, they do.

23    Q    Would you -- is one dowel much smaller in

24    diameter than the other?

25    A    Yes, it is.

1  Q   Let's take a look at the 21 A, the dowel that is

2  smaller in diameter.  Would you please take it out of

3  the envelope?

4  A   (Witness complied.)

5  Q   Then let's take a look at that which you've

6  introduced, Exhibit 79.  These PVC pipes, are they

7  all apparently of the same diameter or different

8  diameters?

9  A   Different diameters.

10  Q   Can I see 21 -- tell us whether this dowel just

11  fits within the pipe with the smaller diameter?

12  A   Yes, it does.

13  Q   Would you return it to the envelope?

14  A   (Witness complied.)

15  Q   Now we'll take a look, please, at 21 C.  Does

16  this just fit within the larger diameter PVC pipe?

17  A   Yes, it does.

18      MR. MONK:  Your Honor, when I moved for the

19  admission of the measuring cup, I meant to identify

20  it as 78.  If I did not, that is the proposed exhibit

21  number, the correct exhibit number.

22      I have nothing further.

23      THE COURT:  Thank you, Mr. Monk.

24      Has the defense cross-examination for Mr. Nance?

25      MR. ALLEN:  Yes, Your Honor.  Thank you.

1          THE COURT:  You are recognized for that purpose.

2                         CROSS-EXAMINATION

3    BY MR. ALLEN:

4    Q     Agent Nance, I'm showing you Government's

5    Exhibit 55 B.  That is the registration for the

6    vehicle that you searched and took photographs of,

7    correct, the records?

8    A     Correct.

9    Q     And the Government had showed you Page 26 of

10   that document, and that's the visa of Mr. Mohamed,

11   correct?

12   A     Correct.

13   Q     And that was in these records to show who

14   purchased -- last purchased that Ford Escort,

15   correct?

16   A     Correct.

17   Q     And the issuance date of the visa is December

18   26, 2006, correct?  Would you like to see a closer

19   copy?

20   A     Correct.  I can see it.

21   Q     And the annotation indicates University of South

22   Florida, Tampa, Florida, correct?

23   A     Correct.

24   Q     And you were searching this vehicle in August of

25   2007?

```
 1    A    Correct.

 2    Q    You talked about there being fingerprints,

 3    latent prints taken from different areas of this

 4    Escort where someone would have likely put their hand

 5    if they opened the trunk area, correct?

 6    A    Correct.

 7    Q    Then there was also other prints found on the

 8    driver's side of the vehicle door, correct?

 9    A    Correct.

10    Q    As well as the back sort of passenger door area,

11    driver's side?

12    A    Correct.

13    Q    And those fingerprints were sent off to the lab

14    for comparison against any known prints, correct?

15    A    I'm not sure of that.  They were submitted into

16    our evidence room and it would be the case agent's

17    decision whether to send them on for processing or

18    not.

19    Q    You don't have any knowledge if that happened or

20    what the results may have been?

21    A    No, I don't.

22    Q    Now, I believe you testified that you created an

23    evidence recovery log or somebody did, correct?

24    A    Correct.

25    Q    And the Government showed you some photographs
```

1   of some of the items found in the trunk of that

2   vehicle, the PVC pipe and the safety fuse, correct?

3   A    Correct.

4   Q    I note on your evidence recovery log that fire

5   crackers were also found, Item 12.

6        THE COURT:  Was that a question?

7   BY MR. ALLEN:

8   Q    I thought it was.  Isn't it true that fire

9   crackers were also found in the trunk of that

10  vehicle?

11  A    Yes.

12  Q    And those fire crackers were in the same bag

13  with the safety fuse, were they not?

14  A    Some of them were, yes.

15  Q    Were there fire crackers found somewhere else?

16  A    Just loose.  They may have spilt out or

17  whatever.

18  Q    Do you recall finding also a safety pamphlet on

19  the use of fire crackers?

20  A    I do not recall.

21       MR. ALLEN:  May I approach?

22       THE COURT:  You may.

23  BY MR. ALLEN:

24  Q    I'm showing you what's already in evidence as

25  Government's Exhibit 79, which are the different

1   pieces of PVC pipe, which I believe you testified in

2   the original state they didn't have this black

3   material substance on them.  They were cleaner and

4   whiter in color.

5   A     I did not testify to that.

6   Q     Okay.  Was this black substance on the PVC pipes

7   when you found them?

8   A     Not that I recall, no.

9   Q     Do you know what this black substance is?

10  A     No, I don't.

11  Q     Is it similar in nature to fingerprint dust?

12  Would you like to see it closer?

13  A     Yes, it could be similar in nature to

14  fingerprint dust.

15  Q     Now, on Direct Examination you placed some of

16  the wooden dowels that are already in evidence into

17  the open ends of the different pieces of PVC pipe?

18  A     Mr. Monk did so, yes.

19  Q     And had you describe what he was doing, I guess.

20  When the dowels were going into the different pieces

21  of PVC pipe, they were easily pushed in and pulled

22  out, correct?

23  A     Correct.

24        MR. ALLEN:  If I can just have a moment, Your

25  Honor?

1          THE COURT:  Yes, sir.

2              (Pause.)

3          MR. ALLEN:  I don't have any further questions,

4      Your Honor.

5          THE COURT:  Thank you, Mr. Allen.

6          Any redirect examination, Mr. Monk?

7          MR. MONK:  No, sir.

8          THE COURT:  Mr. Nance, you may step down.  You

9      are excused with our thanks.

10         (End of requested excerpt of proceedings.)

11

12                    C E R T I F I C A T E

13         I, Kerry Mercade, certify that the foregoing is

14     a correct transcript from the record of proceedings

15     in the above-entitled matter.

16                                  S/Kerry Mercade

17                                  Kerry Mercade
                                    Court Reporter
18

19

20

21

22

23

24

25