```
 1                UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF FLORIDA
 2                     TAMPA DIVISION

 3    UNITED STATES OF AMERICA

 4

 5         vs.              CASE NO. 8:07-cr-342-T-23TBM
                            March 23, 2009
 6                          Tampa, Florida

 7

      YOUSSEF SAMIR MEGAHED,
 8
           Defendant.
 9
      _____/
10
                TRANSCRIPT OF EXCERPT OF TRIAL PROCEEDINGS
11                   (TESTIMONY OF NEIL PALENZUELA)
                 BEFORE THE HONORABLE STEVEN D. MERRYDAY
12                   UNITED STATES DISTRICT JUDGE

13    APPEARANCES:

14    For the Government:  JAY HOFFER
                           ROBERT MONK
15                         Assistant U.S. Attorneys
                           400 N. Tampa Street, Suite 3200
16                         Tampa, Florida 33602
                           813/274-6000
17
      For the Defendant:   ADAM ALLEN
18                         DIONJA DYER
                           Assistant Federal Defenders
19                         400 N. Tampa Street, Suite 2700
                           Tampa, Florida 33602
20                         813/228-2715

21    Court Reporter:      Kerry Mercade
                           801 N. Florida Avenue
22                         Suite 15A
                           Tampa, Florida 33602
23                         813/301-5024

24

25    Proceedings recorded and transcribed by
      computer-aided stenography.
```

1                          INDEX

2
**GOVERNMENT WITNESS NEIL PALENZUELA**
3     Direct Examination by Mr. Hoffer..........3
      Cross-Examination by Mr. Allen...........17
4     Redirect Examination by Mr. Hoffer........20

5                   **GOVERNMENT'S EXHIBITS**

6

7     **Number        Description                    Page**

8     44          Consent to search forms........13

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1            GOVERNMENT WITNESS, NEIL PALENZUELA, SWORN

 2            THE COURT:  State your name, please.

 3            THE WITNESS:  Neil Palenzuela.

 4            THE COURT:  Will you spell your last name?

 5            THE WITNESS:  P, as in Paul, A-L-E-N-Z, as in

 6       zebra, U-E-L-A.

 7            THE COURT:  Please have a seat in the witness

 8       stand and I'll recognize Mr. Hoffer for your Direct

 9       Examination.

10                      DIRECT EXAMINATION

11       BY MR. HOFFER:

12       Q    Mr. Palenzuela, sir, good morning.

13       A    Good morning.

14       Q    Try to keep your voice up and speak into the

15       microphone, if you would, so we can hear you, okay?

16            THE COURT:  Don't get too close to it or you'll

17       blow everyone away.  Assume a comfortable posture in

18       your chair and we'll worry about regulating the

19       volume.

20            Go ahead, Mr. Hoffer.

21       BY MR. HOFFER:

22       Q    Sir, if you would, tell the members of the jury

23       by whom you are employed and what you do for a

24       living.

