1                    UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF FLORIDA
2                           TAMPA DIVISION

3    UNITED STATES OF AMERICA

4

5           vs.                CASE NO. 8:07-cr-342-T-23TBM
                           March 23, 2009
6                          Tampa, Florida

7

    YOUSSEF SAMIR MEGAHED,
8
        Defendant.
9
    _____/
10
        TRANSCRIPT OF EXCERPT OF TRIAL PROCEEDINGS
11             (TESTIMONY OF RONALD KELLY)
      BEFORE THE HONORABLE STEVEN D. MERRYDAY
12           UNITED STATES DISTRICT JUDGE

13    APPEARANCES:

14    For the Government:  JAY HOFFER
                       ROBERT MONK
15                    Assistant U.S. Attorneys
                    400 N. Tampa Street, Suite 3200
16                    Tampa, Florida 33602
                    813/274-6000
17
    For the Defendant:   ADAM ALLEN
18                    DIONJA DYER
                    Assistant Federal Defenders
19                    400 N. Tampa Street, Suite 2700
                    Tampa, Florida 33602
20                    813/228-2715

21    Court Reporter:      Kerry Mercade
                    801 N. Florida Avenue
22                    Suite 15A
                    Tampa, Florida 33602
23                    813/301-5024

24

25    Proceedings recorded and transcribed by
    computer-aided stenography.

1

**INDEX**

2

**GOVERNMENT WITNESS RONALD KELLY**

3  Direct Examination by Mr. Monk............3
   Cross-Examination by Mr. Allen...........51
4  Redirect Examination by Mr. Monk.........70
   Recross-Examination by Mr. Allen.........74

5

6              **GOVERNMENT'S EXHIBITS**

7

    **Number**      **Description**             **Page**

8

| Number | Description | Page |
| --- | --- | --- |
| 4 B | Photograph (Exhibit 4 A) | 9 |
| 5 B | Photograph (Exhibit 5 A) | 20 |
| 6 B | Photograph (Exhibit 6 A) | 29 |
| 7 B | Photograph (Exhibit 7 A) | 33 |
| 8 B | Photograph (Exhibit 8 A) | 44 |
| 9 B | Photograph (Exhibit 9 A) | 45 |
| 52 B | Spectrcide bottle | 15 |
| 59 | Statement of qualifications | 6 |

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          GOVERNMENT WITNESS, RONALD KELLY, SWORN

2          THE COURT:  State your name, please.

3          THE WITNESS:  Ronald L. Kelly.

4          THE COURT:  K-E-L-L-Y?

5          THE WITNESS:  That is correct.

6          THE COURT:  Please have a seat in the witness

7     stand and I'll recognize Mr. Monk for your Direct

8     Examination.

9                    DIRECT EXAMINATION

10    BY MR. MONK:

11    Q    Mr. Kelly, how are you employed?

12    A    I'm employed by the Federal Bureau of

13    Investigation.

14    Q    Are you a special agent?

15    A    No, sir.  I'm a professional support employee.

16    Q    And, specifically, are you employed as a

17    forensic chemist?

18    A    That's correct.  I'm a forensic chemist in the

19    explosives unit of the FBI laboratory.

20    Q    And where is that located?

21    A    It's located at Quantico, Virginia.

22    Q    How long have you been employed as a chemist

23    with the FBI?

24    A    I've been employed over 30 years with the FBI

25    right now.

1    Q    What are your primary responsibilities?

2    A    My primary responsibilities is to receive and

3    analyze evidence related to cases involving fires,

4    arsons, explosions, and explosive incidents.  I

5    receive that evidence from state, local, federal

6    agencies, as well as some international identities.

7    Q    And could you tell us about your college

8    education?

9    A    Certainly.  In 1977, I graduated from the

10   University of Maryland with a Bachelor's of Science

11   degree in chemistry.  I continued one additional year

12   taking courses in criminology until which time I was

13   hired by the FBI in 1978.

14   Q    Once you were hired in 78, did you have some

15   initial training at the FBI lab?

16   A    Yes.  Upon joining the FBI laboratory, I

17   experienced a lot of on-the-job training where I was

18   supervised by several other very experienced chemists

19   and experts within the laboratory.  Also during that

20   time I took basic forensic training courses and some

21   instrumental courses and other types of training

22   courses directly related to the responsibilities of

23   performing analyses in the laboratory.

24   Q    Through the years have you been qualified to

25   testify as an expert witness in different courts?

1    A    Yes, I have.

2    Q    And would that include in connection with

3    testimony concerning trace evidence?

4    A    That is correct.

5    Q    How about in connection with fire and explosion

6    investigations?

7    A    That also.

8    Q    In state and federal courts?

9    A    That is correct.

10   Q    And has there ever been an occasion on which you

11   were submitted as an expert and were not permitted to

12   testify and render an opinion as an expert?

13   A    No.

14   Q    Have you published any articles on technical

15   areas within your field?

16   A    Yes, I have.  I have published several articles

17   in both fire debris analysis and explosives analysis.

18   Q    Is one of them entitled a *Guide For Explosion*

19   *and Bomb Scene Investigations*?

20   A    That's another publication for which I was a

21   panel member on through National Institute of Justice

22   program's office grant.  A panel of experts put that

23   publication together, which I was one of those panel

24   members.

25   Q    I've placed before you proposed Exhibit Number

1    59, which is a seven- or eight-page document, I

2    believe.  Do you recognize that?

3    A    Yes, I do.

4    Q    How is it that you recognize that?

5    A    This is a statement of qualifications.

6    Basically, it's a summary of my job employment,

7    training, testimonies, et cetera.

8         MR. MONK:  All right.  I move for admission of

9    proposed Exhibit Number 59.

10        MR. ALLEN:  No objection.

11        THE COURT:  Exhibit 59 is received on behalf of

12   the United States.

13        (Government's Exhibit No. 59 is received into

14   evidence.)

15   BY MR. MONK:

16   Q    Have you -- does this statement of

17   qualifications also include courses that you have

18   either conducted, that is as an instructor, or

19   attended?

20   A    That is correct.

21   Q    Have you attended any courses concerning blast

22   investigations?

23   A    Yes.  I've attended the FBI's post-blast

24   investigation school.

25   Q    And how about any courses in connection with the

1    chemistry of explosives and pyrotechnics?

2    A    Yes.  I've attended several courses related to

3    that.  We have our own basic analysis of explosives

4    and explosive residues.  I've also taken several

5    courses at Washington College in Chestertown,

6    Maryland which had to do with pyrotechnics.  Also

7    explosives, propellants, and gas generants (ph) on

8    two different occasions there.  I've also attended

9    training at our international training seminar which

10   is held every three years which has to do with the

11   analysis and detection of explosives where explosive

12   experts from all over the world get together and

13   present papers and topics.

14   Q    And have you also served as an instructor with

15   respect to bombs, courses on bombs, explosives, and

16   explosives residues?

17   A    Yes.  Later in my career I have acquired the

18   knowledge to now go out an instruct many of the

19   courses which I previously attended earlier in my

20   career.  I currently instruct courses in fire debris

21   analysis, fire investigation, post-blast analysis of

22   explosive residues, and other similar related courses

23   pertinent to my discipline.

24   Q    I'm going to ask you, sir, whether during the

25   course of your carrying out your responsibilities on

1    August 6th of 2007, your lab received some specimens

2    in this investigation for examination?

3    A    That is correct.

4    Q    Was this the explosives lab at Quantico?

5    A    My unit is called the explosives unit, which is

6    one of many units at the FBI laboratory.

7    Q    In connection with the specimens received on or

8    about August 6 of 2007, did you actually perform work

9    on some of the specimens?

10   A    Yes.  Myself and others performed numerous

11   analyses on the evidence that was submitted on that

12   particular day for this case.

13   Q    All right.  I'm going to with the Court's

14   permission --

15        MR. MONK:  If I may approach the witness, Your

16   Honor?

17        THE COURT:  You may.

18   BY MR. MONK:

19   Q    I'm going to show you what has already been

20   admitted in evidence as Government Exhibit 4 A.  If

21   you would also take a look at proposed Exhibit 4 B.

22   A    I have done so.

23   Q    And do you recognize 4 A?

24   A    Yes, I do.  I recognize 4 A as one of the

25   specimens that I received in the laboratory for this

1  particular case.

2  Q    Did you recognize 4 B as well?

3  A    Likewise, 4 B I recognize as a photograph that

4  was taken of the evidence.

5  Q    Of 4 A?

6  A    That's correct.

7       MR. MONK:  I move for admission of proposed

8  Exhibit 4 B, Your Honor.

9       MR. ALLEN:  No objection.

10      THE COURT:  Exhibit 4 B is received.

11      (Government's Exhibit No. 4 B is received into

12 evidence.)

13      MR. MONK:  May I publish 4 B, Your Honor?

14      THE COURT:  You may.

15 BY MR. MONK:

16 Q    When an item, and specifically this item

17 depicted in 4 B, that is -- when 4 A arrived at your

18 lab, was the brown item on the bottom of this

19 photograph outside of the tube or was it inside of

20 the tube?

21 A    The brown tubular item material was inside the

22 tube at the time that I first examined it.

23 Q    And the photo that was taken, was this photo, if

24 you know, taken initially upon this item's arrival in

25 the lab?

1    A    This particular photograph was not taken.  We

2    did take other photographs that depicted the item as

3    it was received.  This particular item you see, 4 B,

4    was taken at a later time after a time we had

5    rendered the item safer to work with.

6    Q    Well, with respect to this item that I'm holding

7    in my hand, 4 A, when you received it the substance

8    was within the tube, is that correct?

