```
                    UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF FLORIDA
                          TAMPA DIVISION

UNITED STATES OF AMERICA


        vs.                      CASE NO. 8:07-cr-342-T-23TBM
                                 March 24, 2009
                                 Tampa, Florida


YOUSSEF SAMIR MEGAHED,

        Defendant.
_____/

          TRANSCRIPT OF EXCERPT OF TRIAL PROCEEDINGS
                (TESTIMONY OF NICOLA HAGGARTY)
          BEFORE THE HONORABLE STEVEN D. MERRYDAY
                 UNITED STATES DISTRICT JUDGE
```

APPEARANCES:

For the Government:   JAY HOFFER
                    ROBERT MONK
                    Assistant U.S. Attorneys
                    400 N. Tampa Street, Suite 3200
                    Tampa, Florida 33602
                    813/274-6000

For the Defendant:   ADAM ALLEN
                    DIONJA DYER
                    Assistant Federal Defenders
                    400 N. Tampa Street, Suite 2700
                    Tampa, Florida 33602
                    813/228-2715

Court Reporter:     Kerry Mercade
                    801 N. Florida Avenue
                    Suite 15A
                    Tampa, Florida 33602
                    813/301-5024


Proceedings recorded and transcribed by computer-aided stenography.

1                          **INDEX**

2

  **GOVERNMENT WITNESS SHELLY RENSINK**
3 Direct Examination by Mr. Monk............3

4

5                    **GOVERNMENT'S EXHIBITS**

6
  **Number      Description                         Page**
7

8                            (None.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1     GOVERNMENT WITNESS, NICOLA HAGGARTY, SWORN
2         THE COURT:  State your name, please.
3         THE WITNESS:  Nicola Haggerty.  First name is
4     spelled N-I-C-O-L-A, last name is spelled
5     H-A-G-G-A-R-T-Y.
6         THE COURT:  Please have a seat in the witness
7     stand and I'll recognize Mr. Monk for your Direct
8     Examination.
9         MR. MONK:  Thank you, Your Honor.
10                    DIRECT EXAMINATION
11    BY MR. MONK:
12    Q    Ms. Haggerty, how are you employed?
13    A    I'm employed at the Florida Department of Law
14    Enforcement, Tampa Bay Regional Operations Center.
15    Q    And your job there is what?
16    A    I'm a crime laboratory analyst in the latent
17    print section.
18    Q    Please tell us about your educational background
19    and also your training that qualifies you to perform
20    your job at the FDLE.
21    A    I received a Bachelor of Arts in criminology
22    from the University of South Florida.  I also have an
23    associate in science and also my certification in
24    crime scene from St. Petersburg college.
25         I began my employment in 2002 with FDLE as a

1  crime laboratory technician.  In this position I was
2  trained on packaging and submission of evidence.  In
3  2003, I was promoted to a forensic technologist in
4  the latent print section.  Here I received training
5  on processing and development of latent prints and
6  also photography of latent prints.  In 2006, I was
7  promoted to a crime laboratory technician or crime
8  laboratory analyst in the latent print section.  In
9  this position I received 13 months training.  The
10 first seven months was the history, processing
11 comparison, development of latent presents, and also
12 on testimony.  Then the six months after, I was under
13 supervised casework under direct supervision of my
14 trainer.
15 Q    Have you testified before today in court with
16 respect to latent print or fingerprint examination?
17 A    Yes, I have.
18 Q    Twice before?
19 A    Yes, twice.
20 Q    This would be your third time?
21 A    That's correct.
22      MR. MONK:  I tender this witness for voir dire,
23 Your Honor.
24      MS. DYER:  No objection.
25      THE COURT:  Again, members of the jury, my

1   earlier admonition with respect to expert witness
2   applies to this witness who will testify among other
3   ways in the form of an opinion.
4        Mr. Monk?
5        MR. MONK:  Thank you.  May I approach, Your
6   Honor?
7        THE COURT:  You nay.
8   BY MR. HOFFER:
9   Q    Ma'am, I have placed before you what has been
10  admitted in evidence as Exhibits 34 and 35.  Would
11  you take a look at them, please?  And also proposed
12  Exhibit Number 83, would you look at that as well?
13  A    (Witness complied.)
14  Q    If you need to open it up, you may do so.  Do
15  you recognize proposed Exhibit 83?
16  A    Yes, I do.
17  Q    Did you do some work in this case that's now
18  being tried in this courtroom?
19  A    Yes, I did.
20  Q    Specifically, in March of this year, this month,
21  did you compare some known prints against some latent
22  fingerprints?
23  A    I received known prints and also the latent lift
24  cards, yes.
25  Q    The known prints that you received, are those

1    reflected in the fingerprint cards in Exhibits 34 and
2    35?
3    A    May I refer to my notes?
4    Q    Please.
5    A    Yes, they are.
6    Q    So you received the known fingerprints of Ahmed
7    Mohamed and Youssef Samir Megahed, correct?
8    A    That's correct.
9    Q    Did you also receive a total of six latent
10   prints that had theretofore been extracted from a red
11   or maroon Ford Escort automobile?
12   A    Yes, I did.
13   Q    And did you attempt to compare the latent prints
14   removed from the Ford Escort automobile with the
15   known prints of Mr. Mohamed and Mr. Megahed?
16   A    Yes, I did.
17   Q    And did you in doing that find any latent -- any
18   of those latent prints that were of any value for
19   comparison purposes?
20   A    There was nothing of value for comparison
21   purposes.
22   Q    So you were not able to make an identification
23   one way or the other, is that correct?
24   A    That's correct.
25        MR. MONK:  Nothing further.

1          MS. DYER:  No questions, Your Honor.
2          THE COURT:  In that case, Ms. Haggerty, you may
3     step down and you're excused with our thanks.
4          THE WITNESS:  Thank you.
5          (End of excerpt of proceedings.)
6
7                    C E R T I F I C A T E
8          I, Kerry Mercade, certify that the foregoing is
9     a correct transcript from the record of proceedings
10    in the above-entitled matter.
11                                       <u>S/Kerry Mercade</u>
12                                       Kerry Mercade
                                         Court Reporter
13
14
15
16
17
18
19
20
21
22
23
24
25