1              UNITED STATES DISTRICT COURT
              MIDDLE DISTRICT OF FLORIDA
2                    TAMPA DIVISION

3    UNITED STATES OF AMERICA

4

5         vs.                CASE NO. 8:07-cr-342-T-23TBM
                             March 25, 2009
6                             Tampa, Florida

7

     YOUSSEF SAMIR MEGAHED,
8
          Defendant.
9
     _____/
10
            TRANSCRIPT OF EXCERPT OF TRIAL PROCEEDINGS
11           (TESTIMONY OF DR. MAHMOUD NACHAVE)
           BEFORE THE HONORABLE STEVEN D. MERRYDAY
12              UNITED STATES DISTRICT JUDGE

13   APPEARANCES:

14   For the Government:   JAY HOFFER
                           ROBERT MONK
15                         Assistant U.S. Attorneys
                           400 N. Tampa Street, Suite 3200
16                         Tampa, Florida 33602
                           813/274-6000
17
     For the Defendant:    ADAM ALLEN
18                         DIONJA DYER
                           Assistant Federal Defenders
19                         400 N. Tampa Street, Suite 2700
                           Tampa, Florida 33602
20                         813/228-2715

21   Court Reporter:       Kerry Mercade
                           801 N. Florida Avenue
22                         Suite 15A
                           Tampa, Florida 33602
23                         813/301-5024

24

25   Proceedings recorded and transcribed by
     computer-aided stenography.

1                              INDEX

2
**GOVERNMENT WITNESS DR. MAHMOUD NACHABE**
3   Direct Examination by Mr. Monk............3
    Cross-Examination by Mr. Allen...........9
4   Redirect Examination by Mr. Monk.........10

5

6                    **GOVERNMENT'S EXHIBITS**

7
     **Number      Description                    Page**
8

9                          (None.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1              GOVERNMENT WITNESS, MAHMOUD NACHABE, SWORN
 2              THE COURT:  State your name please.
 3              THE WITNESS:  Mahmoud Nachabe.
 4              THE COURT:  Will you spell your last name?
 5              THE WITNESS:  Nachabe, N-A-C-H-A-B-E.
 6              THE COURT:  Please have a seat in the witness
 7      stand and I will recognize Mr. Monk for your Direct
 8      Examination.
 9                        DIRECT EXAMINATION
10      BY MR. MONK:
11      Q     Good morning, sir.
12      A     Good morning.
13      Q     Mr. -- or Dr. Nachabe, how are you employed?
14      A     I'm employed with the University of South
15      Florida.  I'm an associate professor.
16      Q     Are you an associate professor in civil and
17      environmental engineering, sir?
18      A     Yes, I am.
19      Q     How long have you been employed at the
20      University of South Florida?
21      A     Over ten years, ten years and six months.
22      Q     Do you have a specialty within your field?
23      A     I am in water resources engineering.
24      Q     Water resources and hydrology?
25      A     And hydrology, yes.
```

1     Q     And to what does that subject matter relate?

2     A     This relate to the development of infrastructure

3     related to water, water distribution systems, design

4     of pipeline, pumping stations, drainage systems.

5     Q     Water treatment, sewage?

6     A     Absolutely, everything that relates to water:

7     Water supply, water quality as well.

8     Q     Where did you acquire your -- do you have a

9     Bachelor's degree in civil engineering?

10    A     Yes, I do.

11    Q     Where did you acquire that?

12    A     I got my bachelor from the American University

13    of Beruit.

14    Q     And you also have advanced degrees, correct?

15    A     Yes.  I have a Masters from Auburn University

16    and PhD. From Colorado State.

17    Q     Are you familiar with an individual named Ahmed

18    Mohamed?

19    A     Yes, I am.  He was a graduate student.

20    Q     When did you meet Mr. Mohamed?

21    A     I met him when he first came to the States as a

22    graduate student.  I happen to be also the graduates

23    program coordinator for my department.

24    Q     Were you in fact -- was Mr. Mohamed a graduate

25    student?

1    A    Yes, he was.

2    Q    In 2007?

3    A    Yes.

4    Q    And were you in fact a graduate coordinator at

5    that time?

6    A    Yes, I am.

7    Q    And were you actually Mr. Mohamed's -- a student

8    adviser to Mr. Mohamed?

9    A    Yes, I was.

10   Q    Now, did Mr. Mohamed attend classes at the

11   University of South Florida in 2007?

12   A    Yes, he did.  He took three classes.  I mean,

13   three graduate classes:  One in the Geology

14   Department with Processor Stewart, one in civil

15   engineering was Professor Ross, and he took another

16   class with the Geography Department on GIS.

17   Q    So the answer to my question is he did take

18   classes, correct?

19   A    Yes, he did.

20   Q    Now, did he have some employment

21   responsibilities at the University of South Florida

22   as well?

23   A    Yes.

24   Q    Was one of those employment responsibilities as

25   a teaching assistant?

```
 1    A    Yes.

 2    Q    Generally speaking, what were his employment

 3    responsibilities as a teaching assistant?

 4    A    As a teaching assistant, he is hired by

 5    University for ten hours a week to help students,

 6    answer their questions in class, and some help

 7    session if they may need, and also grading homework.

