```
 1                 UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF FLORIDA
 2                       TAMPA DIVISION

 3      UNITED STATES OF AMERICA

 4

 5          vs.                  CASE NO. 8:07-cr-342-T-23TBM
                                 March 25, 2009
 6                               Tampa, Florida

 7

        YOUSSEF SAMIR MEGAHED,
 8
             Defendant.
 9
        _____/
10
                 TRANSCRIPT OF EXCERPT OF TRIAL PROCEEDINGS
11                  (TESTIMONY OF DR. LESLIE MCCURDY)
                 BEFORE THE HONORABLE STEVEN D. MERRYDAY
12                    UNITED STATES DISTRICT JUDGE

13      APPEARANCES:

14      For the Government:   JAY HOFFER
                              ROBERT MONK
15                            Assistant U.S. Attorneys
                              400 N. Tampa Street, Suite 3200
16                            Tampa, Florida 33602
                              813/274-6000
17
        For the Defendant:    ADAM ALLEN
18                            DIONJA DYER
                              Assistant Federal Defenders
19                            400 N. Tampa Street, Suite 2700
                              Tampa, Florida 33602
20                            813/228-2715

21      Court Reporter:       Kerry Mercade
                              801 N. Florida Avenue
22                            Suite 15A
                              Tampa, Florida 33602
23                            813/301-5024

24

25      Proceedings recorded and transcribed by
        computer-aided stenography.
```

1                              **INDEX**

2
**GOVERNMENT WITNESS DR. LESLIE MCCURDY**
3    Direct Examination by Mr. Monk............3
Cross-Examination by Mr. Allen...........12
4    Redirect Examination by Mr. Monk.........14

5

6                       **GOVERNMENT'S EXHIBITS**

7
     **Number      Description                    Page**
8

9                          (None.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1        GOVERNMENT WITNESS, LESLIE MCCURDY, SWORN

2        THE COURT:  State your name, please.

3        THE WITNESS:  My name is Leslie Daniel McCurdy.

4        THE COURT:  Would you spell your last name?

5        THE WITNESS:  M-C-C-U-R-D-Y.

6        THE COURT:  Please have a seat in the witness

7    chair, make yourself comfortable, and I will

8    recognize Mr. Monk for your Direct Examination.

9                    DIRECT EXAMINATION

10   BY MR. MONK:

11   Q    Mr. McCurdy, would you please tell the members

12   of the jury how you're employed?

13   A    I'm a forensic examiner at the FBI laboratory's

14   DNA Analysis Unit II.  We're located in Quantico,

15   Virginia.

16   Q    And is it Dr. McCurdy?

17   A    I do have a PhD, but I can be called mister or

18   doctor.

19   Q    Dr. McCurdy, what do you do in the lab?

20   A    In our laboratory we have two DNA analysis

21   units.  One DNA analysis unit, called DNA Analysis

22   Unit I, does nuclear DNA exams.  I don't work in that

23   unit.

24        The second unit is DNA Analysis Unit II.  That

25   is where I work.  We study mitochondrial DNA.

1    Q    Please tell us about your educational

2    background, sir.

3    A    I have a Bachelor of Science degree from John

4    Jay College of Criminal Justice.  I studied forensic

5    science.  I hold a Masters degree and also a doctoral

6    degree both from New York University, both studying

7    human genetics.

8    Q    Have you had any post-graduate training in DNA

9    analysis?

10   A    Yes.  For two years I was a post-graduate fellow

11   at the New York State of Department of Health in

12   Albany, New York.  As part of that I did research on

13   genetic disorders, how to develop devices to do

14   bedside genetic analysis.

15   Q    And have you testified before as an expert

16   witness in the field of mitochondrial DNA analysis?

17   A    Yes, I have.

18        MR. MONK:  At this time I would tender the

19   witness for voir dire with respect to the field of

20   mitochondrial DNA analysis.

21        MR. ALLEN:  No need for voir dire, Your Honor.

22        THE COURT:  This witness will be received,

23   members of the jury, as an expert witness subject to

24   the same instruction that I gave you earlier on

25   several occasions in the trial with respect to

1    so-called expert witnesses.

2        Mr. Monk?

3    BY MR. MONK:

4    Q    Dr. McCurdy, if you touch that screen in front

5    of you, you can create some dots.  Could you please,

6    if you're able to, draw us a little picture of a cell

7    and show the nucleus, the cytoplasm, and where the

8    mitochondria resides, please?

9    A    Absolutely.  I'll do my best.  If you think of a

10   cell as an egg, you crack open your egg and you'll

11   see there are two general portions.  There's the

12   yolk.  I'll just put a Y in there.  For a cell that's

13   the nucleus.  The nucleus functions as the nerve

14   center, the brain center for the cell.

15       Then out here we have the white of the cell or

16   the white of the egg.  For a cell this is called the

17   cytoplasm.  When you look inside of most cells,

18   you'll find that there are two locations that DNA is

19   found.  DNA can be found in the yolk, and that's

20   nuclear DNA.

