1    UNITED STATES DISTRICT COURT
        MIDDLE DISTRICT OF FLORIDA
2              TAMPA DIVISION

3    UNITED STATES OF AMERICA

4

5        vs.              CASE NO. 8:07-cr-342-T-23TBM
                          March 25, 2009
6                         Tampa, Florida

7

     YOUSSEF SAMIR MEGAHED,
8
            Defendant.
9
     _____/
10
            TRANSCRIPT OF EXCERPT OF TRIAL PROCEEDINGS
11              (TESTIMONY OF STACY HOLTHUS)
            BEFORE THE HONORABLE STEVEN D. MERRYDAY
12                UNITED STATES DISTRICT JUDGE

13   APPEARANCES:

14   For the Government:  JAY HOFFER
                          ROBERT MONK
15                        Assistant U.S. Attorneys
                          400 N. Tampa Street, Suite 3200
16                        Tampa, Florida 33602
                          813/274-6000
17
     For the Defendant:   ADAM ALLEN
18                        DIONJA DYER
                          Assistant Federal Defenders
19                        400 N. Tampa Street, Suite 2700
                          Tampa, Florida 33602
20                        813/228-2715

21   Court Reporter:      Kerry Mercade
                          801 N. Florida Avenue
22                        Suite 15A
                          Tampa, Florida 33602
23                        813/301-5024

24

25   Proceedings recorded and transcribed by
     computer-aided stenography.

1                          **INDEX**

2
**GOVERNMENT WITNESS STACY HOLTHUS**
3    Direct Examination by Mr. Hoffer..........3
     Cross-Examination by Ms. Dyer.............68
4    Redirect Examination by Mr. Hoffer........72
     Recross-Examination by Ms. Dyer...........75
5

6                  **GOVERNMENT'S EXHIBITS**

7

8    **Number      Description              Page**

9    3 C          Mirror image (Exhibit 3 B)....21
     3 D          Photographs (file paths)......54
10   3 E 1-6      Photographs (laptop)..........66
     3 F          08/04/07 video (laptop).......41
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1              GOVERNMENT WITNESS, STACY HOLTHUS, SWORN

 2         THE COURT:  State your name, please.

 3         THE WITNESS:  Stacy R. Holthus.

 4         THE COURT:  That's H-O-L-T-H-U-S?

 5         THE WITNESS:  Yes, sir.

 6         THE COURT:  Please have a seat in the witness

 7    chair and I will recognize Mr. Hoffer for your Direct

 8    Examination.

 9                    DIRECT EXAMINATION

10    BY MR. HOFFER:

11    Q    Ms. Holthus, good afternoon.

12    A    Good afternoon.

13    Q    Let me ask you, first, if you could tell the

14    members of the jury what you do for a living and

15    where you work?

16    A    I'm employed by the Federal Bureau of

17    Investigation as a forensic examiner on the computer

18    analysis response team.  This essentially means that

19    I examine computers and anything related to

20    computers.  I am currently assigned to the Los

21    Angeles Division.

22    Q    How long have you employed by the Federal Bureau

23    of Investigation, ma'am?

24    A    For six years.

25    Q    And how long have you been working out in Los
```

1   Angeles?

2   A    For approximately eight months.

3   Q    Prior to being assigned there, where did you

4   work with the FBI?

5   A    I was assigned to the Columbia Division in South

6   Carolina.

7   Q    How long did you work in that area?

8   A    Two and a half years.

9   Q    So you started in South Carolina approximately

10  when?

11  A    In February of 2006.

12  Q    Could you describe for the members of the jury,

13  and tell us if it's changed at all over this time

14  period, generally your duties and responsibilities,

15  that is, what you do in the normal course of your

16  days?

17  A    My duties and responsibilities as a forensic

18  examiner include going on search warrants to seize or

19  possibly image computers and computer-related items

20  on site.  I also work in a laboratory where I will

21  examine computers, CDs, cell phones, PDAs, thumb

22  drives, MP3 players, those sorts of things.

23  Q    Prior to -- let's see, we've had you at LA and

24  then you were previously in the South Carolina.  Did

25  you work in this capacity at any other location for

1    the Federal Bureau of Investigation?

2    A    Yes, I did.  I also worked in the Omaha Division

3    as a forensic examiner.

4    Q    Out in Nebraska then?

5    A    Yes.

6    Q    Prior to joining the FBI, which you joined by

7    the way in what year?  Let me ask you that first.

8    A    2003.

9    Q    Prior to that, did you have any other work

10   experience that related to sort this field, computers

11   and other media or data?

12   A    Yes, I did.  I was a software developer for TD

13   Ameritrade.

14   Q    How long did you do that?

15   A    I was a software developer for approximately two

16   and a half years.

17   Q    Did you have any other work in the field prior

18   to that?

19   A    No.  I had had analytical roles at Ameritrade.

20   Q    First of all, could you tell the members of the

21   jury a bit about your educational background, I guess

22   college and above, as it relates to what you do for a

23   living now in the field of computers, et cetera?

24   A    I have a Bachelors of Science in management

25   information systems.  I have a Masters of Science in

1    computer information systems.  And both of these

2    degrees from Belleview University, which is a private

3    university in Belleview, Nebraska.  I've also

4    attended a wide range of training in order to receive

5    my certification as a CART examiner for the FBI.

6    Q    You have used that word CART.  I think you used

7    it a minute ago as well.  What is that?  That's an

8    acronym, is it not, for some unit of the FBI?

9    A    Yes.  CART stands for Computer Analysis Response

10   Team.

11   Q    Could you describe in addition to your formal

12   college and university education some of the training

13   you've received specifically within the Bureau of

14   Investigation or elsewhere that relates to what you

15   do on a day-to-day basis?

16   A    I had to go through a rigorous certification

17   program which included attending courses instructed

18   by the FBI and courses instructed by outside

19   companies.  Much of our training was conducted by

20   AccessData, and they are forensic software company.

21   We use their software, STK, as our primary examining

22   tool.  I have attended numerous courses from

23   AccessData that include a basic class on how to use

24   their software, STK.  I've attended an advanced

25   class.  I've also attended classes on processing

```
 1      Internet history, media files.  And I've also

 2      attended an advanced applied decryption class.

 3      Q     Now, this internal training, if you will, or

 4      certification process that the Federal Bureau of

 5      Investigation runs for a person such as yourself, how

 6      long a program is that and what does it entail?

 7      A     This program can only be -- can be completed in

 8      as few as nine months, but it can take up to a year

 9      or a year and a half to complete.  We attend training

10      throughout the country.  We attend the class and then

11      at the conclusion of every class, we have to pass a

12      test.  And then we also have to write papers, conduct

13      research, and then we have to take a final competency

14      test and we must pass this test.

15      Q     Once you have -- if you have passed all that,

16      what certification or title do you receive?

