1          UNITED STATES DISTRICT COURT
         MIDDLE DISTRICT OF FLORIDA
2              TAMPA DIVISION

3  UNITED STATES OF AMERICA

4

5          vs.              CASE NO. 8:07-cr-342-T-23TBM
                            March 25, 2009
6                           Tampa, Florida

7

   YOUSSEF SAMIR MEGAHED,
8
         Defendant.
9
   _____/
10
         TRANSCRIPT OF EXCERPT OF TRIAL PROCEEDINGS
11             (TESTIMONY OF CURTIS THOMAS)
         BEFORE THE HONORABLE STEVEN D. MERRYDAY
12             UNITED STATES DISTRICT JUDGE

13  APPEARANCES:

14  For the Government:  JAY HOFFER
                        ROBERT MONK
15                      Assistant U.S. Attorneys
                        400 N. Tampa Street, Suite 3200
16                      Tampa, Florida 33602
                        813/274-6000
17
   For the Defendant:   ADAM ALLEN
18                       DIONJA DYER
                        Assistant Federal Defenders
19                      400 N. Tampa Street, Suite 2700
                        Tampa, Florida 33602
20                      813/228-2715

21  Court Reporter:     Kerry Mercade
                        801 N. Florida Avenue
22                      Suite 15A
                        Tampa, Florida 33602
23                      813/301-5024

24

25  Proceedings recorded and transcribed by
   computer-aided stenography.

1                              INDEX

2
**GOVERNMENT WITNESS CURTIS THOMAS**
3       Direct Examination by Mr. Monk............3
        Cross-Examination by Ms. Dyer............11
4       Redirect Examination by Mr. Monk.........20

5

6                      **GOVERNMENT'S EXHIBITS**

7
        **Number       Description                   Page**
8
        86            Navteq map page...............22
9

