1          UNITED STATES DISTRICT COURT
          MIDDLE DISTRICT OF FLORIDA
2               TAMPA DIVISION

3   UNITED STATES OF AMERICA

4

5        vs.                 CASE NO. 8:07-cr-342-T-23TBM
                            March 25, 2009
6                            Tampa, Florida

7

   YOUSSEF SAMIR MEGAHED,
8
        Defendant.
9
   _____/
10
          TRANSCRIPT OF EXCERPT OF TRIAL PROCEEDINGS
11            (TESTIMONY OF RANDY HIERLMEIER)
          BEFORE THE HONORABLE STEVEN D. MERRYDAY
12               UNITED STATES DISTRICT JUDGE

13   APPEARANCES:

14   For the Government:   JAY HOFFER
                         ROBERT MONK
15                        Assistant U.S. Attorneys
                         400 N. Tampa Street, Suite 3200
16                        Tampa, Florida 33602
                         813/274-6000
17
   For the Defendant:    ADAM ALLEN
18                        DIONJA DYER
                         Assistant Federal Defenders
19                        400 N. Tampa Street, Suite 2700
                         Tampa, Florida 33602
20                        813/228-2715

21   Court Reporter:      Kerry Mercade
                         801 N. Florida Avenue
22                        Suite 15A
                         Tampa, Florida 33602
23                        813/301-5024

24

25   Proceedings recorded and transcribed by
   computer-aided stenography.

1                              INDEX

2
**GOVERNMENT WITNESS RANDY HIERLMEIER**
3     Direct Examination by Mr. Monk............3
      Cross-Examination by Ms. Dyer............8
4
5
                         **GOVERNMENT'S EXHIBITS**
6
7     **Number      Description                    Page**

8     65           Recording (jailhouse visit)...8
                   (Conditional Admission)
9
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1       GOVERNMENT WITNESS, RANDY HIERLMEIER, SWORN

2       THE COURT:  Will you state your name, please.

3       THE WITNESS:  Randall Bruce Hierlmeier.

4       THE COURT:  Will you spell your last name?

5       THE WITNESS:  H-I-E-R-L-M-E-I-E-R.

6       THE COURT:  Please have a seat in the witness

7  chair and I'll recognize Mr. Monk for your Direct

8  Examination.

9       MR. MONK:  Thank you, Your Honor.

10              DIRECT EXAMINATION

11  BY MR. MONK:

12  Q    Sir, are you employed by the Hillsborough County

13  Sheriff's Office as a deputy?

14  A    Yes, I am.

15  Q    During the course of your responsibilities in

16  September of 2007, did you have contact with George

17  Wiehle?

18  A    Yes, I did.

19  Q    I've placed before you proposed Exhibit Number

20  65.  Did you receive a recording of a jail visitation

21  from Mr. Wiehle?

22  A    Yes, I did.

23  Q    And have you had a chance to recently review

24  proposed Exhibit 65?

25  A    Yes, I have reviewed that.

1    Q    And do you recognize that?

2    A    Yes, I do.

3    Q    That is specifically what is depicted on that?

4    A    Yes.

5    Q    Sir?

6    A    Yes.  I reviewed the video and saw the date

7    time-stamped on the video and it's the one.

8         MR. MONK:  I'd move for admission of proposed

9    Exhibit 65.

10        MS. DYER:  May we approach, Your Honor?

11        THE COURT:  You may.

12        (At side bar, on the record.)

13        THE COURT:  Yes, ma'am?

14        MS. DYER:  My first objection, Your Honor -- I

15    haven't seen the video, but I believe it will depict

16    Mr. Megahed in shackles because the entire time he

17    was in detention he was in arm and feet shackles.  I

18    think that is overly prejudicial.  So I don't want

19    the video played if that is accurate.

20        MR. MONK:  We agree.  What we are concerned

21    about is the conversation, not what's depicted on the

22    video.  We agree with that objection.

23        MS. DYER:  Do you have a CD that only has the

24    audio?

25        MR. MONK:  What I anticipate, Your Honor -- it's

1    in Arabic.  What I anticipate is that the next

2    witness, the Egyptian translator, is going to testify

3    that he translated what's on the disc and the English

4    translation is an accurate rendition.  And the

5    English translation has got the same exhibit number

6    on it.  We simply won't put the disc in.

7         THE COURT:  In other words, if I understand

8    that, the United States is actually offering the

9    English translation of Exhibit 65, that is a typed

10   paper and print --

11        MR. MONK:  That's right.

12        THE COURT:  -- and not in effect the

13   authenticating video itself?

