1                 UNITED STATES DISTRICT COURT
                  MIDDLE DISTRICT OF FLORIDA
2                     TAMPA DIVISION

3   UNITED STATES OF AMERICA

4

5        vs.              CASE NO. 8:07-cr-342-T-23TBM
                     March 25, 2009
6                     Tampa, Florida

7

   YOUSSEF SAMIR MEGAHED,
8
       Defendant.
9
   _____/
10
         TRANSCRIPT OF EXCERPT OF TRIAL PROCEEDINGS
11            (TESTIMONY OF MARWAN KHALIL)
        BEFORE THE HONORABLE STEVEN D. MERRYDAY
12           UNITED STATES DISTRICT JUDGE

13   APPEARANCES:

14   For the Government:  JAY HOFFER
                     ROBERT MONK
15                 Assistant U.S. Attorneys
                 400 N. Tampa Street, Suite 3200
16                 Tampa, Florida 33602
                 813/274-6000
17

   For the Defendant:   ADAM ALLEN
18                 DIONJA DYER
                 Assistant Federal Defenders
19                 400 N. Tampa Street, Suite 2700
                 Tampa, Florida 33602
20                 813/228-2715

21   Court Reporter:      Kerry Mercade
                 801 N. Florida Avenue
22                 Suite 15A
                 Tampa, Florida 33602
23                 813/301-5024

24

25   Proceedings recorded and transcribed by
   computer-aided stenography.

INDEX

**GOVERNMENT WITNESS MARWAN KHALIL**
Direct Examination by Mr. Hoffer..........3
Cross-Examination by Ms. Dyer.............
Redirect Examination by Mr. Hoffer........

**GOVERNMENT'S EXHIBITS**

| Number | Description | Page |
|--------|-------------|------|
| 33 A 2 | 08/05/07 backseat audio....... | |
| 65 | Recording of jailhouse visit.. | |

```
 1              GOVERNMENT WITNESS, MARWAN KHALIL, SWORN
 2         THE COURT:  State your name, please.
 3         THE WITNESS:  Marwan Khalil.
 4         THE COURT:  And your last name is K-H-A-L-I-L?
 5         THE WITNESS:  Correct.
 6         THE COURT:  Please have a seat in the witness
 7    chair and I'll recognize Mr. Hoffer for your Direct
 8    Examination.
 9                       DIRECT EXAMINATION
10    BY MR. HOFFER:
11    Q    Mr. Khalil, sir, good afternoon.
12    A    Good afternoon.
13    Q    What do you do for a living, sir?
14    A    I'm a language analyst with the FBI.
15    Q    And how long have you done that?
16    A    Six plus years.
17    Q    And what does a language analyst do?
18    A    Basically translate material from Arabic to
19    English or vice-versa.
20    Q    Is that what you've done for the entire period
21    of time you've worked with the FBI?
22    A    Yes, sir.
23    Q    Prior to joining the FBI, just generally what
24    other types of employment have you had?
25    A    Various employments.  I worked in a stationery
```

```
 1    store and then I owned my own businesses for a while.
 2    Q    Sir, where were you born?
 3    A    Lebanon.
 4    Q    And where did you receive your primary and high
 5    school education?
 6    A    In Lebanon.  Beirut, Lebanon.
 7    Q    Any college education, sir?
 8    A    Two years of math, yes, Beirut also.
 9    Q    What languages did you speak while you were
10    growing up in Lebanon?
11    A    Arabic and French.
12    Q    At some point in time did you begin to learn the
13    English language?
14    A    Yes, sir.
15    Q    Where did you get your English language
16    training, sir?
17    A    In 1982, I start working at the American Embassy
18    in Beirut and that's where I learned English.
19    Q    You indicated you have some years of college.
20    What field of study did you study?
21    A    Math.
22    Q    That was in Beirut, I think you said, right?
23    A    Yes, sir.
24    Q    How long did you live in Lebanon, sir?
25    A    Until 1990 I came here.  I was 25, I believe.
```

1    Q    In the course of your growing up and experience

2    in Lebanon, did Arabic speaking people from other

3    countries aside from Lebanon live in Lebanon?

4    A    Yes, sir.

5    Q    What countries or what types of Arabic-speaking

6    people lived there that you came in contact with on a

7    day-to-day basis?

8    A    Most of the Arabic countries:  Palestinians,

9    Syrians, Sudanians, Kuwaitis, everybody basically.

10         THE COURT:  Mr. Khalil?

11         THE WITNESS:  Yes, sir?

12         THE COURT:  We are making a simultaneous

13    transcript of these proceedings, so it's necessary

14    for us to hear distinctly each word that you say.  So

15    let me ask you to speak up just a little bit and to

16    speak as clearly as you can.

17         Mr. Hoffer?

18    BY MR. HOFFER:

19    Q    Now, Mr. Khalil, from your experience speaking

20    Arabic, are there various dialects of the Arabic

21    language?

22    A    Yes, sir, there are.

23    Q    And have you over the course of time become

24    familiar with some of those dialects?

25    A    Yes, sir.

1    Q    What dialects would you say you've become

2    familiar with in your years?

3    A    Mostly Palestinian and Egyptian.

4    Q    Have you had -- have you had the opportunity in

5    your years of life to have contact with and converse

6    with people who spoke in those dialects?

7    A    Yes, sir.

8    Q    How about people who have Egyptian dialects or

9    who are from Egypt or were born there?  Have you had

10   much contact over your years with folks from Egypt

11   who speak Arabic?

12   A    Yes, sir.  We have a lot of Egyptians who live

13   in Lebanon and work there.

14   Q    As a result of their contact and the day-to-day

15   living experience over those years, did you become

16   familiar with their idioms, their dialect, maybe

17   peculiar words that they use?

18   A    Yeah.  Most of them, yes.

19   Q    You've indicated -- let me just ask you, when

20   did you arrive or come to the United States, sir?

21   A    1990.

22   Q    At what point or what year was it that you began

23   to work for the FBI?

24   A    2002.

25   Q    And how did that come about?

1    A    After September 11, I applied with FBI.  After

2    the background check, it took about a year, then I

3    started working with them.

4    Q    Now, at some point during your employment or

5    prior to joining the FBI is there some training or

6    testing that you have to go through to begin doing

7    work such as you do?

8    A    Yes, sir.  We have to take a test, Arabic and

9    English test.

10    Q    Did you do that?

11    A    Yes, sir.

12    Q    To all the translators who work for the FBI have

13    to take the same examination?

14    A    Yes, sir.

15    Q    Could you tell us what that course consisted of

16    generally?  How did it go?

17    A    It's five different tests, basically writing and

18    speaking, translating from both English to Arabic and

19    vice-versa, Arabic to English.

20    Q    Did you pass the examination?

21    A    Yes, sir.

22    Q    Do they have different grades they give you once

23    you've taken that test?

24    A    Yes.  They have either fail or pass as a monitor

25    or pass as a linguist.  Linguist being the highest

1    grade.

2    Q    As far as the grade you received, what grade did

3    you get?

4    A    Linguist.

5    Q    Have you in the course of your years working for

6    the FBI been asked to prepare translations of audio

7    recordings that are in the Arabic language?

8    A    Yes, sir.

9    Q    How many times do you think over the years have

10    you been asked to do so?

11    A    Hundreds.

12    Q    During those hundreds of occasions, have

13    different spoken dialects been involved in some of

14    the recordings that you've translated?

15    A    Yes, sir.

16    Q    Have you had occasion in those hundreds of times

17    to work on recordings where there are people speaking

18    in either the Egyptian or the Palestinian dialect?

19    A    Yes, sir.

20    Q    As far as -- again, within that hundreds range,

21    as far as Egyptian dialect speaking people, do you

22    have any approximation as to how many of those kinds

23    of recordings you have translated or worked on?

