```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                           TAMPA DIVISION

UNITED STATES OF AMERICA


         vs.                       CASE NO. 8:07-cr-342-T-23TBM
                                   March 26, 2009
                                   Tampa, Florida


YOUSSEF SAMIR MEGAHED,

      Defendant.
_____/

         TRANSCRIPT OF EXCERPT OF TRIAL PROCEEDINGS
                 (TESTIMONY OF JOHN KUETTEL)
           BEFORE THE HONORABLE STEVEN D. MERRYDAY
                  UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:     JAY HOFFER
                        ROBERT MONK
                        Assistant U.S. Attorneys
                        400 N. Tampa Street, Suite 3200
                        Tampa, Florida 33602
                        813/274-6000

For the Defendant:      ADAM ALLEN
                        DIONJA DYER
                        Assistant Federal Defenders
                        400 N. Tampa Street, Suite 2700
                        Tampa, Florida 33602
                        813/228-2715

Court Reporter:         Kerry Mercade
                        801 N. Florida Avenue
                        Suite 15A
                        Tampa, Florida 33602
                        813/301-5024


Proceedings recorded and transcribed by
computer-aided stenography.
```

<mark>2</mark>

```
 1                           INDEX

 2
     DEFENSE WITNESS JOHN KUETTEL
 3   Direct Examination by Ms. Dyer............3
     Voir Dire Examination by Mr. Monk.........4
 4   Continued Direct Examination by Ms. Dyer..5
     Cross-Examination by Mr. Monk.............8
 5

 6
                        DEFENDANT'S EXHIBITS
 7

 8   14 B        Road Ranger report............5

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1              DEFENSE WITNESS, JOHN KUETTEL, SWORN
 2         THE COURT:  State your name, please.
 3         THE WITNESS:  John Kuettel.
 4         THE COURT:  Will you spell your last name?
 5         THE WITNESS:  K-U-E-T-T-E-L.
 6         THE COURT:  Please have a seat there in the
 7    witness chair and I'll recognize Ms. Dyer for your
 8    Direct Examination.
 9         MS. DYER:  Thank you.
10                    DIRECT EXAMINATION
11    BY MS. DYER:
12    Q    Mr. Kuettel, how are you employed?
13    A    Right now I'm unemployed.
14    Q    How were you employed prior to being unemployed?
15    A    I was a road ranger.
16    Q    Were you employed as a road ranger in May of
17    2007?
18    A    Yes.
19    Q    Could you tell the jury what a road ranger is?
20    A    We help people that are stranded on the highway.
21    Q    And just give some examples of what kind of help
22    you would give.
23    A    We change flat fires, give people gas.  If they
24    need to be taken off the highway, we'll take them to
25    the next safest location where they can find help.
```

1    Q    Is one of your responsibilities in that aspect
2    to keep records about any calls that you receive or
3    assistance you give?
4    A    Yes.
5    Q    Do you recall responding to a request for help
6    on May 26th, 2007?
7    A    I would have to see the paperwork.
8         MS. DYER:  May I approach, Your Honor?
9         THE COURT:  You may.
10   BY MS. DYER:
11   Q    Sir, I'm showing you what's been marked as
12   Defense Exhibits 14 A and B.  Would you look at that
13   and see if you recognize it?
14   A    Yeah, this is a copy of my log sheet or the
15   company's log sheet.
16   Q    Does that fairly and accurately represent what
17   you did on the date listed?
18   A    Yes.
19        MS. DYER:  Your Honor, at this time I would
20   offer into evidence Defense 14 A and 14 B.
21        MR. MONK:  Your Honor, with respect to 14 A, may
22   I ask the witness a question?
23        THE COURT:  You may.
24                    VOIR DIRE EXAMINATION
25   BY MR. MONK:

1   Q   Mr. Kuettel, is 14 A a record that you created
2   or is this a record that someone else created?
3   A   I don't know understand the question.
4        MR. MONK:  If I may approach the witness?
5        THE COURT:  You may.
6   BY MR. MONK:
7   Q   Do you recognize 14 A?  Is that a record that
8   you recognize?
9   A   This piece of paper here?
10  Q   Yes.
11  A   No, I don't recognize it.
12       MR. MONK:  Nothing further.  We object to 14 A,
13  not to 14 B.
14       MS. DYER:  That's fine, Your Honor.  I'll
15  withdraw 14 A.
16       THE COURT:  14 B is received on behalf of the
17  defense.
18       (Defendant's Exhibit No. 14 B is received into
19  evidence.)
20                 CONTINUED DIRECT EXAMINATION
21  BY MS. DYER:
22  Q   Sir, Exhibit 14 B that I showed you a few
23  minutes ago, is that the paperwork that you would
24  need to refresh your memory as to what you did on May
25  26, 2007?

1     A     Sure. Why not? I mean, that's the paperwork I
2     do. You know what I'm saying?
3           MS. DYER: Your Honor, can I approach the
4     witness?
5           THE COURT: You may.
6     BY MS. DYER:
7     Q     I'm going to hand you back 14 B in case you need
8     it to refresh your recollection. You actually made
9     that report out, correct, your handwriting is on it?
10    A     Yes.
11    Q     And it reflects what you did on May 26, 2007?
12    A     Yeah.
13    Q     In particular on that day, did you have a call
14    from somebody who ran out of gas?
15    A     Yes.
16    Q     Do you remember where that call was from? Where
17    you had to respond to?
18    A     Yeah. It was at 4:30 a.m. at Mile Marker 39
19    southbound and it was red Ford.
20    Q     I didn't hear that last part.
21    A     It was a red Ford vehicle.
22    Q     Mile Marker 39 southbound on what roadway?
23    A     I-75.
24    Q     Is Mile Marker 39 southbound on 75 here in the
25    Tampa Bay area?

