UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

vs.                      CASE NO. 8:07-cr-342-T-23TBM
                          March 30, 2009
                          Tampa, Florida

YOUSSEF SAMIR MEGAHED,

    Defendant.
_____/

TRANSCRIPT OF EXCERPT OF TRIAL PROCEEDINGS
(TESTIMONY OF MELISSA KUPFERBERG)
BEFORE THE HONORABLE STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:   JAY HOFFER
                     ROBERT MONK
                     Assistant U.S. Attorneys
                     400 N. Tampa Street, Suite 3200
                     Tampa, Florida 33602
                     813/274-6000

For the Defendant:    ADAM ALLEN
                     DIONJA DYER
                     Assistant Federal Defenders
                     400 N. Tampa Street, Suite 2700
                     Tampa, Florida 33602
                     813/228-2715

Court Reporter:       Kerry Mercade
                     801 N. Florida Avenue
                     Suite 15A
                     Tampa, Florida 33602
                     813/301-5024

Proceedings recorded and transcribed by computer-aided stenography.

1  **INDEX**

2

3  **DEFENSE WITNESS MELISSA KUPFERBERG**
Direct Examination by Ms. Dyer.............3
Cross-Examination by Mr. Monk..............6

4

5  **DEFENDANT'S EXHIBITS**

6  10 G - K    Photographs (trunk contents)....5, 6
10 T        Photograph (trunk contents).....5
7  10 W        Photograph (trunk contents).....5

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1     DEFENSE WITNESS, MELISSA KUPFERBERG, SWORN
2          THE COURT:  State your name, please.
3          THE WITNESS:  Melissa Kupferberg.
4          THE COURT:  Would you spell your last name?
5          THE WITNESS:  Certainly.  K-U-P, as in Paul, F,
6     as in frank, E-R-B, as in boy, E-R-G, as in George.
7          THE COURT:  Please have a seat, make yourself
8     comfortable, and I'll recognize Ms. Dyer for your
9     Direct Examination.
10                    DIRECT EXAMINATION
11    BY MS. DYER:
12    Q    Ma'am, how are you employed?
13    A    As an investigator with the Office of the
14    Federal Defender.
15    Q    How long have you been so employed?
16    A    Approximately two and a half years.
17    Q    What are some of your duties and
18    responsibilities in that regard?
19    A    I review and analyze case related evidence,
20    including documents, interviews, photographs and
21    videos, and other research as appropriate.
22    Q    Was one of your responsibilities to be assigned
23    to the case of Youssef Megahed?
24    A    Yes, ma'am.
25    Q    As part of that assignment, did you have

1    occasion in December of 2007 to go to the FBI

2    headquarters here in Tampa to review some evidence?

3    A    Yes, ma'am.

4    Q    What was your role that day?

5    A    I photographed and developed pictures of the

6    Toyota Camry.

7         MS. DYER:  May I approach, Your Honor?

8         THE COURT:  You may.

9    BY MS. DYER:

10   Q    I'm showing you what's previously been marked

11   for identification as Defense Exhibit 10 H, 10 G, 10

12   I, 10 K, 10 T, and to W.  Will you look at those and

13   tell me if you recognize them?

14   A    Yes, I do.

15   Q    And how do you recognize them?

16   A    I took those photographs.

17   Q    Are they a fair and accurate representation of

18   the items you saw in the Toyota that day?

19   A    Yes, ma'am.

20        MS. DYER:  Your Honor, at this time I would move

21   these exhibits in evidence.

22        MR. HOFFER:  May I see the exhibits, Your Honor?

23        THE COURT:  Yes.

24        MR. HOFFER:  No objection.

25        THE COURT:  If I have it correct, that is

1    Defendant's Exhibits 10 G, H, I, K, T, and W?

2         MS. DYER:  Yes, Your Honor.

3         THE COURT:  Each is received.

4         (Defendant's Exhibit Nos. 10 G, H, I, K, T, and

5    W are received into evidence.)

6         MS. DYER:  May I publish?

7         THE COURT:  You may.

8    BY MS. DYER:

9    Q    Ma'am, I'm showing now admitted Defense Exhibit

10   10 W.  Is that a tool kit that was in the trunk of

11   the car?

12   A    Yes, ma'am, it is.

13   Q    Defense 10 T.  Is that a pump that you saw in

14   the trunk of the car?

15   A    Yes, ma'am, it is.

16   Q    Defense 10 K.  Is that a picture of the trunk of

17   the car as you saw it on that day?

18   A    Yes, it is.

19   Q    10 I, is that also the trunk?

20   A    Yes, ma'am.

21        MS. DYER:  I have no further questions, Your

22   Honor.

23        THE COURT:  Thank you, Ms. Dyer.

24        Has the United States any cross-examination?

25        MR. MONK:  With the Court's permission, just a

1    couple of questions.

2         THE COURT:  Yes, sir.

3         MR. MONK:  May I approach the witness, please?

4         THE COURT:  You may.

5                    CROSS-EXAMINATION

6    BY MR. MONK:

7    Q    These have been marked as proposed -- I believe

8    they are not in evidence.  I stand to be corrected.

9    Proposed 10 J and 10 M.  Did you also take those

10   photographs, ma'am?

11   A    I believe so, yes.

12        MR. MONK:  Your Honor, if these are not in

13   evidence yet, I would move for admission of what is

14   presently marked as Defense 10 J and M, which I will

15   remark Government's 89 and 90 respectively.

16        THE COURT:  Are they admitted?

17        MS. DYER:  They have not been admitted.

18        THE COURT:  Have you an objection?

19        MS. DYER:  I do not have an objection.

20        THE COURT:  Since they're marked that way, Mr.

21   Monk, let's just leave them DX 10 J and 10 M.  And

22   each is admitted.

23        MR. MONK:  Okay.

24        (Defendant's Exhibit Nos. 10 J and 10 M are

25   received into evidence.)

```
 1     BY MR. MONK:
 2     Q    With the Court's permission, showing 10 M.
 3     There was a separate area in the trunk of this car
 4     where the spare tire was located, is that correct?
 5     A    To the best of my recollection, yes, sir.
 6     Q    Well, you took the photos, right?
 7     A    Yes, sir.
 8     Q    And 10 J, is the Black & Decker power inverter
 9     box that you photographed in the truck of that car as
10     well, correct?
11     A    Yes, sir.
12          MR. MONK:  That's all.
13          THE COURT:  Thank you, Mr. Monk.
14          Anything further from the defense?
15          MS. DYER:  No, Your Honor.
16          THE COURT:  In that case you may step down and
17     you're excused with our thanks.
18          (End of excerpt of proceedings.)
19
20                   C E R T I F I C A T E
21          I, Kerry Mercade, certify that the foregoing is
22     a correct transcript from the record of proceedings
23     in the above-entitled matter.
24                              S/Kerry Mercade
                                 ─────────────────
25                              Kerry Mercade
                                Court Reporter
```