25       A    I'm employed by the Federal Bureau of
```

1    Investigation.  I'm the supervisory senior resident

2    agent in Pinellas County, Clearwater, Florida.

3         THE COURT:  Ms. Robinson, did you hear that

4    okay?

5         JUROR ROBINSON:  (Witness indicated.)

6         THE COURT:  Remember, one and all of the jurors,

7    if you cannot hear and see at any time, make sure you

8    get my attention or Mr. Watts, and we'll adjust

9    things immediately.

10         Mr. Hoffer?

11   BY MR. HOFFER:

12   Q    How long have you been an employee of the FBI,

13   sir?

14   A    It'll be 20 years in June.

15   Q    Generally speaking, what kind of cases or

16   matters do you work on presently?

17   A    Presently, I'm in a supervisory position but up

18   until that point I worked in counter terrorism.

19   Q    How long have you been a supervisor in your

20   present position?

21   A    As of November of 2008.

22   Q    Let me direct your attention back if I could to

23   August the 6th of 2007, going back a ways.  Do you

24   recall -- at that time what was your assignment and

25   what kind -- what were you working on or what types

1    of matters were you working on then?

2    A    I was a Special Agent assigned to the Pinellas

3    resident agency, assigned to work counter terrorism

4    matters.

5    Q    Now, on that specific date, sir, did you have

6    occasion to do some work regarding the case presently

7    on trial before this court?

8    A    Yes, I did.

9    Q    What type of assignment were you called upon to

10   do on that date as best you recollect?

11   A    I was requested to make contact with the Megahed

12   family staying on the beach area in my general

13   vicinity for the purpose of obtaining a voluntary

14   consent for a search of their residence.

15   Q    Do you recall about what time it was that you

16   were asked to perform this assignment, first of all?

17   A    I was contacted approximately about 11:00 a.m.

18   in the morning.

19   Q    Did you have occasion to have to go somewhere to

20   have to carry out these duties?

21   A    Yes, I did.

22   Q    Where did you go to, sir?

23   A    I travelled to the location of the hotel room on

24   Reddington Beach.  I arrived there approximately

25   about 11:30 a.m.

1    Q    Did you go alone or with anybody else?

2    A    I went with another agent, Special Agent Gregory

3    Cox.

4    Q    When you went to that location, did you have

5    occasion to meet with anyone there at that time?

6    A    Yes, I did.

7    Q    Who did you meet with there?

8    A    I met with the Megahed family.

9    Q    When you say the Megahed family, specifically do

10   you recall who -- identifying who in that family you

11   met at that time?

12   A    Yes, I did.

13   Q    And who was that?

14   A    Father, Samir Megahed; mother, Ahlam Megahed;

15   daughter, Mariam Megahed; and the youngest son,

16   Yassien Megahed.

17   Q    Had you ever met any of those folks prior to

18   that time, sir?

19   A    No, I did not.

20   Q    Now, did you have occasion on that date, August

21   the 6th, 2007, to have a conversation with them?

22   Again, I don't want to ask you to say anything about

23   what was said, but just did you have a conversation?

24   A    Yes, I did.

25   Q    And how much time did you remain at that

```
 1    particular location, would you say?

 2    A    Approximately an hour to an hour and a half.

 3    Q    In the course of your meeting and the

 4    conversation, did you discuss with them -- you, as

 5    far as what you said or did, the issue of the search

 6    that you were there about?

 7    A    Yes, I did.

 8    Q    What, if anything, as best you can recollect did

 9    you explain as far as why you were there and what you

10    were seeking when you met with the family?

11    A    Upon my arrival -- they were already expecting

12    me.  As soon as I arrived, it was concerning

13    attempting to get their voluntary consent, Mr.

14    Megahed's consent and his wife, to search their

15    residence for potential explosives, bomb-making

16    materials, and what I deemed to be instrumentalities

17    of the crime, possible crime.

18    Q    Now, the particular area or location that you

19    wished to discuss obtaining their consent to search,

20    that was not that hotel room?