9    A    That is correct.

10    Q    And you examined it in the condition it was in.

11    Did you examine it in the condition it was in when

12    your lab first received it?

13    A    That's correct.  The initial examinations on the

14    material inside the pipe were done while the material

15    was still inside the pipe.

16    Q    And do you use any sort of special safety

17    handling procedures during the course of your

18    examination of the items that we're going to discuss

19    this morning?

20    A    Again, I did use precautions in as much as with

21    materials I'd normally deal with, explosive

22    materials, they are very dangerous, so we had special

23    handling of the materials, handled it cautiously to

24    prevent any accidental ignition.

25    Q    When you first received 4 A, which is depicted

1    here in 4 B, describe its condition, please.

2    A    The initial condition of the item was again a

3    white PVC type tube.  Within it I could see at one

4    end a brown material on the left hand end.  On the

5    right-hand end, as it's pictured there, was a sort of

6    off-white and colored material.

7    Q    Could you point on your screen to where you are

8    referring to?

9    A    This end would be the brown material that I

10   observed in the pipe at this end.  Then at this end

11   was an off-white with some colored material which you

12   do not see pictured here in the photograph right now.

13   Q    Did you form an opinion ultimately with respect

14   to what the material was that was on the right-hand

15   aspect of the pipe?

16   A    Yes, I did.

17   Q    What was that?

18   A    The off-white material was a clay-like material

19   that was consistent with cat litter.

20   Q    By the way, the mark -- let's go through real

21   quickly the markings on this pipe.  The Q1, what is

22   -- tell us what these markings are.

23   A    The Q1 is the specimen item descriptor that we

24   give the item in the laboratory.

25   Q    So this would be questioned item number one?

1 A That is correct.

2 Q Then below that the word "left" and then "RT" on

3 the right?

4 A Yes.  They were scribed on that.  I did not

5 scribe those markings on those.

6 Q Do you know who did?

7 A I don't have firsthand knowledge of who did

8 that, no.

9 Q And did you ultimately perform an analysis and

10 determine the composition of the brown substance in 4

11 -- depicted in 4 B?

12 A Yes, I did.

13 Q And what was your determination?

14 A The brown material present is a pyrotechnic

15 mixture which contains potassium nitrate and sugar.

16 Q Now, is there more than one type of sugar that

17 you've encountered in your analyses?

18 A Yes.  In this particular case, there were

19 several forms of sugar that were present in the

20 various items.

21 Q Well, what about in connection with 4 A?  What

22 type of sugar?

23 A With this particular item, the sugar was

24 consistent with a material called Karo syrup, which

25 is a form of corn syrup which contains two types of

1    sugars within it.

2    Q    Now, you referred to this mixture as being a

3    pyrotechnic mixture combination of potassium nitrate

4    and sugar, specifically a Karo syrup type sugar?

5    A    That's correct.

6    Q    Is that also a low explosive?

7    A    Yes.  Pyrotechnic mixtures are in a class of

8    explosives which we call low explosives.

9    Q    Does a pyrotechnic mixture or a low explosive

10   require an oxidizer and a fuel?

11   A    A pyrotechnic mixture simply put is a mixture of

12   an oxidizer and fuel.

13   Q    Now, if one is going to go ahead and light a

14   candle, correct me if I'm wrong, but does -- in order

15   for there to be a fire, fuel is required as well as

16   oxygen, is that correct?

17   A    That is correct.

18   Q    And also a source of ignition or a source of

19   heat?

20   A    That is correct.

21   Q    And what role does the oxidizer or does an

22   oxidizer play in this particular low explosive -

23   potassium nitrate and sugar?

24   A    Again, with a pyrotechnic mixture or a low

25   explosive, typically it consists of an oxidizer and a

1   fuel.  The oxidizer is the component that has the

2   oxygen which allows the chemical reaction to proceed

3   based on the energy of the material itself and

4   requires no external oxygen in order to react.

5   Q    Does that mean that if you have a substance that

6   is an oxidizer or a source of oxygen in a fuel then

7   that substance could actually be confined from the

8   ambient air in the room and still burn?

9   A    That's correct.  The burning of a low explosive

10  or pyrotechnic material will occur within just the

11  compound itself and again can be secluded from

12  external oxygen.  It needs no external oxygen in

13  order to function or burn or chemically react.

14  Q    In the potassium nitrate/sugar low explosive

15  mixture, which is the fuel and which is the oxidizer?

16  A    Again, the potassium nitrate is the oxidizer and

17  it contains the oxygen portion.  Then the sugar acts

18  as the fuel.

19       MR. MONK:  If I may approach the witness, Your

20  Honor?

21       THE COURT:  You may.

22  BY MR. MONK:

23  Q    Show you what's marked as proposed Exhibit 52

24  Bravo.  Do you recognize that?

25  A    I have not seen this particular item before but

```
 1    it's an item that I've seen in doing a browsing of

 2    the Internet looking for products that are related to

 3    this case.

 4    Q    Do you know -- can you tell us whether 52 B is a

 5    source of an oxidizer, specifically potassium

 6    nitrate?

 7    A    The product is a stump remover and one of the

 8    common ingredients in several or some stump removers

 9    is potassium nitrate.

10         MR. MONK:  I would move for admission of

11    proposed Exhibit 52 B.

12         MR. ALLEN:  Can I see it, please?

13         THE COURT:  You may.

14         MR. ALLEN:  No objection, Your Honor.

15         THE COURT:  No objection?  52 B is received on

16    behalf of the United States.

17         (Government's Exhibit No. 52 B is received into

18    evidence.)

19    BY MR. MONK:

20    Q    Next, do you have 5 A up there, sir?

21    A    No, I do not.

22         MR. MONK:  Judge, may I have just a moment to

23    clear some of these out of here?

24         THE COURT:  You may.

25         Members of the jury, while Mr. Monk is doing
```

that, let me remark one matter. The Federal Rules of
Evidence provide that when knowledge of some
technical subject may be helpful to the finder of
fact, which is what the rules call the jury in a case
such as this, a person that because of their training
or experience, generally in some technical field, is
permitted to testify with respect to that field in
the form of an opinion. This is what you may have
heard referred to as an expert witness. You'll note
that Mr. Monk with this witness, distinctive from
some of the other ones, established his credentials
with respect to his field of endeavor and after which
has been asking him his opinion about certain
matters.

The parties, I take it, do not disagree about
the qualifications of this witness to provide opinion
testimony about some matter pertinent to the case.
But just because the witness testifies as to a
particular opinion, and just because the court
permits that testimony in the form of an opinion,
does not bind you. You should consider the testimony
of an expert witness precisely the same way that you
consider the testimony of other witnesses in deciding
whether to credit that testimony, and, if so, how
much weight to give it.

1    I'll comment further in my instructions at the

2    end of the case with respect to consideration of

3    several sorts of witnesses, including an expert

4    witness.

5    I might add, I don't single out this witness or

6    this instruction.  It would be applicable to any

7    witness who testifies as an expert witness and for

8    that reason is entitled to provide testimony in the

9    form of an opinion.

10   So it's ultimately your decision to determine

11   the weight and credibility to which an expert's

12   testimony is entitled, exactly as it is any other

13   witness.

14   Mr. Monk?

15   MR. MONK:  Thank you, Your Honor.

16   BY MR. MONK:

17   Q    Mr. Kelly, we were discussing preliminarily

18   explosives, specifically low explosives.  What is the

19   primary purpose of any explosive?

20   A    An explosive by definition is a material, either

21   a pure single compound or a mixture, which is capable

22   of producing an explosion by its own energy.

23   Q    What is deflagration?

24   A    Deflagration is a chemical reaction which

25   involves rapid burning.

1    Q    And what about the term "detonation"?

2    A    Detonation is a vary rapid chemical reaction

3    which produces as shockwave through the material

4    which travels through material at a rate of miles per

5    second.

6    Q    And are you able to distinction a low explosive

7    from a high explosive by reference to the those

8    terms - deflagration and detonation?

9    A    That's correct.  A low explosive functions by

10   deflagration in most cases and a high explosive

11   functions by detonation.

12   Q    Does an explosive that functions by deflagration

13   involve any sort of an auditory or sound component

14   that can be heard or detected?

15   A    Yes.  Again, the general term we would use for

16   an explosive material reacting would be called an

17   explosion.  An explosion is a chemical reaction which

18   involves a rapid transformation and release of energy

19   from a material producing large quantities of gas, a

20   pressure wave, light, heat, sound, or smoke.  And it

21   could be any one or all five of those

22   characteristics.

23   Q    And a low explosive mixture such as potassium

24   nitrate and sugar, will that mixture and the

25   determination as to whether or not an auditory or

1   sound report results from its ignition, will that

2   depend upon its circumstances including the

3   circumstances of its confinement?

4        THE COURT:  Sustained.  I think that's too

5   suggestive.

6        MR. MONK:  Okay.

7   BY MR. MONK:

8   Q    How might the circumstances of confinement, if

9   at all, affect what occurs when a low explosive is

10  ignited?

11  A    A low explosive, as I explained, functions by

12  deflagration, a rapid burning.  As such, many low

13  explosives will generate heat and gases.  If that

14  material is confined in a rigid container, such as a

15  paper tube, a plastic tube, or a metal pipe, those

16  gases will build up.  Eventually, if there is enough

17  reacting material or those high volumes of gas is

18  produced, it could rupture a container and actually

19  explode in a loud sound.  Otherwise, a burning low

20  explosive you may just see in the open crackling,

21  popping, and hissing sounds.

22  Q    Does there have to be a loud auditory report in

23  order for there to be an explosion?