 8    Q    Did he also have employment responsibilities as

 9    a research assistant?

10    A    Yes.  Another ten hours he was employed as a

11    research assistant, assisting other graduate students

12    and helping in the project collecting some field

13    data.

14    Q    The research assistant responsibilities that he

15    had, did you oversee or supervise those?

16    A    Yes.  I was the supervisor, yes.

17    Q    And also for the teaching assistant

18    responsibilities, correct?

19    A    Yes.

20    Q    The research assistant responsibilities, that

21    involved some fieldwork in hydrology, is that

22    correct?

23    A    Um-hum.

24    Q    Is that a yes?

25    A    Yes.
```

          Q     And was that in connection with a project that
    you had relating to Hillsborough County's storm water
    drainage?

          A     Storm water management project I had, yes.

          Q     Did Mr. Mr. Mohamed in connection with that
    fieldwork responsibility, did he work as part of a
    team?

          A     Yes.  He was one of a team of three students
    that they need to visit selected sites on a bi-weekly
    schedule to download data to bring it back to our lab
    for analysis.

          Q     To download data?

          A     Yes.

          Q     Was there one of those three students on that
    field team who was senior to the other two?

          A     The most senior person on this team would be
    Jeff Vomacka.  He has been with us for some team.  He
    is also a PhD. Candidate.  The second to Jeff would
    be Volha Martysevich.  She got her Masters from USF
    and doing her PhD. At and University of Colorado now.
    And Mohamed join us, Ahmed Mohamed join us.  I mean,
    he was the least senior on this team.

          Q     The fieldwork, was it exclusively the collection
    of data?

          A     Yes.

1    Q    Now, in connection with that project that you

2    oversaw, was Mr. Mohamed required to construct a

3    rocket?

4    A    No.

5    Q    Okay.  As part of his teaching assistant

6    responsibilities, was he required to construct a

7    rocket?

8    A    Absolutely not, no.

9    Q    And in connection with the course work that you

10   mentioned, the classes that you mentioned, was he

11   required to construct a rocket?

12   A    No.

13   Q    Now, if you work in hydrology, do you sometimes

14   work with PVC pipes?

15   A    Yes, we do.

16   Q    And in connection with the field research

17   project that Mr. Mohamed worked on, who purchased --

18   who primarily was responsible for purchasing any

19   supplies that you needed?

20   A    It's usually Jeff because he is the more senior.

21   Q    Well, wasn't it usually you?

22   A    Actually, occasionally me.  But since the team

23   of three, it's usually Jeff who makes the acquisition

24   of the equipment and makes the order for the

25   equipment.

```
 1    Q    And during the period of time Mr. Mohamed worked
 2    on that project, what sorts of equipment was
 3    purchased by someone other than you, if you recall?
 4    A    If I recall, probably some pressure transducers
 5    that allows to us measure the water levels, some
 6    fiberoptics cables.
 7    Q    The first word, is that pressure transducers?
 8    A    Yes.
 9    Q    The second is fiberoptic cables?
10    A    Um-hum.
11    Q    And any lock boxes?
12    A    Lock boxes for data loggers and that's about it.
13         MR. MONK:  May I have a moment, please?
14         THE COURT:  You may.
15         (Pause.)
16         MR. MONK:  That's all.  Thank you.
17         THE COURT:  Thank you, Mr. Monk.
18         Mr. Allen, you're recognized for your
19    cross-examination.
20                         CROSS-EXAMINATION
21    BY MR. ALLEN:
22    Q    I believe you testified that you met Mr. Mohamed
23    when he first came to the United States to teach at
24    the University of South Florida.  Do you recall when
25    that was when he first came here to the United States
```

1    or started at USF?

2    A    Well, it was the early 2007, probably on the --

3    I can't recall the exact day, but he started in the

4    spring of 2007, sir.

5    Q    Okay.  Is the graduate program at USF separate

6    from the undergraduate program?

7    A    Yes, it is.

8         MR. ALLEN:  No further questions.

9         THE COURT:  Thank you, Mr. Allen.

10        Mr. Monk?

11        MR. MONK:  Your Honor, just a couple that might

12   actually be outside the scope of Cross, but I forgot

13   to ask.

14        THE COURT:  All right, sir.  Go ahead.  We'll

15   give Mr. Allen another opportunity also.

16                    REDIRECT EXAMINATION

17   BY MR. MONK:

18   Q    When Mr. Mohamed worked in the field, did he use

19   chemicals such as potassium nitrate, sulfur or

20   charcoal?

21   A    No, he did not.

22        MR. MONK:  That's all.

23        THE COURT:  Thank you, Mr. Monk.

24        Anything, Mr. Allen?

25        MR. ALLEN:  No, sir.

1    THE COURT:  In that case, you may step down and

2  you are excused with our thanks.

3    THE WITNESS:  Thank you.

4    (End of excerpt of proceedings.)

5

6    C E R T I F I C A T E

7    I, Kerry Mercade, certify that the foregoing is

8  a correct transcript from the record of proceedings

9  in the above-entitled matter.

10                                   S/Kerry Mercade

11                                   Kerry Mercade
                                     Court Reporter
12

13

14

15

16

17

18

19

20

21

22

23

24

25