21   Q    That's the nucleus, not the yolk, correct?

22   A    Yes, you're correct.  The end kind of represents

23   the nucleus.  Then you'll also find in the white part

24   of the egg or the cytoplasm of the cells there are

25   these little kidney bean shaped things that are

1    called mitochondria.  Mitochondria are power plants

2    for your cells.  They produce the energy that all of

3    our cells need.  If you were to look at a cell from a

4    piece of muscle from your leg, you would find that it

5    a lot of mitochondria because the muscle cells in

6    your leg produce a lot of energy.  Each one of these

7    mitochondria has their own little piece of DNA.  They

8    are actually tiny little circles.  My scale is off,

9    but for these tiny little circles of DNA, that's

10   mitochondrial DNA.

11       The key different between nuclear DNA and

12   mitochondria is that nuclear DNA is inherited from

13   both your mother and your father and nuclear DNA can

14   make you unique unless you have identical twin.

15   Mitochondrial DNA is inherited only from your mom.

16       Take me for example.  I have two brothers and a

17   sister.  The mitochondrial DNA that I have is the

18   same as the mitochondrial DNA as my mom and also the

19   same as my two brothers and my sister.  My sister's

20   son as the same mitochondrial DNA as her mom, who is

21   my sister.  So if you to look at my family, between

22   my mother, myself, my two brothers, my sister and my

23   sister's child, we all have the same mitochondrial

24   DNA.  I have two children myself, but mitochondrial

25   DNA is not passed along paternal lines.  Fathers do

1    not pass this along.  I'm a mitochondrial DNA dead

2    end.  My children have mitochondrial DNA from their

3    mom.

4    Q    We heard the other day about and you have

5    alluded to nuclear DNA.  Are you familiar with that

6    as well?

7    A    Yes, I am.

8    Q    Correct me if I'm wrong, but nuclear DNA

9    analysis can be used to identify an individual for

10   purposes of including an individual or affirmatively

11   identifying an individual, is that correct?

12   A    Essentially that's correct, yes.

13   Q    Is it accurate that mitochondrial DNA doesn't do

14   that?

15   A    It's not truly accurate to say it doesn't

16   include people, but a mitochondrial DNA association

17   or two samples that have the same mitochondrial DNA

18   doesn't mean that they share an identical source.

19   For example, because the mitochondrial DNA between

20   myself and my brother is the same, no one could

21   distinguish an item of evidence left from either me

22   or my brother.  All they could say would be it could

23   be me or my brother or someone else in the

24   population.

25   Q    Okay.  Is mitochondrial DNA analysis more

1    commonly used to exclude people?

2    A    Yes.

3         MR. MONK:  If I can approach the witness,

4    please?

5         THE COURT:  You may.

6    BY MR. MONK:

7    Q    I'm showing you what has been marked and

8    presented in evidence as Government's Exhibit 5 A.

9    Now, during the course of your employment

10   responsibilities, did you or did your lab on or about

11   August 6th and August 30th of 2007 receive specimens,

12   specifically Specimens Q2.2 and 2.3?

13   A    I don't believe that I received them in August.

14   I have notes that I can refer to give you an exact

15   date, but I do know that we did receive Items Q2.2

16   and Q2.3.

17   Q    Do you recognize that exhibit in your hand in

18   any way?

19   A    Yes, I do.

20   Q    How so?

21   A    I recognize it by the nine-digit laboratory

22   number that's printed on the bag.  I recognize it by

23   the letters that are printed after it.  For example,

24   there's an "RSLFPV."  I also recognize it because my

25   initials are on the bag, "LDM."

1    Q    Did you do some work with respect to specimens

2    contained within that bag housing 5 A?

3    A    Yes, I did.

4    Q    Specifically, what were the specimens?

5    A    Q2.2 and Q2.3 were two hair samples that were

6    recovered from Q2.1 debris, which is a another word

7    for saying unknown substances from the Q2 PVC piping

8    containing unknown substance.

9    Q    Okay.  Does that mean that there were two hairs

10   in the substance that were in the pipe?

11   A    Yes, two different hairs.  That's why one is

12   called Q2.2 and the other is Q2.3.

13   Q    Did you have in the analysis or work that you

14   performed what's known as a known sample of any

15   individuals' DNA?

16   A    Yes.  I received two known samples.  One was

17   identified as K-4 and the other was identified as

18   K-6.

19   Q    And did those two samples, K-4 and K-6, relate

20   to -- K-4, was it a sample of Ahmed Mohamed's DNA?

21   A    Yes, it was.

22   Q    Or specifically an oral swab?

23   A    Yes.

24   Q    And was K-6 an oral swab taken from Youssef

25   Samir Megahed?

1    A    Yes, it was.

2    Q    And what sort of analysis, briefly, did you

3    conduct? What was the name of the test?

4    A    I do a mitochondrial DNA examination. Simply

5    put, I extract or remove the mitochondrial DNA

6    contained within whatever evidence item.

7    For this case I removed the mitochondrial DNA

8    from both Q2.2 and Q2.3. I developed a mitochondrial

9    DNA type, and then I went through the same process

10    for both the swab from Mohamed and the swab from

11    Megahed. Then I do a comparison between the items.

12    Looking at the mitochondrial DNA from Q2.2, comparing

13    it to Q2.3, comparing those also to K-4 from Mohamed

14    and K-6 from Megahed.