17      A     We then become a certified forensic examiner.

18      Q     Are you allowed to work on matters or cases

19      prior to getting the certification, or how does

20      that --

21      A     You are allowed to work on matters before you

22      are certified; however, at this point you're a

23      trainee and there is someone who is certified that

24      overviews what you do and they give you instruction

25      and they also carefully check over everything that
```

1    you've done.

2    Q    So sort of on-the-job training?

3    A    Correct.

4    Q    Now, in addition to the certification, which you

5    indicated I think you said you had passed, correct?

6    A    Correct.

7    Q    Is there any requirement for your job with the

8    FBI that you continue updating yourself or get

9    continuing education?

10    A    Yes.  We are required to undergo continuing

11    education.  We have to attend at least two classes

12    per year.  We're also given other mandatory, required

13    training that we have to complete.  We also do a

14    proficiency test every year that we must pass in

15    order to keep our certification.

16    Q    Have you had occasion in the years you've worked

17    for the FBI to testify before today in either federal

18    or state court relating to the job you do and the

19    things you examine?

20    A    Yes, I have.

21    Q    How many times have you done that, if you recall

22    or you know?

23    A    Just one previous time.

24    Q    And where was that and what type of court was

25    that?

1    A    It was in the federal court in Charleston, South

2    Carolina.

3    Q    And do you recall, were you qualified as an

4    expert at that time?

5    A    I was qualified as an expert.

6    Q    In what field or what area?  Do you remember

7    what testimony you gave?

8    A    This testimony was in regards to an intrusion

9    case.

10   Q    So that's -- an intrusion case is?

11   A    This is related to computer matters.

12   Q    So it was with respect to your work, correct?

13   A    Yes.

14        MR. HOFFER:  Your Honor, at this point I would

15   offer this witness or tender her as an expert in the

16   field of computer and computer examination.

17        MS. DYER:  No objection.

18        THE COURT:  Then, members of the jury, once

19   again as to this witness the same instruction applies

20   as earlier, that of an expert witness.

21        Mr. Hoffer?

22   BY MR. HOFFER:

23   Q    Ms. Holthus, let me direct your attention if I

24   could then back to the late evening hours, I guess,

25   of August the 4th, 2007.  It was a Saturday.  Do you

1    recall, were you working for the FBI in the South

2    Carolina or Columbia Division at that point in time?

3    A    I was.

4    Q    And did there come a point in time on the

5    evening of that date that you were called upon or

6    assigned to perform some investigative functions that

7    day?

8    A    Yes.  Some time after 8:00 p.m. my supervisor

9    contacted me and instructed me that I needed to

10   proceed to Goose Creek, South Carolina to image a

11   laptop on-site.

12   Q    Did you in fact in response to that call go

13   anywhere and where did you go to?

14   A    Yes.  I did proceed down to Goose Creek, South

15   Carolina.

16   Q    Did you do anything to prepare before you went

17   there as far as equipment or things of that sort?

18   A    I did have to go to my office and get all of my

19   equipment and pack up my vehicle and proceed down

20   there.

21   Q    How long did it take you to get there?

22   A    At least two and a half hours.

23   Q    And when you got to the location -- first of

24   all, is it a location you had ever been to before as

25   far as you know?

1    A    Other than just passing through on the

2    interstate.

3    Q    When you got there, do you recall about what

4    time it was that you arrived?

5    A    It was shortly after midnight.

6    Q    Generally, do you recall the scene?  What was

7    going on, generally speaking, when you arrived there?

8    A    There was -- a car was in the intersection or

9    near the intersection, and there was also numerous

10   police vehicles and a command center that were in the

11   area.  The area was still partially blocked off.

12   Q    Where did you go to upon your arrival and who

13   did you meet up with at that point?

14   A    I went to the command center and I met with our

15   ASAC Julie Johnson.

16   Q    When you say ASAC, what does that mean?

17   A    That is the assistant special agent in charge.

18   Q    Did you have occasion to have a conversation

19   with her?  Without telling us what she said to you,

20   but did you talk with her that night?

21   A    Yes, I did.

22   Q    As a consequence of that conversation or

23   meeting, what if anything did you then do or were you

24   asked to then do at that point?

25   A    I was then asked to eventually image that laptop

1    from that site.

2    Q    So you came in contact with some computer or

3    laptop device?

4    A    I did.

5         MR. HOFFER:  If I could approach the witness,

6    Your Honor?

7         THE COURT:  You may.

8    BY MR. HOFFER:

9    Q    Ms. Holthus, I have handed you what has been

10   received in evidence as Government's Exhibit 3 A.

11   Ask you if you take a look at that, if you recognize

12   that particular item.  You can take it out of the bag

13   if you need to exam it more closely.

14   A    Okay.

15   Q    So do you recognize it from that evening?

16   A    I do.

17   Q    And is this the laptop you received at that

18   time?

19   A    It is.

20   Q    How do you know that?

21   A    I can verify this in two ways.  There is the

22   evidence response team sticker on the front and I

23   recognize the handwriting from one of the team

24   members.  And there is the serial number on the back

25   of the laptop that I recorded at the time.

```
 1    Q    Does that serial number jive with what you
 2    recorded?
 3    A    Could I refer to my notes?
 4    Q    If you need to, certainly, with the Court's
 5    permission.
 6    A    Yes.
 7    Q    Now, just so we know, from your experience or
 8    knowledge, laptop computers, are they -- or any
 9    computer for that matter, they have serial numbers.
10    Are those serial numbers unique?
11    A    Yes, they are.
12    Q    When you received this item, what condition was
13    it in as best you remember as compared to what it is
14    now?
15    A    It was cleaner at the time.
16    Q    And were you asked to perform any certain
17    activity with respect to it at that point in time?
18    A    I was asked to make an exact copy of the hard
19    drive of the laptop.
20    Q    Now, before we get into what that means, let me
21    ask you, in addition to the body of the laptop or the
22    laptop itself as we call it, did it have any other
23    accessories, power cords, with it when you were
24    handed it or received it that night?
25    A    No.
```

1    Q    So just the laptop itself?

2    A    Right.

3    Q    And your objective at that point was to make a

4    -- what did you call it?

5    A    It's known as an image, which is an exact bit

6    for bit copy of the hard drive.

7    Q    Did you go about doing that?

8    A    I did.

9    Q    How did you do that?  If you could, just

10    describe the process you took at that point.

11    A    Before I began I first had the evidence response

12    team take pictures of the laptop, the front and the

13    back and the inside, or the monitor and the keyboard.

14    I then removed the hard drive from the laptop and I

15    also had the evidence response team take pictures of

16    that hard drive.

17    Q    Let me stop you right there.  Since you've

18    mentioned the term, what is the hard drive of the

19    computer?

20    A    The hard drive is an electronic device that

21    stores all of the data on the computer.

22    Q    So you removed it.  How did you that and from

23    where?

24    A    I removed it from the side or from the bottom of

25    the laptop.  I just removed the screws that hold the

1      case closed, and then there is some more screws

2      inside which I removed, then I was able to pull the

3      hard drive out.

4      Q    Once you did that did you make any observations

5      of that hard drive device at the time?

6      A    I also recorded the make, model, and serial

7      number of the hard drive, and I also recorded the

8      size of the hard drive.

9      Q    When you say size, do you mean dimensions?  Or

10     what do you mean?

11     A    Well, I did record the dimension that it was a

12     two and a half inch hard drive, which is standard for

13     a laptop.  Then I recorded the size of data that

14     could be held on the hard drive itself.

15     Q    Do you remember offhand the size as far as the

16     amount of data of that hard drive you saw?

17     A    Yes.  It was a 100 gigabyte hard drive.

18     Q    How does that compare to what's out there

19     commercially?  Any different?

20     A    It's very average.

21          MR. HOFFER:  If I could approach the witness

22     again, Your Honor?

23          THE COURT:  Yes, sir.

24     BY MR. HOFFER:

25     Q    Ma'am, I have handed you what's been received in