10                      **DEFENDANT'S EXHIBITS**

11      12 A - Q     GPS printouts.................14

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1              GOVERNMENT WITNESS, CURTIS THOMAS, SWORN
 2         THE COURT:  State your name, please.
 3         THE WITNESS:  Curtis Thomas.
 4         THE COURT:  Please have a seat in the witness'
 5    chair and I will recognize Mr. Monk for your Direct
 6    Examination.
 7         MR. MONK:  Thank you, Your Honor.
 8                    DIRECT EXAMINATION
 9    BY MR. MONK:
10    Q    Mr. Thomas, how are you employed?
11    A    I'm employed with the Federal Bureau of
12    Investigation.
13    Q    And your full name is Curtis Thomas?
14    A    Yes, it is.
15    Q    What do you do for the FBI?
16    A    I perform examinations on electronic devices
17    such as cell phones and PDAs.
18    Q    What's a PDA?
19    A    Personal digital assistant.
20    Q    And please tell us a little bit about your
21    educational background.
22    A    I have a Bachelor's of Science in computer
23    engineering.
24    Q    What is your title at the FBI?
25    A    Title is electronics engineer slash forensic
```

1    examiner.

2    Q    And you have been with the FBI, did you say,

3    five years?

4    A    Yes, five years.

5    Q    Where do you work?

6    A    I'm presently employed at Quantico, Virginia.

7    Q    And in what specific facility?

8    A    At the engineering research facility.

9    Q    During the course of your employment, do you

10   exam the devices of the type you've mentioned for

11   embedded electronic information?

12   A    The devices we see are generally referred to as

13   embedded electronics.  It's a different field from

14   what you could consider traditional computer

15   forensics where you have things such as hard drives.

16   Instead you have integrated electronic circuits which

17   store the memory in a non removable fashion.

18   Q    I've placed before you what's been admitted in

19   evidence as Government's Exhibit 20 A, a Garmin GPS.

20   A    Um-hum.

21   Q    Would you pick it up and take a look at it?

22   A    Okay.

23   Q    And tell us whether you recognize it.

24   A    I do.

25   Q    And how is it that you recognize it?

1    A    There is this tape that I put on it here, this

2    yellow tape.

3    Q    Did you in fact receive that Garmin GPS as a

4    specimen in your facility around August 6th of 2007?

5    A    Yes, I did.

6    Q    And what did you do with that instrument?

7    A    We downloaded the information from this device

8    and parsed it into a user -- human readable format.

9    Q    What do you mean say parsed it?

10    A    We just took the information that was

11    transferred from the device and created a more human

12    readable format from the computer language that was

13    downloaded.

14    Q    And were you able to acquire information from

15    the memory of that Garmin?

16    A    Yes, we were.

17    Q    Generally speaking, what does a device like this

18    global positioning system do?

19    A    Generally speaking, it's used to navigate to a

20    specific location that's set by the user.

21    Q    Okay.  Now, once you downloaded the information,

22    did you do any analysis of the information at all?

23    A    No, I did not.

24    Q    Was part of what you downloaded from the memory

25    of that device what is known as track points?

1    A    Yes.

2    Q    Would you explain please to the jury what track

3    points are?

4    A    There is a couple of different kind of points

5    that are traditionally stored by a GPS unit and they

6    are track points and way points.

7    Q    Excuse me.  Let's stick just with track points

8    for right now, okay.

9    A    Okay.

10    Q    What are track points?

11    A    Track points are points that are used -- stored

12    by the GPS, and it indicates where the GPS has

13    actually been.

14    Q    The track points that indicate where the GPS has

15    actually been, are those available and visible to the

16    user when the user is actually using the GPS?

17    A    On this particular model of GPS, no, they are

18    not.

19    Q    Now, does anything happen if one is using this

20    GPS, say, going on a trip and the automobile stops

21    and the Garmin is left on, that is, it's not turned

22    off or disconnected?  Does anything happen in that

23    instance with the track points?

24    A    If the device is left on, the track points will

25    continue to accumulate and there is a limited memory

1    to store the track points.  So as new track points

2    are added, the old ones are erased.

3    Q    Which olds one are erased?

4    A    The oldest of the track points would be erased

5    first.

6         THE COURT:  They're just written over?

7         THE WITNESS:  Yes.

8    BY MR. MONK:

9    Q    And if they are overwritten because the device

10   is left on, will that obliterate where the traveler

11   had been at an earlier point in time during the trip?

12   A    Yes, it will.

13        THE COURT:  If the GPS is left on but is

14   immobile, will it continue to write over the same