14        MR. MONK:  Right.  If the court and Ms. Dyer

15   would prefer, I will modify my request for admission

16   and advise that we're making it subject replacement

17   with the English translation since it's in Arabic.

18        THE COURT:  It seems to me that what we're

19   admitting here is not the video but the audio.

20        MR. MONK:  Correct.

21        THE COURT:  And the audio is in a foreign

22   language.  We don't know whether the interpretation

23   is contested, do we?

24        MS. DYER:  We do not know that.

25        THE COURT:  What I will do then is I will say

1    that if you offer the audio portion of Exhibit 65 in

2    the form of a typed English translation.

3         MR. MONK:  Yes, sir.

4         THE COURT:  Just offer the audio portion of

5    Exhibit 65 only, only the audio portion of Exhibit 65

6    in the form of a typed English translation.

7         MR. MONK:  If I may make a suggestion, the

8    result I would expect is that it would be admitted

9    subject to further foundation being laid by the

10   translator.

11        THE COURT:  We don't need to publish the

12   translation.  If would you want to contest it, you

13   can contest it and I will instruct the jury.

14        MS. DYER:  My second objection, Your Honor, is

15   this a conversation between Mr. Youssef Megahed, Mr.

16   Samir Megahed, and Mr. Youssef Megahed's mother.  I

17   would object that it is hearsay in regards to the two

18   parents.

19        THE COURT:  I don't know what the contents of

20   the conversation is, but my initial response to that

21   is that I doubt that the United States of America is

22   trying to trying to veracity of any Megahed.  So I

23   think it's being offered for the fact that it was

24   said not for the truth of it.

25        MR. MONK:  Well, that's correct.  It is being

1    offered for the value of what the defendant says and

2    not either of his parents.

3         THE COURT:  Do you know what the content is?

4         MS. DYER:  Yes, Your Honor.

5         THE COURT:  I mean, is there some matter of

6    consequence from the mouth of a family member?

7         MS. DYER:  Depends on what the Government does

8    with it, Your Honor.  Not incriminating.

9         THE COURT:  I can't know that.  I think it's not

10   offered for that.

11        MR. MONK:  Your Honor --

12        THE COURT:  It's offered, frankly, to give

13   context to what the defendant said.

14        MR. MONK:  That's exactly right.  The defendant

15   refers to the fact that there was a third person with

16   them.

17        THE COURT:  All right.  Well, I don't think

18   either of those objections will hold over against

19   limiting this admission to the audio portion.  And

20   it's not offered for the truth, so overruled.  The

21   second objection is overruled.

22        The first one is based on the establishment of

23   the stated conditions moot.

24        (End of side bar discussion.)

25        THE COURT:  The United States offers, if I

```
 1    understand correctly, the audio portion only of --
 2    strike that.  The United States offers only the audio
 3    portion of Exhibit 65 and offers that in the form of
 4    a typed English translation, which at the moment
 5    lacks at least some foundation that is necessary but
 6    is conditionally admitted.
 7         (Government's Exhibit No. 65 is conditionally
 8    received into evidence.)
 9         MR. MONK:  That is correct, Your Honor.  The
10    recording is in a foreign language.
11         THE COURT:  Yes.
12         MR. MONK:  Nothing further.
13         THE COURT:  Ms. Dyer?
14         MS. DYER:  Thank you, Your Honor.
15                         CROSS-EXAMINATION
16    BY MS. DYER:
17    Q    Sir, do you remember how many visit recordings
18    you received from Mr. Wiehle in relation to Youssef
19    Megahed?
20    A    Basically, the parents visited him every single
21    day.  I guess he was in there approximately eight
22    months, so there was one almost for every single day.
23    Two hundred fifty, I guess.
24         MS. DYER:  Thank you.
25         THE COURT:  I'm sorry, Officer.  I missed the
```

1     last thing that you said because you said it in a

2     very soft voice.

3          THE WITNESS:  I said he was there approximately

4     eight months and almost every single day, so that's

5     240 visits.

6          THE COURT:  More or less.

7          THE WITNESS:  Right.

8          THE COURT:  Thank you, Officer.  You may step

9     down.  You're excused with our thanks.

10          (End of excerpt of proceeings.)

11

12                    C E R T I F I C A T E

13          I, Kerry Mercade, certify that the foregoing is

14     a correct transcript from the record of proceedings

15     in the above-entitled matter.

16                              S/Kerry Mercade

17                              Kerry Mercade
                                Court Reporter
18

19

20

21

22

23

24

25