24    A    Not an exact number but a lot of them, many of

25    them.

1    Q    Have you had occasion as well to be called upon

2    to testify in any court proceeding, federal or state

3    court, involving your work as a language analyst for

4    the FBI?

5    A    Yes, sir.

6    Q    How many times?

7    A    Once before.

8    Q    How many times have you done so?

9    A    One time.

10   Q    Was that in state court or federal court?

11   A    Federal courts.

12   Q    This building here?

13   A    Yes.

14   Q    In another matter, correct?

15   A    Yes, sir.

16   Q    Do you recall, sir, at that time did the court

17   accept you as a translator or as an expert of some

18   sort?

19   A    Yes, they did.

20   Q    Now, you have mentioned previously that there

21   are, as you say, some different dialects in the

22   Arabic language.  Do those same dialects relate to

23   spoken as well as written Arabic by people from the

24   different regions?

25   A    The reading part, what we call classic Arabic,

1  is all the same.  But the speaking dialect varies

2  from area to area.

3  Q    Is there a difference in the alphabets when you

4  translate between English and Arabic?

5  A    Yes.  Between Arabic alphabet and English, yes,

6  there is.

7  Q    How does one go about the conversion of Arabic

8  letters into English letters?  Is there a process

9  there?

10  A    It's a completely different language, different

11  alphabet.  You just have to read the Arabic word and

12  find the equivalent in English.

13  Q    And you indicated that you have become familiar

14  with some Egyptian dialects.  I would like to ask you

15  just in your past experience in what ways or how.

16  Can you recall some instances of that?

17  A    Egypt is considered like the Hollywood of the

18  Middle East.  Basically, we grew up watching Egyptian

19  movies, listening to Egyptian songs.

20  Q    And have you had --

21  A    I'm sorry.  You become familiar just from TV,

22  basically.

23  Q    Have you had ability or opportunity over those

24  years to converse with people who speak with an

25  Egyptian dialect or whatever?

```
 1    A    Yes, sir.

 2    Q    Now, are there in addition any native Egyptian

 3    speakers who work with you in your duties at the FBI?

 4    A    Yes, sir.

 5    Q    And have you found over the years that you've

 6    learned some things about the dialect from your

 7    contacts with them?

 8    A    Yeah, we confer all the time.  If something

 9    sounds unfamiliar, we ask the Egyptian guys.  Yeah,

10    we do.

11         THE COURT:  You ask the Egyptian guys what?

12         THE WITNESS:  If something sounds unfamiliar to

13    us.

14         THE COURT:  I missed the word that you said.

15         THE WITNESS:  For a word, yes, sir.  If a word

16    comes up that I don't understand, we ask the Egyptian

17    guys to clarify it for us.

18         THE COURT:  Listen to me.  I need to understand

19    the words that you say and make sure I've heard the

20    correct one.  So that is what I was asking for.  You

21    said you asked the Egyptian guys for what?

22         THE WITNESS:  To clarify if there is a word that

23    is unfamiliar to me.

24         THE COURT:  Thank you.

25    BY MR. HOFFER:
```

1    Q    Are there any -- aside from going to colleagues,

2    people you work with, are there any reference

3    materials available that you have used or could use

4    if you are unfamiliar with a dialect or a term?

5    A    Yes, sir.  We have dictionaries specifically for

6    dialect.

7    Q    And you make use of those as you need them?

8    A    Correct.

9    Q    In this case specifically, Mr. Khalil, were you

10    asked to review and to translate in the first

11    instance an audiotape of a conversation of

12    individuals speaking in Arabic?

13    A    Yes, sir.

14    Q    And can you explain to the members of the jury

15    when you're working with, say, an audiotape recording

16    and you're assigned to do the translation,

17    mechanically how do you do that?  What's the process

18    like?

19    A    We start by listening to the whole conversation

20    at first.  Then we rewind the tape to the beginning

21    and start doing phrase at a time.

22    Q    As you go phrase by phrase, if you have a

23    difficulty or a problem understanding or hearing it,

24    what -- do you review it back or what do you do?

25    A    Yes, sir.  We can review -- sometimes the same

1    phrase we review it more than ten, 15 times.

2    Q    Now, during your work on the case -- also, once

3    you have done your translation work, does the FBI

4    have a procedure for checking the work you do as a

5    language analyst to make sure it's accurate?

6    A    Yes, sir.  There are two stages after me that

7    comes along.

8    Q    Please explain those stages, if you would.

9    A    One is called a provisional review which is

10   another linguist that goes through my work.  The

11   second stage is a quality control.  It's a certified

12   person that again reviews the same work and checks

13   only that it can pass the quality control.

14   Q    So is every single work product that you work on

15   or create go through that same two-step process?

16   A    Yes, sir.

17   Q    And the people who review in either the first

18   step or the second step, who are they and where do

19   they work?

20   A    They are linguists the same as me but they went

21   through additional training for quality control.

22   Q    And as a result of that additional training, do

23   they have some additional certification or level of

24   performance?

25   A    Yes, sir.  They become certified quality

1    controllers.

2         MR. HOFFER:  Now, if I could approach the

3    witness, Your Honor?

4         THE COURT:  You may.

5         MS. DYER:  Your, may we approach?

6         THE COURT:  You may.

7         (At side bar, on the record.)

8         MS. DYER:  Your Honor, I don't believe that Mr.

9    Hoffer has tendered him as an expert.

10        THE COURT:  He has not.

11        MS. DYER:  I believe he's about to start talking

12   about exhibits.

13        THE COURT:  So you would like to voir dire him?

14        MS. DYER:  I would.  I'd also like to inquire,

15   if the Court would allow, whether or not these

16   certified linguists that reviewed his work are going

17   to be called by the Government as well.  If the

18   actual transcript in evidence was approved by a

19   certified expert that is not going to testify and be

20   inquired of, I think it gives it an improper

21   confirmation that is not subject to cross-examination

22   and the accuracy of this transcript.

23        THE COURT:  You may voir dire.

24        MS. DYER:  Thank you.

25        (End of side bar discussion.)

```
 1                    VOIR DIRE EXAMINATION
 2     BY MS. DYER:
 3     Q     Good afternoon, sir.
 4     A     Good afternoon, ma'am.
 5     Q     I believe you testified that you left Lebanon in
 6     1990, correct?
 7     A     Yes, ma'am, correct.
 8     Q     And when did you start at the FBI?
 9     A     2002.
10     Q     Ask you have no formal training as far as
11     education in the English language, correct?
12     A     Formal training?  You mean study the English
13     language?
14     Q     Correct.
15     A     I study it back home, yes.
16     Q     And at what level was that?
17     A     I just study the English.  It wasn't a college
18     education.  It was just a course that you take for
19     English that was prior to my work at the American
20     Embassy.
21     Q     Was it beginner English, intermediate English?
22     A     I don't know what the level would be here, but
23     it was intermediate basically.
24     Q     And that was prior to your work at the Embassy
25     in Lebanon?
```

1    A    Yes, ma'am.  It's prior and during.

2    Q    And you have no formal training in Egyptian

3    dialect Arabic, correct?

4    A    Training, no.

5    Q    And you have no formal training in translating

6    from Egyptian Arabic to English, correct?

7    A    No, not prior to my work with FBI, nothing.

8    Q    Well, you said you had to take some tests.  Was

9    there actual training in how to determine what an

10   Egyptian dialect Arabic word was in --

11   A    No.  Not in the test, no.

12   Q    Did you receive any training from the FBI in how

13   to translate Egyptian Arabic into English?

14   A    Not specifically Egyptian, no.

15   Q    And you agree that Egyptian Arabic is very

16   different from Lebanese Arabic, correct?