1    A    No.  It would be in the Broward side.

2    Q    Broward County?

3    A    Close to Broward County, yes.

4    Q    Is that area of I-75 where Mile Marker 39

5    southbound is referred to commonly as anything?

6    A    Alligator Alley.

7    Q    And did you say what type of car it was?

8    A    Yeah, it's a red Ford.

9    Q    As part of your duties and responsibilities in

10   filling out that form, do you have to record or do

11   you record the license plate number of the vehicle

12   you help?

13   A    Yes.

14   Q    And does -- do you remember the license plate

15   number of the red Ford you helped that day?

16   A    Going by this, yeah.  It's -- do you need me to

17   read it?

18   Q    If reading that to yourself refreshes your

19   recollection, then I would ask that you then tell me

20   what you remember as the tag number?

21   A    It's X11-3TF.

22   Q    And in the course of your duties, do you record

23   the name of the driver or the occupant that you

24   helped?

25   A    Yeah.  I asked them their name and they spell it

1  out for me.
2  Q   Do you know the name of the individual in the
3  red Ford that you provided gas to?
4  A   Not offhand.
5  Q   Is it reflected in that report?
6  A   Yes, it is.
7  Q   If you read that report to yourself to refresh
8  your recollection and then tell us the name of the
9  individual you helped?
10 A   I can't pronounce it.  It's A-H-M-I-D or A-D
11 S-H-E-R-I-F.
12 Q   Ahmed Sherrif?
13 A   Yeah.
14     MS. DYER:  I have no further questions, Your
15 Honor.
16     THE COURT:  Thank you, Ms. Dyer.
17     Is there any cross-examination from the United
18 States?
19     MR. MONK:  Yes, sir.
20     THE COURT:  You are recognized for that purpose.
21                 CROSS-EXAMINATION
22 BY MR. MONK:
23 Q   Mr. Kuettel, in a circumstance like this where
24 you provided fuel, is that correct?
25 A   Yes.

1    Q    Do you request identification from the person
2    you're helping?
3    A    You mean an ID?
4    Q    No, sir.
5    A    No.  We're not required.
6    Q    The writing on Defense Exhibit 14 B in that
7    area, do you see where -- the red Ford and the name?
8    A    Yeah.
9    Q    Is that your handwriting or the person's
10   handwriting?
11   A    That's my handwriting.
12   Q    And this area, Alligator Alley, is that --
13   that's an expanse that runs roughly through Naples,
14   between Naples and Miami?
15   A    Well, part of Naples.  It's a road between the
16   two toll booths.  They call it Alligator Alley.
17   Q    Do you recall approximately where Mile Marker
18   39 --
19   A    What's that?
20   Q    Do you recall approximately where Mile Marker 39
21   was?
22   A    Yeah.
23   Q    Where is that?
24   A    It's in between 38 and 40.
25   Q    Okay.  But stated differently, where --

```
 1    A    It's a mile marker.  It runs -- when you go east
 2    on 75, the numbers go down.  When you go west, they
 3    go up.
 4    Q    Where is --
 5    A    It's closer to --
 6         THE COURT:  Is it 39 miles east of the Ft.
 7    Lauderdale toll booth on Alligator Alley?
 8         THE WITNESS:  It would be about 14 miles from
 9    the toll booth on the Broward side.
10         THE COURT:  Very near Ft. Lauderdale?
11         THE WITNESS:  Yeah.  Matter of fact, it actually
12    still is in Ft. Lauderdale.
13         THE COURT:  Inside the city?
14         THE WITNESS:  Yeah.
15    BY MR. MONK:
16    Q    Do you remember whether this vehicle was heading
17    toward Ft. Lauderdale or toward Naples?
18    A    It was eastbound.  Or I wrote down southbound.
19    Q    That would be going toward Ft. Lauderdale?
20    A    Yeah.
21    Q    So that would mean, would it not, that it was
22    coming across from the Naples side?
23    A    That would make sense, yeah.
24    Q    What's the approximate distance, if you know,
25    from Naples to the point where you helped this car
```

1    out, roughly?

2    A    I don't understand the question.

3    Q    Okay.  Are there a lot of gas stations on

4    Alligator Alley?

5    A    There's only one.

6         MR. MONK:  That's all.

7         THE COURT:  Thank you, Mr. Monk.

8         Anything further from the defense?

9         MS. DYER:  No, Your Honor.  Thank you.

10        THE COURT:  In that case, sir, you may step down

11   and you are excused with our thanks.

12        (End of excerpt of proceedings.)

13

14                    C E R T I F I C A T E

15        I, Kerry Mercade, certify that the foregoing is

16   a correct transcript from the record of proceedings

17   in the above-entitled matter.

18                              S/Kerry Mercade

19                              Kerry Mercade
                                Court Reporter

20

21

22

23

24

25