21    A    No, it was not.  It was their --

22    Q    What type of location was it?

23    A    It was a residence.

24    Q    And the residence in question, was that the

25    residence of the family?
```

1    A    That is correct.

2    Q    Without telling us a specific street address or

3    anything like that, what area of the Middle District

4    of Florida was that residence located in?

5    A    Tampa.

6    Q    Now, as -- did you have anything with you when

7    you went to that location on that particular date?

8    A    Yes, I did.

9    Q    What did you have with you with respect to your

10    duty at that point?

11    A    I had copies of FD-26 FBI forms for consent to

12    search, one in English and one in Arabic.

13    Q    These forms, are they standard forms utilized by

14    you and other agents in the course of investigative

15    work that you're familiar with it?

16    A    Yes, it is.

17    Q    And you said you had two forms or two versions

18    or could you explain that?

19    A    It's an FD-26 and FD-26.1, I believe.  One was

20    written in English and one in Arabic or the Arabic

21    translation.

22    Q    Were they signed or filled out in any way at

23    that point in time?

24    A    No, sir.  They were blank.

25    Q    Now, did you have occasion in the course of your

1    discussion with the family members that you met to

2    present to them or show them these forms.  First of

3    all, I'll ask you yes or no, did you do that?

4    A   Yes.

5    Q   In the course of your discussion, again without

6    telling us what they told you, just what you might

7    have said, did you make any request for them to

8    review those documents at that time?

9    A   Yes.  I actually handed them the forms and asked

10    them to read them.  Actually, Mr. Megahed wanted to

11    read them.  And I was beginning to offer to read them

12    out loud, but he said, "I speak English."  I gave

13    them both forms and they read them.  Upon reading

14    them, they gave them back to me.

15    Q   Now, did you make a request of them after --

16    when you say they read them, let me ask you, first of

17    all, who is the they?

18    A   Samir Megahed and his wife Ahlam.

19    Q   And after they had a chance, those two, to read

20    these documents, did you make any request of them

21    that they do anything with the documents themselves?

22    A   Yes.  I asked them to sign the documents.

23    Q   And did they do so right away or not?

24    A   No.  Actually upon our arrival, myself and Agent

25    Cox, explained to them what the circumstances were.

1    They said -- Mr. Megahed expressed his willingness to

2    cooperate fully from the beginning, but he said he'd

3    like to speak to a family friend before he basically

4    authorized the search.

5    Q    Did you allow him any opportunity to do so?

6    A    Yes.  He attempted on multiple attempts to make

7    contact with the family friend.

8    Q    And you were present, how did he do that?  By

9    phone or what?

10   A    By cell phone, I believe.

11   Q    How much time elapsed or how much time passed,

12   these efforts, while you were present waiting?

13   A    Over the course of the time we were there, it

14   probably took anywhere from like 30 minutes to an

15   hour.  He kept making -- I think he made a total of

16   three attempts.  Then upon I think the last, the

17   third attempt when he couldn't get through, he

18   basically said, you know -- he became somewhat

19   frustrated and said, "I'm just going to go ahead and

20   sign the form," and then actually offered me the keys

21   to the apartment.  Excuse me, to the residence.

22   Q    And during this entire period of time up to this

23   point, did you have any difficulty as far as

24   conversation or communication with either Mr. Megahed

25   or his wife as far as language or anything like that?

```
 1    A    No.

 2    Q    Did they appear to have any difficulty with you?

 3    A    No.

 4    Q    Do you speak Arabic, sir?

 5    A    No, I do not.

 6    Q    Did there come a point in time then on that

 7    particular morning or afternoon that something was

 8    done with respect to the blank documents that you

 9    brought, the blank forms?

10    A    As I said, previously upon I guess the last

11    attempted phone call, Mr. Megahed executed the FD-26

12    both in English and in Arabic.  His wife also did

13    likewise.  Myself and Agent Cox witnessed the two

14    documents.

15    Q    Was there anything unusual about the signing of

16    either one or anything unusual happen, I should say,

17    in the course of the execution or signing, if you

18    want to use that term, of either of those two

19    documents?