24  A    No, not necessarily.

25       MR. MONK:  If I may approach the witness, Your

1    Honor?

2        THE COURT:  You may.

3    BY MR. MONK:

4    Q    I'm presently unable to put my hands on that

5    which has been admitted as Exhibit 5 A.  Please take

6    a look at proposed Exhibit 5 B and tell me whether

7    you recognize that?

8    A    Yes, I do.

9    Q    All right.  How is it that you recognize this?

10   A    I recognize that as specimen item number two

11   which was received in this case.

12   Q    Did you work on this?

13   A    Yes, I did.

14       MR. MONK:  I move for admission of proposed

15   Exhibit 5 B.

16       MR. ALLEN:  No objection.

17       THE COURT:  Exhibit 5 B is received.

18       (Government's Exhibit No. 5 B is received into

19   evidence.)

20       MR. MONK:  May I publish this, Your Honor?

21       THE COURT:  You may.

22   BY MR. MONK:

23   Q    We have the Q2 on this indicating questioned

24   item number two?

25   A    That is correct.

1    Q    Was this item depicted in 5 B also, that is was

2    the substance in the lower aspect of this photo, also

3    within the tube, the PVC tube itself, when you first

4    observed it in your lab?

5    A    That's correct.  Similar to the previous item,

6    this item Specimen Q2 was received in the lab intact

7    with that powdered material still in the plastic PVC

8    pipe.

9    Q    And did you actually remove the material?

10    A    I removed small portions of the material while

11    it was still in the tube, yes.

12    Q    Correct me if I'm wrong, but the -- whereas the

13    item depicted in 4 B, that is Q1, seemed to be

14    uniformly brown, is that correct?

15    A    That is correct.

16    Q    On the right-hand aspect of this, there is a

17    noticeably white section, correct?

18    A    That is correct.  That's how this item differs

19    on the internal contents versus the previous one.

20    Q    Before we go on in that regard, did you

21    chemically analyze the substance depicted on this

22    photo that is below the PVC pipe?

23    A    Yes, I did.

24    Q    Did you determine -- what did you determine its

25    chemical composition to be?

1    A    Again, the overall chemical composition of both

2    the brown and white material was a pyrotechnic

3    mixture containing potassium nitrate and sugar.

4    Q    Specifically, what type of sugar?

5    A    Again, the brown material, as was in the

6    previous item, was consistent with Karo syrup;

7    whereas, the white material on the right-hand end is

8    consistent with more like table sugar or powdered

9    sugar.

10   Q    In connection with this item while you observed

11   it within the PVC pipe, was there also, if you

12   recall, a kitty litter type plug at one or both ends?

13   A    That's correct.  Again, on this item there was a

14   plug on the right-hand end.  The material was

15   consistent with a clay-like material or kitty litter,

16   cat litter.

17   Q    When you refer to a plug, the substance

18   consistent with kitty litter, the plug being on the

19   right-hand end, was that -- did that appear to you to

20   be compacted in the tube in any way?

21   A    Yes.  All this material appeared to be somewhat

22   compacted fairly hard.  That's why I'm describing it

23   as a plug.

24   Q    And the powdered type sugar or the granular, the

25   white sugar, can you tell us whether the deflagration

1    or the burning of that type of sugar would occur at

2    the same rate, more slowly, or faster than the Karo

3    syrup?

4    A    What the powdered sugar on the right -- if the

5    material was properly mixed, well mixed and at the

6    correct proportions, it potentially could burn a

7    little faster than the brown material on the left,

8    which by the nature of the material tend to be a

9    little bit moister, which would inhibit some of the

10   burning on it.

11        MR. ALLEN:  Objection, Your Honor, as to

12   speculation as to what --

13        THE COURT:  Overruled.

14        MR. MONK:  If I may approach the witness,

15   showing what has been admitted in evidence as 57 A.

16   BY MR. MONK:

17   Q    Do you see that bag of garden sulfur, 57 A?

18   A    Yes, it is.

19   Q    Does --

20        THE COURT:  Did you say garden, G-A-R-D-E-N,

21   sulfur?

22        MR. MONK:  I did.  I did, Your Honor.

23   BY MR. MONK:

24   Q    Is that bag inside labelled garden sulfur, sir?

25   A    Yes, it is.

 1     Q     And in your experience and training in

 2     connection with explosives, does --

 3          MR. ALLEN:  Your Honor, may we approach?

 4          THE COURT:  You may.

 5          (At side bar, on the record.)

 6          THE COURT:  This is why we did not put this --

 7     this is why from here on out if we're going to have

 8     an expert witness, we're first going to put them on,

 9     we're first going to state what their credentials

10     are.  I want them tendered to me as an expert in some

11     identifiable subject at which time I'll give the

12     other side an opportunity to voir dire the witness or

13     discuss at side bar the area of expertise.  That way

14     I can then at that moment give the jury either an

15     initial instruction or now in this case a reminder

16     instruction about the expert testimony.

17          Let's see, what would your objection be, Mr.

18     Allen?

19          MR. ALLEN:  Your Honor, knowing this case very

20     well, I believe the Government is going to have this

21     expert witness testify that sulfur could be used to

22     make a more -- a high explosive or gunpowder or black

23     powder.

24          This bag of sulfur was found in Mr. Mohamed's

25     vehicle.  There was absolutely no sulfur in the items

 1  found in the trunk of the car.  The Government is

 2  trying to create some sort of specter of what could

 3  have been done with the sulfur, which is not relevant

 4  to what was in the trunk of the car, as to whether it

 5  was in the trunk of the car.  And what was

 6  transported for explosive material is the issue, not

 7  what this sulfur found in a completely different

 8  place could have been used for.

 9      THE COURT:  The place that the sulfur was found

10  again was?

11      MR. ALLEN:  In Mohamed's Escort back in Tampa.

12      THE COURT:  And that's the only place sulfur was

13  found?

14      MR. ALLEN:  Yes, sir.  There may have been some

15  in Mohamed's residence.

16      THE COURT:  That's also -- in Mohamed's place is

17  the only place the PVC pipe was found or fuse or many

18  of these other items, cat litter.

19      MR. ALLEN:  In the trunk of the car as well.

20      THE COURT:  Well, yes, and attributable to

21  Mohamed.

22      MR. ALLEN:  And the Government is trying to

23  attribute it to my client as well, I guess, the stuff

24  in the trunk of the car.

25      THE COURT:  All right.  Mr. Monk?

1   MR. MONK:  First of all, addressing the Court's

2  concern.  For many years I followed the tender

3  practice and then more recently had been advised by

4  the Court, not by this court but another court in

5  this building, not to do that.  So I apologize.

6   THE COURT:  Well, it's just easier for me to

7  manage it that way.  I've always taken the position

8  that if the parties want to stipulate to -- if they

9  want to do this by stipulation and not bring it up in

10  the courtroom, what I always ask them to do is

11  announce to me the area of it just so I'll know what

12  it is.  And what I often find is one party tries to

13  announce the area of expertise and the qualifications

14  and the other side says, "Well, no, that's not quite

15  what I understood."

16   It seems to me just to be more manageable.  It

17  manages better and it gives me an opportunity to talk

18  to the jury at the right time if we do it that way.

19  I was not reprimanding anyone for doing it any other

20  way.  I was sort of smiling at the ironies when you

21  attempt to work it out and it doesn't always happen.

22   The objection is not what I anticipated, so --

23   MR. MONK:  This is clearly relevant.  Mr. Allen

24  has repeatedly raised the specter that this was

25  harmless hobbyist activity, number one.

1     Number two, the garden sulfur is in evidence.

2   It was acquired from Mr. Mohamed's automobile along

3   with a measuring cup, PVC pipes, scale, safety fuse.

4   And I expect that this witness will testify not as

5   suggested by counsel but rather that the potassium

6   nitrate sugar mixture or another low explosive with

7   the addition of sulfur could have the effect of

8   increasing the rapidity of the deflagration.

9     THE COURT:  Mr. Allen, I'm going to overrule the

10  objection.  I think that that is pertinent to the

11  jury about proper inferences from the facts and not a

12  matter for exclusion at this point.  So that

13  objection is overruled.

14     You'll be about how much longer on Direct, do

15  you think?

16     MR. MONK:  Judge, quite awhile.  I'm expecting

17  maybe 45 more minutes.

18     THE COURT:  Well, and you'll probably be awhile

19  on Cross?

20     MR. ALLEN:  (Indicated.)

21     THE COURT:  I think just about 12:45 we'll break

22  until 2:00.

23     (End of side bar discussion.)

24  BY MR. MONK:

25  Q   Mr. Kelly, the garden sulfur in the bag there,

1    if that chemically were added to the potassium

2    nitrate/sugar mixture in the correct amount and

3    proportion, what effect if any would the addition of

4    the sulfur have on the rate of deflagration or

5    burning?

6    A    Sulfur is a fuel.  From a chemical standpoint,

7    it's a hot fuel which means it will burn hotter.  If

8    you were to add sulfur to any type of explosive

9    mixture in proper proportions, this would result in a

10   hotter reaction, which would also potentially be a

11   faster reaction also.

12   Q    Again, with respect to 5 B, was there any sort

13   of a plug on the left side of this that you recall?

14   A    Again, on the right-hand side there was an

15   off-white with color-grained material that was a plug

16   at the right-hand end of the pipe.

17   Q    With the Court's permission, I'll next show you

18   what has been admitted into evidence as 6 A, and also

19   proposed Exhibit 6 B, 6 bravo, and ask whether you

20   recognize both of those items?