15    Q    And what were the results of your analysis?

16    A    The mitochondrial DNA contained within Item Q2.2

17    and Q2.3 are different from each other. That means

18    that the same source did not deposit Q2.2 or Q2.3.

19    Q    Those two hairs came from two different people?

20    A    Yes, that's correct. The mitochondrial DNA

21    obtained from K-4, which is from Mohamed, is the same

22    as the mitochondrial DNA contained with Q2.2, meaning

23    that I cannot exclude Mohamed as being a possible

24    source of Q2.2.

25    Q    You cannot exclude him. Can you identify him as

1    the source?

2    A    I cannot identify him as the source.

3    Q    Is that because of the maternal line analysis

4    that you've told us about?

5    A    Yes.

6    Q    If he's got siblings of the same mother, it

7    could be -- one of those individuals could have been

8    the source, correct?

9    A    Could have been one of those individuals.  Also

10   it could have been a random person in the population

11   with that same particular mitochondrial DNA type.

12   Q    What about with respect to the other hair?

13   A    Q2.3 has mitochondrial DNA within it that's

14   different from Item K-4 from Mohamed.  So he's

15   excluded as the source of Q2.3.

16   Q    Did you do the same analysis with respect to

17   Q2.6?  I'm sorry, Known Sample 6, that is, Youssef

18   Samir Megahed?

19   A    Yes, I did.

20   Q    What were the results of analysis?

21   A    The mitochondrial DNA obtained from K-6, from

22   Megahed, is different from both Q2.2 and Q2.3.

23   Q    So he's excluded?

24   A    He is excluded as being a source for either of

25   those hairs.

Q    Did you do any other sort of analysis, for

example, of a swab of the exterior of the PVC pipe or

anything like that?

A    No, I did not.

Q    Why not?

A    Mitochondrial DNA has some limitations.  What I

mean by limitations is that certain types of evidence

don't give useable data.  If I have a mixture of two

individuals and I detect that with mitochondrial DNA

testing, the results are un-interpretable.  So when

you have an item that may have been handled by

multiple people, a drinking cup, a cigarette butt, a

piece of PVC piping, swabbing the outside in most

cases results in a mixture of individuals.  And I

can't interpret mixed profiles or mixed individuals

with mitochondrial DNA.

Q    Correct me if I'm wrong, though, nuclear DNA

analysis can do that?

A    Yes, they can.

MR. MONK:  Nothing further, Your Honor.

THE COURT:  Thank you, Mr. Monk.

Mr. Allen, you are recognized for your

cross-examination.

CROSS-EXAMINATION

MR. ALLEN:  May I approach the witness?

1          THE COURT:  You may.

2     BY MR. ALLEN:

3     Q     Sir, I think I understand what you said but I'm

4     going to see if we can maybe get it without all the

5     alphabet soup, I guess, with all the different

6     letters.  In essence, Government's Exhibit 5 A, which

7     is Q2, which is this PVC pipe item, there were two

8     hairs found inside the mixture of substance in that

9     item, correct?

10    A     I didn't find the hairs inside, but according to

11    the nomenclature that we use, yes, those hairs were

12    found inside.

13    Q     And then those hairs ultimately made their way

14    to you to do some DNA testing to see if you could

15    exclude potential contributors of that hair or

16    include potential contributors of those two hairs,

17    correct?

18    A     That's correct, yes.

19    Q     One of the hairs your testing excluded both

20    Youssef Megahed and Mr. Mohamed, correct?  You

21    excluded both of them as to one of those hairs.

22    A     That's correct.

23    Q     As to the second hair, with scientific certainty

24    based on your DNA testing, you excluded Youssef

25    Megahed?

 1    A    That's correct, yes.

 2    Q    As to that second hair, you could not exclude

 3    with scientific certainty Mr. Mohamed?

 4    A    That's correct, yes.

 5    Q    And you can say that that hair could have come

 6    from Mr. Mohamed or other people in his family,

 7    correct?

 8    A    That's correct, yes.

 9         MR. ALLEN:  I don't have any further questions.

10         THE COURT:  Thank you, Mr. Allen.

11         Any redirect examination by the United States?

12                        REDIRECT EXAMINATION

13    BY MR. MONK:

14    Q    Do you need hairs of a particular size or a

15    particular amount of material from the hair to

16    perform your analysis?

17    A    We usually use approximately two centimeters of

18    hair, but we are able to use as little as two

19    millimeters of hair and get full mitochondrial DNA

20    information from it.

21         MR. MONK:  That's all.  Thank you.

22         THE COURT:  In that case, Mr. McCurdy, you may

23    step down and you're excused with our thanks.

24         THE WITNESS:  Thank you, Your Honor.

25         (End of excerpt of proceedings.)

1                    C E R T I F I C A T E

2          I, Kerry Mercade, certify that the foregoing is

3     a correct transcript from the record of proceedings

4     in the above-entitled matter.

5                                   S/Kerry Mercade

6                                   Kerry Mercade
                                    Court Reporter
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25