```
 1    evidence as Government's Exhibit 3 B.  Do you
 2    recognize that item?
 3    A    I do.
 4    Q    And what do you recognize it to be?
 5    A    The hard drive that was in the laptop.
 6    Q    How do you know that?
 7    A    By the make, model, and serial number of the
 8    hard drive.
 9    Q    Did you record those things that night at some
10    point?
11    A    I did.
12    Q    And once you removed 3 B, I guess from out of 3
13    A, which is what you've just described, what if
14    anything did you then do, ma'am?
15    A    I then proceeded to connect the hard drive to a
16    portable unit which is known as a Logicube.  This
17    Logicube will allow me to make --
18         THE COURT:  It's known as a --
19         THE WITNESS:  A Logicube.
20         THE COURT:  Logic Cue?
21         THE WITNESS:  Logicube, L-O-G-I-C-U-B-E.
22         THE COURT:  I see.
23    BY MR. HOFFER:
24    Q    What is a Logicube?  Could you tell us?
25    A    A Logicube is a forensic device that allows you
```

1    to take one hard drive, connect to it while it's

2    write protected so nothing can be changed, and then

3    it allows you to make an exact copy of that first

4    hard drive and save it onto a second hard drive.

5    Q    Was one of your priorities or one of your tasks

6    to protect the integrity of what was originally on

7    that hard drive that you took out of 3 A there?

8    A    Yes.  It is a standard procedure to ensure that

9    we write protect all of our data so it can not be

10   changed.

11   Q    You've used that word now a couple of times,

12   write protect.  I take it it's W-R-I-T-E protect?

13   A    Yes.

14   Q    What does that mean?  Can you explain that a

15   little bit?

16   A    When you write protect it, it means that you

17   protect it in such a way so that no data can be

18   altered on it.  Nothing can be changed.  You can read

19   from the hard drive or the item in question, but you

20   can't save anything to it, or change anything on it,

21   or even delete anything from it.

22   Q    Now, is there -- well, withdrawn.  How long did

23   the process then take?  You said you connected it to

24   this Logicube and started the process of making that

25   copy.  How long did that process take?

1    A    It took approximately three hours in this case.

2    Q    Is there some way at some point either during or

3    after this process that you can verify or somehow

4    determine whether there has been any change of the

5    data on the hard drive that you're making a copy of

6    and the data you're copying onto the second hard

7    drive, I guess, or second copy?

8    A    Yes.  Part of what the Logicube does while it's

9    making the copy, it also generates an MD5 of the hard

10    drives involved.

11    Q    You'll have to explain as simply as you can what

12    that means.

13    A    An MD5 stands for message digest five.  What an

14    MD5 is is a highly complex mathematical calculation.

15    What it does is it runs a hashing algorithm against

16    the data in question.  Then when its done, it

17    generates a unique 128 bit number, which is the MD5.

18    Then this MD5 can be used to verify that the data is

19    exactly the same and that nothing been changed at

20    all.

21    Q    If in the copying process somehow something

22    happens to alter or change either by addition,

23    deletion, or whatever of anything on the original

24    hard drive you started with, what will these MD5

25    show?  How would that reflect?

1    A    If something was changed, a different MD5 would

2    be generated.  So they would match if anything had

3    been changed.

4    Q    If the two numbers -- well, withdrawn.  You are

5    comparing an MD5 number from the original hard drive

6    with all the original information to this number

7    relating to, what, the copy you are making?

8    A    To the copy I'm making, yes.

9    Q    Did you do that in the case of August 4th?  And

10   if you did make that comparison, at the end of the

11   process, what did you find?

12   A    I did do that at the end of the process.  The

13   Logicube did it automatically and it did find that

14   the MD5 of the original hard drive matched the image,

15   which was the copy.

16   Q    And that told you what?

17   A    That nothing had been changed and that it was

18   exactly the same.

19   Q    Let me ask you, Ms. Holthus, from your expertise

20   and training and experience, is this process of

21   making this comparison with these MD5s, is that

22   recognized within the industry as a standard way of

23   doing that or is there some other way to do it?

24   A    This is a standard way of comparing the values.

25   Q    Now, what did you do or where did you make the

1    copy of all this data from the original hard drive

2    to?  Where did it go?

3    A    I made another -- I made that copy and saved it

4    to a Government owned hard drive.

5    Q    And did you have that with you at the time to

6    use?

7    A    Yes, I did.

8    Q    Now, did you do anything to prepare that item

9    beforehand so that you could use it that particular

10   evening?

11   A    Yes.  That hard drive had previously been wiped

12   to ensure that there was no data left on it.

13   Q    When you say it was wiped, what does that mean,

14   ma'am?

15   A    Even though -- the word "wiped" essentially

16   means that that data was overwritten with a series of

17   ones and zeros.

18   Q    As far as having anything on it, once it is

19   wiped or overridden, what's on that blank hard drive?

20   A    It's just a series of ones and zeros.  There's

21   no meaningful data left behind.

22   Q    Will that affect the ability of that now copy

23   hard drive or second hard drive to receive

24   information or data?

25   A    No.  This is a standard procedure.

1    MR. HOFFER:  If I may approach the witness

2    again, Your Honor?

3    THE COURT:  You may.

4    BY MR. HOFFER:

5    Q    I'll show you what's marked for identification

6    as Government's Exhibit 3 C.  Do you recognize that

7    item, ma'am?

8    A    I do.

9    Q    What do you recognize it to be?

10   A    This is the hard drive I used that night to save

11   the image of the first hard drive on.

12   Q    How do you recognize that it is that same item

13   or device?

14   A    By the labelling and my initials.

15   Q    So as far as the contents of what was 3 B, you

16   talked about a few minutes ago, how do the contents

17   of 3 B compare to what is to your knowledge the

18   contents of 3 C, this item?

19   A    They are exactly the same.

20   MR. HOFFER:  Your Honor, at this point I'd offer

21   Government's Exhibit 3 C.

22   MS. DYER:  No objection.

23   THE COURT:  3 C is received on behalf of the

24   United States.

25   (Government's Exhibit No. 3 C is received into

1   evidence.)

2   BY MR. HOFFER:

3   Q    And you know that again because of these

4   algorithms or MD5 numbers?

5   A    Yes.  Because of the MD5s.

6   Q    What was the purpose, Ms. Holthus, in the course

7   of what you do or what other investigators do to make

8   this 3 C, this copy?  What was the point of that?

9   A    We make a copy so we can work off of the copy

10  instead of working off of original evidence as we

11  conduct our examination.

12  Q    And why not -- or why would one not use the

13  original hard drive, 3 B, or the computer, 3 A, for

14  that purpose?

15  A    We want to maintain the integrity of the

16  original evidence.

17  Q    Now, was anything done in your presence with 3 C

18  once you finished the copying process, ma'am?

19  A    Later on in the evening the special agents

20  requested to preview the contents of that hard drive

21  on scene.

22  Q    And what does that mean?

23  A    That means they wanted to take a quick look and

24  see what was on that hard drive.

25  Q    Now, did there come a point in time -- and were

1   you present when they did that?

2   A    I was.  I set it up for them.

3   Q    And did you have occasion then to test any

4   further or see whether there was any variation in the

5   original hard drive or the copy?

6   A    Not at that time.

7   Q    Did you do any other further forensic work or

8   examination work on the laptop, Exhibit 3 A, that

9   particular night at that particular location?

10  A    I replaced the hard drive into the laptop and

11  that was all.

12  Q    Put it back in where you found it, I guess?

13  A    I did.

14  Q    Did you have an opportunity on that night to

15  test a little bit about the functionality or how that

16  laptop worked or does that come at a later time?

17  A    It's later on.

18  Q    When's the next occasion you had an opportunity

19  to do some work with respect to looking at that

20  laptop and learning a bit more about it?

21  A    At approximately 5:00 a.m., I left the scene and

22  proceeded back to my lab in Columbia, South Carolina.

23  When I arrived there, I proceeded to make a second

24  copy of the hard drive that I had in my hands.

25  Q    Okay.  So now you make a second copy.  Where did

1    you copy the second copy from what?

2    A    I copied -- I made the second copy from the

3    first copy that I had had made.  So I made it from

4    this hard drive.

5    Q    From 3 C?

6    A    Yes.

7    Q    What did you do with that second copy or what

8    was the purpose of doing all that?

9    A    The purpose of making the second copy was so we

10   would have another copy of that hard drive.  Because

11   at this point we consider the first hard drive our

12   best evidence because we did not know if we were

13   going to retain this original laptop at that time.

14   Q    Now, on that day or the succeeding days, did you

15   have a chance to study this laptop computer a little

16   bit more to figure out a little more about how it

17   works and what it did on August of 07?

18   A    I did.

19   Q    For example, did that laptop computer,

20   Government's Exhibit 3 A, from what you studied and

21   your examination, have the capacity to play videos or

22   compact discs on it?

23   A    It did.

24   Q    Did you discover or learn whether there were

25   speakers that provided audio if you played something

1    like a video on that laptop computer?

2    A    The speakers were observed on that night.

3    Q    So you are aware of them that day or that night

4    rather?

5    A    Yes.

6    Q    Did you discover later on whether those speakers

7    functioned or worked or allowed someone to listen to

8    a disc or a video, things of that sort?

9    A    I did not.

10    Q    Do we know at this point whether they worked,

11    the speakers?

12    A    I do not.  I do not know.

13    Q    Do computers such as Government's Exhibit 3 A