15   position repeatedly?

16        THE WITNESS:  Yes, it will.

17   BY MR. MONK:

18   Q    So you'll have a lot of track points in more or

19   less the same spot?

20   A    Yes.  There is a slight error associated with

21   it.  They would be all around the same point within

22   some degree of error.

23   Q    Did you find that that happened in this

24   instance, that the track points were written over or

25   don't you know?

1    A    I believe from looking at the maps earlier that

2    that did take place, yes.

3    Q    You referred to maps.  You said you didn't do

4    any analysis of this, but did you do some sort of

5    plotting on maps?

6    A    Yes.  The points that were taken were -- using

7    the same program that the points were created with I

8    also displayed on a map and those maps were printed

9    out.

10    Q    Now, is there something known as way points in

11    your analysis of this device?

12    A    Yes, there were.

13    Q    Explain please what the way points are as

14    opposed to the track points.

15    A    A way point is a point that is stored by the

16    user for future reference such as your home or a

17    restaurant or a store that you may wish to go to, and

18    you can more quick quickly pick it to be a future

19    destination if it is stored as a way point.

20    Q    Now, do the track points disclose where someone

21    has actually been?

22    A    The track points do, yes.

23    Q    Do the way points disclose necessarily where

24    someone has actually been?

25    A    No, they do not.

1    Q    If I understand correctly, the way points are

2    deliberately plotted in by the user as a desired

3    destination or for some other purpose, correct?

4    A    That's correct.

5    Q    Were there way points recorded in this Garmin?

6    A    Yes, there were.

7    Q    Does the term "metadata points" have any meaning

8    to you with respect to this Garmin device?

9    A    Yes, it does.

10    Q    What are metadata points?

11    A    From this device we were able to read what we

12    termed metadata points.  They're basically points

13    that are used by the internal operating system on the

14    GPS to perform calculations of future routes or to

15    display information to the user about potential

16    destinations.

17    Q    Are the metadata points internal only or are

18    they also visible to the user?

19    A    They are not visible to the user.

20    Q    Would the metadata points be something that are

21    deployed or used if a traveler passes by a way point

22    destination or takes a route other than the route

23    that the Garmin has plotted for the traveler?

24    A    The metadata points would be used -- for

25    instance, if a route had been picked, the Garmin is

1    going to analyze all the possible routes from your

2    current destination to your intended destination.

3    And once it finds one, it will plot points along that

4    route where it will instruct you to do things such as

5    take a left turn or bear right or stay straight

6    ahead.  If for some reason you miss one of these

7    instructions, it will then plot you a new route.  And

8    all these points would be recorded as metadata points

9    which are not shown to the user.

10   Q    Can you tell us -- with respect to the track

11   back points, can you tell us how far back from the

12   point at which this vehicle stopped the track back

13   points go or can you not?

14   A    I'm not sure of an actual distance.  I do recall

15   that it was not terribly far.

16   Q    And can you tell us whether there was a way

17   point indicated in North Carolina?

18   A    Just any way point anywhere in North Carolina?

19   Q    Well, whether there was a way point specifically

20   in the area of Sunset Beach?

21   A    Their final destination as displayed by the unit

22   was saved as a way point and that I was I believe in

23   North Carolina.

24   Q    You used the term "final destination ."  That's

25   an inference on your part when you say that, correct?

1    A    It was their current destination as displayed by

2    the unit when it was sent to me.

3         MR. MONK:  That's all I have, Your Honor.  Thank

4    you.

5         THE COURT:  Thank you, Mr. Monk.

6         Has the defense cross-examination?

7         MS. DYER:  Please, Your Honor.

8         THE COURT:  Ms. Dyer, you are recognized for

9    that purpose.

10                      CROSS-EXAMINATION

11   BY MS. DYER:

12   Q    Good afternoon, Mr. Thomas.

13   A    Good afternoon.

14   Q    You in downloading this information to a, I

15   think you said, human readable format --

16   A    Correct.

17   Q    -- downloaded lots of way points, correct?

18   A    I guess it depends on your definition of "lots."

19   As far as way points, I believe there was somewhere

20   less than 50 of them.

21   Q    And this information is stored in various

22   different categories on the GPS system, correct?

23   A    By "categories" do you mean like metadata points

24   versus the way points versus the track points?

25   Q    No.  I mean in categories like favorites, recent