17   A    It's different but not very different.  They

18   have some words that are different, but not the whole

19   language, no.

20   Q    You would not agree that the grammatical

21   structure is markedly different?

22   A    The classic language is exactly the same.  The

23   spoken language varies a little.  It is a different

24   dialect basically, yes.

25   Q    You said the standard language.  Do you mean

1    what is known as standard Arabic?

2    A    Yes, ma'am.  It's known as classic Arabic.

3    Q    Classic Arabic.  And that is consistent amongst

4    all the countries that speak Arabic, correct?

5    A    Correct.

6    Q    It's like proper English?

7    A    Correct.  It's like the newspaper Arabic,

8    basically.

9    Q    And that is only utilized when you write in

10   Arabic, correct?

11   A    Correct.

12   Q    So when you speak Arabic, that's when the

13   different words and phrases have different meanings

14   in different countries?

15   A    Correct.

16   Q    And you said you testified one time in court?

17   A    Yes, ma'am.

18        MS. DYER:  Nothing else, Your Honor.  Thank you.

19        THE COURT:  Ms. Dyer, has the defense an

20   objection with this witness testifying in the form of

21   an opinion with respect to the interpretive issue?

22        MS. DYER:  No, Your Honor.

23        THE COURT:  Again, members of the jury, this

24   witness because of established knowledge and

25   experience in some subject pertinent to these

1    proceedings is received to testify in the form of an

2    opinion rendered in the area of his expertise.  But

3    as I have said before, as with any other witness, it

4    is ultimately the province of the jury to decide

5    whether and how much weight to give his testimony

6    with respect to interpretation.

7         Mr. Hoffer?

8    BY MR. HOFFER:

9    Q    Mr. Khalil, just a couple of things so we are

10   clear.  At what age did you start speaking English or

11   learning English?

12   A    Seventeen or 18.

13   Q    And you are how old now, sir?

14   A    Forty-four.

15   Q    And in the course -- well, at what age did you

16   begin speaking Arabic?

17   A    Two, two and a half, I don't know.

18   Q    Did you have any other language prior to your

19   Arabic speech?

20   A    No, sir.

21   Q    I have placed before you a couple of exhibits.

22   I'd like to direct your attention first to

23   Government's Exhibit 33 D, as in David, which I

24   believe is there for identification.  Do you see that

25   exhibit, sir?

1    A    33 D?  No, I don't.

2    Q    It's a document.

3    A    I'm sorry.  I'm looking at the CDs.  Yes, it is.

4    Q    Do you have that there?

5    A    Yes, sir.

6    Q    Do you recognize that document?

7    A    Yes, sir, I do.

8    Q    And were you involved in the preparation of that

9    document?

10   A    Yes, sir.

11   Q    And is it a translation or a transcript of

12   something you translated from Arabic into English?

13   A    Yes, sir.

14   Q    Do you recall what you were translating or what

15   type of material you were working on?

16   A    It was an audiotape.

17   Q    And in fact you have up there a couple of

18   exhibits as well which are in disc form, which I

19   believe are received as Government's Exhibit -- I

20   think I gave you 33 A and 33 A 2.  Did I give you

21   those two up there?

22   A    Yes, sir.

23   Q    Do you recall or do you recognize that those

24   were -- or at least 33 A was the recording that you

25   were working to translate that led to the creation of

1    33 D?

2    A    Yes, sir, correct.

3         MR. HOFFER:  Your Honor, at this point I'd offer

4    Government's -- actually, I shouldn't do that.

5    BY MR. HOFFER:

6    Q    When you created Government's 33 D, was that a

7    fair and accurate translation of the language, the

8    Arabic language you heard spoken on that disc or that

9    recording?

10   A    Yes, sir.

11   Q    And was it also a fair and accurate translation

12   of the -- withdrawn.  When you did that translation,

13   was more than one person involved in speaking on that

14   recording?

15   A    Yes, sir.

16   Q    Did you have occasion to learn -- or how did you

17   learn, rather, to tell the difference between the

18   voices of who was speaking at different times?

19   A    It's from other audiotapes and videotapes that

20   we have picture along with the voice.  It's voice

21   recognition, basically.

22   Q    And did anyone assist you on that or help you

23   with that as well?

24   A    No, sir.

25   Q    So you relied on other documents and other

1    recordings?

2    A    Correct.

3         MR. HOFFER:  Your Honor, at this time I'd offer

4    Government's Exhibit 33 D.

5         MS. DYER:  Your Honor, same 801 objection from

6    last week on 33 A and B and A 2.

7         THE COURT:  Ms. Dyer, I'm not following you, so

8    I'm going to have to ask you to come back to side

9    bar.

10        (At side bar, on the record.)

11        THE COURT:  Something about last week?

12        MS. DYER:  Yes, Your Honor.  I'm sorry.  I

13   previously objected and the Court overruled when the

14   Government introduced 33 A.

15        THE COURT:  Which was?

16        MS. DYER:  The actual recording.

17        THE COURT:  Of?

18        MS. DYER:  Of this back seat conversation

19   through the officer.

20        THE COURT:  I didn't -- everybody else in the

21   courtroom knows what this is a recording of but I

22   don't.

23        MS. DYER:  So I would object again on hearsay

24   grounds and confrontation clause grounds.

25        THE COURT:  I persist in my ruling with respect

1    to that.  I didn't understand that.  That was my

2    problem, Ms. Dyer.

3        MR. HOFFER:  Your Honor, while we're here, I

4    guess I would renew my offer of 33 A 2 as a full

5    exhibit.  The Court received it conditionally back on

6    the 20th of March.

7        THE COURT:  I don't remember what A 2 is.

8        MR. HOFFER:  That is the disc that contains the

9    audio of the conversation with the English subtitles,

10   if you will, on it which he has indicated -- well, I

11   guess we're about to ask him if he put there.  I'm

12   going to renew that offer of that subject or that

13   connection.

14       MS. DYER:  You conditionally admitted the

15   exhibit subject to the translation coming in.

16       THE COURT:  Right.  We still don't have quite a

17   enough foundation, but I'll know what it is when you

18   renew it.

19       MR. HOFFER:  I'm premature, but yes.

20       THE COURT:  I've got you.

21       (End of side bar discussion.)

22       THE COURT:  Now I remember and I persist in my

23   ruling stated at side bar.

24   BY MR. HOFFER:

25   Q    Mr. Khalil 33 A 2, which you have up there, have

1    you seen that before coming into court today?

2    A    Yes, sir.

3    Q    Were you involved in some way in the actual

4    creation of that item?

5    A    Yes, sir.

6    Q    Without telling us the specifics of it, what

7    type of a recording or what's on that disc there?

8    A    It's an audio recording.

9    Q    And what work did you do with respect to the

10   preparation of that exhibit, that disc?

11   A    Same thing.  I listened to the whole recording,

12   rewind it back, and start doing phrase by phrase

13   translating it into English.

14   Q    Were you involved in the video or visual portion

15   of that disc as well, creating some visual element to

16   it?

17   A    I have never seen a video of this disc, no, sir.

18   Q    Do you recall, sir, being asked to assist as far

19   as providing subtitles to the recording that you're

20   talking about?

21   A    I'm not sure what you mean by subtitle, sir.

22   Q    Subtitles being written -- the written

23   translations superimposed on a disc or on a medium

24   like a movie or something like that?

25   A    Yes.  I'm sorry, yes.

1    Q    Were you involved in that process?

2    A    Correct.

3    Q    Could you just explain to the members of the

4    jury what you did and how you did that as far as

5    preparing sort of subtitles of the translation?

6    A    I was with a professional person that does this

7    and what I did is basically told him where to put the

8    words, at what time to insert the English subtitle

9    under the words.