20    A    Yes, it did.

21    Q    What happened?

22    A    I do not speak Arabic.  And the Arabic

23    translation form is kind of set up the same way as

24    the English translation form.  I went to date it on

25    the line and I put the date in the wrong place
```

1     thinking it was exactly like the English translation

2     version.  Mr. Megahed corrected me and said, "That

3     spot is not the correct space for the date."  I put

4     the date in the right spot after he corrected me.

5          MR. HOFFER:  Your Honor, may I approach the

6     witness at this point?

7          THE COURT:  You may.

8     BY MR. HOFFER:

9     Q    Special Agent Palenzuela, I've placed before you

10    a document which is marked for identification

11    purposes as Government's Exhibit 44.  I would ask

12    you, sir, first, if you recognize that document?

13    A    Yes, I do.

14    Q    In fact, it's a composite exhibit.  Do you

15    recognize both parts or components of it?

16    A    Yes, sir.

17    Q    What do you recognize it to be?

18    A    It is the original versions of the two FD-26

19    consent to search forms that I had Mr. Megahed and

20    his wife execute that day.

21    Q    How do you recognize it to be those forms or

22    those original items?

23    A    My signature is on both and my initials.

24         MR. HOFFER:  Your Honor, at this point I'd offer

25    Government's Exhibit 44.

1           MR. ALLEN:  No objection.

2           THE COURT:  Exhibit 44 is received.

3           (Government's Exhibit No. 44 is received into

4      evidence.)

5           MR. HOFFER:  If I could just publish that for a

6      second, a copy of that.

7           THE COURT:  You may.

8      BY MR. HOFFER:

9      Q    Special Agent Palenzuela, just so we --

10     actually, I guess we want to -- the first page which

11     I have placed on the viewer and I'm sort of looking

12     at the bottom half of that page, that part of the

13     form is in Arabic, correct?

14     A    That is correct.

15     Q    And could you tell us where it was that you had

16     that little misstep as far as filling out this part

17     and if it's reflected here?

18     A    Well, if you can see my name Neil V. Palenzuela,

19     if you just move directly above that, you can see the

20     date 08/06/07 that was written there and it was

21     struck through by myself after Mr. Megahed corrected

22     me and said that's not where the date is.  And I

23     moved it to the other side.

24     Q    And where is it on this particular part of the

25     composite exhibit that Mr. Megahed, I guess the

1    father, affixed his signature?

2    A    I believe that's his signature directly above

3    mine and the signature above that I believe is his

4    wife's, or vice-versa.

5    Q    Were you present when he signed that document?

6    A    Yes.

7    Q    I take it that's your signature over here which

8    you were just referring to?

9    A    That is correct.

10    Q    Similarly, although the document does speak for

11    itself, let me ask you first, sir:  As far as the

12    consent that you obtained at that point during the

13    course of that meeting on that date, to what parts,

14    part or parts of the residence was that consent --

15    did that consent relate, I guess, in Government's 44?

16    A    In the consent to search there is the actual

17    address of the residence.  Then also, too, I added

18    the attached garage portion.

19    Q    And that's sort of just above, on the line just

20    above, correct?

21    A    Correct.

22    Q    Now, who -- is that part of the printed form or

23    not?

24    A    No.  That's the part that I wrote in.

25    Q    Is the address line just above that also

1    something you wrote in?

2    A    Yes, sir.

3    Q    Did you do that before or after the signing of

4    the documents by the family?

5    A    I did it prior to them signing it.  Then if you

6    can see the line coming straight down, I added that

7    line to assure that nothing would be added

8    afterwards.  So they signed the form and then they

9    initialed on that line also to make sure that no

10   additional location or information was added to the

11   forms.  I did that on both the Arabic and the English

12   translation.

13   Q    So you are referring to this sort of slanted or

14   diagonal line that you put in there?

15   A    That is correct.

16   Q    As far as where your signature is on the

17   document, sir, is it on the lower sort of right-hand

18   corner I circled here?

19   A    That is my signature, yes.

20   Q    And where the family members signed, where is

21   that?

22   A    The signature line above that.

23        MR. HOFFER:  If I could have a moment, Your

24   Honor?

25        (Pause.)

```
 1    BY MR. HOFFER:

 2    Q    I guess -- let me make sure I asked you this.

 3    How much time total do you recall did you spend from

 4    the time you arrived at that hotel to meet the

 5    members of the family until the time that you

 6    actually departed?

 7    A    It's my recollection about hour and a half.

 8    Q    When you left there, I take it, did you take

 9    with you the original copies of these documents?

10    A    Yes, I did, after having provided a copy to Mr.

11    Megahed at his request.

12    Q    Did you take anything else when you left the

13    location?

14    A    Took the keys to the residence.

15    Q    These keys, when did they emerge in the course

16    of the discussion and how?

17    A    Actually, they emerged pretty much kind of early

18    on after, once again, Mr. Megahed decided he couldn't

19    get through to his friend, he kind of offered the

20    keys initially and then at this point he actually

21    gave me the keys.

22    Q    What did you do with the keys and the documents

23    that you had at that point?