21   A    I do recognize both of these items.

22   Q    And how is it you recognize them, please?

23   A    Again, I recognize these items by, one, the

24   specimen number, Q3; the laboratory number on the

25   item; and also my initials are on this item.  On the,

1   I should say, the bag that the item is in.

2   Q    And 6 B, the photo, is that a photo of 6 A?

3   A    That photo represents the item 6 A at a later

4   point during the examinations, yes.

5        MR. MONK:  I move for admission of proposed

6   Exhibit 6 B.

7        MR. ALLEN:  No objection.

8        THE COURT:  6 B is received.

9        (Government's Exhibit No. 6 B is received into

10   evidence.)

11   BY MR. MONK:

12   Q    Let's take a look at 6 B, with the Court's

13   permission.  This is Q3, correct?

14   A    That is correct.

15   Q    And when you received this, was that -- the

16   substance that is depicted in this photo below the

17   PVC pipe still inside the PVC pipe?

18   A    Again, as with the other items, the material

19   below the pipe right now was inside the PVC pipe.

20   Q    All right.  And the substance in this case was

21   what color?

22   A    What particular substance?  There were two

23   substances present in this item.

24   Q    Chemically, what was this mixture?

25   A    The white material that is pictured in there in

1    the photograph is a pyrotechnic mixture which

2    contains potassium nitrate and sugar.

3    Q    And what type of sugar?

4    A    Again, the sugar was consistent with table sugar

5    or powdered sugar.

6    Q    What color normally is potassium nitrate?

7    A    Potassium nitrate is typically a white material.

8    Q    So it does not appear, and correct me if I'm

9    wrong, as though there was any Karo syrup in this

10   mixture, is that correct?

11   A    That would be my opinion, yes.

12   Q    And can you tell us when you first received this

13   and observed it when the material was still inside,

14   what was its condition?

15   A    Again, as I received it, it was a pipe with two

16   plugs on both ends of that off-white and colored

17   material.  The plug on the left end had a small hole

18   in it.  And pictured in the photograph on the upper

19   right-hand side you can see portions of the plug.

20   Q    Is part of the plug blue in color?

21   A    That's correct.  It's an aqua blue type color.

22   Q    This plug, was it also consistent with kitty

23   litter?

24   A    Yes.  Again, that was a clay-like material

25   consistent with cat litter.

1    Q    Can you tell us whether there was anything else

2    different about this pipe and the substance in this

3    pipe in addition to -- other than the presence of the

4    kitty litter plug?  Was there a hole in the kitty

5    litter plug?

6    A    Yes.  I already mentioned on the left hand plug

7    there was a small hole.

8    Q    Okay, sorry.  Now, based upon what you've told

9    us thus far, all other things being equal, would you

10   expect faster or slower deflagration or burning with

11   this configuration, that is, potassium nitrate and

12   powdered sugar?

13        MR. ALLEN:  Objection, lack of predicate.

14        THE COURT:  I understand the objection to be

15   that the -- there was no comparator?  You said is

16   this faster than A but no B.  Is A faster than B.  So

17   is the KNO 3 and white sugar faster than --

18        MR. MONK:  Than potassium nitrate and Karo

19   syrup.

20        THE COURT:  All right, sir.  You may answer.

21        THE WITNESS:  Thank you.  To qualify the

22   statement again, the mixture of potassium nitrate and

23   sugar, again, if it's properly mixed at the right

24   proportions is an energetic material.  Again, under

25   ideal conditions, a dry mixture, the lack of water, a

1    mixture containing potassium nitrate and sugar would

2    potentially react faster versus potassium nitrate and

3    Karo, which is a liquid material, would potentially

4    react slower.

5       In the course of the analysis, I did do flame

6    testing on the material to burn it and it's a

7    qualitative test where I just visually saw the

8    burning characteristics of the material.  In one case

9    the brown material seemed a little bit sluggish

10    compared to the white.  That's what I'm basing my

11    opinion on today, on those observations.

12       MR. MONK:  If I may approach the witness?

13       THE COURT:  You may.

14    BY MR. MONK:

15    Q    Show the witness what's been marked as proposed

16    Exhibit 7 B.  Do you recognize that, sir?

17    A    Yes, I do.

18    Q    And how is it you recognize that?

19    A    Again, I recognize it by the specimen number and

20    the laboratory number associated with this and my

21    recollection of the items in the case.

22    Q    And that which has been admitted as 7 A, do you

23    recognize that as well?

24    A    Yes.  7 A is the actual item depicted in the

25    picture.

1    Q    Does it appear to you that there is anything

2    that is still within 7 A?

3    A    Within 7 A is a plastic pipe and there is a

4    small amount of granular material present there also

5    within the inner bag.

6    Q    By the way, let's take a look at 7 A and 6 A

7    once again.  I'd like you to do a visual comparison

8    of the size of the PVC pipes, that is, the diameter.

9    A    Obviously, there is a significance -- well,

10   there is an obvious size difference between the two.

11   The one in my right hand right now being larger than

12   the one in my left hand.

13   Q    6 A is much larger than 7 A, is that correct?

14   A    That is correct.

15        MR. MONK:  I'd move for admission of proposed

16   Exhibit 7 B.

17        MR. ALLEN:  Can I just see it real quick, Mr.

18   Monk?

19        MR. MONK:  Sure.

20        MR. ALLEN:  No objection, Your Honor.

21        THE COURT:  Exhibit 7 B is received on behalf of

22   the United States.

23        (Government's Exhibit No. 7 B is received into

24   evidence.)

25   BY MR. MONK:

1  Q    Let's take a look at 7 B.  What can you tell us

2  about this, sir?

3  A    Again, it's another item that I received in this

4  particular case that I analyzed.

5  Q    Was there any energetic material?  Well, first

6  of all, I just used a term I'm not sure you've used.

7  What does the term "energetic material" mean to you?

8  A    An energetic material is a more general term for

9  a compound or mixture that exhibits properties of

10  combustion, deflagration, or detonation.

11  Q    Such as a low explosive?

12  A    A low explosive would be considered an energetic

13  material also as another name for it.

14  Q    When you received and first inspected this

15  Exhibit 7 A, was there any energetic material inside?

16  A    I did not identify any energetic material on

17  this particular item.

18  Q    Was there a plug consistent with kitty litter?

19  A    Yes.  There was material again that was

20  clay-like that was consistent with cat litter.

21  Q    And what, if any, effect given a potassium

22  nitrate/sugar mixture confined in a larger versus a

23  smaller diameter tube -- all other the things being

24  equal other than the size of the tube, would you

25  expect any difference in the activity of the

1    substance inside?  That was a horrible question.

2    A    Maybe I can explain it better with the answer.

3    About the only effect you'd get is you have a larger

4    mass material so you'd have a larger output of energy

5    from the energetic material present.

6    Q    Thanks.  Now, we just took a look at 7 A and 7 B

7    where there was no potassium nitrate and sugar

8    mixture, correct?

9    A    That's correct.

10   Q    Did you have -- and I'm skipping around now a

11   little bit.  Did you have some contact in your lab at

12   a later point with what's depicted in 16 bravo, that

13   is, some loose, unconfined potassium nitrate/sugar

14   mixture?

15   A    That is correct.  I recognize the photograph

16   there as representative of my Specimen Q28 from

17   laboratory submission 07083006.

18   Q    So you had, correct me if I'm wrong, an instance

19   with Exhibit 7 of a PVC pipe with no potassium

20   nitrate/sugar mixture contained within it and another

21   instance reflected in Exhibit 16 B with potassium

22   nitrate/sugar mixture that is not yet in a pipe, is

23   that correct?

24   A    That is correct.

25   Q    Let's take a look if we can --

1          MR. MONK:  With the Court's permission, approach

2     the witness?

3          THE COURT:  Yes, sir.

4     BY MR. MONK:

5     Q    Let's take a look at what has been admitted in

6     evidence, I believe, as 21 C.  Did you -- do you

7     recognize that, sir?

8     A    Yes, I do.

9     Q    And did you examine in your lab that specimen as

10    well?

11    A    Yes, there were analyses performed on this

12    particular item.

13    Q    What is that item?

14    A    It's a small wooden dowel, approximately an inch

15    wide in diameter and about two or three inches long.

16    Q    When you examined it, what was its condition?

17    What did you observe?

18    A    Again, the wooden dowel had a small amount of an

19    off-white and colored material on the end of it.  Or

20    at least on one end of it.

21    Q    Next, did you also receive specimens or were

22    specimens received in your laboratory on or about

23    August 30th of 2007?

24    A    Yes, there were.  I'm sorry.  Would you repeat

25    the date again?  August 30th, 2007?

1    Q    August 30th.

2    A    Yes, that's correct.

3    MR. MONK:  If I may approach the witness, Your

4    Honor?

5    THE COURT:  You may.

6    BY MR. MONK:

7    Q    I'm going to show you what has already been

8    admitted in evidence as 16 A and also proposed

9    Exhibit 16 B.  I'm sorry, I believe 16 B is also in

10    evidence.  Yes, it is.  Can you take a look and tell

11    me if you can recognize --

12    A    Yes.  Again, I recognize this item.  It has the

13    specimen Q28 on it with the laboratory number which I

14    just mentioned and my initials.

15    Q    Does 16 B photographically reflect what is in 16

16    A?

17    A    The photograph depicts the contents of what's

18    inside the plastic container represented in the item,

19    that's correct.

20    Q    16 A, this is a coleslaw container with material

21    in it, correct?

22    A    That is correct.

23    Q    16 B, I have shown you the first page.  Show you

24    the second page.  Is this how you received it in your

25    lab once you opened the package up?