14    have within them or somewhere on them time settings?

15    A    They do.

16    Q    I want to ask you a bit about that.  How were

17    the time -- where are the time settings in a computer

18    such as that?

19    A    The time settings are stored in a registry which

20    is essentially a database that keeps track of all the

21    settings for that laptop.

22    Q    How are the time settings made or the clocks

23    set, if you will, on a computer such as that?

24    A    Essentially, when the first user sets up that

25    computer for the first time, they're allowed to set

1  up the time, which means they can set the clock.

2  Then they can also set the time zone for their laptop

3  or computer.

4  Q    The user as the freedom to change it if they

5  wish or set it as they like?

6  A    Yes.

7  Q    Now, with respect to Government's 3 A, the

8  laptop, did you have occasion to check at some point

9  the time settings that existed on that laptop that

10  evening of August 4, 2007 when it came into your

11  possession?

12  A    I did.

13  Q    And how did you go about checking the settings?

14  A    I was able to check the registry and discover

15  the time zone.

16  Q    What did you find out when you made that

17  examination or check?

18  A    In this case I found out that this laptop had

19  been set to the Pacific Time Zone.

20  Q    And what would that mean then as far as the time

21  that the computer would reflect versus the time that

22  say it would be in the eastern part of the United

23  States?

24  A    This means because of the time zone being set to

25  Pacific Time Zone that all of the times on the laptop

1   would be off by three hours because they were in the

2   eastern time zone.

3   Q    Now, you indicated that the owner or whoever has

4   control of the laptop can freely set or change that

5   time, is that correct, as they wish?

6   A    Yes.

7   Q    Now, can you tell the members of the jury from

8   your experience how does the accuracy of the time

9   setting, minutes or hours, impacted by the user, in

10  order -- if the user has a wrong time on their

11  source, their watch, their cell phone, how does that

12  impact?

13  A    If they set it to the wrong time, the laptop

14  will continue to have the wrong time.  It only

15  updates when it is connected to the Internet.

16  Q    So, just so I understand what you're saying, if

17  the owner or person setting this laptop their watch

18  is somewhat off by minutes, and they use that watch

19  as their source of setting the time, how is the

20  laptop going to be compared to the correct or

21  somebody else's time?

22  A    The laptop will continue to essentially match

23  the time that it was set to.

24  Q    So there is no mechanism to reset it

25  automatically by itself?

1    A    Over time if you're connected to the Internet

2    and if you have enabled the setting, it may update

3    the minutes but it will not correct the time zone.

4    Q    Now, are you familiar, ma'am, with the term

5    password protection?

6    A    Yes.

7    Q    What does that term mean?

8    A    Password protection is something you can turn on

9    to protect something such as your computer files.

10   When it's turned on, you must enter a certain number

11   of key strokes, letters, numbers, symbols in order to

12   be able to open and view the file.

13   Q    Now, how are passwords entered into computers

14   such as that, 3 A, to function in that way?

15   A    The computers would have to be entered -- excuse

16   me, the password would have to be entered through the

17   keyboard on the computer.

18   Q    As far as -- generally speaking, does it prevent

19   access to everything on the computer or what?

20   A    It depends upon how you have your password

21   protection configured.

22   Q    Let me ask you with respect to Government's

23   Exhibit 3 A, the laptop you received on the night of

24   August 4th of 2007, did you discover whether there

25   was any password protection on that computer of any

1    sort?

2    A     There is no password protection in order to

3    access the laptop, so this means anyone can use it.

4    You don't have to know a password.  There were no

5    files where the contents of the files were protected

6    by a password.

7    Q     So hypothetically speaking again, if someone

8    such as yourself received it at some point on August

9    4th or thereafter and turned it on properly, what

10   type of access would that person have to the contents

11   of the hard drive and everything on that laptop?

12   A     They would have full access.

13   Q     By the way, Ms. Holthus, do you know how a

14   laptop such as 3 A is powered?

15   A     Yes.

16   Q     And how are they powered, generally speaking?

17   A     Through a standard laptop power supply.

18   Q     And that's what?  How do they work?  What do

19   they use?

20   A     Electricity.

21   Q     I meant, how do you connect it up to the

22   electrical source?

23   A     There's standard plugs that fit only one way.

24   Q     When you received it initially on August 4th

25   that evening, did it have a power source or anything

1    connected to it?

2    A    Not with it while I was examining it.

3    Q    At some point in time did you see any power

4    source that worked with that computer at some point?

5    A    Yes.

6    Q    Where and when, if you remember?

7    A    I saw it in the photographs from the items that

8    were in the car.

9    Q    Have you actually seen it, the actual items, the

10    power source itself or not?

11    A    I have seen it since then.

12    Q    You see there in the contents of 3 A there is

13    what appears to be a power cord of some sort.  Do you

14    see that there?

15    A    Yes.

16    Q    In the bag?

17    A    Yes.

18    Q    Is that the kind of cord or source that would

19    allow a person to connect that laptop to an

20    electrical outlet or source of energy?

21    A    Yes.

22    Q    And you're familiar with that, have seen those

23    kinds of things before, I take it?

24    A    Yes.

25    Q    In addition to plugging the laptop into a power

1    source utilizing that cord or what you just examined,

2    Ms. Holthus, I'll asked you is there any other way in

3    which one can power that laptop?

4    A    You can also use a power inverter in your car to

5    power the laptop.

6    Q    Does the laptop, first of all, also have any

7    sort of a battery system that allows you to not have

8    to plug it in?

9    A    Yes.

10   Q    Did this one have that capability?

11   A    Yes.

12   Q    And did you discover anything about whether it

13   was functional that night or do you know?

14   A    I do not know.

15   Q    Generally speaking, from your experience and

16   your knowledge and your training, a laptop such as 3

17   A, if it had a battery that was functional, how long

18   would that battery allow you to use the laptop?  Do

19   you have some idea?

20   A    The battery should last at least two hours.  It

21   could last longer.

22        MR. HOFFER:  If I could approach the witness,

23   Your Honor?

24        THE COURT:  You may.

25   BY MR. HOFFER:

1    Q    Ms. Holthus, let me show you Government's 11 A

2    and ask you if you have seen items like that or are

3    you familiar with them from your experience and your

4    work?

5    A    I am.

6    Q    And I would just ask you is this the type of

7    device that could be utilized to run or operate a

8    laptop such as 3 A if one were not at home or near a

9    power source like an outlet?

10   A    Yes.

11   Q    And could it be utilized in a car in some way?

12   A    Yes.

13   Q    How does one do that?

14   A    You take your standard household plug on your

15   device and you plug it into one end and then there is

16   another adapter on this end that allows you to plug

17   it into your cigarette lighter in your car.

18        THE COURT:  Mr. Hoffer, are you nearing the end

19   of your direct examination?

20        MR. HOFFER:  I still have more, Your Honor.  It

21   would be a good point to stop if the Court wishes to.

22        THE COURT:  Well, thank you, Mr. Hoffer.

23        It's 12:45 and I think it's a good opportunity

24   to break for our lunch recess.  I would ask you to

25   assemble in the jury room in time to resume these

1    proceedings at two o'clock.  You have an hour and 15

2    minutes.

3         Please be mindful of my precautionary

4    instructions.  I know that you dwell upon my

5    precautionary instructions at almost all times when

6    you're not concentrating on the evidence or sleeping.

7    I do want to remind you about them anyway.

8         Mr. Watts?

9         THE COURT SECURITY OFFICER:  Rise for the jury,

10   please.

11        (Jury out at 12:43 p.m.)

12        THE COURT:  The witness may step down and make

13   yourself comfortable.

14        Everyone is excused and we are in recess, but I

15   would like to see counsel just a second at side bar

16   on scheduling again briefly.

17        (At side bar, off the record.)

18        (Recess from 12:45 p.m. until 2:02 p.m.)

19        THE COURT:  I note the presence of both counsel

20   for the United States and the defense and as well the

21   defendant himself.

22         Mr. Watts, you may return the jurors to the

23   courtroom.

24        THE COURT SECURITY OFFICER:  Yes, sir.

25        (Jury in at 2:04 p.m.)

1          THE COURT:  Please be seated, one and all.

2     Well, I actually got out of the building during the

3     lunch hour and drove my car to run an errand, so got

4     to breathe the fresh air.  It's a beautiful day

5     outside, isn't it?  I wish we could figure out a way

6     to do this open air but we can't.  I'm afraid there

7     would be undue distraction.  Not that you are not

8     engaged in the subject matter, I know you are, but we

9     don't need extra distraction.

10          Mr. Hoffer, you are recognized to resume your

11     Direct Examination of Ms. Holthus.

12          MR. HOFFER:  Thank you, Your Honor.

13     BY MR. HOFFER:

14     Q     Ms. Holthus, when we broke at lunchtime, we were

15     talking I think about the power sources of laptops,

16     such as 3 A there.  And I just wanted to ask you and

17     I don't recall if I did is there actually an internal

18     battery built in to a device like that?

19     A     Yes, there is.  There is a small battery that

20     keeps track of the time on the laptop.

21     Q     Does that allow someone to use it without the

22     powder cord or --

23     A     No, not that type of battery.

24     Q     So in order to use it away from home, away from

25     an electric source, does one -- without having the