1    selections, current trip.

2    A    The way points can be -- the way points would

3    all be stored under the favorites section of this

4    GPS.

5    Q    And what would be stored under the recent

6    collections category?

7    A    Any recent destinations that had been plotted.

8    They wouldn't necessarily need to be stored as way

9    points.

10    Q    But they were actually plotted by the user?

11    A    For some -- whether they were actually travelled

12    to or not is not known, but they would have been

13    plotted by the user at some point, yes.

14    Q    And current trip, what is stored in that

15    category?

16    A    Current trip would be most likely the current

17    destination that you've picked.

18    Q    Like you just testified that according to your

19    analysis of this system that would have been Sunset

20    Beach, North Carolina?

21    A    Correct.

22    Q    Do you have a copy of all of the way points in

23    favorites?  Not way points, I apologize.  All of the

24    information stored in the favorites recent selections

25    and current trip categories from this?

1    A    Any data that was not downloaded into the

2    spreadsheet that I have or that was provided was

3    captured with screen shots.

4    Q    Do you have those screen shots with you?

5    A    I do not have them with me, no.

6    MS. DYER:  Could I approach the witness, Your

7    Honor?

8    THE COURT:  You may.

9    BY MS. DYER:

10    Q    Showing you what's been previously marked as

11    Exhibits 12 A through Q.  Can you take a look at

12    those?

13    A    Sure.

14    (Pause.)

15    THE COURT:  Ms. Dyer, is that a defense exhibit?

16    MS. DYER:  Yes, Your Honor.

17    THE WITNESS:  Okay.

18    BY MS. DYER:

19    Q    Do you recognize those?

20    A    Yes.

21    Q    How do you recognize those?

22    A    The maps match what I have with me and the

23    screen shots I recall.

24    MS. DYER:  Your Honor, I would move into

25    evidence Defense Exhibits 12 A through Q.

1          MR. MONK:  No objection, Your Honor.

2          THE COURT:  Exhibits 12 A through Q are received

3     on behalf of the defense.

4          (Defendant's Exhibit Nos. 12 A through Q are

5     received into evidence.)

6          THE COURT:  Are you going to display those, Ms.

7     Dyer?

8          MS. DYER:  If the Court will allow.

9     BY MS. DYER:

10     Q    Sir, I'm showing you what has now been admitted

11     as Defense Exhibit 12 A.  Is this one of those map

12     shots that you were talking about?

13     A    That's correct.

14     Q    And you would agree with me that it is a map of

15     the Jacksonville, Florida area?

16     A    It does say Jacksonville.  I'm not familiar

17     enough to know that it's certainly Florida, but --

18     Q    You're not familiar enough to know if it's

19     Jacksonville, Florida, is that what you said?

20     A    Correct.

21     Q    Right here where it says Murphy Oil JKSN, I

22     believe, what is that?

23     A    Does it say 0014 in front of that?

24     Q    0014, yes, sir.

25     A    Okay.  That would be a user way point.

1    Q    And next to it where it says 0007 Wal-mart, what

2    would that be?

3    A    That was recovered as a metadata point.

4    Q    And down a little further 0005, I believe,

5    Mickler's Landing Beach Park?

6    A    That was also recovered as a metadata point.

7    Q    If I could show you Defense 12 B.  Do you

8    recognize this?

9    A    Yes, I do.  That's a screen shot.

10   Q    It's a screen shot out of the favorites

11   category?

12   A    That's correct.

13   Q    And it's of a Murphy Oil in Jacksonville?

14   A    That's correct.

15   Q    Show you Defense 12 C.  Do you recognize this

16   out of the favorites category?

17   A    Yes.

18   Q    Again, it's a Murphy Oil on Beach Boulevard in

19   Jacksonville, Florida?

20   A    Yes.

21   Q    What is the, if any, distinction between what

22   appears -- let me back up.  You said it is a screen

23   shot.  Does that mean that's what shows up on the

24   screen that the user can view?

25   A    Yes.

1    Q    What, if any, difference or distinction is there

2    between what's currently on here in 12 C from what's

3    depicted in 12 B?  Does that tell you anything, those

4    two screen shots?

5    A    This screen shot can be viewed -- if you go back

6    to the other screen shot.

7    Q    I'm going back to 12 C.

8    A    If you press the button here that says "show

9    map" you will be shown the previous screen shot.

10    Q    This button right here --

11    A    Correct.

12    Q    -- then takes you to 12 B?

13    A    Yes.

14    Q    Showing you now what is Defense 12 D.  Do you

15    recognize this?

16    A    That's another map.

17    Q    And this map -- do you know what area of the

18    country this map depicts from your analysis?

19    A    I can't quite see a name on there.

20    Q    Do you see this area here, I think it's 0040

21    Murphy Oil?

22    A    Yes, I can see that.

23    Q    Can you tell me what this is - way point,

24    metadata?

25    A    That was recovered as a metadata point.