10   Q    So the recording has both the spoken words and

11   written English translation superimposed on it

12   somewhere?

13   A    Correct.

14   Q    Is that on 33 A 2 that you've looked at?

15   A    Yes, sir.

16   Q    33 A, which you have there as well, that disc,

17   was that the original just recording that you started

18   working on originally without any translation?

19   A    Yes, sir.

20        MR. HOFFER:  Your Honor, at this time I would

21   renew the offer of 33 A 2 as a full exhibit.

22        MS. DYER:  Same objection.

23        THE COURT:  Well, I persist in my ruling and

24   Exhibit 33 A 2 is received as I think -- is 33 D.

25        MR. HOFFER:  33 D is the translation of that, a

1    portion of it, yes.

2         THE COURT:  Yes.

3         (Government's Exhibit No. 33 A 2 is received

4    into evidence.)

5    BY MR. HOFFER:

6    Q    Now, Mr. Khalil, before -- I would seek to

7    publish it in a moment, but before we do that, going

8    back to your 33 D, the written translation document

9    you have there, okay?

10   A    Yes, sir.

11   Q    Can you just explain, when you were preparing

12   that, there are certain notes or abbreviations you

13   use at different points of the translation, are there

14   not?

15   A    Yes, sir, correct.

16   Q    Could you explain those different abbreviations

17   and with each one tell us when you would use it in

18   preparing the translation or under what situation you

19   would use the abbreviation?

20   A    Yes, sir.  The UI is unintelligible.  If you

21   hear a word and I can understand it, that's when I

22   use unintelligible.

23   Q    And the letters you used for that are what?

24   A    The abbreviation would be UI.

25        The IA, which is inaudible, is when the actual

1   tape is bad.  When you can hear them talking, but

2   there is too much noise or something is wrong with

3   the tape that you cannot hear.

4       PH, which is a abbreviation for phonetic is when

5   you hear a name that you don't know the correct

6   pronunciation or the correct spelling of that name,

7   we use a phonetic spelling of it.

8       AH is basically as heard.

9       SIC is when they say something that it might

10  translate wrong in grammar English, but it's

11  basically what the person had said exactly as is,

12  stated as is.

13      SC, which is a simultaneous conversation, is

14  when two parties are speaking over each other.

15  Q    So each of those abbreviations, when they appear

16  in your written translation like 33 D would be, those

17  are the situations that you're seeing or hearing or

18  whatever?

19  A    Correct.

20  Q    Now, when the conversation is in English as

21  opposed to in a foreign language such as Arabic for

22  here, do you mark that in any special way as well?

23  A    Yes, sir.  The English part is written in

24  italics just to differentiate it from Arabic.

25      MR. HOFFER:  Your Honor, at this point I would

1    request the Court's permission to be able to publish

2    the contents of Government's Exhibit 33 A 2.  I

3    believe we have that -- we need to switch over to the

4    -- it is about --

5        THE COURT:  And 33 A 2 is a video recording with

6    or without the audio?  Plus the audio, plus a

7    subtitle?

8        MR. HOFFER:  Correct.

9        THE COURT:  In English?

10       MR. HOFFER:  In English.

11       THE COURT:  Wait just a minute.  Is this the

12   only interpretation of this conversation that this

13   jury will hear?

14       MR. HOFFER:  May we approach on that, Your

15   Honor?

16       THE COURT:  You may.

17       (At side bar, on the record.)

18       THE COURT:  Will the defense offer another

19   interpretation or corrections to this interpretation

20   or the like?

21       MS. DYER:  Your Honor, we have our own

22   translator scheduled to be here on Monday.  Depending

23   on whether or not this witness agrees with me on

24   Cross -- if he agrees with me on Cross, we won't call

25   him.

1          THE COURT:  All right.  I propose to instruct

2     the jury that they -- of course, they are entitled to

3     be instructed that typically that what they hear

4     governs over what they see, that instruction.  Here

5     they are relying upon an interpretation.  Of course

6     they should combine the context in which words are

7     spoken and the tone of voice that's used in

8     understanding the meaning of the words that are

9     translated.  They should be aware that some different

10    translation may be proffered either through

11    discussions on cross-examination or through another

12    witness.  In the instance that another interpretation

13    is offered through another witness, they would decide

14    any conflict the way they typically would decide that

15    conflict, that is, by their impression of the

16    qualifications, skill, experience, and reliability of

17    the testimony of the interpreters.

18         Any objection to that instruction from the

19    United States?

20         MR. HOFFER:  No.

21         THE COURT:  From the defense?

22         MS. DYER:  No, Your Honor.

23         THE COURT:  Good.

24         MR. HOFFER:  Your Honor, so you know, this runs

25    about 15 minutes.  I think 12 minutes or thereabouts.

1          THE COURT:  Then will that complete your Direct?

2          MR. HOFFER:  No.  He has one other item which he

3     has to authenticate and discuss his translation of.

4          THE COURT:  That will get us out of here about

5     5:15 net of Cross.  You have some directed, focused

6     Cross or is it going to go for a while?

7          MS. DYER:  It's I believe directly focused, but

8     it may go for 15 to 30 minutes.

9          THE COURT:  Well, what's your pleasure?

10          MR. HOFFER:  It's the Court's decision.  I don't

11     really care one way or the other.

12          THE COURT:  It's easy for me.  I'll just keep

13     going.

14          (End of side bar discussion.)

15          THE COURT:  Members of the jury, you are about

16     to see a portion of video accompanied by an audio

17     presentation.  The audio presentation, as you

18     surmise, is in -- the speakers are speaking in

19     Arabic.  You will see an English translation.  It was

20     offered by this witness.  I take it at or near the

21     bottom of the screen.

22          That presents two or three matters that I just

23     want to mention to you briefly.  One, I have told you

24     that the presentation of any sort of translation or a

25     sheet with text of some conversation on it is an aid

1    to your understanding and that what you hear governs

2    over, for instance, a transcript that you are handed,

3    whether you are given it in the form of a piece of

4    paper or it is projected on a screen.  That

5    instruction applies here, of course, complicated

6    somewhat by the fact that you are, I think, none of

7    you a speaker of that language and you are reliant

8    upon interpretation.  You will receive one

9    interpretation here.  You should be mindful of

10   course, first, that you may employ the evidence with

11   respect to the context of the conversation in

12   understanding its meaning.  In respect you may employ

13   other things that you know:  The relationship of the

14   persons, what you know about the tone of voice that

15   people use in discussing things among themselves and

16   the like.  In other words, what you hear other than

17   the meaning of the words and what you see can be

18   employed by you in understanding the gravamen, that

19   is, the force or meaning of the words that are used.

20       It may be, and none of us now knows for sure,

21   that the defense may contend for some different or

22   slightly different or amended interpretation of these

23   matters either by cross-examination of this witness

24   or by calling its own interpreter to offer an

25   interpretation.  In the event that there is conflict

1    between the one interpreter and another, you can

2    combine all of the above, that is, what you saw, what

3    you heard, and your perceptions of the context of the

4    conversation and weighing the qualifications and

5    methods and other attributes of the interpreter,

6    decide which interpreter you choose to credit.  And

7    that is the way you should deal I think successively

8    with each stage of assessing this matter.

9        Just real quickly, you're going to see an audio

10   and video presentation of an Arabic conversation.

11   You will be presented an English interpretation by

12   this witness.  The defense may or may not accept that

13   interpretation and may challenge it either on

14   cross-examination or by calling another interpreter

15   or both.  You should always remember that what you

16   hear governs over what you see.

17       To use an absurd example, if someone was

18   speaking words of affection or the interpretation

19   claimed that they were words of affection, but you

20   saw someone hit someone, what you see governs over

21   what you hear.