24    A    I provided the keys and the documents, the

25    signed versions, to Special Agent Craig Cox who then
```

1    took the keys and the documents to Tampa.

2    Q    And where did you go, sir?

3    A    I went back to my office.

4         MR. HOFFER:  If I could have a moment, Your

5    Honor?

6         (Pause.)

7         MR. HOFFER:  Thank you, Your Honor.  I have no

8    further questions of this witness at this point.

9         THE COURT:  Thank you, Mr. Hoffer.

10        Mr. Allen, has the defense cross-examination for

11   Mr. Palenzuela?

12        MR. ALLEN:  Yes, Your Honor.

13        THE COURT:  You're recognized for that purpose.

14                      CROSS-EXAMINATION

15   BY MR. ALLEN:

16   Q    Agent Palenzuela, the interview to get voluntary

17   consent from the Megahed family occurred on what day?

18   A    The 6th of August, 07.

19   Q    And you located them at a resort in St.

20   Petersburg where they were on vacation?

21   A    No, sir.  It was North Reddington Beach.

22   Q    Okay.  St. Petersburg area, I guess.

23   A    Okay.

24   Q    Where they were on vacation?

25   A    That is correct.

1    Q    When you arrived at the residence, excuse me, at

2    the hotel, present were Youssef Megahed's mother and

3    father, correct?

4    A    Correct.

5    Q    And his younger sister Mariam?

6    A    Correct.

7    Q    Do you recall how old Mariam was?

8    A    No, I do not.

9    Q    Now, you subsequently learned that in addition

10   to Mariam -- I'm sorry, strike that.  Also present at

11   the residence was Youssef's younger brother Yassien?

12   A    That is correct.

13   Q    And he suffers from a disability?

14   A    My understanding, that is correct.

15   Q    And your discussions weren't with Yassien; they

16   were with the mother, the father, and the sister?

17   A    Primarily, yes.

18   Q    And did you learn that there was -- that Youssef

19   also had an older brother Yahia?

20   A    Yes.

21   Q    Do you recall how old Yahia was at the time?

22   A    All I knew at that time was he was the older

23   brother.

24   Q    And in addition to asking for voluntary consent

25   to search, you also asked the Megahed family whether

1   Youssef maintained fireworks or rockets at the

2   residence?

3   A    Correct.

4   Q    Why were you asking if Youssef maintained

5   fireworks or rockets at the residence?

6   A    Because I think there was information provided,

7   what was reported initially on the news, I believe.

8   Q    That there were fireworks and rockets in the

9   Toyota?

10  A    I believe so.  It was on the news.

11  Q    And do you recall the parents and the sister all

12  laughing at the notion of --

13  A    Yes.

14  Q    -- Youssef Megahed having fireworks or rockets?

15  A    Yes, I do.

16  Q    Do you recall learning that Youssef Megahed was

17  a mechanical engineering student in his senior year

18  at USF?

19  A    Yes.

20  Q    Do you recall learning that his father Samir

21  Megahed was a civil engineer?

22  A    Yes.

23       MR. ALLEN:  I don't have any further questions,

24  Your Honor.

25       THE COURT:  Thank you, Mr. Allen.

1      Anything further from the United States?

2      MR. HOFFER:  I believe just two questions, Your

3  Honor.

4                  REDIRECT EXAMINATION

5  BY MR. HOFFER:

6  Q    First of all, the older brother that you were

7  advised, was he present at the hotel when you met

8  with the family?

9  A    No, he was not.

10  Q    And was there any discussion in the course of

11  your meeting about a storage shed that may have been

12  rented by the defendant?

13  A    Yes.

14  Q    Was the father aware of it when you mentioned it

15  to him?

16  A    He said -- I had asked him, "Are you aware of

17  any additional storage space that your son may have?"

18  And he said he was not aware of any storage space.

19      MR. HOFFER:  Thank you, Your Honor.  I have no

20  further questions of this witness.

21      THE COURT:  Thank you, Mr. Hoffer.

22      If there's nothing further, Mr. Palenzuela, you

23  may step down and you're excused with our thanks.

24      THE WITNESS:  Thank you, Your Honor.

25      (End of excerpt of proceedings.)

1                    C E R T I F I C A T E

2          I, Kerry Mercade, certify that the foregoing is

3     a correct transcript from the record of proceedings

4     in the above-entitled matter.

5                                    S/Kerry Mercade

6                                    Kerry Mercade
                                     Court Reporter
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25