1    A    Again, I did not personally receive this item,

2    so I did not open it up.  I cannot testify to that.

3    Q    Was this chemically analyzed?

4    A    The material was chemically analyzed, yes.

5    Q    And the chemical analysis disclosed what?

6    A    Again, the material was identified as a

7    pyrotechnic mixture which contained potassium nitrate

8    and sugar.

9    Q    Apparently what type of sugar?

10   A    Again, the sugar was consistent with Karo syrup.

11   Q    Did you also receive specimens on September 5th,

12   2007, and September 7th, 2007, that came from a

13   residence on Nedro Street?

14   A    That is correct.

15   Q    Could you generally describe the items you

16   received?

17   A    In general, among the items were some drawer

18   liners, carpeting, mats, bedding material, table

19   cloth, swabs.  I also believe there was a glass table

20   and accessories within those items.

21   Q    With respect to the carpeting and the -- let's

22   start with the carpeting.  What sort of an

23   examination did you perform in the lab?

24   A    Again, myself and several others laid out these

25   pieces of carpet.  I did a visual examination of the

1     trace materials. Trace meaning small materials that

2     I could visually see. Examining two items, my items

3     Specimen Q6 and Specimen Q18, I retrieved from those

4     items, physically retrieved from those items, small

5     off-white color grains with again an aqua blue color

6     to them.

7     Q    Consistent with what, if anything?

8     A    Again, that material was chemically analyzed and

9     the material was consistent with a clay-like material

10     or cat litter.

11     Q    Did you also receive specimens on October 16th,

12     2007, the source of which you understood to be a red

13     Escort automobile?

14     A    That is correct.

15     Q    And please tell us about the analysis that was

16     conducted of those specimens. First of all, what

17     specimens?

18     A    In general, the items that were present there --

19     actually, there were numerous items which included

20     measuring cups, scales, a bag of organic sulfur,

21     rags, swabbings, and the list does go on. It's very

22     numerous but that's a general description of the

23     items there.

24     Q    Was one of the items you received that bag of

25     sulfur?

1    A    Yes.  The bag of sulfur that was previously up

2    here that I looked at was one of the items I received

3    and analyzed.

4    Q    What did that chemical analysis yield?

5    A    A cursory analysis of that identified sulfur as

6    the major component.

7    Q    Did you also receive lab specimens on or about

8    November 8th?  I'm sorry.  Did your laboratory

9    receive specimens on or about November 8, 2007, in

10   connection with this matter, the source of which was

11   from, according to your understanding, the Nedro

12   address?

13   A    That is correct.

14        THE COURT:  Mr. Monk, is this a convenient place

15   for us to recess for the lunch hour?

16        MR. MONK:  It is, Your Honor.

17        THE COURT:  It is a quarter to 1:00, so I think

18   we should be in recess long enough to have our lunch,

19   avoid getting wet outside, which I understand there

20   may be a mild drizzle still in effect but not enough

21   to interfere with lunch, I think.  If I could ask you

22   to assemble, members of the jury, in the jury room in

23   time to resume these proceedings at two o'clock.

24   You'll have a full hour and 15 minutes.

25        Please be mindful of my precautionary

1    instructions as you emerge from the courtroom and go

2    through the building and out of it, if you do.  I

3    look forward to seeing you back at two o'clock.

4        Mr. Watts?

5        THE COURT SECURITY OFFICER:  Rise for the jury,

6    please.

7        (Jury out at 12:41 p.m.)

8        THE COURT:  The witness can step down and make

9    yourself comfortable.

10       Anything more from the United States?

11       MR. MONK:  No, Your Honor.

12       THE COURT:  From the defense?

13       MR. ALLEN:  No, sir.

14       THE COURT:  Be back at two o'clock.  We're in

15   recess until then.

16       (Recess from 12:42 p.m. until 2:02 p.m.)

17       THE COURT:  It appears that everyone is present.

18       Mr. Watts, you may return the jurors to the

19   courtroom.

20       THE COURT SECURITY OFFICER:  Yes, sir.

21       (Jury in at 2:03 p.m.)

22       THE COURT:  Please be seated, one and all.  I

23   hope everyone had a nice lunch.  It was good to see a

24   little rainfall.

25       I told counsel a little while ago that in

1    conjunction with an 285 point increase in the Dow

2    Jones Industrial Average this morning, we're having a

3    pretty good morning.

4        Mr. Monk, you are recognized to resume your

5    Direct Examination of Mr. Kelly.

6        MR. MONK:  Thank you, Your Honor.

7    BY MR. MONK:

8    Q    Mr. Kelly, directing your attention once again

9    to Exhibits 4 B, 5 B, and 6 B.  Would you please tell

10   the members of the jury what tests you performed on

11   the contents of these PVC pipes when you examined

12   them?

13   A    I performed a series of analyses on them which

14   included x-ray diffraction, infrared spectroscopy,

15   Benedict's reagent spot test, and a flame test.

16   Q    In each of these that you've described this

17   morning and with respect to these 4 B, 5 B and 6 B,

18   in each of these did you find a potassium nitrate

19   explosive mixture?

20   A    In each of the three items, layers of the

21   materials present did consist of a pyrotechnic

22   mixture containing potassium nitrate and sugar.

23   Q    Is that an explosive mixture, sir?

24   A    Yes.  A pyrotechnic mixture is considered a low

25   explosive mixture.

1    Q    You've used both terms - explosive mixture and

2    pyrotechnic mixture.  Are those synonymous or is

3    there a difference?

4    A    There is a slight difference between the two.

5    Again, the overall class of explosives, we have high

6    explosives and low explosives.  Then within the low

7    explosives class, we have materials that are

8    pyrotechnics, propellants, and other energetic

9    material.

10        MR. MONK:  If I may approach the witness, Your

11   Honor?

12        THE COURT:  You may.

13   BY MR. MONK:

14   Q    I'll show you what has been admitted as Exhibit

15   8 A, and also I believe proposed Exhibit 8 B.  I say

16   I believe, I believe it has not yet been admitted.

17   Do you recognize the exhibit in the proposed exhibit?

18   A    Yes, I do.

19   Q    How is it you recognize it?

20   A    Again, I recognize it by the specimen number,

21   the laboratory number, and my initials present on the

22   bag.

23   Q    And is proposed 8 B the corresponding

24   photograph?

25   A    Yes, 8 B is a representative photograph of the

1    item.

2          MR. MONK:  I move for admission of proposed

3    Exhibit 8 B, Your Honor.

4          MR. ALLEN:  May I see the exhibit?  No

5    objection.

6          THE COURT:  Exhibit 8 B is received on behalf of

7    the United States.

8          (Government's Exhibit No. 8 B is received into

9    evidence.)

10          MR. MONK:  If I may publish 8 B, Your Honor?

11          THE COURT:  You may.

12    BY MR. MONK:

13    Q    Tell us what we're looking at, please, Mr.

14    Kelly.

15    A    Again, there appears to be a plastic pipe

16    material.  And I can't really make out what the

17    material on the far right is though.

18    Q    Did you do any analysis with respect to this

19    particular item?

20    A    To my recollection I did not perform any

21    chemical analysis on this item.  At best I would have

22    done a visual examination as I do with most of the

23    evidence that comes in.

24    Q    Do you know whether this is an item that was

25    rendered safe during the early morning hours of

1    August 5th, 2007?

2    A    I don't have any personal firsthand knowledge of

3    that, I'm sorry.

4    Q    If you would, please, would you take a look at

5    proposed Exhibit 9 B and tell us whether you

6    recognize that, whether it represents a specimen that

7    you performed an analysis on?

8    A    Yes, I do recognize that as a specimen that I

9    received in the laboratory for analysis.

10        MR. MONK:  I'd move for admission of proposed

11    Exhibit 9 B, Your Honor.

12        MR. ALLEN:  No objection.

13        THE COURT:  Exhibit 9 B is received on behalf of

14    the United States.

15        (Government's Exhibit No. 9 B is received into

16    evidence.)

17    BY MR. MONK:

18    Q    And the analysis that you -- first of all, this

19    apparently is .22 caliber ammunition, correct?

20    A    It is ammunition, that's correct.

21    Q    Ammunition, okay.  And you performed an analysis

22    and determined what?

23    A    I withdrew one of the items from the box, pulled

24    the item apart.  It's a bullet so it's got several

25    parts to it.  I pulled the item apart.  There is a

1    black powder material inside the ammunition, which we

2    refer to as a propellant.  I did perform a chemical

3    analysis on that propellant material.

4    Q    And the result of your analysis was what?

5    A    The result of the analysis on that item

6    identified the material as a double based smokeless

7    powder.  A smokeless powder is synonymous with gun

8    powder.

9    Q    That which has been admitted as Exhibit 12 A, do

10   you recognize this, sir?

11   A    Yes, I do.

12   Q    Did you perform an analysis -- well, first of

13   all, how is it you recognize this?

14   A    I recognize it from a recollection of the sized

15   container and the type container that I received in

16   the first submission of evidence in the laboratory.

17   Q    Did you analyze its contents?

18   A    Yes.  There was a liquid contents to the

19   container, which I withdraw a small amount of liquid

20   out and analyzed.

21   Q    And determined it was what?

22   A    I identified gasoline as the liquid.

23   Q    Did you also review a specimen labelled Q17?

24   A    Yes, I did.

25   Q    And that which was labelled Q17, describe what

1    it was.

2    A    The Q17 item is approximately a two liter

3    plastic bottle, similar to a two liter soda bottle.