```
 1    inverter handy, let's say, is there a way to do that?

 2    A    We had discussed earlier the battery power

 3    supply to the laptop, which is on the outside an

 4    easily accessible.

 5    Q    And you charge that up, I guess, and then you

 6    can remove the cord and use it without the cord?

 7    A    Yes.

 8    Q    Do you know on that specific laptop or in

 9    general how much time of operation that allows a

10    person to have away from the outlet or the power

11    source?

12    A    It should be at least two hours, but it could be

13    longer.

14    Q    And what affects the duration of it?

15    A    Things that affect it are what you are doing for

16    the laptop.  For instance, if it's just setting idle

17    and it's not actively doing anything and the hard

18    drive isn't doing anything, the battery would last a

19    lot longer.

20    Q    All right, ma'am.  Let me turn to some point

21    after the evening of August 4th.  I think we've sort

22    of moved from that point in time anyway.  Were you

23    asked at some point to do some research regarding

24    when things were looked at or accessed on that

25    computer?
```

1      A     That was part of the ongoing investigation, yes.

2      Q     And when I use that terminology, I may not use

3      it correctly. Is the terminology "file is being

4      accessed" is that the correct terminology for

5      something like 3 A?

6      A     Yes.

7      Q     And what does it mean when -- when I use that

8      term, as you understand and it from your experience

9      to access a file?

10     A     That means that the computer accessed that file

11     in some way, whether or not it was to provide

12     information about the file or whether the file was

13     actually opened and viewed.

14     Q     Now, with respect to the former, I guess, being

15     just whether files were accessed or not -- or let me

16     ask you both instances. Were you specifically asked

17     to do some research on this computer to determine

18     what was the very last item or file that was either

19     accessed or opened on August the 4th of 2007?

20     A     Yes, I was.

21     Q     And how did you go about doing that, if you

22     could explain the process that you used?

23     A     Through my forensic software, which is STK, I'm

24     able to look at all the files on the laptop. In this

25     case, I looked at all of the files that were accessed

1    on August 4th and I was able to look at the last

2    files accessed by the time.

3    Q    And are you able once you do that to actually

4    print something out or take something from the

5    computer memory that will record that information in

6    a readable form or a paper form?

7    A    Yes, I am.

8    Q    Again, did you do that again by making reference

9    to the same records or a different part of the

10   computer?

11   A    It was all while viewing the same records.

12   Q    What part of the computer do you go to or hard

13   drive, if you will, to find that kind of information?

14   A    The file access time is stored in the file

15   table.  The forensic software allows you to easily

16   access this information.

17        MR. HOFFER:  May I approach the witness, Your

18   Honor?

19        THE COURT:  You may.

20   BY MR. HOFFER:

21   Q    Ms. Holthus, I've have handed you a document

22   which is marked for identification as Government's

23   Exhibit 3 F, as in frank.  Do you have that there in

24   front of you?

25   A    I do.

1    Q    And do you recognize that document?

2    A    I do.

3    Q    Without telling us the contents of it, what type

4    of a document or what is it?

5    A    This is the attributes of a link file.

6    Q    That's a mouthful.  Could you tell us what that

7    means in plain terms?

8    A    Basically, this is telling me the properties

9    about a link file.  A link file is something that is

10   stored on the computer for any file that you open and

11   actually access so it can be easily accessed again.

12   Q    Is this something that you derive at some point,

13   this document, from the information contained I guess

14   on that hard drive which is Government's Exhibit 3 B,

15   ultimately the original hard drive?

16   A    Yes.

17        MR. HOFFER:  Your Honor, I would offer

18   Government's 3 F.

19        MS. DYER:  May we approach?

20        THE COURT:  You may.

21        (At side bar, on the record.)

22        MS. DYER:  Your Honor, I was not at side bar

23   yesterday during the discussion about the proposed

24   stipulation concerning the last video accessed on

25   this computer, so this may out off line.  But the

1    exhibit that was just offered actually shows that the

2    file name was "Qassam." I would object that that is

3    overly prejudicial. I don't know if that was within

4    the realm of what was discussed yesterday.

5         THE COURT: Is this the exhibit?

6         MS. DYER: Yes, 3 F.

7         THE COURT: And your objection is what?

8         MS. DYER: That it's overly prejudicial and not

9    relevant. I don't know if --

10        THE COURT: It's a 403 objection to the exhibit.

11        Mr. Hoffer?

12        MR. HOFFER: If I gather the objection

13   correctly, it's for that word. I don't think this

14   jury has heard one single sentence yet about what a

15   Qassam is.

16        THE COURT: Not what it is. They have heard the

17   word.

18        MR. HOFFER: They may have heard the word.

19        THE COURT: Not a definition.

20        MR. HOFFER: So they don't know what it is. Of

21   course, the document is the document. It's not the

22   video itself. Of course, I should alert the Court

23   that obviously if this is going to be an issue then

24   there is another proposed exhibit which we have, I

25   think it's 3 G. I'm not sure of the number yet.

We're going to seek to introduce it through this
witness.  It shows the file path to get to this file
and it has that word on it, too.  So we're going to
have that issue arise again, I suppose.

THE COURT:  Refresh my memory.  What is 3 F?  I
understand it's part of the history, but --

MR. HOFFER:  It shows time and date of the last
file accessed, what that particular file with that
file path was; the item last accessed at the
approximate time and date listed there from the
computer.

THE COURT:  And this was accessed by someone in
the automobile on the Mohamed computer?

MR. HOFFER:  On August the 4th, yes, that
afternoon.

THE COURT:  I don't think this was anything that
was governed by anything that we have done yesterday.

MS. DYER:  If I could ask for clarification,
Your Honor.  It was my understanding both sides were
working on a stipulation as to the --

THE COURT:  As to the contents of the movie.

MS. DYER:  Correct.  And that the movie would
not be shown because of its prejudicial impact.
Although, there has not been testimony as to what a
Qassam is, anyone who watches the news knows what it

1    is.  It infers the same prejudicial impact that

2    showing the video would.

3         THE COURT:  Overruled.

4         (End of side bar discussion.)

5         THE COURT:  All right.  Mr. Hoffer.  The

6    objection is overruled and you may proceed.  And 3 F

7    is received on behalf of the United States.

8         (Government's Exhibit No. 3 F is received into

9    evidence.)

10   BY MR. HOFFER:

11   Q    If I could I'd like to actually publish -- do we

12   have a copy of 3 F?

13        Ms. Holthus, we have and I'm going to place on

14   the monitor a copy of Government's Exhibit 3 F.

15   Expand it out a little bit.  You indicated that this

16   document tells you what about the last activities of

17   the laptop, 3 A?

18   A    This document shows me the last file that was

19   actually opened and viewed on the laptop.

20   Q    And where is that information if you -- I think

21   your monitor allows you to point it out too by

22   tracing your finger around it.  Can you do that?

23   A    Sure.

24   Q    You have underlined a portion there, the last

25   line in the field that says "optional fields" I

1    guess.  Tell us what's represented in that bottom

2    line there and in fact the two lines, the both lines

3    of it?

4    A    The second to the last line, which is icon, this

5    discusses the program that played the file.  In this

6    case it was Real Player.  Then it lists the actual

7    file that was played.  In this case the name of the

8    file is R-M-S-A-E-D dot R-M-V-B.

9    Q    That's a file name, I guess, a full path or a

10   file name?

11   A    Right.

12   Q    By looking at it, can you tell what kind of

13   document is -- not content-wise, but what kind of a

14   item is as compared to other kinds of things that are

15   on computers?

16   A    Yes, I can.  Behind the dot there is -- this

17   document shows dot R-M-V.  This is a file extension.

18   And a file extension is used to associate a file with

19   a program.  In this instance this file can be

20   associated with a Real Media Player.  This means it's

21   a media file of some sort, some type of video.

22   Q    In addition to knowing what part of the computer

23   that played it or was involved in it, you said that's

24   the Real Player.  What is Real Player, by the way?

25   A    Real Player is just a multimedia video player.

```
1    It's very similar to Microsoft's Media Player or

2    Mac's Apple Quick Time Player.

3    Q    How does it perform or what kinds of files does

4    it work on?

5    A    Real Player was specifically designed to play

6    video files.

7    Q    So you have -- you know that Real Player was

8    involved and you know the file.  Does the information

9    contained on this document represent or tell you what

10   time that last access occurred?

11   A    Yes.

12   Q    And maybe you could point out that by using the

13   monitor and your finger to tell us where that is?

14   A    (Witness complied.)

15   Q    Now, you've circled a line which is in the link

16   target information box at the top of the exhibit.  It

17   says 08/05/2007, 12:06:25 a.m.  Based upon your

18   understanding of that computer and its time clock, is

19   12:06:25 a.m. the time of that access?

20   A    No, it is not.

21   Q    I should say from what you could derive from

22   looking and examining the hard drive and the

23   computer, on the Eastern Standard Time or eastern

24   seaboard of the United States, what time was that

25   file last accessed in your view?
```

1    A    It was actually last accessed at 5:06 p.m.

2    Q    Could you explain the reason why the computer

3    shows it as, I guess, midnight or 12:06 a.m. of the

4    next day as far as you understand from your work on

5    that computer?

6    A    If you look at the left side of the column, it

7    says "last access time" and in parentheses it says

8    "UTC" which stands for universal time.  Universal

9    time is four hours ahead of the Eastern Time Zone.

10   So first you have to subtract four hours.  And then

11   because the laptop was set to the Pacific Time Zone,

12   three more hours must be subtracted from that time.

13   So a total of several hours have to be subtracted,

14   which then gets you to 5:06 p.m. on August 4th.

15   Q    Now, viewing -- or from reviewing that

16   particular exhibit, 3 F, does it tell you anything

17   more other than that the file was accessed or played

18   on August 4th at the time and date you mentioned?

19   And by that mean does it tell you who actually did

20   it?

21   A    It does list the name of the user of the

22   computer.

23   Q    Where is that, if you could tell us?

24   A    If you look to the bottom, there is a NetBIOS

25   name, and in this case that name is A-H-M-A-D.

1   Q    It's this entry over here that you are referring

2   to at the bottom, left corner?

3   A    Yes.

4   Q    My question to you, and I'm going to I think

5   remove everything for the moment, is you talked about

6   password protection a might ago.  That user name,

7   does it tell you anything about how the person or

8   persons, whatever, who accessed this file got onto

9   the computer or used it?

10  A    It just indicates the user name.

11  Q    Was there from your analysis of that computer, 3

12  A, any password required for someone using that user

13  name to get on the computer and use its various

14  programs?

15  A    No, there was not.

16  Q    So anyone theoretically with access to the

17  computer, could they have played this?

18  A    Yes.

19  Q    Now, you had mentioned a minute ago and let me

20  follow-up.  You said there was access of files and

21  then there was, I guess, playing or actually looking

22  at a file.  Are those different terms necessarily?

23  A    You can access information about a file without

24  actually opening it or you can open a file.

25  Q    This particular exhibit, 3 F, reflecting action

1    taken with regard to that file with the Real Player

2    at 5:06 p.m. on the 4th, was that file simply

3    accessed or was it opened or was something done to

4    it?

5    A    No.  This file was opened.

6    Q    And how do you know that?

7    A    Because we are looking at a link file and a link

8    file is only created when a file is actually opened.

9    Q    Just so we understand the differential, when you

10   say you could actually access a file without opening

11   it or viewing it, what's involved in the former

12   instance where you just access without opening or

13   viewing?

14   A    Sometimes when you have your folder open and you

15   are looking at the files in it, you may be moving

16   your mouse around it.  Then you may notice a little

17   window pops up and it gives you some more information

18   about file.  Often it gives you the time or the date

19   of the file, maybe the size.  When it does that, it

20   is actually accessing information about the file and

21   will therefore change the access time to that time.

22   Q    Now, could you tell again from your analysis and

23   examination of 3 A whether any new or other file was

24   opened or even accessed after this one on August 4th?

25   A    There was no other file opened.

1    Q    Was any other file or part of that computer

2    closed after this one was opened on August 4th at

3    5:06 p.m.?

4    A    Yes.

5    Q    What file was closed?

6    A    Well, the file was -- the computer was shut

7    down.

8    Q    Do you know what time that occurred?

9    A    The computer was shut down at 5:19 p.m.

10    Q    Now, are you -- you've mentioned Real Player and

11    I want to ask you a question about that again.  Is

12    there something called a log file that relates to

13    Real Player or something like that?

14    A    Yes.

15    Q    What does that term mean or refer to?

16    A    A log file is used by a program to track

17    information.

18    Q    Does that help you in any way?  Or how does it

19    help you, rather?

20    A    Log files allow you to track and see what was

21    going on or what was stored about the program or the

22    file.

23    Q    Would it assist you in any way with respect to

24    Real Player as far as knowing how long something was

25    playing or anything about the viewing of a file by

```
 1    Real Player?