```
 1    Q    Showing you 12 E.  Do you recognize that as

 2    coming from the recent selections category?

 3    A    I'm not familiar with which category it came

 4    from.  If you pull it down a little bit, it does have

 5    the directly it was printed from.  Okay, yes.

 6    Q    This is for a beach cultural center in Savannah,

 7    Georgia?

 8    A    It does appear that way, yes.

 9    Q    Showing you 12 G.  Do you recognize this from

10    the recent collections category?

11    A    Yes, I do.

12    Q    And it's Memorial Park, Tybee Island, Georgia?

13    A    Yes.

14    Q    Have you ever been to Tybee Island, Georgia?

15    A    No, I have not.

16    Q    12 I.  Do you recognize this from the recent

17    selections category?

18    A    Yes.

19    Q    A Murphy Oil in Statesboro, Georgia?

20    A    Yes.

21    Q    Showing you Defense 12 K.  Do you recognize this

22    from the recent selections category?

23    A    Yes, I do.

24    Q    I'm sorry.  It's a Murphy Oil on St. James

25    Avenue in Goose Creek, South Carolina?
```

1    A    That's correct.

2    Q    Defense 12 M.  Do you recognize this as one of

3    the maps that you obtained from the information on

4    the GPS system?

5    A    Yes, I do.

6    Q    Do you recognize this area of the United States?

7    A    I can see it says Myrtle Beach up towards the

8    top of it.  I believe that's in South Carolina.

9    Q    Is that a question?

10   A    No.  I said I believe it is.

11   Q    Okay.  There is a lot of those little square

12   things with numbers depicted on this map, correct?

13   A    That's correct.

14   Q    They appear to me, and correct me if you

15   disagree, to go from initially down here in the

16   left-hand corner where it says "navteq (ph) on board"

17   all the way northeast up to where you said Myrtle

18   Beach, and then they appear to stop before the map

19   stops at the upper right-hand corner of this map.

20   Would you agree with that?

21   A    It appears that way, yes.

22   Q    You had testified that sometimes the internal

23   workings of the GPS system plots places for future

24   use given a route or a potential future route, is

25   that accurate?

1    A    It would plot different points along the route

2    that you're currently taking.

3    Q    And not just as you're currently driving, along

4    the route leading towards any future destinations you

5    may have plugged into the system, correct?

6    A    Correct.

7    Q    Can you read any of these numbers up here at the

8    end of the route?

9    A    No, I cannot.

10   Q    I'm showing you Defense 12 P.  Do you recognize

11   this from the recent selections?

12   A    Yes, I do.

13   Q    And it's for Sunset Beach, North Carolina?

14   A    Yes, it is.

15   Q    Finally, Defense 12 Q.  Do you recognize this

16   from the current trip category from the system?

17   A    Yes, I do.

18   Q    And it says northwest to U.S. 17 Alternate?

19   A    Yes, it does.

20   Q    And Old Mt. Holly Road?

21   A    Yes, it does.

22   Q    You were talking about how sometimes the track

23   points get used, the space gets used up and the track

24   points get written over.

25   A    That's correct.

1     Q    And when Mr. Monk asked you about that, he said

2     would that happen if the vehicle was stopped but the

3     GPS system left on, do you remember that?

4     A    Yes, I do.

5     Q    Now, does that also happen if you continue

6     driving however the allocated space is used up?

7     A    Yes, it is.

8         MS. DYER:  If I could have one moment, Your

9     Honor?

10        THE COURT:  You may.

11       (Pause.)

12        MS. DYER:  Nothing further, Your Honor.

13        THE COURT:  Has the United States redirect

14     examination for this witness?

15        MR. MONK:  Yes, Your Honor.

16        THE COURT:  Mr. Monk, you are recognized for

17     that purpose.

18                    REDIRECT EXAMINATION

19     BY MR. MONK:

20     Q    Mr. Thomas, what do you mean when you refer to

21     allocated space?