22       And you should determine any conflict between

23   the interpreters in the same way you would otherwise,

24   that is, by assessing the qualifications and

25   abilities and persuasiveness of the testimony of the

1    interpreters in resolving -- you may resolve the

2    conflict that way.

3        MR. HOFFER:  Your Honor, may we briefly approach

4    again for just a moment?

5        THE COURT:  You may.

6        (At side bar, on the record.)

7        MR. HOFFER:  I apologize, Your Honor.  I wasn't

8    thinking when you asked about going ahead or not.

9    Since I'm going to be asking him some questions about

10   some of that translation after its played or

11   published, if we do it now tomorrow it's going to be

12   a haze.  Perhaps this might be a good time.  I

13   request this might be a good time to stop.  I know

14   you've given the instruction and you'll have to

15   repeat a little bit of that tomorrow.  I apologize.

16   I wasn't really thinking clearly when we had this

17   little discussion a minute ago.  So this might not be

18   a bad time to break.  If we have to go forward, we'll

19   go forward, but I think practically it would help the

20   presentation and flow of the evidence and

21   understanding by the jury.

22       THE COURT:  I think we should do it, Mr. Hoffer,

23   given where we are and what we've said.  It might be

24   silly and be a little bit awkward, so let's go ahead

25   with it.  Thank you.

1        (End of side bar discussion.)

2        THE COURT:  Any objection to my instruction, Mr.

3   Hoffer?

4        MR. HOFFER:  No, Your Honor.

5        THE COURT:  Ms. Dyer?

6        MR. ALLEN:  No, Your Honor.

7        THE COURT:  Pull down the lights, Ms. Dear.  Is

8   there a time and place for this matter?  Never mind.

9        (Portion of Government's Exhibit 33 A 2 played

10  in open court.)

11       THE COURT:  Anything further, Mr. Hoffer?

12       MR. HOFFER:  Do you want me to continue my

13  Direct Examination, Your Honor?

14       THE COURT:  Yes, sir.

15       While he's doing that, members of the jury, I

16  obviously was confusing this and something else.

17  There was no video portion there, but my instruction

18  was still essentially correct.  It's just not all of

19  it was applicable.  I didn't mean to confuse you.

20  They showed you what they intended to show you.  I

21  just misunderstood exactly what it was going to be.

22  My apologies.

23       Mr. Hoffer?

24  BY MR. HOFFER:

25  Q    In what we've just viewed, which was

1      Government's 33 A 2, Mr. Khalil, you said that you

2      were involved or assisted in having the translation

3      done and put up on the recording, correct?

4      A     Yes, sir, correct.

5      Q     When you identified the speakers -- I should

6      have asked you this before.  There was a TN.  Who was

7      TN in that translation?

8      A     TN is Officer Troy Noble.

9      Q     And who was AM?

10     A     AM is Ahmed Mohamed.

11     Q     And who was YM?

12     A     Mr. Youssef Megahed.

13     Q     And in the course of listening to the audio

14     version, it was clear that there was a lot of

15     background noise there.  How did you go about trying

16     to get through that and do the best and most accurate

17     translation you could?

18     A     We use noise canceling headphones and basically

19     spend numerous hours on this.  I probably listened to

20     it more than 40 times.

21     Q     As you were listening to it, does the quality of

22     the speaking voice of the people on the recording

23     effect how well you can do your job?

24     A     Yes.  It becomes -- I mean, there are some

25     things at first you won't understand, but then the

1    more you listen to it, the more you spend time on it,

2    some things become more clearly.

3    Q    The tone of the speakers, how does that impact

4    upon ability to do the job?

5    A    Depends.  If they are speak in a very low tone,

6    I won't be able to understand them.  Some are clearer

7    than others.

8    Q    Sir, were you called upon in the course of your

9    work in this case to do some other translation work

10   as well?

11   A    Yes, sir.

12        MR. HOFFER:  And if I could, if I can find it,

13   approach the witness, Your Honor?

14        THE COURT:  You may.

15        MR. HOFFER:  Your Honor, I believe Government's

16   65 has been conditionally received which I want to

17   show the witness at this point.  Government's Exhibit

18   65 was I believe conditionally received.

19   BY MR. HOFFER:

20   Q    Mr. Khalil, I've placed before you that exhibit,

21   Government's 65.  Do you recognize that particular

22   document or exhibit, sir?

23   A    Yes, sir.

24   Q    And do you have some -- were you involved in the

25   preparation of that?

1   A    Yes, sir.

2   Q    When did you work on that -- first of all, when

3   did you create that?

4   A    Probably more than a year ago.  I don't remember

5   the exact date, May 30, 2008.

6   Q    And what type of work was it?  What did you do

7   in that case?

8   A    That was a video recording of a prison visit.

9   Q    And what language were the speaker or speakers

10   involved in that speaking?

11   A    Arabic.

12   Q    And you worked on the translation of that?

13   A    Correct.

14   Q    And as a consequence you created that document,

15   is that correct?

16   A    Yes, sir.

17   Q    Is that document a fair and accurate translation

18   of what you heard on the recording in the Arabic

19   language?

20   A    Yes, sir.

21   Q    And is it a fair and accurate translation of

22   that into the English language?

23   A    Yes, sir.

24   Q    And did you also have occasion to be able to

25   figure out from some source the identity of the

1  speakers?

2  A    Yes, sir.  It was a video.  You can see who is

3  talking.

4  Q    As a result of that, was the translation that

5  you created there in Government's 65 a fair and

6  accurate -- or does it contain rather, I'm sorry, a

7  fair and accurate identification of who is speaking

8  at each point of the recording?

9  A    Yes, sir.

10  Q    And you say that you were able to see the

11  speakers so that helped you.  Do you recall who the

12  speakers were in that recording that you reviewed and

13  translated?

14  A    Yes, sir.  Mr. Youssef Megahed and his parents,

15  Mr. Samir Megahed and his mother Ahlam Megahed.

16  Q    Did you have any difficulty, do you recall, in

17  understanding what was being said in that recording?

18  A    No, sir.  Some words are again unintelligible.

19  But the words I can hear, no, I had no problem in

20  listening to them.

21  Q    Let me ask you, did you utilize the same

22  shorthand abbreviations that you mentioned in 33 A 2

23  I guess for the different unintelligible and other

24  things that you couldn't hear or didn't get?

25  A    Yes, sir, correct.

1    Q    And did you in preparing that also have

2    shorthand abbreviations for who was speaking at each

3    point in that recording?

4    A    Correct, sir.

5    Q    What abbreviations did you use and what did they

6    signify?

7    A    Mr. Youssef Megahed will be YM, Mr. Samir

8    Megahed would be SM, and Ms. Ahlam would be AM.

9         MR. HOFFER:  Your Honor, at this point I would

10   offer 65 as a full exhibit.

11        MS. DYER:  No objection to the foundation, Your

12   Honor.

13        THE COURT:  65 is received now unconditionally.

14        (Government's Exhibit No. 65 is received into

15   evidence.)

16   BY MR. HOFFER:

17   Q    Let me ask you this question, sir.  Compared to

18   the quality of the recording in 33 I think it was A

19   2, which we just saw the translation of, how did the

20   recording that you worked from to make 65 compare?

21   A    This one was much better.

22   Q    And how does that affect what you do and the

23   ability that you have to translate it?

24   A    You can hear much better and you can produce

25   better translation with fewer UIs, unintelligible

1    words.

2    Q    Did you have to consult with anyone?  When you

3    prepared 65, the one we're addressing right now, did

4    you have to consult with any of your colleagues or

5    your reference materials to get any words or phrases,

6    do you remember?

7    A    Yes, sir.  We always consult among each other.

8    If something that comes up I'm not familiar with, I

9    ask my Egyptian colleagues.  It's a the normal

10   practice.