4    Q    What did that contain upon chemical analysis?

5    A    There was a liquid inside, a dark liquid.  The

6    chemical analysis of that liquid detected the

7    presence of a cola-like drink with a small amount of

8    alcohol present in it also.

9    Q    Show you, with the Court's permission, what has

10   been admitted in evidence as Exhibit 10 A, the safety

11   fuse.  Did you perform any analysis of that, sir?

12   A    Yes, I did.

13   Q    And describe what you did.

14   A    Again, the item is what we refer to as safety

15   fuse.  It's a green cord.  And from a portion of the

16   green cord, I removed a small portion of black

17   material from the inner core of the cord.

18   Q    Did you analyze that?

19   A    Yes, I analyzed it for the chemical composition

20   of that material.  That material within it I

21   identified potassium perchlorate.

22   Q    What is that?

23   A    Potassium perchlorate is an oxidizer which is

24   commonly used as one of the energetic materials

25   within safety fuse.

1    Q    With the Court's permission, I'll show you what

2    has been admitted in evidence as 53 A and 54 A.

3    Please take a look at those.  Do you recognize them?

4    A    Yes, I do.

5    Q    You received cut up pieces of carpet from the

6    Nedro search, is that correct?

7    A    That is correct.

8    Q    What did you do with that carpet when you got

9    it?

10    A    Again, the carpet was visually examined and

11    there were particle materials removed from that and

12    chemically analyzed.

13    Q    What are 53 A and 54 A?

14    A    53 A and 54 A are two bags that contain granular

15    material.

16    Q    Derived from what?

17    A    They were material that was recovered from a

18    search of the Nedro Road address.

19    Q    When you say they contained granular materials,

20    specifically with respect to 53 A, what did your

21    analysis disclose with respect to the nature of that

22    granular material?

23    A    Within the granular material found in Item 53 A,

24    Exhibit 53 A, I did physically extract out several

25    small white crystalline materials which were

1    chemically analyzed.

2    Q    And disclosed what with respect to the

3    composition?

4    A    The analysis determined that the material was

5    potassium nitrate.

6    Q    And what about with respect to 54 A?

7    A    Within 54 A was a pellet-like material that I

8    recognized as -- that was present in a previous

9    examination that I performed.  The specimen was

10   Specimen Q9, the garden sulfur.  Similar pellets were

11   found within Exhibit 54 A.

12   Q    So 54 A contained granular sulfur?

13   A    Again, I identified sulfur as a major component

14   within 54 A.

15   Q    Now, I believe -- correct me if I'm wrong, but

16   in some of your analyses from the Nedro address, did

17   you detect some inorganic residues of sulfates,

18   nitrates, chlorates, and other materials that were

19   ambiguous because they're naturally occurring in the

20   environment?

21   A    Yes.  On many of the items that came from those

22   searches, we did analysis to determine or detect

23   trace levels of potential explosives or explosive

24   residues.  During that analysis, we detected nitrates

25   and sulfates and chlorides and a variety of other

1    materials which themselves could be explosive

2    residues, but they're also very common to the

3    background.  So their presence was basically

4    ambiguous and not significant for me to reach a

5    conclusion that they had any relationship to any

6    explosive material.

7    Q    What about with represent to 54 A and 53 A, were

8    those ambiguous?

9    A    Again, with the 53 A, which there were several

10   small particles of potassium nitrate there -- again,

11   potassium nitrate as we've discussed already today is

12   an oxidizer and it is one of the components that was

13   found in some of the pyrotechnic mixtures that we've

14   discussed today.

15   Q    My question to you is, what you found in 53 A,

16   was that a possible ambiguous background trace

17   substance that's found in the environment or was that

18   something more specific and concrete?

19   A    They were actual particles, as opposed to on the

20   other items where there weren't visible residues.

21   There were similar compounds present there, but I

22   couldn't see there.  That's significant in that

23   that's what I would actually consider a larger

24   quantity of material that is visible and able to

25   recover and analyze.

1    Q    Is that same thing true of the sulfur in 54 A?

2    A    Yes.  Again, those were very visible particles

3    that were very easy to distract from the debris in

4    that bag.

5         MR. MONK:  Thank you, Your Honor.

6         THE COURT:  Thank you, Mr. Monk.

7         Mr. Allen, you are recognized for your

8    cross-examination.

9         MR. ALLEN:  Thank you, Your Honor.  If I can

10    have a moment to retrieve some of these exhibits?

11         THE COURT:  Yes, sir.

12     (Pause.)

13                CROSS-EXAMINATION

14    BY MR. ALLEN:

15    Q    Good afternoon, sir.

16    A    Good afternoon.

17    Q    From looking at Government's Exhibit 59, which

18    is your statement of qualifications, it indicates

19    that you graduated from the University of Maryland in

20    1978, correct?

21    A    No.  I graduated with a BS degree in 1977 and

22    continued on an additional year and took courses in

23    criminology.

24    Q    Did you receive any degree in criminology?

25    A    No, I did not.  I was hired by the FBI before I

1    obtained enough credits.

2    Q    Correct me if I'm wrong, since 1978 the only

3    employment you've had is with the FBI?

4    A    That is correct.

5    Q    Did you have any prior employment related to

6    explosives, pyrotechnics or propellants prior to

7    going to college in 1973?

8    A    No, I did not.

9    Q    So your entire career has been working in law

10   enforcement for the FBI?

11   A    That is correct.

12   Q    I also notice on your statement of

13   qualifications, Government's Exhibit 59, that you

14   attended several different symposiums by the acronym

15   TWGFEX.  What does that stand for?

16   A    That stands for the Technical Working Group For

17   Fires and Explosions.

18   Q    And are you a member of that group?

19   A    Yes, I am.

20   Q    During your -- I guess you've been an expert for

21   the FBI for about 31 years now, correct?

22   A    I've been working for 31 years.  I've been

23   recognized in court as an expert since about 1995,

24   give or take a year or so.

25   Q    During that time have you had any contact with

1    an individual by the name of Dale Mann?

2    A    Yes, I have.

3    Q    How have you had contact with him?

4    A    Dale Mann was a student at the FBI academy too

5    many years ago that I can remember.  Subsequent to

6    that, I've actually had him as an instructor in some

7    of my fire debris courses since the time he's been a

8    student.  So I've known Dale Mann for a number of

9    years.

10   Q    And you've actually received instruction from

11   him or attended courses that he put on?

12   A    I would have to look at my CV and see.  I don't

13   recall him being an instructor, but he certainly has

14   given presentations that I've attended.  I would say

15   I've at least attended some training symposiums where

16   he has presented training material.  If that would

17   satisfy, yes, that would be correct.

18   Q    Now, correct me if I'm wrong, in essence,

19   relating to these this potassium nitrate and sugar

20   mixture, that was in FBI Exhibit Q1, Q2, Q3 and the

21   photograph that you were shown of the material inside

22   the coleslaw container, correct?

23   A    That is correct.

24   Q    And all of those substances you've identified as

25   pyrotechnics, correct?

1   A   As pyrotechnic mixtures, that is correct.

2   Q   And a common pyrotechnic is a firework, correct?

3   A   That is a form of pyrotechnic, that is correct.

4   Q   A road flare?

5   A   A road flare would be considered a pyrotechnic,

6   too, yes.

7   Q   The head of a match?

8   A   Yes, that would be considered a pyrotechnic.

9   Q   A sparkler?

10   A   A sparkler would be considered a pyrotechnic.

11   Q   Now, you've categorized a pyrotechnic as a low

12   explosive, correct?

13   A   That is correct.

14   Q   Other than pyrotechnics are there anything else

15   that would fall under the category of low explosives?

16   A   There are some propellants that are organic

17   based, smokeless powder, for example, as I identified

18   in one of the specimens, that is a low explosive but

19   it's a propellant.

20   Q   And a propellant is a mixture of substance that

21   is designed to propellant something in some sort of

22   direction, correct?

23   A   That's one of the functions it performs, yes.

24   Q   In fact, showing you Government's Exhibit 9 B,

25   which is the .22 caliber bullets.  You testified on

1   Direct that the smokeless powder in the .22 caliber

2   bullet is a propellant, correct?

3   A      That is correct.

4   Q      And that's because the

5   smokeless-powder-in-a-bullet's common and primary

6   function is to propel the bullet out of a gun as

7   oppose to explode the gun, correct?

8   A      That would be an accurate statement that the

9   powder use in an ammunition is used as a propellant,

10  correct.

11  Q      That powder, black powder contains potassium

12  nitrate, does it not?

13  A      It does not.

14  Q      What's in there?

15  A      That is a double base smokeless powder, which

16  consists of nitrocellulose and nitroglycerin, among

17  some of the other organic materials.  Those are the

18  two energetic materials present in that propellant.

19  Q      It's black powder that contains potassium

20  nitrate, correct?

21  A      Yes.  That's a different type of propellant.

22  That's actually a brand name type of product, black

23  powder.

24  Q      But that's another form of propellant?

25  A      That is another form of propellant which is also

1    a pyrotechnic material.

2    Q    Now, if one wanted to, could they not take

3    either the black powder or the smokeless powder and

4    put it into a closed, sealed container like a piece

5    of galvanized pipe with caps on the end and turn that

6    propellant into an explosive, correct?

7    A    No.  The propellant is already an explosive.

8    What you're going to do by confining it is actually

9    make it a more powerful explosive due to the fact

10   that it is confined.  And as a result you'll get a

11   different type of chemical reaction than if you just

12   burned it in the open.

13   Q    My question was probably unartful.  By doing

14   that, by containing the black powder or the smokeless

15   powder so that it doesn't escape and act as a

16   propellant, you are changing its function from

17   propelling to causing energy to increase to cause an

18   explosion?