 2    A    It would tell you the last file being played.

 3    Q    Now, based upon the information you received

 4    from examining that computer with respect to that

 5    R-M-S-A-E-D-1 dot R-M-V, are you able to tell

 6    anything about the length of time that that file was

 7    actually open and played?

 8    A    I could tell that the file was played for some

 9    length of time, but I was not able to tell for how

10    long.

11    Q    What prevents that or from you being able to

12    tell that?

13    A    It's propriety software and we're unable to

14    convert the numbers they used to record that into a

15    number we can understand.

16    Q    Are you able at all to tell at what part of that

17    video file was commenced when the file was opened and

18    played that day?

19    A    Yes.

20    Q    What did you find out in examining 3 A with

21    reference to that?

22    A    If you look down to the area entitled "optional

23    fields" and then look down to where it says "program

24    arguments."

25    Q    Okay.
```

1    A    At the top of that line it says "start

2    position."

3    Q    Right there?

4    A    And everything is zeros.  So that means this

5    file was played starting from the beginning.

6    Q    But you can't tell for how long?

7    A    Not through the Real Player log files.  There

8    are other indicators.

9    Q    Well, what kind of other indicators, if any, did

10   you find?

11   A    Well, looking at all the files accessed during

12   this timeframe, no other file was accessed for

13   additional eight minutes, which can lead you to

14   believe that this file was still being played because

15   nothing else was happening on that laptop.

16   Q    What if a file were paused, the movie or video

17   were paused, would that reflect in any way?

18   A    If the file was paused or stopped, there should

19   have been something sent to a log file.

20   Q    Would you, based upon your abilities and your

21   tools or whatever, be able to see a record of that?

22   A    Yes.

23   Q    Did you find any such record?

24   A    We did not find a log file that matched up with

25   the time close to the 5:06 p.m.  There was a log file

1    from later on.

2    Q    Later on being how much later on?

3    A    Approximately 14 minutes later.

4    Q    And what activity was reflected by that

5    information you got some 14 minutes later?

6    A    At that time it logged the name of the last file

7    being played, which was the name of this file.

8    Q    And does that again tell you anything about what

9    was happening in those minutes between 5:06 and that

10    time period some 14 minutes or so later?

11    A    It's indicative that the file was still being

12    played since it was logged as the last file being

13    played.

14    Q    Now, you've mentioned the term "shut down."  Can

15    you explain what that term means, ma'am?

16    A    When you shut down that is to turn your computer

17    off in such a manner that it is shut down properly

18    and everything is closed and saved and it's shut down

19    gracefully.

20    Q    Did you find any record or evidence of that shut

21    down occurring on the afternoon of August 4 of 2007?

22    A    Yes, I did.  When you properly shut down your

23    computer, it is logged to the registry.

24    Q    And did you -- were you able to figure out from

25    your knowledge of that computer or from working on it

1    how much time it takes for a proper shut down to run

2    its course?

3    A    Through my experience, a shut down can happen in

4    less than one minute.

5    Q    As far as that particular model, 3 A, the

6    laptop, do you know how long that shut down process

7    might take?

8    A    From looking at all of the files' access times,

9    it appears that it was less than one minute.

10   Q    Does it vary at all from computer to computer,

11   this shut down time?

12   A    It can.

13   Q    Are there any other factors that might effect

14   how long it takes from, say, one type of computer to

15   another or depending on what's on the computer?

16   A    Yes, all of those things are factors.  If you

17   have many files open, if you're in the middle of

18   running a program, these can all affect how quickly

19   your laptop shuts down.

20   Q    Can a video file such as this R-M underline

21   S-A-E file -- can it be played or continue to play

22   after the shut down occurs?

23   A    When the computer begins to shut down, it will

24   stop and close all the programs.

25   Q    Did your analysis or examination of the computer

1    reveal the time when that shut down procedure either

2    started or concluded on the afternoon of August 4th,

3    2007?

4    A    The shut done procedure concluded at 5:19 p.m.

5    in this case.

6    Q    Was there anything unusual in the records you

7    researched in the computer about that shut down

8    process?

9    A    No.

10   Q    Now, let me ask you, for example, using that

11   particular path, if you will, or file name, I guess,

12   the R-M underline S-A-E dot R-M-V ultimately, is that

13   -- would that information then allow you to search

14   the computer's hard drive and find it on the computer

15   if you had to go back to look for it?

16   A    Yes.

17   Q    And were you ultimately asked to do that as far

18   as researching the location and where that particular

19   file was located at?

20   A    Yes.

21   Q    Did that also -- did you do so?  I guess that's

22   the question.

23   A    I did.

24   Q    Now, I'd like to show you --

25        MR. HOFFER:  If I could approach the witness

1    again, Your Honor?

2        THE COURT:  You may.

3    BY MR. HOFFER:

4    Q    -- a couple of things.  If I could approach I

5    will show you this at this point.  Ms. Holthus, I've

6    have handed you what's been marked for identification

7    purposes as Government's Exhibit 3 D, as in David.

8    First of all, I guess I would ask you if you

9    recognize that exhibit and what's depicted in that

10   document?

11   A    I do recognize it.  It is a --

12   Q    Generally, without telling us specifically the

13   contents, what kind of -- what's contained in it?

14   A    It's a depiction of all of the folders and files

15   on the desktop of the laptop.

16   Q    And do you recall, did you -- were you able to

17   retrieve that information or was someone else?

18   A    Yes, I was able to retrieve it.

19   Q    Did you create this document or retrieve the

20   information?

21   A    Yes.

22   Q    And does it sort of fairly and accurately

23   reflect computer information from that laptop, 3 A,

24   as it was on the afternoon or night, I guess, of

25   August 4th, 2007?

1    A    Yes, it does.

2         MR. HOFFER:  Your Honor, at this point I'd offer

3    Government's Exhibit 3 D.

4         MS. DYER:  Same objection.

5         THE COURT:  I persist in my ruling and Exhibit 3

6    D is received on behalf of the United States.  I take

7    that to be 403, Ms. Dyer?

8         MS. DYER:  Yes, Your Honor.

9         (Government's Exhibit No. 3 D is received into

10   evidence.)

11   BY MR. HOFFER:

12   Q    I'd like to -- before we do that and take

13   advantage of the opportunity, let me --

14        MR. HOFFER:  If I may approach the witness

15   again, Your Honor?

16        THE COURT:  You may.

17   BY MR. HOFFER:

18   Q    Let me hand you a document or item that has been

19   marked for identification as Government's Exhibit 74.

20   Taking a look at it, ask you first if you recognize

21   it or have seen it before?

22   A    I do.

23   Q    What do you recognize that exhibit to contain or

24   be?

25   A    This is a CD containing the video R-M-S-A-E-D.

1    Q    How is that you, first of all, know that that is

2    the item contained on that disc?

3    A    The CD cover is labelled as the file name and my

4    initials are on the CD.

5    Q    Did you review that and put those initials there

6    at some point prior to today?

7    A    Yes, I did.

8    Q    And when did you do that, ma'am?

9    A    On March 16th of this year.

10   Q    And when you reviewed the contents of it, the

11   visual contents, did it match what you had found as

12   far as the file contents of the computer some point

13   after August 4th of 2007?

14   A    Yes.

15        MR. HOFFER:  Your Honor, at this point I would

16   offer Government's Exhibit 74, but not seek to

17   publish.

18        MS. DYER:  May we approach, Your Honor?

19        THE COURT:  You may.

20        (At side bar, on the record.)

21        THE COURT:  You seek to what?

22        MR. HOFFER:  We do not seek to publish.  This is

23   the disc.  I'm not seeking to publish it because it's

24   the subject of the --

25        THE COURT:  I'm not going to admit it.  I

1    thought we were going to work up a stipulation for

2    this issue.  Is this a different matter?

3         MR. HOFFER:  No.  This is the same matter.  I

4    just didn't want to publish it, but I wanted to --

5         THE COURT:  I'm not going to admit it in its

6    entirety into evidence.

7         MR. HOFFER:  All right.  I'll leave it as marked

8    and I'll withdraw the offer.  I wasn't trying to do

9    anything improper.  I just wanted to get it

10   identified as to what it was so that there could be

11   some reference to it later.

12        THE COURT:  It's marked for ID at this point.

13        MR. HOFFER:  Right.

14        THE COURT:  But it's not admitted in evidence.

15   I can't admit it into evidence and then not make it

16   available for the jury to see it.

17        MR. HOFFER:  I'll withdraw it, Your Honor.

18        THE COURT:  What was your objection, Ms. Dyer?

19        MS. DYER:  That was my objection, Your Honor.

20        THE COURT:  All right.

21        (End of side bar discussion.)

22        MR. HOFFER:  Your Honor, at this point -- I'll

23   withdraw that offer at this point.

24        THE COURT:  Yes, sir.

25   BY MR. HOFFER:

1    Q    Ms. Holthus, about that exhibit, just let me ask

2    you is there some way other than visual inspection

3    that you can take a disc such as that and determine

4    whether it matches up with something on a laptop such

5    as 3 A?

6    A    Yes.  I'm able to MD5 this file to verify that

7    it exactly matches the original file that was on the

8    laptop.

9    Q    And when you say you were able to MD5 it, again,

10   without getting too technical, what did you do?

11   A    As I discussed earlier, this is just a

12   mathematical function that's run on this file.  It

13   comes up with a value and then that value is used to

14   match one file to another file.

15   Q    Did you do that for this particular item?

16   A    Yes, I did.

17   Q    And how did the values come up?