22     A    There is only a certain amount of memory in a

23     device.  Once it is full, it begins to reuse the

24     memory.

25     Q    Okay.  Did this appear to you, if you know, to

1    have been a recently purchased Garmin?

2    A    I mean, it looks -- I guess there's not that

3    many scratches on.  I'm not a expert in that.

4    Q    How much allocated space is there?  Can you give

5    us an idea in practical terms?

6    A    I'm not familiar with exactly how much memory

7    this unit had.

8    Q    Would you expect it to have more memory than

9    would be required for a six-hour trip between Florida

10    and South Carolina?

11    MS. DYER:  Objection, Your Honor.  He said he

12    doesn't have knowledge, foundation.

13    MR. MONK:  I'll withdraw the question, Your

14    Honor.  If I may approach the witness, Your Honor?

15    THE COURT:  You may.

16    BY MR. MONK:

17    Q    I'm going to show you what's been marked as

18    proposed Exhibit 86.  It's a single piece of paper.

19    Take a look at it and if you need to compare it to

20    your map, do so.  Tell me whether or not this piece

21    of paper captures the -- captures the tracking points

22    that were available for review on the Garmin when you

23    got it?

24    A    This map does show those, yes.

25    Q    Say again?

1    A    I said this map does show the track points.

2    Q    These are all the track points that were left

3    when you got ahold of the Garmin?

4    A    That's correct.

5         MR. MONK:  I move for admission of proposed

6    Exhibit 86.

7         MS. DYER:  Your Honor, if I could just see it

8    for a second.  I'm sorry, Your Honor.  I thought we

9    had it.

10        THE COURT:  Yes.

11        MS. DYER:  No objection, Your Honor.

12        THE COURT:  Exhibit 86 is received on behalf of

13   the United States.

14        (Government's Exhibit No. 86 is received into

15   evidence.)

16        MR. MONK:  If I may publish it?

17        THE COURT:  You may.

18   BY MR. MONK:

19   Q    This is really difficult to make out on this,

20   but these little points are of different shapes,

21   aren't they?

22   A    That's correct.

23   Q    It appears that some of the shapes are squares.

24   What are those?

25   A    The squares are going to be your way points or

1    metadata points.

2    Q    We don't know which?

3    A    This was originally in color.  In the

4    black-and-white, the colors are too close to

5    distinguish.

6    Q    And the track points are what?

7    A    The track points are represented by small

8    footprints.

9    Q    That are not square?

10   A    That are not square, correct.

11   Q    This single piece of paper contains the sum

12   total of all the tracking points that were available

13   on that Garmin?

14   A    They are all on that map.  Some of them are over

15   top of one another and cannot be distinguished.

16   Q    Now, you were shown a number of screen shots

17   from a recents and a favorites category, is that

18   correct?

19   A    That's correct.

20   Q    Is there any indication by virtue of the fact

21   that an item is in one of those categories that such

22   a place was actually visited?

23   A    No, there is not.

24   Q    We have only the tracking points to rely on, is

25   that correct?

1    A     Correct.  Only the track points indicate where

2    the GPS has actually been.

3         MR. MONK:  That's all I have.  Thank you.

4         THE COURT:  Thank you, Mr. Monk.

5         Anything further from the defense?

6         MS. DYER:  No, Your Honor.  Thank you.

7         THE COURT:  In that case, Mr. Thomas, you may

8    step down and you are excused with our thanks.

9         (End of excerpt of proceedings.)

10

11              C E R T I F I C A T E

12         I, Kerry Mercade, certify that the foregoing is

13    a correct transcript from the record of proceedings

14    in the above-entitled matter.

15                              S/Kerry Mercade

16                              Kerry Mercade
                                Court Reporter

17

18

19

20

21

22

23

24

25