11   Q    I'm asking specifically on this particular

12   project, do you recall having to do that?

13   A    No, not on this one.

14   Q    What about on the 33 A 2 I think it was, what we

15   just heard.  Do you recall, did you have to consult

16   with anybody on that?

17   A    Yes, sir.  On 33, yes.

18   Q    What times of situations caused you to consult?

19   A    Some words I wasn't familiar with and I had to

20   ask my Egyptian friends what they mean and how they

21   are used.

22   Q    And who were these individuals you consulted

23   with?

24   A    Mr. Emael (ph), he is another translation with

25   us -- translator with us.  And I have again my

1    Egyptian dictionary.

2    Q     Did you utilize that at all or use that?

3    A     Yes, sir.

4    Q     Did you do that a lot to make 33 A 2?

5    A     For this case, yes, I did.

6    Q     How often did you have to consult that?

7    A     Any time I have a word that I'm not familiar

8    with.

9          MR. HOFFER:  May I have moment, Your Honor?

10         THE COURT:  You may.

11         (Pause.)

12         MR. HOFFER:  Your Honor, if I could just

13    confirm.  I think I did but I want to confirm if not.

14    33 D, if I've not offered that, I would at this

15    point, which is the written translation of what we

16    just viewed.  The written version of it.

17         THE COURT:  I show it as received.

18         MR. HOFFER:  If that's the case, Your Honor, I

19    have no further questions at this point.

20         THE COURT:  Has the defense cross-examination?

21         MS. DYER:  Yes, Your Honor.  Thank you.

22         THE COURT:  You are recognized for that purpose.

23                    CROSS-EXAMINATION

24    BY MS. DYER:

25    Q     Good afternoon, sir.

1    A    Good afternoon, ma'am.

2    Q    If I could draw your attention to the

3    translation that you performed on the audio recording

4    where the Government actually published the recording

5    with your translation on it?

6    A    Yes, ma'am.

7    Q    When you -- you said you listened to it over 40

8    times of something like that?

9    A    Correct.

10   Q    When you were listening to it, were you writing

11   down the Arabic words that you were hearing?

12   A    No.

13   Q    So were you writing down your English

14   transcription of what you --

15   A    Correct.

16   Q    -- of what you thought you heard?

17   A    Yes, ma'am.

18   Q    Now, it's true, is it not, that the version of

19   the transcript that has been admitted into evidence I

20   believe as Government's 33 that we were just

21   referencing, that was not your first version of the

22   transcript, correct?

23   A    Yes, correct.  That wasn't.

24   Q    Do you remember how many versions you produced?

25   A    Probably three, if I remember correctly.

1    Q    Do you have those prior versions with you?

2    A    Not with me, no, ma'am.

3    Q    Now, you testified that you listened to some

4 other audio recordings in order to determine the

5 identity of the different voices of this tape,

6 correct?

7    A    Yes, ma'am, videos.

8    Q    And was I correct that you testified -- am I

9 correct that you testified you did not consult with

10 any individuals to help you determine the identity of

11 these two speakers?

12    A    No, ma'am.

13    Q    And you identified TN on the transcript as

14 Officer Troy Noble, correct?

15    A    Yes, ma'am.

16    Q    You're aware, he was actually in the car when

17 this conversation took place, correct?

18    A    I assume, yes.  His voice is there.

19    Q    And you never asked him to assist you in

20 identifying these voices?

21    A    No, ma'am.

22    Q    The very beginning of the transcript is in --

23 the actual conversation was in English, correct?

24    A    Correct.

25    Q    And you testified to the fact that when its in

1    English, on your written transcript it is in italics?

2    A    Yes, ma'am.

3    Q    Do you still have the transcript in front of

4    you?

5    A    Yes, I do, ma'am.

6    Q    Could you tell me what the exhibit number is so

7    I can have it correct?

8    A    33 D.

9    Q    Thank you.  On the first page of that

10   transcript, if you will -- I'm sorry.  On the second

11   page of the transcript we're still in English.  You

12   indicate about three-quarters of the way down the

13   page that YM said, "Are we allowed to talk with each

14   other?"  Is that your recollection?

15   A    Yes, ma'am.

16   Q    And then Mr. Noble says, "Sure.  Just talk loud

17   enough so we can hear you."

18   A    Yes.  That should have been Ahmed actually, not

19   Youssef.

20   Q    It is actually Mr. Mohamed who says, "Are we

21   allowed to talk with each other?"  Correct?  Is that

22   what you're saying?

23   A    Yes, ma'am.  That's actually -- both of these

24   are Ahmed, not Youssef.

25   Q    When you say both of these, do you mean --

```
1    A    Both lines.

2    Q    After Mr. Mr. Noble says, "Sure," then you have

3    "YM:  What if we speak in Arabic?"  That was really

4    Mr. Mohamed, not Mr. Megahed?

5    A    Yes, ma'am.

6    Q    So on your final version you have noticed two

7    mistakes already?

8    A    Yes.  It is a speaker -- it's the wrong speaker.

9    It is Mr. Ahmed.

10   Q    Now, on that second statement there by Mr.

11   Mohamed, when he says, "What if we," you have spe,

12   S-P-E hyphen speak, S-P-E-A-K, in Arabic.  Did he --

13   why is there -- why are there two As?

14   A    Well, that's a typo.

15   Q    That's a typo?

16   A    The first P is basically when he started.  It

17   was sort of like the first three letters.  The second

18   one is just a typo.

19   Q    If you go down three more lines, Mr. Mohamed

20   begins with, "I mean."  Are you at that entry?

21   A    Yes, ma'am.

22   Q    And at the end of that he says, "They took one

23   of them, they made it -- they made it explode,"

24   according to your transcript, correct?

25   A    Yes, ma'am, correct.
```

1   Q     Now, in your original versions of this

2   transcript, you did not use the word "explode," did

3   you?

4   A     No, ma'am.

5   Q     Actually in different versions you used

6   different English words for what you heard, correct?

7   A     I believe I use first "they made it burst" or

8   something like that.

9   Q     Right.  At one time it was burst, correct?

10  A     I believe so, yes.

11  Q     At a different time it was ignite?

12  A     Yes, possible.

13  Q     And the transcript in evidence now says explode?

14  A     Correct.

15  Q     Can you speak for me in Egyptian Arabic the word

16  burst?

17  A     *Fara* (ph), F-A-R apostrophe A.

18  Q     F-A-R apostrophe A?

19  A     Q-A apostrophe A.

20  Q     F-A-R-Q-A apostrophe A?

21  A     Correct.

22  Q     Can you do the same for ignite?

23  A     Maybe *wala* (ph), W-A-L-A apostrophe.

24  Q     Did you say maybe?

25  A     Yeah.  I mean, you can use different words for

1    it.

2    Q    Do you remember what word you thought you heard?

3    A    It's the same word I heard all the time.  It's

4    the difference between the Lebanese idioms and the

5    Egyptian idioms.  That's why I used a different word

6    at first.  And Lebanon *faraqa* is specifically for

7    fireworks.  That's why I used ignite.  Then when I

8    counsel with my Egyptian friends, they told me that

9    that word means explode.

10   Q    So one version of Arabic the same word means

11   fireworks?

12   A    It means ignite the fireworks.

13   Q    If you look at Page 4.  At the top of the page

14   you have "YM" and then you have U-M-M, umm.  Do you

15   see that?

16   A    Yes, ma'am.

17   Q    Then there is rather large paragraph attributed

18   to Mr. Mohamed?

19   A    Yes, ma'am.

20   Q    On the fifth line of that paragraph, the first

21   sentence that actually begins on that paragraph, not

22   the sentence that starts on the line before that, you

23   have, "I told them and I assure them that you have no

24   nothing to do," and then it goes on to the next line,

25   "with these fireworks."  Do you see that?