19   A    The functional name of the material changes,

20   although the composition of the material does not

21   change.  So we're changing its use from the

22   propelling to placing it in a galvanized, confined

23   container.  The material itself does not change; the

24   actual chemical reaction of the material changes.

25   Again, it's then performing a different function.

1    Functionally, you can give it another name, too.

2    Some of these materials have crossovers.  They

3    perform multiple functions, so they can get multiple

4    names according to how they're used.

5    Q    For example, the same thing could be said of a

6    match head, right?  The function of a match is simply

7    to ignite, cause a little flame on the match, right?

8    That's the primary function of a match is to ignite

9    the little stick on the end, correct?

10   A    That is correct.

11   Q    But if one were to shave off the heads of a

12   thousand matches and compress that into a container

13   and ignite it, you would be changing the primary

14   function of that match head from igniting the little

15   stick to potentially causing an explosion, correct?

16   A    You definitely are changing the functionality of

17   the material and the chemical reaction that's going

18   to ensue afterward, yes.

19   Q    And to do that would not to be using the match

20   for its primary and common function, right?

21   A    Not what typically most of us would be using it

22   for, that's correct.

23   Q    As an expert with the FBI, you are familiar with

24   the Code of Federal Regulations, are you not?

25   A    Somewhat familiar, yes.

1     Q     And the Code of Federal Regulations 27 deals in

2     part with defining explosives and propellants and

3     pyrotechnics, correct?

4     A     There are several sections that define aspects

5     of explosives, that is correct.

6     Q     And isn't it true, sir, that the Code of Federal

7     Regulations defines a pyrotechnic composition as a

8     chemical mixture which upon burning and without

9     explosion produces visible brilliant displays, bright

10    lights or sounds?

11    A     If I could review the document here so I could

12    see what section you are referring to.

13          MR. ALLEN:  May I approach, Your Honor?

14          THE COURT:  You may.

15          (Pause.)

16          THE WITNESS:  That is -- as you've read was how

17    a pyrotechnic is defined in that particular code,

18    that's correct.

19    BY MR. ALLEN:

20    Q     Do you disagree with that definition?

21    A     I may disagree scientifically with that

22    definition.  Again, that's a legal definition which

23    doesn't necessarily follow a scientific logic or a

24    full scientific logic or explanation of what the

25    material is.

1    Q    Now, the same Code of Federal Regulations gives

2    the legal definition for explosive materials --

3    excuse me, for explosives to be any chemical

4    compound, mixture or device, the primary or common

5    purpose of which is to function by explosion.  Do you

6    agree with that?

7    A    I do agree with that.

8    Q    And so according to the Code of Federal

9    Regulations, the difference between an explosive and

10   a pyrotechnic composition is that an explosives'

11   primary and common purpose is to function by

12   explosion, whereas, a pyrotechnic's common function

13   is to function upon burning without explosion,

14   correct?

15   A    The legal definitions do describe it in that

16   manner.  Although scientifically, we have a broader

17   definition of what an explosion is.

18   Q    Now, you talked about -- in dealing with the

19   potassium nitrate and sugar pyrotechnic found in the

20   different items found in the trunk of the car, you

21   talked about an oxidizer and you talked about a fuel.

22   Do you recall that?

23   A    Yes.

24   Q    The oxidizer in this mixture of substance, in

25   this pyrotechnic mixture, is the potassium nitrate

1   which we have noted here in Government's Exhibit 52

2   B, correct?

3   A    There is potassium nitrate in the specimens I

4   analyzed.  I don't know if it's that particular

5   product, though.

6   Q    Potassium nitrate is also known as saltpeter, is

7   it not?

8   A    That is correct.

9   Q    Potassium nitrate is not flammable, isn't that

10  correct?

11  A    No.

12  Q    No, it's not flammable?

13  A    It is not flammable.  It is an oxidizer.

14  Q    And potassium nitrate is sometimes used in

15  toothpaste, is it not?

16  A    Potassium nitrate is used as an additive in

17  toothpaste, that's correct.

18  Q    And in plant food?

19  A    Yes, as a fertilizer.

20  Q    And potassium nitrate is used in propellants,

21  correct, as we previously discussed?

22  A    That is correct.

23  Q    That's simply what is going to provide the

24  oxygen for something to burn, correct?

25  A    The oxidizer, which potassium nitrate is, will

1   provide the necessary oxygen in a pyrotechnic mixture

2   to allow it to burn, that is correct.

3   Q    As well as in a propellant mixture?

4   A    Or in a propellant mixture, yes.

5   Q    And it's the sugar which is the fuel, so to

6   speak?

7   A    That is correct.

8   Q    It's the thing that burns?

9   A    The entire composition is burning but it's the

10  combination -- you need an oxidizer and something

11  present there, the combination, to result in burning.

12  So they're both in tandem resulting in burning.

13  Q    And when one is making a propellant, you also

14  need an oxidizer and a fuel, correct?

15  A    Not all propellants, no.  Again, in a smokeless

16  powder, it's a nitrocellulose and nitroglycerin,

17  which are both energetic materials.  The oxygen is

18  inherit in the compounds present as opposed to there

19  being a separate oxygen and fuel.

20  Q    Is nitroglycerous (ph), is that a high

21  explosive?

22  A    Nitroglycerin is considered a high explosive,

23  yes.

24  Q    I may have changed words on you and I apologize

25  if I did.  What was used in those bullets as the

1    propellant?  Was that nitroglycerin or nitro -- help

2    me out with the word there?

3    A    It was a double based, smokeless powder that

4    contained both nitroglycerin and nitrocellulose, two

5    energetic materials.  That's how it gets the

6    formulation name of a double based smokeless powder.

7    Q    Are those two double bases both high explosives?

8    A    No.  Just the nitroglycerin compound is a high

9    explosive material.  The nitrocellulose would be a

10   lower energetic material.

11   Q    And other forms of high explosives would be

12   dynamite, right?

13   A    That's correct.

14   Q    TNT?

15   A    That's correct.

16   Q    C-4?

17   A    That is correct.

18   Q    Now, what you were testifying -- what you

19   testified to was that the mixture of substance, the

20   pyrotechnic mixture inside Q1 and Q2 and Q3, the

21   little PVC pipe items that we've been talking about,

22   contained both, although in different forms,

23   different forms of sugar and potassium nitrate,

24   correct?

25   A    That's correct.  The mixture was those two basic

1    components.

2    Q    And there was a third component in there which

3    was similar to cat litter?

4    A    There is an additional layer of material present

5    at the ends of the pipe which was consistent with cat

6    litter, correct.

7    Q    And the cat litter did not serve any purpose in

8    creating the pyrotechnic, correct?

9    A    That is correct.  It doesn't serve any purpose

10    for a pyrotechnic mixture.

11    Q    It may serve a purpose for the device?

12    A    Possible, yes.

13    Q    On Direct Examination you repeatedly talked

14    about the oxidizer in the fuel needing to be mixed

15    properly in order to have a reaction, correct?

16    A    That is correct.

17    Q    If one were to have, for example, a larger

18    percent, like 85 percent oxidizer and 15 percent

19    fuel, what result would that cause?

20    A    Again, with a pyrotechnic mixture or any

21    oxidizer fuel mixture there is an ideal mixture,

22    which is most energetic.  Then any deviation from

23    that ideal ratio of the two compounds would result in

24    a less energetic mixture, both high and on the low

25    side of that ideal ratio.

1  Q     In fact, it could result in no reaction, could

2  it not?

3  A     Yes.  If you over fuel or over oxidize a

4  mixture, you can basically -- the result would be a

5  material that is not energetic at that point.

6  Q     By energetic simply means have a reaction,

7  correct?

8  A     It would not burn or deflagrate as a proper

9  mixed and ratioed material would -- the chemical

10  reaction that would occur in a properly mixed and

11  ratioed mixture.

12  Q     You conducted several different tests on the

13  potassium nitrate and sugar mixtures in these

14  different items you were examining, correct?

15  A     I performed a series of different analytical

16  techniques to identify the material, that's correct.

17  Q     And one was an x-ray diffraction, I believe you

18  called it?

19  A     That is correct.

20  Q     The other one was infrared spectra something?

21  A     Infrared spectroscopy.

22  Q     And the third one was a spot test?

23  A     Benedict's reagent spot test.

24  Q     And the other one was a flame test?

25  A     That is correct.

1   Q   What was the percentage of potassium nitrate in
2   Q1?
3   A   The test that I performed did not allow me to
4   make a quantitative measurement of the amount of
5   material, either the potassium nitrate or sugar that
6   was present.
7   Q   Is that the same for Q2?
8   A   That is correct.
9   Q   Is that the same for Q3?
10  A   That is correct.
11  Q   Is that the same for the pyrotechnic mixture in
12  the coffee filter?
13  A   That would be Q28 and that's correct.
14  Q   Now, because of that you have no way of knowing
15  what reaction Q1, Q2, Q3, and 28 would have actually
16  had if ignited, correct?
17  A   Actually, I did ignite the material, so there
18  was a qualitative observation of the properties of
19  ignition of the material.
20  Q   It burned, correct?
21  A   It burned vigorously or rapidly, yes.
22  Q   And sugar would do that by itself, would it not?
23  A   No, it would not, not vigorously.  It would burn
24  but not vigorously.
25  Q   The FBI, you, have the ability if you wanted to

1  to know from your testing exactly how much oxidizer

2  and fuel was in these PVC items, isn't that correct?

3  A    No.  It is not correct.  We do not have the

4  ability to quantitate those materials in the form

5  that I found them.