18   A    They matched.

19   Q    Now, I want to get back to 3 D, which I believe

20   is received in evidence, and seek to discuss it with

21   you.  I don't know that I have it.  3 D, as in David.

22   You said 3 D, just to save a second, is specifically

23   what?  First of all, maybe you can explain what it

24   is?

25   A    This is a depiction of all the files and folders

1    on the user's desktop.  The desktop is what you see

2    when you have your computer screen on.  That's the

3    first thing you see.  It's referred to as the

4    desktop.

5    Q    If we could I would like to put 3 D on the

6    monitor.  We have the first page of the document and

7    I'm going to zoom in just --

8         THE COURT:  I take it 3 D is admitted?

9         MR. HOFFER:  I offered it.  I believe it was

10   received by the Court, Your Honor.

11        THE COURT:  All right.

12   BY MR. HOFFER:

13   Q    I'll zoom in a little bit.  Tell us first for

14   those who are not so computer savvy, what the desktop

15   is?

16   A    It's the first thing that you see on your

17   computer and it's just an object that that's there to

18   allow you easy access to the rest of the objects that

19   are on your computer.

20   Q    And from starting up a computer such as 3 A, how

21   does one get to this desktop area generally or

22   specifically, if you know?

23   A    In this case the user probably had to just click

24   on their user name, and then the computer logged them

25   in.  Then they would have seen those files and

1     folders on their desktop with some sort of pictorial

2     background.

3     Q    Would again from what you know of Government's

4     Exhibit 3 A, that laptop, would someone to do that

5     need any sort of security password or pass code of

6     any sort?

7     A    Not in this case.

8     Q    Now, once you get to this desktop area there are

9     a bunch of photos, some that look like files.  Can

10     you explain to the jury generally what kind of things

11     are depicted, especially that large area on the

12     right-hand side of the desktop area there?

13     A    On the right-hand side you can see some yellow

14     folder like objects and those are the name of folders

15     that contain more files.  And then you can see some

16     Word documents.  There are some Excel spreadsheet

17     documents and some other various files.  There are

18     some video files.

19     Q    Now, how would an individual seeking to gain

20     access to any of the contents of those various

21     matters do so?

22     A    They would just have to double click on any of

23     those icons.

24     Q    Now, does the laptop allow a person to do that

25     without some external device attached or anything

     1     like that?

     2     A     Yes, it does.

     3     Q     How do you do that?

     4     A     There is a built in mouse pad that you just

     5     touch and it will allow you to act as if you had an

     6     external mouse.

     7     Q     Is this desktop area, I neglected to ask you, as

     8     it appears here in Government's 3 D, is that -- does

     9     it appear in the same manner as it did when you

    10     accessed that computer initially and examined it on

    11     the evening of August 4th of 2007?

    12     A     No, it does not.

    13     Q     How is it different in any way?

    14     A     This is actually a folder that's already opened

    15     showing more folders.  So if you look to the right

    16     side of the screen, just where all the files and

    17     folders are, that would be the only thing from this

    18     picture that would have been on the desktop.

    19     Q     So all of this blue, how does that get there or

    20     where did it come from?

    21     A     These files and folders were burned to a CD so

    22     they could be easily accessed by the case agent.

    23     Q     But on the computer itself, if I understand you,

    24     do you mean to say that the box that's contained --

    25     the material that's contained in that red box you

1     have listed which is the white area, that's what

2     appear on the computer?

3     A     Yes.

4     Q     Now, if one wanted to gain access -- I asked you

5     that question.  Do you know or can you tell from this

6     Page 1 of this exhibit how one would have gained

7     access to view the last seen video on that computer

8     that you mentioned a few minutes ago?

9     A     Yes.  They would have had to double click on the

10    folder named "Qassam."

11    Q     Where is that located at?  Could you highlight

12    that folder for us?

13    A     I've underlined it.

14    Q     Thank you.  Now, let me turn to the second page.

15    Assuming one were to double click, I guess, as you

16    say on, that folder, does Page 2 show you anything as

17    to what would happen next?

18    A     This shows you the files that were in the Qassam

19    folder.

20    Q     And when you say the files, what do you mean by

21    that necessarily?

22    A     These are all just files.  There is not any more

23    folders that could be opened to contain more files.

24    Q     Now, once -- again, let me ask you, as it

25    relates to what appeared on that laptop computer, 3

1  A, on the night of August 4th, is all of Page 2 what

2  was on that computer or is there anything that's

3  somewhat different or changed?

4  A    No.  It is different.

5  Q    What are the differences, if any?

6  A    You would again just see these files over here

7  to the right.

8  Q    You seem to have left out the first one.  Did

9  you do that by purpose or on accident?

10  A    I did do that on purpose because that is a

11  system file.  And in this case the user would not be

12  able to see that file.  This file is only here

13  because my forensic software is able to extract that

14  file.

15  Q    So that particular representation with the 1-3-0

16  underneath it wouldn't appear?

17  A    Correct.

18  Q    Now, if one wanted then, as apparently occurred

19  at 5:06 p.m. on August 4, to get and view that R-M

20  dash R-M-V-B video, how would a person go about doing

21  that?

22  A    They could double click on that file to open it

23  or they could open the file through the Real Media

24  Player.

25  Q    First of all, this folder or little picture that

1    I have circled down here, is that the representation

2    for that file?

3    A    Yes, it is.

4    Q    Now, you said you could double click on it with

5    a mouse or you said there is some other way?

6    A    Or you could open that file through the Real

7    Media Player, the program that would be used to view

8    the file.

9    Q    What's the mechanical procedure for that?  How

10   do you do that?

11   A    You would double click on Real Media Player, and

12   then you could click on file, and then there is a

13   list of recently played files that is easily

14   accessible.

15   Q    Again, would the absence of password protection

16   on that computer impact at all on whether anyone

17   could access this once they got to that stage or that

18   point of the computer?

19   A    Yes.  Anyone could access this.

20   Q    Now, Ms. Holthus, you said that this R-M-S-A-E

21   dot R-M-V file was the last one played and accessed.

22   Did you determine in your examination of 3 A, the

23   laptop, whether prior to 5:06 p.m. there was actually

24   any activity with respect to that particular video or

25   item any time earlier on that afternoon?

1    A    Yes.

2    Q    Did you find out whether there was any such

3    activity?

4    A    Yes, there was.

5    Q    What did you find with respect to activity

6    regarding that file or that movie?

7    A    Shortly after 4:30 p.m. that same day, various

8    file in that Qassam folder had been accessed, most

9    likely from the mouse being moved around on that

10   folder, which accessed and changed the dates and

11   times on those files.

12   Q    Let me ask you as far as your expertise and

13   knowledge, what does that mean as far as what

14   happened with respect to those various files or

15   folders earlier in the afternoon?

16   A    They were not opened.

17   Q    How do you know that as opposed to when you know

18   that the one that was opened on 5:06 p.m.?  What's

19   the difference?

20   A    The difference is for this R-M-S-A-E-D video, we

21   have a link file which means it was opened.  For the

22   other files we do not have a link file.

23   Q    So what would have been done to at least create

24   this record that you saw earlier in the afternoon

25   with respect to any of those folders?  What happened?

1    A    To any of these files in question here?

2    Q    Um-hum.

3    A    They were just moving the mouse over the files.

4         MR. HOFFER:  If I may approach the witness

5    again, Your Honor?

6         THE COURT:  You may.

7    BY MR. HOFFER:

8    Q    Ms. Holthus, I've have handed you a series of

9    exhibits which are marked for identification as

10   Government's 3 E 1 through 3 E 6.  I'd like you to

11   take a look at them and ask you if you recognize the

12   items contained in that exhibit.

13   A    I do.

14   Q    And have you seen them prior to today coming

15   here to testify?

16   A    I have.

17   Q    And do you know or can you tell by examining

18   them now where they came from or their source?

19   A    Am I allowed to use the second page of the

20   exhibit?

21   Q    If it refreshes your memory or helps you,

22   surely.

23   A    Yes.  These were pictures that were on the

24   laptop.

25   Q    How do you know that or how could you tell that?

1    A    I had previously verified these photos that they

2    came from the laptop and have included a listing of

3    where that file was located at on that laptop.

4    Q    Just so we know, when you said you previously

5    verified these photos as coming from the 3 A laptop,

6    how did you do that?

7    A    I exported these files from my copy of the

8    laptop onto a CD.

9    Q    And is there any -- do you again do something

10   that mathematical matching formula you talked about

11   to verify this information or what?

12   A    Yes.  Again, all of these files were MD5ed to

13   ensure that they all matched the originals.

14   Q    Did they all match?

15   A    They did.

16        MR. HOFFER:  Your Honor, at this point I'd offer

17   Government's Exhibits 3 E 1 through 6.

18        MS. DYER:  No objection.

19        THE COURT:  Each of Exhibit 3 E 1 through 3 E 6

20   is received on behalf of the United States.

21        (Government's Exhibit Nos. 3 E 1 through 3 E 6

22   are received into evidence.)

23        MR. HOFFER:  And if I could publish one or two

24   of the contents of that?

25        THE COURT:  You may.