1    A    Yes, ma'am.

2    Q    Now, the Arabic word that you heard when you

3    translated it into the English "assure," can't that

4    also mean confirm?

5    A    Yes.

6    Q    If you go further down on that page, the second

7    entry from the bottom, again attributed to Mr.

8    Mohamed, at the end of the second line is an "I," and

9    then it goes on to the next line, "was awakened by

10   his light."  Do you see that?

11   A    Yes, ma'am.

12   Q    Is the Arabic word that you heard in writing on

13   here the English word "light" -- does it also mean

14   noise?

15   A    Well, in Arabic light and noise are very close.

16   At first I heard it noise, but then when I listened

17   to it more and more and when the QCer listened to it,

18   we confirm that it was a light.  The recording is

19   very close between both light and noise.

20   Q    Now that you've said that, that's true with a

21   lot of Arabic words, correct?

22   A    Yes, correct.

23   Q    They are spelled almost the same, but depending

24   on whether or not it ends in, let's say, an A versus

25   an OU, it gives different meaning to the word,

1    correct?

2    A    Yes, it could.

3    Q    It gives different meaning in meaning and it

4    also gives different meaning as far as whether or not

5    the word is being used grammatically as a subject or

6    object, correct?

7    A    Yes.

8    Q    So if you write down an A when it should have

9    been an OU, you can take the word totally out of

10   context?

11   A    One word could mean him; one word could be it.

12   It depends on how it comes in a phrase, yes.

13   Q    So if you make a mistake or a typo and write the

14   wrong letter, it could change the meaning of the

15   word, correct?

16   A    In Arabic, possibly.

17   Q    Or if you think you hear an A sound but it's

18   really an OU sound, correct?

19   A    Yes, if I heard something wrong it could.

20   Q    Now, you testified that on the transcript if

21   there's a bracket UI bracket, that means it was

22   unintelligible, correct?

23   A    Yes, ma'am.

24   Q    So you could hear people talking, you just

25   couldn't understand what was being said, correct?

1    A    Correct.

2    Q    And correct me if I'm wrong, but there was a lot

3    of background noise you said?

4    A    Yes, ma'am.

5    Q    And that would play into the fact that you

6    couldn't understand, correct?

7    A    Or the UIs, yes, ma'am.

8    Q    And you also testified that if the speakers were

9    speaking softly that would play into whether or not

10   you could understand it, correct?

11   A    Correct.

12   Q    Now, you testified that some of your

13   translations changed between your first version and

14   your final written version, correct?

15   A    Yes, ma'am.

16   Q    And is that because you listened to it more and

17   you were able to catch something you may have missed

18   the first time?

19   A    Yes, ma'am.  I had actually more help at the

20   end.  I had the QCer listen to it with me.

21   Q    That would explain why something might be

22   unintelligible in an earlier version but now there is

23   an actual intelligible sentence or word, correct?

24   A    Correct.

25   Q    And that may explain, would it not, if there was

1    nothing at all in one of the originals and now all of

2    a sudden you've inserted a word or a sentence,

3    correct?

4    A    If I don't hear words, I'm not going to insert

5    words.

6    Q    Right.  But you might not have heard it the

7    first time and now you've heard it after 40 times?

8    A    Yes, possibly.

9    Q    Now, could you explain for me why you may have a

10    sentence in one of your earlier versions and now it's

11    just totally gone from your final version?

12    A    I mean, the recording is -- you heard it.  It's

13    -- every time you hear it, sometimes you hear words

14    that you haven't heard before.  Sometimes some words

15    you heard before you're not sure of it the next time.

16    That's why I took it off and put a UI.

17    Q    Right.  But if you heard it the first time, it

18    wouldn't be gone the final time, would it?

19    A    It's not gone, it's just -- I'm not sure of what

20    it is, that's why I put it to UI.  It wasn't clear

21    enough to put it on the final version as a word.

22    Q    Right.  What I'm asking you is if in one of your

23    earlier versions you said that the sentence, "What

24    did we do?"  You heard it and you translated it and

25    you wrote it on an earlier translation.  Follow me so

1    far?

2    A    Yes.

3    Q    But then at that part of your final translation,

4    Exhibit 33 D, there's nothing there, not the original

5    sentence, not a UI, nothing.  What would explain

6    that?

7    A    That could be just background noise that I

8    didn't hear it the last time, so I took it off

9    completely.  That final version is basically what I

10    heard at the end.  If something that I didn't hear, I

11    took it off.

12    Q    Did you ever compare a final version with a

13    previous version to make sure you didn't miss

14    anything the last time?

15    A    Yes, I did.

16    Q    If you would turn to --

17    MS. DYER:  If I could have a moment, Your Honor.

18    I'm sorry.

19    (Pause.)

20    BY MS. DYER:

21    Q    I'll come back to it if I can find it.  Sorry

22    about that.

23    A    No problem.

24    Q    Is the Egyptian Arabic word for "whatever" and

25    "nonsense" the same?

1    A    No, not in Egyptian.  It's just what you choose

2    to use in English, basically.  Something equivalent

3    to it.

4    Q    So you chose an English equivalent for an Arabic

5    word that you heard?

6    A    Yes, ma'am.

7    Q    And there were several different English

8    versions you could have chosen?

9    A    "Whatever" and "nonsense" means nothing, yes.

10   Any of those, it means basically the same thing.

11   Q    And that's true for all of the words you

12   translate, not just "whatever" and "nonsense."

13   A    If they have the same meaning and they won't

14   change the meaning of the phrase, yes, I guess you

15   can change it.

16   Q    Now, on that note you just testified that it's

17   up to the translator to decide which English word to

18   use when there is more than one that may apply.

19   Sometimes when you're trying to translate an Arabic

20   sentence that you've heard into English, would the

21   direct translation be grammatically incorrect?

22   A    I didn't follow.  If I hear it in Arabic

23   incorrectly?

24   Q    No.

25   A    Again, I'm sorry.

1    Q    You hear an Arabic sentence?

2    A    Yes.

3    Q    And you're trying to translate into an English

4    sentence?

5    A    Yes.

6    Q    Sometimes is it not true that a literal

7    translation, word for word, in English would be

8    grammatically incorrect?

9    A    Correct.  Arabic is constructed differently than

10   English.

11   Q    When that occurs and you're making a written

12   transcript like 33 D, do you write the literal

13   translation or do you correct it into what you think

14   the English version would be?

15   A    We correct it to a proper English without

16   changing the meaning, of course.

17        THE COURT:  You're speaking of grammar?

18        THE WITNESS:  Yes, sir.

19        THE COURT:  Such as word order.

20        THE WITNESS:  Yes, sir.  Just how the words

21   appear in order.  We change the order but the meaning

22   is not going to change.

23        THE COURT:  You change Arabic word order into

24   English word order?

25        THE WITNESS:  Correct, sir.

1        THE COURT:  And there are times when -- if I

2   understand your testimony correctly, you're saying

3   that there are times when a literal translation would

4   be an unfaithful interpretation.

5        THE WITNESS:  Correct.  It will come out wrong

6   in English if you go word for word.

7        MS. DYER:  Are you finished, Your Honor?

8        THE COURT:  Well, I was.  I can think of a

9   couple of really great examples, but I.

10       MS. DYER:  Probably be better than my questions.

11       THE COURT:  Well, the one you've always got is

12   hot dog.  English people know what a hot dog is, but

13   if you translate that literally into a foreign

14   language, it misleads.  Because they undoubtedly have

15   some name for a frankfurter if you're in Germany.  Or

16   a hamburger if -- anyway, go ahead.