6  Q    Why not?

7  A    We don't have the instrumentation necessary to

8  do that.

9  Q    But instrumentation exists, does it not?

10  A    Not knowing the procedure to analyze it

11  quantitatively, I can't comment on that.

12  Q    Do you have any experience with model rocket

13  motors?

14  A    Very little.

15  Q    But you've gone to courses on propellants?

16  A    Yes, I have.

17  Q    And propellants are what's used in a model

18  rocket, is it not?

19  A    That is correct.

20  Q    And there is store bought rocket motors you can

21  buy, correct?

22  A    Yes, there are.

23  Q    What is the propellant in the store bought model

24  rocket motor made out of?

25  A    I believe -- I'm going to have to say at this

1    time I don't recall.  I have -- it's an Estes rocket,

2    but I don't remember the composition the Estes

3    rocket, the one I've worked with.  I'm sorry.

4    Q    Now, you indicated that there was a cat litter

5    type substance in the different PVC pipe items that

6    you were examining, correct?

7    A    That's correct.

8    Q    You testified at least of one of them, and maybe

9    all but let's deal with one of them, one of them

10    actually had a hole inside the cat litter end piece,

11    we'll call it?

12    A    Yes, it did.

13    Q    And you're aware, are you not, that in model

14    rocket motors there is a thing called a nozzle,

15    correct?

16    A    That is correct.

17    Q    And the purpose of a nozzle is to -- well, let's

18    slow down here a little bit.  A rocket model --

19    excuse me, a model rocket is designed to be pushed

20    off the earth's gravitational pull into the air,

21    correct?

22    A    That would be the purpose of a rocket motor,

23    correct.

24    Q    And to cause a rocket motor to push off the

25    ground, you need a propellant, correct?

1    A    That is correct.

2    Q    And as we discussed, some propellants need an

3    oxidizer and a fuel, correct?

4    A    That is correct.

5    Q    And what happens is when the oxidizer and fuel

6    is ignited, or the propellant is ignited, gas and

7    smoke comes out of the bottom end of the rocket

8    motor, which propels the rocket off the earth's

9    gravitational pull, correct?

10    A    That is correct.

11    Q    In order to focus that gas and smoke, rocket

12    motors have what's called a nozzle on the bottom

13    which then directs the energy, the smoke and gas,

14    into a more combined area, correct?

15    A    That's pretty accurate, yes.

16    Q    And the PVC pipe items that you examined had

17    that cat litter and hole in it which could function

18    as a nozzle, correct?

19    A    The one item did have the plug with a small hole

20    in it similar to what you're describing, yes.

21    Q    And there was no caps on the end of any of these

22    PVC pipe items, correct?

23    A    There were no plastic caps, that's correct.

24    Q    The only end pieces would be this cat litter

25    like substance, correct?

1    A    The cat litter plug, that's correct.

2    Q    If these items were ignited, the energy or the

3    smoke, assuming you got a reaction, would push out of

4    one of the two ends, correct?

5    A    If it was properly fused and if the plugs were

6    properly manufactured that would be the intended

7    function of that, yes.

8    Q    And these items aren't pipe bombs, right?

9    A    I'm not a device examiner, so I don't make a

10    functional call on a device item like that.

11    Q    Fair enough.  Have you ever heard of sugar

12    rockets?

13    A    Sugar rockets?  I've heard it synonymous with

14    the use of sugar with potassium nitrate, yes.

15    Q    As a propellant for model rockets?

16    A    Yes.  That would be an improvised model rocket

17    formulation.

18        MR. ALLEN:  If I could have just a moment, Your

19    Honor?

20        THE COURT:  Yes, sir.

21         (Pause.)

22        MR. ALLEN:  I don't have any further questions,

23    Your Honor.

24        THE COURT:  Thank you, Mr. Allen.

25        Is there any redirect examination?

1       MR. MONK:  Yes, Your Honor.

2                    REDIRECT EXAMINATION

3  BY MR. MONK:

4  Q    Mr. Kelly, I think you said you have somewhat or

5  some familiarity with rockets, is that correct?

6  A    Rocket motors, yes.

7  Q    Rocket motors.  Is it true that rockets can be

8  used as weapons?

9  A    You're probably getting a little bit outside of

10 my expertise on that, but --

11 Q    Well, do you know whether potassium

12 nitrate/sugar mixtures are the propellants used in

13 Qassam rockets in the Middle East?

14 A    I'm just a little bit familiar with some of

15 those formulas, yes.

16 Q    And so what can be used as a -- what's been

17 referred to as a sugar rocket can propel a weapon, is

18 that correct?

19 A    Again, the material is a propellant, so it can

20 be used to propel anything that's attached to it,

21 yes.  So it's got multiple and variable uses, yes.

22 Q    Correct me if I'm wrong, but if one is to

23 determine the end use of a propellant, one would have

24 to know what the user's intention is, is that

25 correct?

1    A    Yes.  Certainly, I have nothing to do with my

2    analysis that makes a determination how a material is

3    used.  I can just tell you what the material is and

4    what a function of that material might be.

5    Q    Now, without going back -- here they are.  I

6    think you told us on Cross-Examination -- and I'm

7    referring now to 4 B and the appearance of the

8    potassium nitrate/sugar, low explosive mixture, is

9    that correct?

10   A    That is correct.

11        THE COURT:  One moment, Mr. Monk.

12        (Pause.)

13        THE COURT:  All right, Mr. Monk.  Excuse me.

14   BY MR. MONK:

15   Q    The difference 4 B and the appearance of the

16   mixture in 5 B and 6 B.  Do you see that?

17   A    Yes, I do.

18   Q    I think you told us on Cross-Examination that

19   the fuel and oxidizer really needs to -- you want to

20   try to achieve an ideal mixture in order for it to

21   function properly, correct?

22   A    That is correct.

23   Q    Does it almost appear from 4 B, 5 B, and 6 B

24   that different -- there are different mixtures

25   experimentation in these three PVC pipes?

1    A    There is obviously different mixtures as is

2    visually present.  Again, there is different

3    materials that are being used.  Why, again my

4    analysis doesn't indicate why, but there is obviously

5    different mixtures that are being attempted to be

6    used here, yes.

7    Q    And different diameter pipes?

8    A    That's correct, also.

9    Q    Again, you have to know the intention of the

10    possessor?

11    A    That is correct.

12    Q    Now, I think you also told us that potassium

13    nitrate -- I think examples you used is used in

14    toothpaste, plant food, and so on, correct?

15    A    Yeah.  There's a variety of uses for potassium

16    nitrate, that is correct.

17    Q    Are there other commercially available materials

18    that by themselves are innocuous that can be used in

19    combination with other materials to create

20    explosives?

21    A    I'm not quite sure I fully understand your

22    question.  Can you maybe rephrase that?

23    Q    Are there commercially available things out in

24    the marketplace that can be purchased and used

25    according to a menu or formula to create different

     1     types of explosive materials?

     2     A    If I understand your question, there are a lot

     3     of basic chemicals that have many uses, everyday

     4     uses, but they also have a specific use as an

     5     explosive, too, and can be used in explosive

     6     mixtures.  Those type of mixtures are -- when you're

     7     using basic compounds that have multiple uses and

     8     they're used in a explosive mixture, we refer to that

     9     as an improvised explosive mixture when it's not a

    10     commercial product.

    11     Q    Or an improvised explosive device?

    12     A    That is if you would use or manufacture a device

    13     out of improvised materials, that's correct.

    14     Q    For example, can sugar, very common sugar, be

    15     dangerous?

    16     A    Again, even sugar as a fuel can be dangerous.

    17     There have been instances just recently in the past

    18     couple of years where you've had sugar dust

    19     explosions at sugar refineries:  One in 2007 in

    20     Baltimore and more recently down in Georgia in

    21     February of 2008.  They were fairly disruptive

    22     explosions just caused by sugar dust mixing with

    23     oxygen in the air as the oxidizer.

    24          MR. MONK:  One moment, please, Your Honor.

    25          THE COURT:  Yes, sir.

1          (Pause.)

2     BY MR. MONK:

3     Q    I'm sorry if I've asked you this already.  Are

4     you aware whether Qassam rockets do use a potassium

5     nitrate/sugar mixture as a propellant?

6     A    I've only read information about that in open

7     sources, so I don't know the reliability of that

8     firsthand.  No, I don't.

9          MR. MONK:  Nothing further.

10         THE COURT:  Thank you, Mr. Monk.

11         MR. ALLEN:  Briefly, Your Honor.

12         THE COURT:  Observe the scope, Mr. Allen.

13         MR. ALLEN:  Yes, Your Honor.

14                         RECROSS-EXAMINATION

15    BY MR. ALLEN:

16    Q    So just so we're clear, you're not saying that

17    any of these items found in the trunk of the car were

18    Qassam rockets, correct?

19    A    I'm not.

20    Q    You've talked about with Mr. Monk that there's

21    all kinds of things in our daily lives which when

22    they're not used for their primary purpose could be

23    used for some other purpose such as making an

24    explosive?

25    A    That is correct.

1          MR. ALLEN:  I don't have any other questions,

2     Your Honor.

3          THE COURT:  Thank you, sir.  You may step down.

4     You are excused with our thanks.

5          THE WITNESS:  Thank you very much.

6          (End of excerpt of proceedings.)

7

8                    C E R T I F I C A T E

9          I, Kerry Mercade, certify that the foregoing is

10    a correct transcript from the record of proceedings

11    in the above-entitled matter.

12                              S/Kerry Mercade

13                              Kerry Mercade
                                Court Reporter
14

15

16

17

18

19

20

21

22

23

24

25