```
1    BY MR. HOFFER:

2    Q    Ms. Holthus, you said that -- well, here is just

3    3 E 1.  It's a photograph, correct?

4    A    Yes.

5    Q    Now, I'll ask you do you know any of the people

6    depicted in that photograph?

7    A    Yes.

8    Q    You do?

9    A    Well, I don't know them.  I know who they are.

10   Q    You don't have any personal knowledge about the

11   picture itself, right?

12   A    Correct.

13   Q    Does your information suggest or tell you that

14   this was one of the photographs on the laptop on the

15   evening of August 4th?

16   A    Yes, it does.

17   Q    And would that be the same with respect to the

18   exhibit Government's 3 E 3?

19   A    Yes.

20   Q    Same with respect to exhibit Government's 3 E, I

21   think, dash 4?

22   A    Yes.

23   Q    And same answer with respect to -- or would it

24   be the same answer with respect to Government's 3 E

25   5?
```

1  A    Yes.

2       MR. HOFFER:  If I could have a moment, Your

3  Honor?

4       THE COURT:  Yes, sir.

5  BY MR. HOFFER:

6  Q    One other question, I'm sorry, I neglected to

7  ask you.  Were you able to tell -- going back to that

8  video, the R-M-S-A-E-R-M-B, I guess, were you able to

9  tell how long the total file or total movie was?

10 A    The video file was over 40 minutes in length.

11      MR. HOFFER:  Thank you, Your Honor.  I have no

12 further questions of this witness at this point.

13      THE COURT:  Thank you, Mr. Hoffer.

14      Has the defense cross-examination for this

15 witness?

16      MS. DYER:  Please, Your Honor.

17      THE COURT:  You are recognized for that purpose.

18                    CROSS-EXAMINATION

19 BY MS. DYER:

20 Q    Good afternoon, ma'am.

21 A    Good afternoon.

22 Q    I believe you testified that this S-A-E-D video

23 according to looking at the Real Player was opened at

24 5:06 p.m.?

25 A    Yes.

1    Q    And the computer was shut down at 5:19 p.m.?

2    A    Yes.

3    Q    And you said you couldn't tell how long the

4    video had been played for?

5    A    No.

6    Q    And I think you said that you assumed -- let me

7    back up.  You did say that you could tell that it

8    began to play at the beginning at 00?

9    A    Correct.

10   Q    And then you assumed it was played for eight

11   minutes?

12   A    At least, yes.

13   Q    And I thought you said you assumed that because

14   nothing else was accessed within those eight minutes,

15   is that what you said?

16   A    Yes.  And because of the log file times later

17   on.

18   Q    So was something accessed eight minutes later?

19   A    At eight minutes later there was a CODEC file

20   accessed.  And a CODEC file is used to allow video to

21   be played.

22   Q    So does that mean it wasn't being played before

23   that file was accessed?

24   A    No.  There could be different types of

25   renderings in the video, so at different points in

1    time when a video is being played the software might

2    have to call upon a CODEC in order to be able to

3    render that video.

4         THE COURT:  In other words, it was the program

5    that summoned up the CODEC and not the person who was

6    viewing it?

7         THE WITNESS:  Yes, sir.

8    BY MS. DYER:

9    Q    And then I believe you testified that the Real

10   Player log file -- and I might have that wrong, you

11   might have just said log file -- indicated again that

12   this video was the last one played, correct?

13   A    Yes.

14   Q    But again you don't know when it stopped being

15   played, correct?

16   A    Correct.

17   Q    So all we know is that we can assume -- or it's

18   assumption by you of eight minutes?

19   A    At least, yes.

20   Q    But we have no idea if it was any more than

21   eight?

22   A    Right.

23   Q    So the fact that I think you said 14 minutes

24   later the log file showed that this was the last

25   video played, doesn't mean it was played for 14

1   minutes because nothing else was opened after this

2   file, correct?

3   A   Yes.

4   Q   You testified that at I believe it was around

5   4:30 p.m. that day some files were accessed and you

6   explained that the mouse just went over it.  They

7   weren't opened, correct?

8   A   Right.

9   Q   No other files besides this one around 5:06 p.m.

10  were opened at any other time on August 4th, correct?

11  A   Correct.

12  Q   You testified that you could access this video

13  either by double clicking on the icon, I'm not sure

14  that's the word you used, or going through Real

15  Player, correct?

16  A   Yes.

17  Q   Can you tell which way this video was accessed?

18  A   Yes, I can.

19  Q   And which way was that?

20  A   In this case it was accessed through Real

21  Player.

22      MS. DYER:  I have nothing else, Your Honor.

23  Thank you.

24      THE COURT:  Thank you, Ms. Dyer.

25      Has the United States any redirect examination?

1     MR. HOFFER:  Just a few questions, Your Honor,

2     if I may.

3     THE COURT:  Before you do that, just to make

4     sure, did I understand your testimony correctly that

5     no other file had been accessed on the computer

6     during the same day as this one file that you had

7     been discussing?  That was the only activity, in

8     other words, on the computer for that day?

9     THE WITNESS:  After 4:30 p.m., that was the only

10    file that was opened.

11    THE COURT:  Go ahead.

12                    REDIRECT EXAMINATION

13    BY MR. HOFFER:

14    Q     About this -- is it CODEC or CODEC?

15    A     CODEC.

16    Q     How do you spell that, ma'am?

17    A     C-O-D-E-C.

18    Q     What kind of a file is that?

19    A     In this case it's an actual dot D-L-L file,

20    which is just another software computer system type

21    of file.

22    Q     Now, when you say that that -- I think you

23    testified a minute ago that that file was opened up

24    about eight minutes after 5:06.  Is that what you

25    said, eight minutes?

```
 1    A     Yes.

 2    Q     So around 5:14 p.m.  What does that, if anything

 3    -- if you can tell, what does that mean as far as the

 4    video being played?

 5    A     That the video was still being played at that

 6    time.

 7    Q     Why or under what circumstances would this

 8    additional CODEC file have to be called up on a

 9    laptop like that?

10    A     Only if the video was still being played.

11    Q     What function does it serve, this file, this

12    CODEC?

13    A     This CODEC is used to render video so it can be

14    played.

15    Q     Without that CODEC file having been opened up,

16    could the RM video or was the RM video opened earlier

17    prior to it?  Do you understand my question?

18    A     No.

19    Q     Let me withdraw it and rephrase.  Could that

20    R-M-S-A-E video play on that laptop 3 A without that

21    CODEC file being opened up?

22    A     At that particular point that video needed that

23    CODEC.

24          THE COURT:  I'm sorry.  He's talking about can

25    that video beginning at 0.00 play without the
```

1    assistance of the CODEC or did the CODEC come in

2    later in order to meet some particularized need of

3    the video in progress?

4         THE WITNESS:  There were other CODECs that were

5    used earlier to begin playing the video.  Then the

6    video got to that point, it needed another one, so it

7    called on that one and opened it in order to keep

8    rendering the video, to keep playing the video.

9    BY MR. HOFFER:

10   Q    Thank you.  One other question.  I'm not sure I

11   asked you this or maybe you could explain it further.

12   If there had been a pause or stop of the video

13   anywhere along the line before shut down, would there

14   be a record of that?

15   A    Yes.

16   Q    Did you find any such record?

17   A    No, I did not.

18        MR. HOFFER:  Thank you, Your Honor.  No further

19   questions of this witness.

20        THE COURT:  Thank you, Mr. Hoffer.

21        Ms. Dyer?

22        MS. DYER:  Your Honor, her answer to your

23   question confused me with what I thought her answer

24   to my last question was.

25        THE COURT:  That's beside the point.  Do you

1    want recross-examination?

2        MS. DYER:  May I?

3        THE COURT:  You are recognized with attention to

4    scope, careful attention to scope.

5        MS. DYER:  Yes, Your Honor.

6                        RECROSS-EXAMINATION

7    BY MS. DYER:

8    Q    I thought you just responded to the Court's

9    question about files being accessed on August 4,

10    2007, that the 4:30 activity files were opened.  Is

11    that --

12    A    There were files that were accessed either by

13    the user or the computer after 4:30, but only one

14    file was actually opened by the user.

15    Q    And that was the S-A-E-D file we've been talking

16    about?

17    A    Yes.

18    Q    So the rest of August 4th, before 5:06 p.m. or

19    after 5:06 p.m., no files were actually opened?

20    A    After 4:30.  Because there was activity earlier

21    in the day, but after 4:30 that was the only time

22    that any file was actually opened by the user.

23    Q    The 4:30 activity, files were opened?

24    A    Just the one.  At 4:30 p.m. or after, just one

25    file was opened by the user.

1    Q      Was anything opened before 4:30?

2    A      Yes, earlier in the day.

3           MS. DYER:  Thank you, Your Honor.

4           THE COURT:  Ms. Holthus, you may step down and

5    you are excused with our thanks, both before and

6    after 4:30.

7           (End of excerpt of proceedings.)

8

9                    C E R T I F I C A T E

10          I, Kerry Mercade, certify that the foregoing is

11   a correct transcript from the record of proceedings

12   in the above-entitled matter.

13                                  S/Kerry Mercade

14                                  Kerry Mercade
                                    Court Reporter
15

16

17

18

19

20

21

22

23

24

25