17   BY MS. DYER:

18   Q    If I could follow-up on that last comment.  You

19   said you actually translated into what you think the

20   correct English translation would be and try not to

21   change the meaning, correct?

22   A    Correct.  Preserve the same meaning but put the

23   words in a correct order for English.

24   Q    To use the Court's example of a hot dog,

25   however, if all that you had was hot dog, you would

1    not know if they meant the food or the animal,

2    correct?

3    A    Well, if it's just one word thrown out of place,

4    no, not really.  That way you translate it literally.

5    Q    So you do the best you can?

6    A    If it's just one word, yes.  When it comes in a

7    phrase, you'll understand what it means.

8    Q    If you would turn to Page 6 of the transcript,

9    please.

10    A    (Witness complied.)

11    Q    The second insert from the bottom you attribute

12    to Mr. Mohamed.  He says, "Yes, that's what I told

13    them.  I told them that I once -- I went."  And then

14    you have "unintelligible," correct?

15    A    Correct.

16    Q    And just before that you have Mr. Megahed

17    asking:  "Did you tell them where you went

18    unintelligible?"  Correct?

19    A    Correct.

20    Q    Is it possible that those two unintelligibles

21    were the shooting range?

22    A    Possibly.  I didn't understand what they said.

23    Q    You just didn't understand it?

24    A    Not that word, no, ma'am.

25    Q    And you didn't write down any attempt at an

1    Arabic word that it might have sounded like?

2    A    No.  If a word I don't hear, I use

3    unintelligible.

4    Q    Well, you heard it, you just couldn't understand

5    it?

6    A    I mean yeah.  Sorry.

7    Q    On the point that Arabic grammatically is -- the

8    rules of grammar in Arabic are very complex and one

9    letter taken down incorrectly at the end of a

10    sentence, or I guess anywhere in a word, could change

11    the total meaning of it.  You would agree with me,

12    would you not, that in your job as a linguist where

13    people are relying on you to give them an accurate

14    translation that attention to detail is very

15    important?

16    A    Yes, ma'am.

17    Q    You mentioned earlier that prior to your work

18    with the FBI, you worked at a stationery store, is

19    that correct?

20    A    Correct.

21    Q    And the word stationery can be spelled two

22    different ways, correct?

23    A    Yes.  With an I-E, I guess, or a Y.

24    Q    Well, did you work at a store that sold paper

25    and pens or did you work at a store that didn't move?

```
 1     A      No.  That sold papers and pens.

 2     Q      And if one were reading that word, they would

 3     only know that you worked at a store that sold paper

 4     and pens based on the spelling of that word, correct?

 5     A      Yes, ma'am.

 6     Q      In your professional career, have you prepared

 7     resumes in attempts to get a job?

 8     A      Yeah, I have done a resume for applying for this

 9     job.

10     Q      For applying for the job with the FBI?

11     A      Yes, ma'am.

12     Q      Have you compiled one since working with the FBI

13     that has your FBI experience listed on it?

14     A      Yes.  I think it did that for the last court

15     hearing, for the last court I testified in.

16            MS. DYER:  May I approach, Your Honor?

17            THE COURT:  You may.

18     BY MS. DYER:

19     Q      I'm showing you what has been marked for

20     identification purposes as Defense Exhibit 41.  Can

21     you look at that and tell me if you recognize it?

22     A      Yes, ma'am.

23     Q      How do you recognize it?

24     A      It's my name on top, I guess.

25     Q      Is that your resume?
```

1    A    Yeah, I believe this is the one I did back in

2    2004, 2005, something like that.

3    Q    Does it list your experience at the stationery

4    store?

5    A    It should, yes.  It's up here.

6    Q    Did you work at a store that did not move or at

7    a store that sold pens and paper?

8    A    Store that sold pens and papers.

9    Q    According to what it says on your resume?

10   A    English is my third language.  But that was done

11   awhile back.  I mean --

12   Q    Did you say English is your third language?

13   A    Yes, ma'am.

14   Q    And you spelled stationary S-T-A-T-I-O-N-A-R-Y

15   on your resume?

16   A    Yes, ma'am.

17   Q    If you look at the last page of the transcript,

18   the second to the last entry you have Mr. Mohamed

19   saying the word "exactly."  Do you see that?

20   A    Yes.

21   Q    Now, when you translate anything for

22   professional purposes, you put punctuation marks,

23   correct?

24   A    Yes, ma'am.

25   Q    And a period would mean something different than

1    a question mark, correct?

2    A    Yes.

3    Q    And an exclamation point would mean something

4    different than a question mark?

5    A    Correct.

6    Q    Is it your understanding in your speaking of the

7    English language that an exclamation point signifies

8    an exclamation?

9    A    Yes.  It depends on the tone of his voice --

10   Q    The tone of his voice.

11   A    -- which one you use.

12   Q    In your experience as a linguist and doing

13   translations, what would the tone of the voice have

14   to be for you to put an exclamation point?

15   A    Just one word with a -- like when you say "stop"

16   by itself, that would be a word that I use an

17   exclamation point next to it.  Same thing that this

18   "exactly" word said to me.

19   Q    Did you say stop?

20   A    Like when you scream at somebody stop, you would

21   use that.  Or when you say "exactly" just one word by

22   itself.  It depends on the tone of the speaker.

23   Q    Right.  So it's not the word that's used, it's

24   the tone of the speaker.  Like you said, scream the

25   word stop.

```
 1   A    Correct.

 2        MS. DYER:  If I could have one moment, Your

 3   Honor?

 4         (Pause.)

 5        MS. DYER:  Nothing else, Your Honor.  Thank you.

 6        THE COURT:  Thank you, Ms. Dyer.

 7        Is there any redirect examination for from the

 8   United States?

 9        MR. HOFFER:  Very small handful, Your Honor, of

10   questions.

11        THE COURT:  Mr. Hoffer, you are recognized

12   briefly for your redirect examination.

13                    REDIRECT EXAMINATION

14   BY MR. HOFFER:

15   Q    First of all, Mr. Khalil, did anyone at the FBI

16   tell you what to put into the translations or what

17   words to translate into the English language?

18   A    No, sir.

19   Q    If you had a doubt about anything you heard or

20   understood, what did you do?

21   A    I use the UI, unintelligible.

22   Q    Did you guess at any word when you put it into

23   that translation into the English language?

24   A    No, sir.

25   Q    Would you agree that the more you listen to
```

```
 1     something as a translator or interpreter the better
 2     you're able to hear it and understand it?
 3     A    Yes, sir.  Some words I couldn't hear at first
 4     and after so many times I heard them, yes, correct.
 5     Q    Do you recall, sir, was there any difference in
 6     quality of the first recording of the conversation in
 7     the car that you may have heard compared to the one
 8     you listened to most recently?
 9     A    Yes, sir.
10     Q    Was the one you listened to recently better or
11     worse than the first recording you heard?
12     A    It was a better version that -- somebody
13     enhanced it, I guess.
14     Q    How good is your spelling in the English
15     language?
16     A    I think it's fine.
17          MR. HOFFER:  May I have moment, Your Honor?
18           (Pause.)
19          MR. HOFFER:  Thank you, Your Honor.  I have no
20     further questions of this witness.
21          THE COURT:  Thank you, Mr. Hoffer.
22          If there is nothing further from the defense,
23     you may step down and you are excused with our
24     thanks.
25          THE WITNESS:  Thank you, sir.
```

1      (End of excerpt of proceedings.)

2

3                    C E R T I F I C A T E

4      I, Kerry Mercade, certify that the foregoing is

5   a correct transcript from the record of proceedings

6   in the above-entitled matter.

7                                    S/Kerry Mercade

8                                    Kerry Mercade
                                     Court Reporter
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25