1                 UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF FLORIDA
2                    TAMPA DIVISION

3    UNITED STATES OF AMERICA

4

5         vs.               CASE NO. 8:07-cr-342-T-23TBM
                       March 30, 2009
6                      Tampa, Florida

7

YOUSSEF SAMIR MEGAHED,
8
      Defendant.
9
  _____/
10
       TRANSCRIPT OF EXCERPT OF TRIAL PROCEEDINGS
11           (TESTIMONY OF TIM PIVNICHNY)
      BEFORE THE HONORABLE STEVEN D. MERRYDAY
12         UNITED STATES DISTRICT JUDGE

13   APPEARANCES:

14   For the Government:  JAY HOFFER
                    ROBERT MONK
15                Assistant U.S. Attorneys
                    400 N. Tampa Street, Suite 3200
16                Tampa, Florida 33602
                    813/274-6000
17

   For the Defendant:   ADAM ALLEN
18                DIONJA DYER
                    Assistant Federal Defenders
19                400 N. Tampa Street, Suite 2700
                    Tampa, Florida 33602
20                813/228-2715

21   Court Reporter:      Kerry Mercade
                    801 N. Florida Avenue
22                Suite 15A
                    Tampa, Florida 33602
23                813/301-5024

24

25   Proceedings recorded and transcribed by
   computer-aided stenography.

1                           INDEX

2       GOVERNMENT'S REBUTTAL CASE:

3       GOVERNMENT WITNESS TIM PIVNICHNY
        Direct Examination by Mr. Hoffer..........3
4       Cross-Examination by Ms. Dyer..............49
        Redirect Examination by Mr. Hoffer........67
5       Redirect Examination (continued)..........72
        Recross-Examination by Ms. Dyer...........93

6

7                     GOVERNMENT'S EXHIBITS

8       Number       Description              Page

9       47 A         Mirror image (E-Machine)........18
        47 B         Disc (Internet history)........24
10      47 B-4       Excerpt of Internet history.....36
        47 B-5       Excerpt of Internet history.....36
11      47 B-7       Excerpt of Internet history.....36
        47 B-8       Excerpt of Internet history.....36
12      47 B-9       Excerpt of Internet history.....36
        47 B-10      Excerpt of Internet history.....36
13      47 B-11      Excerpt of Internet history.....36
        47 B-12      Excerpt of Internet history.....36
14      47 B-15      Excerpt of Internet history.....36
        47 B-21      Excerpt of Internet history.....36
15      47 B-22      Excerpt of Internet history.....36
        47 B-23      Excerpt of Internet history.....36
16      47 B-24      Excerpt of Internet history.....36
        47 C         E-Machine (log-in screen).......28
17      89           E-Machine Internet spreadsheet..76

18

19

20

21

22

23

24

25

```
 1          GOVERNMENT WITNESS, TIM PIVNICHNY, SWORN

 2          THE COURT:  State your name, please.

 3          THE WITNESS:  Timothy Pivnichny.

 4          THE COURT:  Would you spell your last name for

 5     us?

 6          THE WITNESS:  Certainly, P-I-V-N-I-C-H-N-Y.

 7          THE COURT:  Please have a seat in the witness

 8     stand and make yourself comfortable.  I'll recognize

 9     Mr. Hoffer for your Direct Examination.

10                       DIRECT EXAMINATION

11     BY MR. HOFFER:

12     Q    Mr. Pivnichny, sir, good morning.

13     A    Good morning.

14     Q    If you would, please tell the members of the

15     jury by whom you are employed and what you do for a

16     living, sir.

17     A    Certainly.  I'm a special agent with the Federal

18     Bureau of Investigation.  I'm currently the computer

19     forensics coordinator for the Tampa Division, meaning

20     that I am responsible for overseeing the unit that

21     provides all of the digital evidence, analysis,

22     collection, and processing in assistance of all the

23     matters currently being looked at by the Tampa field

24     office.

25     Q    How long have you been an employee of the
```

1    Federal Bureau of Investigation, sir?

2    A    My entry date was February of 2002, so seven

3    years and a few months.

4    Q    And your current duty assignment or where you

5    work is where?

6    A    At the Tampa field office as the CART -- it's an

7    acronym for Computer Analysis and Response Team.  In

8    general terms that means computer forensics.  I'm the

9    unit coordinator.

10   Q    Okay, sir.  Now, if you would, tell the members

11   of the jury a bit in general terms about the

12   day-to-day type of things you do in your capacity

13   with the FBI.

14   A    Sure.  I would generalize it as two distinct

15   functions:  One, providing search assistance, being

16   that if an agent is going to do a search warrant at a

17   location where there is complex computer systems, we

18   provide support in actual seizure and collection of

19   those.  Two then is working in the lab environment at

20   our field office actually conducting the

21   examinations, meaning, we make a copy of the

22   computer, we then search all of its contents for all

23   the data on it to include deleted items.  Things that

24   people had thought that they tried to destroy, we try

25   to bring back to life, as well as looking at the

1    files and a general overview of the computers

2    themselves.

3    Q     Mr. Pivinchny, sir, could you tell the jury a

4    bit about your educational background, college level

5    and higher, as it relates to what you do for a

6    living?

7    A     Sure.  I guess to start I have bachelor's degree

8    in computer science with an emphasis in mathematics.

9    After that, I worked in the computer networking field

10   for the U.S. military.  I also spent time as a police

11   officer which allowed me training and experience on

12   the actual collection, specifically of computers.

13          For the FBI, I was a computer crimes

14   investigator which sent me to training as far as

15   tracking Internet addresses, network topology, and

16   then specifically was allowed into the computer

17   forensics program, which is an actual certification

18   the FBI gives to the agents to allow us to do this.

19   For that, I have received probably 40 training

20   courses from everything from computer hardware,

21   software, advanced computer forensics courses, and

22   the use of the tools to perform that function.

23   Q     Now, in order to do what you do, do you have to

24   be certified in some way or qualified by the FBI to

25   perform your function?

1    A    Yes.

2    Q    And just generally speaking, what does that

3    entail?

4    A    Generally, it's about a 18-month to two-year

5    process.  It involves taking formal classes as well

6    as getting outside certification.  The two

7    specifically we refer to are A Plus and Net Plus or

8    Network Plus.  They are industry-known certification

9    that we receive by taking the courses.

10    You also receive training on file systems, the

11    type that are used.  They send you to Microsoft

12    training classes.  You're required to do a certain

13    number of searches and examinations being supervised

14    by a mentor or an already certified individual.  And

15    then you are required to take an examination that you

16    show your proficiency.

17    The big thing about the FBI as well is some of

18    our laboratories are certified, so we have an annual

19    continuing education requirement as well as a

20    proficiency examination that once a year I'm required

21    to do a mock exam that's created to show that I'm

22    still capable enough to be doing my job since the

23    tools and the technologies are always changing.

24    Q    Now, with respect to your current assignment

25    here in the Tampa office, you indicated that you are

1    in a supervisory capacity, is that correct?

2    A    The term is a coordinator.

3    Q    Corrdinator.

4    A    Yes, which means the day-to-day functionality,

5    meaning, if an agent has a request of our lab -- I'm

6    one of five including myself, so there's four other

7    examiners.  I oversee our database and the trackings.

8    So the request will come to me, I'll look at how much

9    manpower, what it will entail, and then I'll either

10   assign it to myself, someone else and provide the

11   oversight.  As far as budgets, equipment purchases,

12   all of that is my responsibility.

13   Q    Sir, if I could, let me direct your attention to

14   back somewhere in the time period of early August of

15   2007.  Were you working in the same capacity with the

16   FBI at that time?

17   A    Yes.

18   Q    And were you working here in Tampa at that time?

19   A    Yes.

20   Q    Now, did there come a time sometime on or about

21   August 7th of 2007 that you were asked to undertake

22   to do certain work with regard to the matter

23   presently on trial before this court?

24   A    Yes.

25   Q    What were you specifically requested to do at

1    around that time, do you recall?

2    A    Yes.  In August of 2007, I was asked to make

3    duplicate copies of computers that were seized in

4    coordination with a new matter that was opened in the

5    Tampa field office.

6    Q    Now, you said -- how many computers were

7    involved in this assignment, do you recall?

8    A    Initially three.  Then a fourth came into play,

9    so there was a total of four.

10   Q    With respect to the initial three, do you recall

11   the types of computers, the types of media you were

12   working on initially?

13   A    Yes.  They were a mixture of desktop and

14   laptops.  If my memory is right, it was one desktop,

15   two laptops.

16   Q    Let me ask you about the desktop computer

17   specifically that you worked on.  Do you recall what

18   type of desktop it was and when you first dealt with

19   it?

20   A    Yes, it was an E-Machines, which is the

21   manufacturer.

22   Q    Okay.  And when you received that device, do you

23   recall when you first began to do any work with

24   respect to it?

25   A    I would have copied it on that exact date that

1    the request came in.  The copying process takes about

2    a day and then that would have been satisfied.  My

3    first request was simply to make a copy of the

4    computer.

5    Q    Now, when you receive a machine such as that,

6    that particular computer or any computer, do you

7    record information about it so you can recall later

8    on what you worked on?

9    A    Yes.

10   Q    Did you record in this particular instance the

11   serial number and any other information about that

12   desktop E-Machine computer that you worked on in

13   August of 2007?

14   A    Yes.

15   Q    Do you have an independent recollection of that

16   information or do you have some notes that --

17   A    I'd have to refer to some notes to give you the

18   specific serial number of that.

19        MR. HOFFER:  With the Court's permission?

20        THE COURT:  Yes, sir.

21        THE WITNESS:  So I'm referring here to our

22   computer forensics notes that we keep.  Specifically,

23   it's E-Machine's desktop computer model T, as in Tom,

24   3104, bearing Serial Number CIC85BC0006555.

25   BY MR. HOFFER:

1   Q    Now, are the serial numbers assigned to

2   computers, from your experience and training, are

3   they unique in any way?

4   A    Yes.

5   Q    Now, what -- you mentioned this is a desktop

6   computer.  Can you tell the jury anything more about

7   generally how big a machine it was or what its

8   capacity was?

9   A    An E-Machine's desktop of this model is -- I

10  guess I'd refer to it as your standard desktop

11  computer that you would find.  It wasn't a slim model

12  or a portable one.  It's designed to sit on a desk or

13  on the floor and not move.

14       It contained inside of it a 100-gigabyte hard

15  disk drive, which is today's standards somewhat low,

16  but at that time I would classify as an average size

17  hard drive which contains the operating system and

18  information for your computer.

19  Q    Okay.  Now, you'd mentioned that you were asked

20  to make a copy of the contents or the data on that

21  computer.  Did you in fact do that?

22  A    Yes.

23  Q    And when did you do that and could you tell the

24  jury a bit about how you did it?

25  A    Yes.  That would have taken place on the date

1    the machine was brought to the lab.  The actual

2    process involved is I removed out the hard disk drive

3    from inside of the machine.  I then have a tool made

4    by a manufacturer, Logicube, it's a disk duplicator.

5    It's as simple as you attach the hard drive to the

6    outside of the device.  The hardware inside of it

7    ensures that no changes are made to the outside.  The

8    term is it has write-blocking capabilities.  It would

9    block.  I then place a sterile, blank hard drive on

10   the inside of the device.  I know that it's been

11   cleaned because prior to our lab using them, we

12   actually run a software program on them that actually

13   writes null data or zero data across the entire

14   drive, verifies it so that I know that there is

15   nothing contaminated on it before I place it inside.

16   The device settings then -- I simply tell it that

17   when you make a read on this hard drive that I put on

18   the outside that's write-blocked, go to the very

19   start point, term is the sector, the first sector of

20   it.  Every time you take a read off of it, simply

21   write it onto the drive on the inside.  So the

22   process is simply having the machine make a read-in,

23   write-out, read-in, write-out.  It continues to do

24   that all the way through the full 100 gigabytes of

25   data.

```
 1          Additionally, as it's doing that, there's an

 2     internal mathematic computation being made.  If

 3     there's any change from a read-in and a read-out, it

 4     will let me know that the -- the term is the hash

 5     value or the signature that came off of the outside

 6     drive, if it does not match the inside drive, it

 7     errors out and tells me that there was some problem

 8     on the copying process.

 9          For us to move forward on a case, we verify

10     that the hash-in does match the hash-out as a

11     secondary step.  So I know that when I make a copy of

12     this drive on the outside, it absolutely matched

13     what's on the inside.  And in this case it did.

14     Q    Now, is this entirely -- this process of copying

15     or duplicating, is it entirely automated or is there

16     some manual input involved?

17     A    There's manual input to give it a file number to

18     write out that log file at the end that the checks

19     matched.  But after you set the configuration of it,

20     what you want to name it and some other little

21     options, you hit start and then it's automated.

22     Q    Now, at the conclusion -- withdraw it.  How long

23     did that process, as best you recollect, take?

24     A    I would guess anywhere from four to six hours.

25     Q    And during that time period, do you monitor this
```

1    process or have anything to do with it?

2    A    No.

3    Q    At the conclusion of that process, you indicated

4    that there is a mechanism to determine the accuracy

5    of the copy you're getting?

6    A    Yes.

7    Q    And there's some reading that you can get or

8    something.  Did you check that at the conclusion of

9    the duplicating process?

10   A    Yes.

11   Q    And what did you find as far as the formula that

12   was revealed from the machine, I guess?

13   A    There was a match, meaning a good image was

14   made.

15   Q    And what does indicate as far as whether there

16   were any changes, additions, or deletions from what

17   was originally on that computer's hard drive?

18   A    Well, during the image process, since the device

19   is write-blocked, it's not much of a concern.  We

20   just know going in -- and I also want to mention that

21   before these pieces of equipment are deployed out to

22   the field office like Tampa, our -- we have a -- the

23   headquarters forensics unit oversees all the

24   procurement and decides what tools are utilized.  So

25   they'll go and purchase a few of these and in this

1    case they purchased them.  They'll do extensive

2    testing on them to check:  Does it actually write?

3    Does it do what the manufacturer is claiming it does?

4        Once it passes their internal test and

5    validation process, then they do a full procurement

6    and they come out.  What we then do in the field is

7    just one check to see that our device worked.  So

8    there isn't a concern that I'm making modifications

9    to the drive.  It's known by -- this device does

10   this.

11       Where the hash algorithm or that digital

12   fingerprint comes into play, is it does it for the

13   data drive and it also compared it to my copy, so

14   that I know moving forward as we process it or let's

15   say we make another copy or ten copies on top of

16   that, as long as you keep going back to that initial

17   hash value that you received off the first one, it

18   shows that nothing was changed.  So it would later

19   come into play if any changes were made on my copy.

20   Q    Okay.  But the hash value, if you will, to use

21   that term, on the original copy you make, that very

22   first day, August 7th, on or about --

23   A    Yes.

24   Q    -- comparing it to the contents of the E-Machine

25   computer as you originally received it --

1    A    Yes.

2    Q    -- did those two -- how did those two compare?

3    A    They match.

4    Q    Now, as a consequence --

5    MR. HOFFER:  If I could approach the witness,

6    Your Honor?

7    THE COURT:  You may.

8    BY MR. HOFFER:

9    Q    Agent Pivnichny, I've handed you two exhibits

10    which are marked for identification as Government's

11    Exhibit 47 A and 47 B.  I'll just ask you if you

12    recognize 47 A.  And if you need to open that

13    container --

14    A    May I take a closer look?

15    Q    Surely.

16    A    Okay.  Yes, I recognize 47 A.

17    Q    And what do you recognize it to be, sir?

18    A    47 A is the copy of the E-Machines that I

19    created within our laboratory, bearing my initials,

20    the date, the file number, and information.

21    Q    And does that exhibit there, 47 A, contain or

22    store all the data and information you retrieved from

23    the E-Machine computer on that date?

24    A    Yes.

25    MR. HOFFER:  Your Honor, at this point I'd offer

1    Government's Exhibit 47 A.

2         MS. DYER:  May we approach briefly, Your Honor?

3         THE COURT:  You may.

4    (At side bar, on the record.)

5         MS. DYER:  Your Honor, for the record at this

6    time we would renew our motion to suppress this

7    evidence.  I believe -- although the Court in its

8    order laid out an analysis for denying it, denied it

9    as moot because the Court excluded this evidence for

10   other grounds.

11        THE COURT:  My recollection is that I gave

12   alternative rulings, but perhaps not.  I would

13   persist in my substantive ruling.  I think what I

14   said or intended to say was that the motion was moot;

15   and if not, late; and if not, meritless.  Not

16   meritless, but due to be denied on the merits.  So I

17   persist in that ruling.

18        MS. DYER:  Yes, Your Honor.  We'd like a

19   standing objection to all of this evidence that's now

20   going to be introduced.

21        THE COURT:  Right.  I think you're entitled

22   under the rules to the continuing value of your

23   pretrial objection based on suppression, but it's

24   limited to the objection that was ruled on and not to

25   any conceivable objection as to any piece of

 1    evidence.

 2         MS. DYER:  Yes, Your Honor.

 3         MR. HOFFER:  If the Court please, I mean,

 4    obviously, there's a lot more on this exhibit than

 5    just these sites, Internet sites, we're going to be

 6    discussing.  So to that extent, I would say it's not

 7    readable, number one, unless you hook it up to

 8    something.  So it's more almost in the nature of a

 9    demonstrative type of exhibit.  We're not seeking to

10    introduce all the rest of that data.

11         THE COURT:  Right.  You're introducing the hard

12    drive as an object?

13         MR. HOFFER:  Yes.

14         THE COURT:  And you're not presenting its

15    contents.

16         MR. HOFFER:  Correct.

17         THE COURT:  At least by virtue of 47 A.

18         MR. HOFFER:  That's correct.

19         THE COURT:  All right.

20         MS. DYER:  Thank you.

21         (End of side bar discussion.)

22         MR. HOFFER:  May I proceed?

23         THE COURT:  Yes, sir.

24         MR. HOFFER:  The exhibit is received?  Is the

25    exhibit received, Your Honor?

1       THE COURT:  47 A is received on behalf of the

2    United States.

3       (Government's Exhibit No. 47 A is received into

4    evidence.)

5    BY MR. HOFFER:

6    Q    Now, Mr. Pivnichny, you've mentioned that after

7    making that -- that's the initial copy, correct?

8    A    Yes.

9    Q    After you made 47 A as your first copy, was

10   there an occasion to make others?

11   A    Yes.

12   Q    And just so we know, the process you utilized to

13   make the other copies, was it similar or different to

14   what you've just described here as making the

15   original?

16   A    Similar.

17   Q    Why would one in your capacity need to make more

18   than one copy?  If you could just explain that.

19   A    The reason being in this case, the information

20   that was provided to me was that after our copy was

21   made that the FBI was not necessarily going to be

22   maintaining control or care or ownership of the

23   original computer.  So in a sense if that were to go

24   away, this hard drive here, 47 A, would be our best

25   evidence or our only copy.  So the last thing I want

1    to do is actually work on this quite a bit.  If I'm

2    going to then actually be performing forensic

3    functions on this, I will actually make another copy

4    of it then, make sure that the hash value is the

5    same.  And then if there to be some technical issues

6    that had risen with that, I could always go back to

7    my original copy that we have saved in the evidence

8    room.

9    Q    Now, did there come a point in time somewhat

10    after August the 7th that you were asked in your

11    capacity with the CART examination group to do some

12    work recording the Internet history of that E-Machine

13    computer?

14    A    Yes.

15    Q    Now, we say Internet, I'm going to ask you a

16    somewhat difficult question, but the Internet is,

17    generally speaking, what?

18    A    The Internet is a global interconnection of

19    computers that are networked together to allow for

20    communication.

21    Q    Now, do computers such as, say, this desktop

22    E-Machine computer that you did some work on, do they

23    maintain any sort of records anywhere in them as far

24    as the Internet access or Internet history of that

25    unit?

1    A    Yes, this E-Machine did.

2    Q    Where are the records of that type of activity

3    maintained on a computer, generally speaking?

4    A    Generally speaking, they're maintained within

5    whatever program the user chose to examine the

6    Internet, to do their web browsing is a term that's

7    used or web surfing.  So if they choose what comes

8    with the Microsoft Windows program, Internet Explorer

9    program, the Internet history will be associated with

10   that program.  If they choose to use another program,

11   it would be associated with that program.

12   Q    And did this -- well, let me ask you:  Do

13   computers such as the E-Machine maintain any data as

14   far as the sites that have been visited on the

15   Internet by that particular computer?

16   A    Sure.  The answer is each computer may.  And in

17   this case, the E-Machines had a history of its

18   Internet browsing, not through Internet Explorer, but

19   a secondary competitive product known as FireFox or

20   Mozilla FireFox.  Functions the same way.  It's just

21   a different program.  In this case it did have

22   Internet history associated with that web browsing

23   program.

24   Q    Are there tools available to you in your

25   function to extract or find that information

1    forensically?

2    A    Yes.

3    Q    What -- how do you go about doing that?  And you

4    might want to specifically narrow it down to this

5    particular E-Machine computer we've been talking

6    about.

7    A    Sure.  There's many different programs that can

8    the term is deconstruct or analyze someone's Internet

9    history to make it in a readable form that humans can

10   then look through.  Generally, they're stored on the

11   computer in a binary or a computer language format,

12   most reason is just for space.

13       In this case I used the program Net Analysis,

14   which is manufactured out there.  It's able to be

15   purchased.  What you simply do is export out the

16   section of that web browser, in this case the Mozilla

17   FireFox program.  It will actually deconstruct or

18   make each of the Internet history records into a

19   database format.  Microsoft access is by default.

20   What it will point it out, which then you can convert

21   into Microsoft Excel, a spreadsheet program, and

22   actually look at the Internet history in a

23   spreadsheet format.

24   Q    Now, did you do that with this particular

25   machine?

1    A    Yes.

2    Q    And were you successful as far as deriving any

3    of that information from it?

4    A    Yes.

5    Q    When the information is extracted in this

6    manner, and in this particular instance, in what

7    format do you retrieve it or is it then reviewable

8    later on?

9    A    It's first reviewable within the net analysis

10   program.  It will list them all out by different rows

11   and columns, giving you the time and date, the

12   website visited, the name of it, all of the

13   information it could recover from the history.  You

14   can then sort by different columns if you want to do

15   by date, by site name.

16       Then using the Net Analysis program, you can

17   export out that information into Microsoft Access and

18   make a database record of it allowing you to do the

19   same things:  Sort, function.  The reason for that

20   then is anyone can then analyze the actual contents

21   of it just using the program Microsoft Access.  You

22   don't need the Net Analysis program loaded locally to

23   do further review of the data in it.

24   Q    So at the end of that process, you generate some

25   sort of a table or a spreadsheet I think you said?

1    A    Yes.

2    Q    And did you generate such a document or such a

3    compilation with respect to that E-Machine computer

4    in this instance?

5    A    Yes.

6    Q    And I have placed up there previously before you

7    an object which is marked for identification as

8    Government's Exhibit 47 B.  Do you see that there,

9    sir?

10   A    Yes, I do.

11   Q    Do you recognize that item and what is contained

12   on that particular item?

13   A    Yes.

14   Q    And what do you recognize that item to be, sir?

15   A    This is the diskette that I created containing

16   the Microsoft Access database file of the Internet

17   history from the E-Machine's computer, specifically

18   under one of the profile names or one of the user

19   accounts.

20   Q    Okay.  First of all, let me ask you first how

21   you recognize or know that that is that very same

22   item?

23   A    For each -- when I created it, I initialed the

24   disk as well as dated it and put the information on

25   it, so I recognize my initials.  And it's referenced

1    in my -- I generate a report which references its

2    number, which matches in this case.

3         MR. HOFFER:  Your Honor, at this point I'd offer

4    Government's Exhibit 47 B.

5         MS. DYER:  Same objection.

6         THE COURT:  I persist in my ruling and 47 B is

7    received on behalf of the United States.

8         (Government's Exhibit No. 47 B is received into

9    evidence.)

10   BY MR. HOFFER:

11   Q    Now, you had mentioned, sir, something about the

12   specific user account or whatever.  The information

13   that you forensically obtained and ultimately

14   captured, I guess, if you will, on Government's 47 B,

15   would that be Internet history or Internet data as

16   far as every user or every person who has ever used

17   that computer for a certain period of time or what?

18   A    No.  To expand on my previous answer, if there

19   are multiple accounts which are created onto a

20   computer, in this case we're talking about the

21   Microsoft Windows XP operating system, you can have

22   just a single account on it that when the computer

23   boots up, you're at the screen that allows you to use

24   the computer.

25        What you can also do is create up individual

1     user accounts so that when the computer boots up

2     you'll see a screen with -- and I'll use home as an

3     example.  My wife's name, my name, we'll create one

4     for the kids.  The purpose for that is when the user

5     clicks on whatever that profile is, they get to

6     self-configure what they want the background to look

7     like.  Also, when it comes to the Internet, using the

8     Internet, people will save their favorite bookmarks

9     or spots.  So my wife has her saved at what she likes

10    to look at on the Internet.  I'll have mine saved on

11    mine.  The computer puts that information within the

12    user account of whoever was logged in.  Then within

13    that user account, it will put it on whatever program

14    you used to use the Internet.

15        So in this case, this Internet history that I

16    exported was for a single user account of their

17    Internet history, which was shown to be from that

18    Mozilla FireFox program.

19    Q    Let me back up for a second about the E-Machine.

20    Generally speaking, again, did you find in your

21    analysis and examination of it whether there was any

22    sort of security protection barring people from the

23    use of it under any circumstances?

24    A    No.

25    Q    Having not found anything like that, what did

1    that mean as far as -- from your experience and your

2    training, as far as anyone who turned it on or turned

3    that machine on, what access would they have at that

4    point?

5    A    Sure.  When the machine would boot up, you would

6    see the different user accounts.  In this case there

7    was three user accounts, all of which you can either

8    set it with or without a password.  In this case

9    selecting any one would put you into that user

10    account.

11    MR. HOFFER:  May I approach the witness, Your

12    Honor?

13    THE COURT:  You may.

14    BY MR. HOFFER:

15    Q    Mr. Pivnichny, I've have handed you what has

16    been marked for identification as Government's

17    Exhibit 47 C.

18    A    Yes.

19    Q    Let me ask you if you recognize the contents of

20    that exhibit.  Don't tell us what they are, but do

21    you recognize it?

22    A    Yes, I do.

23    Q    What do you recognize it to be, generally?  What

24    is it?

25    A    It's two things within this exhibit.  One is a

1    printout that I created of the technical information

2    within the computer that tells all the details about

3    the different user accounts on the E-Machines.  And

4    the top is an actual screen shot or a picture of what

5    the E-Machines looked like upon it being booted up.

6    Q    And did you actually -- I think you -- did you

7    say you created those documents?

8    A    Yes, I did.

9    Q    And what was your source material?  Where did

10   you get that information from?

11   A    The picture of the actual computer I generated

12   by using a program that actually loads that copy that

13   I had created and allows it to be booted within my

14   computer so I can -- it goes through the same process

15   as if you'd turned it on.

16        The second is using a program called Registry

17   Viewer.  The registry is a very technical part of the

18   computer hard drive that keeps all of your system

19   information that -- to any user, you would never want

20   to get into.  But from a computer forensics

21   standpoint, we do.  This program, Registry Viewer,

22   actually generated a report of all of the, again,

23   specific technical details of each of the accounts,

24   including whether or not they had a password, when

25   was the last time they changed their password, if

1       there were any.  It tells us how long the accounts

2       been active for, when the last time it was used,

3       things that the system needs to keep track of.

4       Q    So all of that data -- is all that data derived

5       from the original contents of the hard drive of that

6       E-Machine computer?

7       A    Yes.

8            MR. HOFFER:  Your Honor, at this point I'd offer

9       Government's Exhibit 47 C.

10           MS. DYER:  Same objection.

11           THE COURT:  I persist in my ruling and Exhibit

12      47 C is received on behalf of the United States.

13           (Government's Exhibit No. 47 C is received into

14      evidence.)

15           MR. HOFFER:  Now, if we could publish that using

16      the screen for a moment?

17           THE COURT:  You may.

18      BY MR. HOFFER:

19      Q    Mr. Pivnichny, I've put the first page of

20      Government's 47 C on the monitor.  Explain to the

21      jury, please, what is depicted in that particular

22      part of the exhibit.

23      A    Sure.  This is again your standard boot up menu

24      that you see when you boot up any computer that's

25      running the Microsoft Windows XP operating system.

1    In this case the computer was configured to have

2    three user accounts available.  You can see the names

3    of them are Home, Mariam, and Usef.

4    Q    Now, at what point after you turn the machine on

5    does that screen or would that screen appear?

6    A    That screen appears after the general computer

7    driver files are loaded but before a user can

8    actually interface with the operating system.  So

9    this is early on in the boot process.

10   Q    So if one wants to utilize the computer at that

11   point for whatever purpose, once you've reached this

12   screen, what does the person using that computer have

13   to do next?

14   A    They have to decide which of the three accounts

15   they want to select on by actually clicking on the

16   box, and then it will continue to load the profile

17   information.  For example, if they chose the Home

18   account - what type of desktop or background do you

19   want to see?  What favorites?  What sort of

20   configureable preferences for that account?

21   Q    Now, the names of these accounts, the Home,

22   Mariam, and Usef, are they installed on the computer

23   by the manufacturer?

24   A    Well, first, Mariam and Usef, no.  Or I never

25   heard of or could think of a scenario where a

1    manufacturer would ship you a computer with those on

2    there.

3    Q    Okay.

4    A    The Home account could be a default account in

5    that when Microsoft Windows XP is shipped, bundled

6    with a computer, they decide how much they want to

7    pre-install for you to make it easy.  So I would say

8    in this case the Home account was likely one that was

9    bundled in there or it could have been one that the

10   user configured upon booting it up.  But the other

11   two I can't think of a scenario where they -- I mean,

12   they would have had to have been generated by the

13   user.

14   Q    Okay.  If you could explain from your

15   familiarity with that particular computer, and again

16   based upon your knowledge and your experience and

17   training, how would one create either the Usef,

18   U-S-E-F, account name and icon there or the Mariam?

19   What's the process involved?

20   A    It's one of two ways.  One, when you first

21   finish the installation of Microsoft Windows XP, it

22   will prompt you and ask:  How many accounts would you

23   like?  What do you want their names to be?  And

24   that's when you also set up if there is a password or

25   other information.

1          The second way is if the computer is preloaded

2     with just one account, it actually allows you into

3     the full operating system to work on.  At any time

4     you can go to the Control Panel, which is the area of

5     the system that allows you to make changes to it and

6     simply add user accounts.

7     Q     Now, do you have the ability forensically in

8     your capacity to research when those user account

9     names are assigned on a particular computer and

10    anything about the history of that?

11    A     That is stored within that registry area of the

12    computer, which is what the registry analyzer program

13    does for you.

14    Q     And as a result of doing some of that research,

15    were you able to obtain information, for example, as

16    to when say that Usef account name was assigned and

17    created?

18    A     Yes.

19    Q     And what did you discover when you researched

20    that issue or did that?

21    A     I'll have to refer to 47 C for the specifics.

22    Q     Certainly.  And if you could perhaps tell us

23    where that is, we can put it on the screen as well.

24    A     Sure, absolutely.  On Page 3 of the Registry

25    report.

```
 1    Q     Are we on the same page?

 2    A     Yes, sir.  This provides very detailed -- to

 3    sort of start from the top, within the Windows

 4    operating system, once you actually get an account

 5    going, it doesn't really worry about the user name,

 6    the full name that you give it.  Everything is based

 7    off of an ID number.  So to the computer, this Usef

 8    account is actually the identifier 1003.  For account

 9    1003, it shows that the last log in time of it was on

10    08/03 of 07 at 15:52, UTC, or Universal time.

11         It has a last password change time of 11/07/06.

12    However, the password required is a false flag.  So

13    that's written in to show that there isn't a password

14    change time on here.

15    Q    Is that the entry here you're referring to

16    "false"?

17    A     Yes.  Also, it's an active account since it's

18    not disabled.

19         So as far as it pulling out the exact record of

20    when the account was created, it's not specified

21    here, but it's showing that there was no last

22    password change time since 2006.

23    Q    Is that the November 7th date up top?

24    A     Yes.

25    Q    So you don't know exactly when it was set up?
```

1   A    No.  Other than it's referenced again that --
2   when the account was generated into the Registry,
3   it's showing the 11/07/06 date, which it may place in
4   just based off of the first time an account was
5   created on there or it's entered in on -- for this
6   specific account.  For either way, since the account
7   password change is false, it's a little more
8   difficult to pinpoint exactly when.  Generally, it
9   would be a lot more specific if there was randomized
10  password required.  Each time it would update with
11  that information.
12  Q    Now, let me also ask you:  There's that UTC
13  after the times and dates there for log on or
14  password change?
15  A    Sure.
16  Q    What does "UTC" mean in comparison to, say, time
17  in the eastern seaboard of the United States?
18  A    Sure.  UTC time, which is also your GMT or
19  Greenwich Mean Time, is based off of a Universal Time
20  that doesn't change with daylight savings or -- it's
21  always standard.  It's based off of somewhere in
22  England.
23       Then the computer's information can be stored
24  based off of your time zone settings off of this.
25  Registry information is always stored within it based

1    off of UTC time.  So if we wanted to convert it to a

2    time that was here, you'd back off the four or five

3    hours of the time zone that we're in in Florida for

4    an exact time.  So we would just have to do the math

5    on that date and time, how far off are we from UTC

6    time.

7    Q    And that reads in military time, correct?

8    A    Military, yes.

9    Q    Now, so I understand as well, let me ask you,

10    Mr. Pivnichny:  The Internet history or activity that

11    you searched and retrieved and put on that exhibit,

12    Government's 47 B, was the Internet activity of which

13    of these acts?

14    A    Usef.

15    Q    Again, would any of the information contained in

16    this Exhibit 47 C, specifically the pages after the

17    initial photo there, would that be accessible on the

18    computer to anyone that used the computer or is it

19    somehow a specialized piece of information?

20    A    It's accessible but there is no easily installed

21    program within Windows that you would ever access

22    that.  You generally only access that information

23    with some type of computer forensic software.

24        MR. HOFFER:  May I approach the witness again,

25    Your Honor?

1          THE COURT:  You may.

2          MR. HOFFER:  And if I can stand here because I

3     need to make a record of a number of exhibits here,

4     Your Honor.

5          THE COURT:  Yes, sir.

6     BY MR. HOFFER:

7     Q    Sir, I'm going to place before you a series of

8     exhibits.  Actually it's more than I need.  If I

9     could return for a second and verify.

10         I'm going to hand you, sir, what's been marked

11    for identification as Government's Exhibits 47 B-4,

12    47 B-5, 47 B-7, B-8, B-9, B-10, B-11, B-12, 47 B-15,

13    47 B-21, 47 B-22, 23, and 47 B-24 for identification.

14    Take a look, sir, if you would - and they're each in

15    folders - at each of those exhibits that I have just

16    enumerated.  Take a moment to refresh yourself

17    regarding them and when you're done, look up and

18    we'll continue.

19    A    I recognize each of these.

20    Q    I was going to ask that next.  Do you recognize

21    those items?

22    A    Yes, sir.

23    Q    Okay.  And what do you recognize them to be,

24    sir?

25    A    These are printouts of computer websites that

1    were made that I was asked to look at recently.

2    Q    Now, these printouts that you have there before

3    you, are they printouts of the contents or of

4    websites that were found to be on that exhibit you

5    prepared, Government's Exhibit 47 B?

6    A    Yes.

7         MR. HOFFER:  Your Honor, at this point I would

8    offer those enumerated exhibits and I'm prepared to

9    repeat them again if the Court needs me to.

10        MS. DYER:  Same standing objection, Your Honor.

11        THE COURT:  All right.  I persist in my ruling

12   and each of the exhibits enumerated in the 47 B

13   series is received, noting that it is not each of

14   Exhibits 1 through 24, but some omitted.

15        Go ahead.

16        MR. HOFFER:  They are selected ones, yes, Your

17   Honor.

18        (Government's Exhibit Nos. 47 B-4, 47 B-5, 47

19   B-7, 47 B-8, 47 B-9, 47 B-10, 47 B-11, 47 B-12, 47

20   B-15, 47 B-21, 47 B-22, 47 B-23, and 47 B-24 are

21   received into evidence.)

22   BY MR. HOFFER:

23   Q    Now, Mr. Pivnichny, just so we're clear, these

24   exhibits are, as you say, printouts of websites?

25   A    Yes.

1    Q    And are the full contents of those websites,

2    would they have been saved on that 47 B or not, just

3    so we're clear of what's on the disc and what's on

4    the paper?

5    A    Let me check here.  So 47 B is my database of

6    the website listings, so that will not have any web

7    content on it.  It's simply a listing or it's like a

8    table of contents of the history of all the sites

9    visited.  Then these are actually printouts of the

10   content of that site at the time from the listing.

11   Q    All right.  So if I could ask you, sir, first of

12   all, do you remember when you generated 47 B, the

13   disc itself and the data contained there --

14   A    Yes.

15   Q    -- did you provide that data information to

16   other people in the FBI to aid their investigation?

17   A    Yes.

18   Q    And were you also available to assist those

19   agents as they needed to use your knowledge to figure

20   out what's on there?

21   A    Yes, to answer any technical questions about how

22   to read it.

23   Q    So would the website address of any of those

24   articles or things contained in the 47 B series --

25   would at least that address be contained in the 47 B

1    disc itself?

2    A    Yes.

3    Q    How about the times and dates of access and

4    periods of viewing, would that also be data in 47 B?

5    A    47 B will have the time and date and the website

6    address that was found on the E-Machine's Usef

7    profile.

8         Then each of these would have been generated

9    based off of a best generation of the site either now

10   or at the time that it was actually viewed on the

11   E-Machines, if the site allowed you to view it at

12   that time and date.

13   Q    Okay.  Did you yourself or did someone else

14   prepare 47 B, the various exhibits of the printouts

15   themselves?

16   A    Someone else.

17   Q    Have you at least looked at those to compare to

18   the data in 47 B to be comfortable that they are

19   contents of the listed websites that are contained in

20   the disc, among others?

21   A    They are absolutely a listing of the site.  Then

22   as far as the relevance or the exact duplication of

23   what they were at that time and date of viewing, I'm

24   comfortable they attempted to match it up as best as

25   possible now.

1    Q    Now, when you did your analysis or examination

2    of that desktop, the E-Machine desktop computer, Mr.

3    Pivnichny, did -- were you able to ascertain what

4    specifically was done with each website accessed on

5    that disc after it was pulled up on the screen, if

6    you understand my question?  I hope you understand

7    it.

8    A    No.

9    Q    Okay.  Let me ask it this way:  Are you able to

10   ascertain, generally speaking, when you're searching

11   something like Internet history, such as the type of

12   data contained in 47 B, for example, whether the

13   sites visited are downloaded onto that person's

14   computer after they're visited?

15   A    No.  What it will do is just pull out of the

16   history data file, the actual list, meaning that that

17   site was actually visited.  Beyond then, it will

18   simply just go to the next one if the next site is

19   brought up, but there isn't any tracking mechanism

20   whether it was up, down, there was other ones.  It's

21   simply going to go in time/date sequential order and

22   make an entry that that was accessed.

23   Q    Is there some other part of the computer's hard

24   drive, memory, data, that would allow you to then

25   check to see if any of those website materials, the

1    website information, is downloaded onto that

2    computer?  Is there some way to figure that out?

3    A    There is a section that also -- the term is

4    caching or keeping a copy locally.  However, with the

5    speeds today and in this case, there generally isn't

6    as much caching, if any, compared to the "good ole

7    days" when your connection was very slow.

8         As far as saving the contents, that's user

9    specified whether they want to take the furtive act

10   of actually copying the contents of the page and

11   saving it to a file or a spreadsheet or some way.  In

12   that case they could save it anywhere they wanted to.

13        So I didn't find any of the actual content on

14   this drive, just the references within the Internet

15   listing.

16   Q    Okay.  But did you find any indication in

17   searching the entire hard drive, you know, that you

18   analyzed of any of those website pages or website

19   data being downloaded anywhere to that computer's

20   memory or hard drive?

21   A    No.

22   Q    Now, what about printing?  If one -- withdrawn.

23   Let me ask you:  Did that E-Machine computer, did it

24   have the capability of printing out material that was

25   retrieved by a user?

1    A    Well, any computer in -- the E-Machine has the

2    capability to print, but I'm not aware if they even

3    owned a printer.

4         MR. HOFFER:  If I could approach the witness,

5    Your Honor?

6         THE COURT:  You may.

7    BY MR. HOFFER:

8    Q    Sir, I've placed before you two exhibits that

9    are received into evidence as Government's Exhibit 45

10   B and 45 C.  Do you see those two exhibits?

11   A    Yes.

12   Q    Do you recognize the computer contained in

13   either of those photographs?

14   A    Yes.

15   Q    And what is it?

16   A    So 45 C is a close up picture of the E-Machines

17   computer, the model T3104 which matches the make and

18   model of the one that I examined.

19        And 45 B is a picture that was taken in the home

20   of the whole computer system before the agents took

21   out the just computer back to my lab.

22        MR. HOFFER:  May I publish 45 B briefly, Your

23   Honor?

24        THE COURT:  You may.

25   BY MR. HOFFER:

1    Q    If we could have the lights?

2         Showing you there, Mr. Pivnichny, what's marked

3    for -- received as 45 B.  I take it -- is that the

4    E-Machine hard drive or the computer itself?

5    A    The computer itself.

6    Q    Now, it is hooked up to -- it appears to be to a

7    number of other pieces of equipment.  Do you see a

8    printer?

9    A    Yes.

10   Q    And could you perhaps show us where that is?  I

11   don't know if you can on your monitor, but maybe I'll

12   just ask you:  This device here?

13   A    That looks like a printer, yes.

14   Q    Now, the question I have to you, sir, is with

15   respect to that E-Machine computer.  Is there some

16   way to verify or ascertain from its contents, hard

17   drive, or anywhere on it whether it printed certain

18   items such as, say, website addresses or website

19   information?

20   A    No.  I did not recover anything to indicate

21   either way.

22   Q    Is a record left of things that are printed by a

23   computer over the course of its use?

24   A    It depends.  Generally, no.

25   Q    And why not?

1    A    From the operating perspective, from the Windows

2    XP operating system, the term is spooling.  When you

3    choose to print something to a printer, it will

4    actually place it into the spool where you see down

5    in the bottom corner of your screen when you go to

6    print something, it will start to connect, it will

7    start to actually send the data out to the printer.

8    It's temporarily placing it into a directory for

9    that.  However, once that is then sent out to the

10   printer, those printing jobs are actually deleted out

11   of the system.  Unless you capture a system, I've

12   found, right at that time or something, I generally

13   don't find any evidence that it was sent.  Because

14   once it goes to the printer memory and it prints, to

15   the Windows XP operating system, it's done.

16   Q    If you had, say, for example, that printer that

17   appears to be depicted in 45 B up there on the

18   screen -- if you had had that in your laboratory as

19   well, would that have assisted you in any way in

20   figuring out if things had been printed from that

21   E-Machine printer?

22   A    Generally not.  And we don't typically examine

23   those.

24   Q    So as far as the forensic examination goes, if

25   you wanted to determine whether certain items

1    visited, like a website, had been printed or sent to

2    a printer, the data to a printer anyway, in the past

3    as opposed to right then and there, is there a tool

4    for you to do that?

5    A    Not that I'm aware of easily available.

6    Normally, the printing is actually the prints found.

7    Q    I'm sorry?

8    A    Like in the example up on the display, there is

9    pages hanging off.  That would be the page and then

10    you would know it was printed.

11    Q    Let me ask you just one or two things more about

12    47 B or the contents of it, the hard copies or the

13    disc itself.  When you researched and examined that

14    E-Machine computer to determine the website visits,

15    the history of those visits, did you also -- are you

16    also able to determine how the person on the computer

17    at the time got to one website as opposed to another?

18    Are you able to determine that?

19    A    There is a few entries within the net analysis

20    program that will show you a reference to a typed URL

21    that it's able to recover, that it was actually

22    manually typed in.  Or what you can do is if it's a

23    -- you can go back and look through the Internet

24    history yourself and see that if it's sublinked

25    websites based off the one before it, or its parent,

1    then you can see that it was actually clicked through

2    to actually get to these other areas.

3    Q    Can you explain what that means, "sublinked" and

4    all that?

5    A    Sure.  So I guess the best example would be if

6    you went to a news channel.  The main page that would

7    be brought up would be the actual site for the news.

8    Then they would have categories of the weather, the

9    news, local events.  If you then wanted to go to

10   local events and you click on it, they may have

11   programmed that page that you would then see a site

12   to the news channel slash local news slash.

13        Then within that you may click on an article

14   about the local news story of day.

15        Then the next site reference would say news

16   site slash local news slash -- and it may be called

17   article of the day.

18        So there's always a parent website and then

19   subdirectories under that to burry into to find your

20   sites that you want to look at.  So you can just

21   follow that through and see how it traversed through

22   and navigated through that site.

23   Q    And did you find when your researched -- for

24   example, you have that 47 B series of exhibits there

25   which are from different time periods or dates.  Did

1   you -- were you able to research and determine the

2   mechanism used to go from one place to another on any

3   given day or session on the computer?

4   A    Yes.  For each -- I looked at the actual

5   reference in the Internet history and then looked

6   around it before and after to see if I could get an

7   indication of what brought that person to that site.

8   Q    And does -- is that process completely

9   controlled by the person using the computer or can

10  the computer itself automatically move from site to

11  site?

12  A    Theoretically, they -- or there are -- you can

13  automate any process within a computer.

14  Q    Right.

15  A    However, if you see -- what you can is random

16  nature or the pattern shows a non, you know, that a

17  brain had to figure out and make those leaps.

18       So in this case, I did not see any indication of

19  an automated process going to these different sites.

20  To me, it was every indication of actual human use.

21       MR. HOFFER:  Could I have a moment, Your Honor?

22       THE COURT:  You may.

23        (Pause.)

24  BY MR. HOFFER:

25  Q    Let me just ask you one final question, I think,

          Mr. Pivnichny.  When you pulled up some of those

1          specific 47 B visits, the representation there, the

2          printout of the content, did you also in your

3          examination or were you asked ultimately in your

4          examination to find some of the sites that were

5          visited or seen just before and just after that

6          specific item that's printed out?

8     A    Yes.

9     Q    Again, would your answer be the same as far as

10    what you found forensically as far as how the user of

11    the computer at any of those given times moved from

12    one of those sites to another and to another?

13    A    Yes.

14    Q    So how was it done?  Manually by the person

15    using the computer, automatically, or what?

16    A    Yeah.  For each of these exhibits here, they

17    both would be described as research sites or

18    information sites.  And for each of them, it was

19    pretty apparent by looking at the pattern, you could

20    see the site references before and after it that

21    would have brought them to the specific exhibit and

22    then beyond.

23    Q    Are you familiar, sir, with the term hyperlink?

24    A    Yes.

25    Q    What does that mean?

1  A  A hyperlink is within a webpage that you're

2  viewing, a word or a phrase that the programer that

3  made that site allows you to actually then click on

4  to take you to some other website.

5  Q  And did you find or do you recall finding any

6  evidence that there were those kinds of links

7  involved in this movement in these exhibits from one

8  website to another to another?

9  A  Yes.  A vast majority of these dealt with an

10  on-line encyclopedia site, which by its construction

11  has internal linked or hyperlinked topics that allow

12  you to go from reference page to reference page.

13  Q  And you're familiar with that site?

14  A  Yes.

15  Q  What's the name of that site?

16  A  Wikipedia.

17  Q  Generally speaking, what is it?

18  A  Wikipedia is an on-line encyclopedia, but it's

19  user updated.  So instead of the concept being that

20  one person is responsible for content, it allows

21  users to log on and update any topic or create pages

22  to keep them as current as possible.

23  Q  Is it also possible in your experience and

24  training and knowledge to go back to the state of a

25  Wikipedia entry at or about a given time and see

1    exactly what it was then as compared to what it might

2    be at the present moment?

3    A    Yes.  What Wikipedia does is it keeps a record

4    of its changes.  So if you wanted to know -- pull up

5    a reference to even yourself, you can track the

6    changes.  Then if you want to know what it was at a

7    specific date and time, you would just go to the one

8    just prior to a change after it or after the one

9    before it.  You pick the one in that window of time

10   frame that you're looking for.

11        MR. HOFFER:  If I could have just one more

12   moment, Your Honor?

13        THE COURT:  You may.

14        (Pause.)

15        MR. HOFFER:  Thank you, Your Honor.  I have no

16   further questions of this witness at this time.

17        THE COURT:  Thank you, Mr. Hoffer.

18        Has the defense cross-examination for this

19   witness?

20        MS. DYER:  Yes, Your Honor, if I may.

21        THE COURT:  Ms. Dyer, you're recognized for that

22   purpose.

23        MS. DYER:  Thank you, your Honor.

24                        CROSS-EXAMINATION

25   BY MS. DYER:

1   Q    Good afternoon, sir.

2   A    Good afternoon.

3   Q    Sir, you testified that you were asked to

4   analyze several computers in this case, correct?

5   A    Yes.

6   Q    Specifically, my questions will be in relation

7   to the E-Machine that has been talked about and

8   anything related to Government Exhibits 47 and the

9   like that have been introduced this morning, okay?

10  A    Yes, ma'am.

11  Q    Now, you said part of that process was to go

12  back and check to see if any items had been

13  destroyed, I think, was the word you used, is that

14  accurate?

15  A    I would clarify and just use the word deleted.

16  Destroyed might have been a term I used.  Now hearing

17  it, let's go with deleted.

18  Q    And the information that make up Government's

19  Exhibits 47 B and then 4, 5, 7 and the like through

20  24 --

21  A    Yes, ma'am.

22  Q    -- you were able to determine that those

23  Internet histories or the fact that those sites were

24  accessed had not been deleted by the user, correct?

25  A    Correct.

1    Q    And there is a way -- there is a program that

2    would allow a user to delete their Internet history,

3    correct?

4    A    Absolutely, yes.

5    Q    You also testified that you reviewed the entire

6    hard drive of this computer, correct?

7    A    Yes.

8    Q    Not just the Internet history, correct?

9    A    Correct.

10    Q    And after your review of all the contents on

11    that hard drive, you were able to establish that none

12    of these websites or the content of these websites

13    was saved by the user onto the hard drive for later

14    access, correct?

15    A    I wasn't able to -- there was nothing that I

16    found forensically that -- for example, there was a

17    folder saved called *Websites* and they were saved to

18    -- I didn't find any of these, the contents of this

19    on that drive.

20    Q    And through your forensic analysis program, you

21    have the capability to do that, to actually go in and

22    search for, say, the name of one of these sites in 47

23    B composite, correct?

24    A    Yes.

25    Q    And you didn't find anything?

1    A    None.

2    Q    And you testified that although there is a way

3    to try to recapture whether or not something has been

4    printed, you did not utilize that process or you were

5    not able to determine one way or the other whether or

6    not any of these sites were actually printed by the

7    user?

8    A    Right.  I did not find any evidence of that.

9    Q    There at the end you talked about how the bulk

10    of this information came from an encyclopedia site

11    called Wikipedia, correct?

12    A    Yes, ma'am.

13    Q    And that it's your information from your

14    experience that the site Wikipedia, the content of

15    it, changes throughout history, correct?

16    A    Absolutely, yes.

17    Q    And that whoever maintains the site for

18    Wikipedia allows someone to be able to go back and

19    try to find the page as it existed on a specific

20    date, correct?

21    A    Yes.

22    Q    You're also aware that in that process,

23    sometimes you can't actually get that specific date,

24    correct?

25    A    Right.  It will show you the changes, but not

1    every -- you can't point out at a specific date and

2    say, "I want to see what it looked like on this

3    date."  You can just look back and see when changes

4    were made and would have to infer that if I'm looking

5    at after this date but before this next change that's

6    it.

7    Q    But it tells you what specifically has been

8    changed?

9    A    Yes, yes.  Have to think about that, yes.

10   Q    You testified that through the program you used,

11   which is called Net Analysis?

12   A    For the Internet history, yes.

13   Q    You're actually able to determine whether or not

14   a website accessed was accessed via, I think you

15   said, a typed URL?

16   A    Yes.

17   Q    And that's if the user manually types in the

18   item they're looking for?

19   A    Yes.  There is a flag that showed it as a typed

20   -- into the address bar at the top of the web

21   browsing program.

22   Q    Like if I went to Google and typed in Judge

23   Merryday?

24   A    I would see Google, but I would not see "Judge

25   Merryday" referenced as a typed URL.  Assuming I

1    understand that "Judge Merryday" you place in the

2    Google search on the page.

3    Q    Which is the subject I'm researching?

4    A    Right.  No, I won't see that.

5    Q    But you would be able to tell whether or not I

6    manually did a search, just not what I manually

7    searched?

8    A    In that Google example, I would see the

9    www.google.com, and that referenced as a typed URL.

10   Then my next entry I'm going to see is

11   www.google.com slash search, question mark, Judge

12   Merryday, question mark, slash -- there's some other

13   code that's in there.  In other words, the Google

14   page passes up its search reference within the

15   address.

16   Then ostensively if you went to Judge Merryday's

17   home page, which was called judgemerryday.com, then

18   the next site I would see is www.judgemerryday.com.

19   Q    But the intervening entry which said "Google",

20   "whatever-things-in-between", "search", and then

21   "Judge Merryday" indicates that I'm manually typing

22   in and searching "Judge Merryday" specifically?

23   A    Yes, ma'am.

24   Q    Does it work the same for Wikipedia?

25   A    Wikipedia, I don't know whether if you do a

1     search on the -- within its search panel -- I'd have

2     to research. I don't know how it passes that up.

3     But Wikipedia, each of its articles or references

4     you're looking at, it uses as its web address, so

5     that's where you get to see what actual page it was

6     on.

7     Q    So if this content we're referring to today was

8     accessed on a Wikipedia page, are you saying you

9     cannot tell whether or not the subject matter was

10    manually inputted by the user?

11    A    Right, yes.

12    Q    You cannot tell?

13    A    I'm not sure. I don't know. I'm sorry.

14    Q    You also testified that -- and I'm not sure of

15    the descriptive word you used, but would you agree

16    that the majority of the sites consisting of the

17    Government's Exhibit 47 B that has been introduced

18    you said were based on hyperlinks within other sites?

19    A    Yes.

20    Q    And, therefore, if I understood your testimony

21    correctly, they all originated at what you refer to

22    as a parent site?

23    A    Yes.

24    Q    And would that be like the initial Wikipedia

25    page where this whole process began and everything

1    else relates back to that one parent site?

2    A    Yeah.  Well, for Wikipedia actually I wouldn't

3    describe each of these individual exhibits as

4    children below the main.  They are from a programming

5    perspective, but any hyperlinked article that you go

6    to sort of speaks for itself.  So the topic may be

7    something totally related to the page before it, just

8    if that was hyperlinked on the article you were

9    reading before it.

10    Q    And I believe you testified that in some of

11    these circumstances you were asked to do that, to go

12    back to your spreadsheet, 47 B, I believe --

13    A    Yes, ma'am.

14    Q    -- and look at what came before a site that's

15    been introduced, correct?

16    A    Yes.

17    Q    And what went after?

18    A    Yes.

19    Q    And determine whether or not it was a hyperlink

20    from the prior site?

21    A    Yes.

22    Q    Do you have your spreadsheets from 47 B in front

23    of you?

24    A    Yeah.  For each one here in this box, it's -- I

25    got the exhibit, for example, 47 B-4.  I found its

1   website reference in that whole listing on the disc

2   that was entered and then found it and just copied

3   out the five before and five after it for each of

4   these.

5   Q    Okay.  And since you mentioned 47 B-4, which is

6   probably the first one you have in front of you --

7   A    Yes, ma'am.

8   Q    -- you were able to determine that Exhibit 47

9   B-4 actually originated from a parent site called

10  "cougar"?

11  A    The reference just before it was "cougar

12  vehicle".

13  Q    And the reference right before that "cougar

14  disambiguation"?

15  A    Yes, ma'am.

16  Q    And the one right before that "cougar, the

17  animal"?

18  A    Yes.

19  Q    And you were able to determine that that is

20  where that history began that day, and that was June

21  10th, 2007?

22  A    Yeah, and then there's actually two before it.

23  For example, before "cougar" is the main Wikipedia

24  page, and then the Wikipedia web page.

25  Q    And in researching this, you were able to

1    determine that on June 10th, 2007, when you brought

2    Wikipedia up onto your screen, it actually had

3    "cougar the animal" automatically on there as its

4    home page news article of the day?

5    A    I didn't actually do that, but that's definitely

6    possible.  In other words, there is a page, but I did

7    not -- I didn't go from the bottom down, so to say.

8    Q    Okay.

9    A    I just didn't do it in that method, but I don't

10   disagree that that's probably -- that's what I'm

11   seeing as well.  Off the main page, then there was

12   some type of cougar article.

13   Q    In your analysis and then the information put

14   onto your spreadsheet, you're able to tell exactly

15   how long a certain page in this generation down from

16   the parent is -- how long it's displayed on the

17   screen, correct?

18   A    No.  I wouldn't say I could -- it will just show

19   the time that that actual page was retrieved, but

20   that doesn't necessarily corollate to -- it doesn't

21   track in the page was minimized down to the bottom or

22   up or -- it's just the web browser is then hitting

23   these pages.

24        Since it is a linked form, we are -- I would say

25   it 's my opinion that the time between, you know, the

1    reference to "cougar" and then the time for the

2    "cougar disambiguation", if you subtract those two,

3    that will tell you how long that page was actually

4    being read.

5    Q    Right.  And I guess that's what I was

6    referencing to.  If you use that opinion, since you

7    said it was your opinion --

8    A    Yes.

9    Q    -- the page depicted in 47 B-4 was only viewed

10   for less than 30 seconds?

11   A    If I may just quick do the math -- 37 seconds to

12   four seconds, so yeah.

13   Q    Twenty-seven seconds?

14   A    Twenty-seven, yes.  I'm sorry.

15   Q    And then the next link I believe was to what's

16   in evidence as 47 B-24?

17   A    Let me quick check that one.  May I say, it's

18   "incendiary device"?

19   Q    Yes, sir.

20   A    Okay.  Let me pull it up.  Yes, ma'am.

21   Q    And in your opinion, those numbers tell you that

22   that was only viewed for ten seconds?

23   A    Yes.

24   Q    And then in your analysis, the user moves on to

25   other items, correct, that are not in evidence?

1   A    Yes.

2   Q    And you did that for all of these items,

3   correct?

4   A    Yes.

5   Q    Do you have the results from Government's 47

6   B-23?

7   A    23?  Yes, ma'am.  Let me get it out here.  Okay,

8   I have it.

9   Q    And what date was that site accessed?

10  A    To confirm, it's "destructive device"?

11  Q    Yes, sir.

12  A    That's July 27th at 3:23 and 43 seconds a.m.

13  Q    And given the process we've been going through,

14  how long was that viewed in your opinion?

15  A    Nine seconds.

16  Q    And 47 B-12?  To assist you, that is on fuses.

17  A    Yes, ma'am.  Here it is, okay.  "Fuse" I have at

18  July 10th, 2007 at 2:35 and 11 seconds a.m.

19  Q    And how long was it viewed?

20  A    Forty-nine seconds.

21  Q    Now, on the July 10th date that we're talking

22  about, and you just testified that the fuse, the web

23  page, which is Government Exhibit 47 B-12 -- the

24  sites leading up to that, your analysis showed dealt

25  with fireworks, correct?

```
 1    A    The only one that I have in front of me is five

 2    up, so it stops at Wikipedia.  I don't have before

 3    that, ma'am.

 4    Q    You don't have the entire spreadsheet from that

 5    day's events?

 6    A    No, ma'am.  No.

 7    Q    Do you remember looking at anything else that

 8    dealt with fireworks on that date leading up to the

 9    fuse inquiry?

10    A    I'm sorry, I just don't remember.

11    Q    That's fine.  47 B-9.  You can go ahead and pull

12    B-10, too.  I think they're related.

13    A    Yes, ma'am.  Okay, I have 9 and 10.

14    Q    And 11?  I'm sorry.

15    A    And 11.

16         THE COURT:  Ms. Dyer, do I correctly sense that

17    your examination will persist for some time?  Go

18    through each of these exhibits and the like?

19         MS. DYER:  I only have a few more questions,

20    Your Honor.

21         THE COURT:  Okay.  That was a lunch hour

22    question and not a complaint about your

23    Cross-Examination.

24         MS. DYER:  Yes, Your Honor.

25         THE WITNESS:  Okay.  So I have 9, 10, and 11
```

1    ready.

2    BY MS. DYER:

3    Q    What date did your analysis show that those were

4    viewed?

5    A    For 9, I have July 28th, 2007, in the ballpark

6    of 4:10 a.m.

7         On the Exhibit 10 in the same series as well,

8    July 28th, 4:10 a.m.

9         And on the -- if I could just try to get all

10   three going.  Here it is.  July 28th, 07, at 4:14

11   a.m.  So all three at the same date and time, and

12   general time frame.

13        THE COURT:  And you're expressing it to the

14   courtroom here in Eastern Time?

15        THE WITNESS:  Yes, Your Honor.  The time had

16   been adjusted to Eastern.

17   BY MS. DYER:

18   Q    So if I understand that correctly, they're all

19   in the same string of searches or links?

20   A    Yes.

21   Q    And the first one, 47 B-9, which you said was at

22   4:00, 11 minutes, and ten seconds --

23   A    Yes, ma'am, for potassium nitrate.

24   Q    Yes.  Is the initial one of the three, correct?

25   A    10 is gunpowder and then 11 is nitroglycerin.

1    There is a few between the gunpowder and the

2    nitroglycerin.

3    Q    Right.  But my question is:  Of the exhibits,

4    the first one to be viewed is Exhibit 9, which is

5    potassium nitrate?

6    A    Yes.

7    Q    Then Exhibit 10, then Exhibit 11?

8    A    Yes.

9    Q    And so Exhibit 9, according to the numbers and

10   your opinion, was viewed for, it looks like, eight

11   seconds?

12   A    Eight seconds, yes, ma'am.

13   Q    And then Exhibit 10 was viewed for 40 seconds?

14   A    Forty seconds, yes.

15   Q    And then you said it goes on to some more before

16   it gets to Exhibit 11?

17   A    Yes.

18   Q    And one of those items is the Fall of

19   Constantinople?  Did you get that in your research?

20   A    Yes.

21   Q    And then we get to Exhibit 47 B-11 at 04:14:14?

22   A    Yes.

23   Q    And that is viewed for 21 seconds?

24   A    Looks like 23 seconds.

25   Q    Thank you, 23 seconds.  So the process from 47

1   B-9 till or beyond 47 B-11 was approximately three

2   minutes?

3   A    We would go from 4:11 to 4:14.  Yes, about three

4   minutes.

5   Q    And when you trace back five links from 47 B-9,

6   which is the potassium nitrate, this string started

7   with Nobel, as in Nobel Peace Prize?

8   A    Yes, as Nobel.

9   Q    And the next one is Alfred Nobel?

10  A    Alfred Nobel, yes, ma'am.

11  Q    And is that the father of the Nobel Peace Prize

12  that you know of?

13  A    It may be.

14  Q    If you don't know, that's fine.

15  A    I'm sorry.

16  Q    Now, you testified concerning I think it was

17  Exhibit 47 C, which talks about the user name

18  accounts for this computer?

19  A    Okay.  Yeah, I think it's the Registry report.

20  Is that right?

21  Q    Yes.  The very --

22  A    47 C, yes, ma'am.

23  Q    The big pretty blue exhibit on the first.  You

24  said there were three accounts for this computer?

25  A    Yes.

1    Q    One was Home, which is automatically --

2    A    I've seen it that way, so it very well --

3    Q    Then there's Mariam, M-A-R-I-A-M?

4    A    Yes, ma'am.

5    Q    And Usef, U-S-E-F?

6    A    Correct.

7    Q    You're aware that there were other adults that

8    had access to that computer besides someone named

9    Mariam and Usef, correct?

10   A    No, I'm not aware of any of that.

11   Q    Not aware?  Okay.  And I believe that exhibit,

12   and I don't have it with me, has an opportunity for

13   this user when they set up the account to put a

14   little picture next to the name of the account?

15   A    You can, yes.

16   Q    Is there one reflected on Government's Exhibit

17   47 C?

18   A    47 C shows the icons is the term that they used

19   for their profiles.  I don't have one of the actual

20   set up process where you pick that.

21   Q    Showing you 47 C.

22   A    Yes.

23   Q    This is what I'm referring to.

24   A    Okay.

25   Q    And the picture next to name Usef is of palm

1    trees?

2    A    Yes, ma'am.

3    Q    In your review of all of the activity that was

4    going on surrounding the Internet history and the

5    sites that you have talked about and have been

6    admitted into evidence today, you were able to

7    determine, were you not, that at the time some of

8    these sites were accessed other activity was going on

9    on the computer simultaneously?

10   A    The only thing I would have seen is other site

11   references or -- I'm not sure what you mean by other

12   activities as far as --

13   Q    Let me throw out on example and see if it

14   clarifies.

15   A    Okay.

16   Q    When you were researching the July 27th Internet

17   history, did that Internet history analysis -- didn't

18   it reveal that at the same time some of these sites

19   were being accessed someone was playing a game of

20   on-line chess?  Do you remember that?

21   A    I remember referencing to game sites and chess,

22   yes.

23   Q    And do you remember during some of the times

24   that some of these exhibits were accessed people were

25   accessing email accounts simultaneously?

1    A    Simultaneously, I'm not sure.  But there is

2    absolutely references co-mingled with game sites,

3    email addresses, yes.

4    Q    And were you asked to go out and see which email

5    accounts were being accessed within the time

6    parameters that these exhibits were being accessed?

7    A    No.

8    Q    Would you have the ability to do that?

9    A    It depends on how it passed up to the web

10   history whether that information is in there.  So I

11   would have to look at it specifically to see if that

12   data is even there.  It may or may not.  When I say

13   "pass that", attach it in as the address.  We may see

14   reference to a web page where you check your email,

15   but may never see the log-in or who it was to trace.

16   I'd have to look at it case by case.

17   Q    But you were never asked to do that?

18   A    No.

19        MS. DYER:  Nothing else, Your Honor.

20        THE COURT:  Thank you, Ms. Dyer.

21        Mr. Hoffer, you are recognized for Redirect

22   Examination.

23        MR. HOFFER:  Thank you, Your Honor.

24                    REDIRECT EXAMINATION

25   BY MR. HOFFER:

1    Q    Now, Mr. Pivnichny, since it was brought up, I'd

2    like to ask your indulgence to go through that 47 B

3    series with me just very quickly to just record the

4    dates and times because I don't think we did that.

5    And something of the background.

6    A    Okay.

7    Q    Could we start with 47 B-4, the first in the

8    numerical sequence.  That exhibit, according to the

9    information you have, when was it accessed, date and

10    time?  First of all, what's the title of the exhibit

11    itself?

12    A    47 B-4.

13    Q    47 B-4, the first numerical in the sequence?

14    A    It is a Wikipedia article on "improvised

15    explosive device."

16    Q    When was that accessed date and time as best you

17    can tell?

18    A    That site was accessed on June 10th, 2007, at

19    10:53, 37 seconds, p.m., 10:53 p.m.

20    Q    I'm sorry.  Do you have the material that would

21    tell you the visit sites just preceding and just

22    after?

23    A    Yes.

24    Q    And what information do you have on the

25    preceding or succeeding visits from this particular

1    site?

2    A    So starting -- would you like me to start at the

3    fifth before it and come down?

4    Q    If you have that, yes.

5    A    Yes.  This session started at 10:53, going to

6    the actual main Wikipedia site.  The article on

7    cougar was viewed, which then went to the cougar

8    disambiguation reference to it.

9    Q    Okay.  That was a term you used before.  Can you

10    explain, if you know, what that term is?

11    A    Sure.  A lot of the Wikipedia sites will say

12    "disambiguation" or -- you're on a term.  I'll use

13    "cougar" as an example.  You may be looking at a

14    picture of a cougar, the animal, if you're reading

15    about the cougar.  But Wikipedia will put at the top

16    saying if you want to expand the term "cougar" that

17    there's other cougary (ph) things out there that have

18    nothing to do with the animal, you can click on the

19    disambiguation and it will give you a list of:  Do

20    you mean cougar, the animal?  Cougar, the car?

21    Cougar, the name of a pencil?  Cougar -- whatever

22    someone has a reference to it.

23    After looking at the cougar site, the next one

24    is expanding out to give me a list of cougar

25    ambiguous type terms, which then linked to the cougar

1    vehicle page.  Meaning, they wanted to look at

2    whatever a cougar vehicle is.

3         From the cougar vehicle site, the hyperlink to

4    "improvised explosive device" was accessed.

5         From there it went to "incendiary device."

6         From there, a search of "thermite."

7         From there, "mark 777 bombs."  I'm sorry "bomb",

8    not plural.

9         From there, an outside reference to what appears

10   to be a DOD military site on the MK 77.

11        Then a site, ordinance.org of a website

12   firebomb.

13   Q    And again, the date of that?

14   A    These are all on June 10th, 2007, from 10:53

15   p.m. to 10:56 p.m.

16        THE COURT:  I hate to intrude, Mr. Hoffer, but I

17   think it's a good time to go to the lunch hour before

18   we go further in this list of exhibits.

19        It's ten minutes after 1:00.  We ran a little

20   bit over here.  But, members of the jury, if I can

21   ask you to assemble in the jury room in time to

22   resume these proceedings at 2:30, that will give you

23   about an hour and 15 minutes, as usual, for your

24   lunch hour.

25        Please be mindful of my precautionary

1    instructions, and I'll spare you entirely the

2    repeating of even one of them, although I know you

3    know them all.

4         Mr. Watts?

5         THE COURT SECURITY OFFICER:  Rise for the jury,

6    please.

7         (Jury out at 1:10 p.m.)

8         THE COURT:  Anything further from the United

9    States?

10        MR. HOFFER:  No, Your Honor.

11        THE COURT:  Defense?

12        MR. ALLEN:  No, sir.

13        THE COURT:  The witness can step down and make

14    yourself be at ease.  We'll see you at 2:30.

15        We're in recess until then.

16        (Recess from 1:11 p.m. until 2:34 p.m.)

17        THE COURT:  Mr. Watts, if you will return the

18    jurors to the courtroom?

19        THE COURT SECURITY OFFICER:  Yes, sir.

20        THE COURT:  I note the presence of all four

21    counsel and the defendant himself.  The time is 2:36.

22        (Jury in at 2:36 p.m.)

23        THE COURT:  Please be seated, one and all.

24    Members of the jury, you will remember that when we

25    broke for the luncheon hour, Mr. Hoffer was midway in

1    his Redirect Examination of Mr. Pivnichny, which

2    examination Mr. Hoffer is now recognized to resume.

3            MR. HOFFER:  Thank you, Your Honor.

4                    REDIRECT EXAMINATION CONTINUED

5    BY MR. HOFFER:

6    Q    Now, Mr. Pivnichny, when we broke we had looked

7    at for a moment 47 B-4.

8            Do you have Exhibit 47 B-5 up there in front of

9    you?

10   A    Yes, I do.

11   Q    Do you also have some material that will refresh

12   your recollection as far as the sequence both before

13   and after that visit to that particular site?

14   A    No, I do not.

15   Q    Do you have it in that box there?

16   A    No.  It was taken out.

17   Q    Okay.  Number 5 is not there?

18   A    Let me see.

19   Q    It may not be in order.

20   A    Yes.  Yes, I have Number 5.

21   Q    Before I get to the sequence, first of all,

22   could you tell us, Exhibit B-5, when was that

23   accessed, date and time, please?

24   A    That reference sheet I don't have with me here.

25   Q    Okay.  Does the summary -- do you have a summary

1    sheet that will let you tell that?

2    A    I have the printout of Exhibit 47 B-5.  My

3    reference sheet I don't have available.

4        MR. HOFFER:  Let me do it this way.  May I

5    approach the witness, Your Honor?

6        THE COURT:  You may.

7        THE WITNESS:  Now, I do.

8    BY MR. HOFFER:

9    Q    Sir, I've handed you what's marked for

10   identification Government's Exhibit 89?

11   A    Yes, sir.

12   Q    And does that allow you -- what type of document

13   is 89, first of all?

14   A    Okay.  89 is for each Exhibit 47 B item numbers.

15   These are all documents I created where off of the

16   master list of all the Internet history for each of

17   these exhibits, the time and date as well as the five

18   before and after were copied out of that master list

19   just for each of these specific exhibits.

20   Q    And does -- the content of each of the pages or

21   parts of Government's Exhibit 89, how does that

22   relate to data that's in the disc you have up there

23   at 47 B?  Is it from that source?

24   A    This is all within that, yes.

25       MR. HOFFER:  Your Honor, at this point I would

1       offer Government's 89.

2           MS. DYER:  May we approach, Your Honor?

3           (At side bar, on the record.)

4           THE COURT:  I must admit to being mildly

5       confused at this point.  Your objection -- the legal

6       basis for your objection is?

7           MS. DYER:  My initial objection, Your Honor, is

8       that this only shows the five previous and the five

9       subsequent.  It does not put into context the entire

10      string.  Especially, it does not go all the way back

11      to the parent page that he referenced earlier.

12          More specifically, Your Honor, I don't know how

13      these are numbered.  But on some of these I have --

14      do you see where it says which exhibit it is, 47 B

15      whatever?

16          THE COURT:  Yes.

17          MS. DYER:  On 47 B-15 --

18          THE COURT:  All right.  Hold on a second.  Yes?

19          MS. DYER:  The initial entry there is Sami

20      Al-Arian, so I would lodge a 401, 403 objection.

21          Again, Your Honor, since the evidence has now

22      established that the sites actually in question have

23      been accessed for seconds, I would renew my original

24      401, 403 that the additional information's

25      prejudicial impact way outweighs any probative value

1    linking to a site for eight seconds.

2         THE COURT:  So I think that's three objections:

3    One, you say that the plus five/minus five site

4    scheme is too narrow.

5         MS. DYER:  Yes, Your Honor.

6         THE COURT:  Sami Al-Arian draws a prejudice

7    objection, although the next one is Palestinian

8    Islamic Jihad and that didn't draw a prejudice

9    objection.

10        MS. DYER:  Actually, Your Honor --

11        THE COURT:  And the third one is that the

12   relevancy predicate, in essence, has failed by

13   showing that the time of review of each of these

14   sites is *de minimus*.

15        So recognizing those three objections, Mr.

16   Hoffer, what says the United States?

17        MR. HOFFER:  I'll start with the last one.

18   Obviously, the amount of time is certainly enough to

19   scan a page, read it, or print it, depending on how

20   much time for each site.  That's for the jury to

21   decide as far as the weight to give to any site

22   visited.

23        As far as the 401, 403 overall objection, it's

24   interesting to me that it's fine on Cross-Examination

25   to elicit what they want as far as contextual visits

       1    before or after, but for some reason when the

       2    Government tries to do it, it's not relevant and it's

       3    too prejudicial.  That would be my observation, Your

       4    Honor.  I'm only redirecting on exactly the area they

       5    went into on their Cross.

       6        THE COURT:  Actually, I think I agree with Mr.

       7    Hoffer's arguments in both counts.  That sounds to me

       8    like a jury consideration and not a relevance

       9    threshold.  Overruled.

      10        MS. DYER:  Yes, Your Honor.  Just to note, your

      11    comment on the Palestinian Islamic Jihad --

      12        THE COURT:  That was said in gist.

      13        MS. DYER:  You had overruled it before lunch, so

      14    I didn't read it a second time.

      15        THE COURT:  All right.  Point taken.

      16        (End of side bar discussion.)

      17        THE COURT:  The objection is overruled and

      18    Exhibit 89 is received on behalf of the United

      19    States.

      20        (Government's Exhibit No. 89 is received into

      21    evidence.)

      22    BY MR. HOFFER:

      23    Q    Just sticking with -- you have 47 B-5 there in

      24    front of you, correct?

      25    A    Yes, sir.

1   Q    That's where we were.  Just again date and time

2   if you have the ability now to refresh your

3   recollection on when that site was accessed?

4   A    Yes.  July 18th, 2007, 3:10, 55 seconds, a.m.

5   Q    And what is the subject nature or -- actually,

6   if we could publish as we go through each of these.

7   A    Sure.  It's the Internet Wikipedia site for

8   nitrate.

9   Q    Now, the legend up on top in the square box,

10  that makes some reference to Wikipedia.  You said

11  earlier you know something about how that process

12  works as far as revisions and going back in time?

13  A    Yes.

14  Q    And is it your understanding that these various

15  exhibits contain the version of the Wikipedia entry,

16  if that's what's accessed, that would have been in

17  existence at or about the time of the site visit?

18  A    Yes, that's my understanding.  While these were

19  pulled, this date and time was referenced and this

20  version is the one that would be in the time frame

21  reflective of the Internet history.

22  Q    Is that something that anyone can access on any

23  entry of that Wikipedia, if you know, if they want to

24  go back or forward in time to see the versions that

25  exist at a particular moment?

1    A    Yes.

2    Q    Could we look at B-7 I think is the next one on

3    your list there?

4    A    Sure.

5    Q    First of all, I ask you the predicate of the

6    type of entry and date and time of access?

7    A    Sure.  47 B-7 is the Wikipedia site for the

8    Bureau of Alcohol, Tobacco, Firearms & Explosives.

9    It was accessed July 22nd, 2007 at 1:40 and two

10   seconds a.m.

11   Q    And can you tell from Exhibit 89 what preceded

12   and followed that access visit to that particular

13   site?

14   A    Yes.

15   Q    Could you just give us the four or five before

16   and four or five after?

17   A    Sure.  Starting at the fifth highest or the

18   earliest, there was a site on Wikipedia "hand

19   loading" and then image of "Hornady reloading press."

20        The site google.com is checked.

21        Then the Wikipedia site S-A-A-M-I, Sami, which

22   caused the link to this site being displayed, the

23   Bureau of Alcohol, Tobacco, Firearms & Explosives.

24        The next reference is -- within this Wikipedia

25   site, it's taken down to the section on regulation of

1    firearms.

2        From there, these would all be, the next two,

3    Wikipedia sites titled "firearm case law in the

4    United States" and "Second Amendment to the United

5    States Constitution."

6        From there, the website sportsmanguide.com is

7    looked at and the Wikipedia site is reviewed on a .22

8    long rifle.

9    Q    Let me ask you about Government's Exhibit 47

10   B-8.  The first question would be time and date of

11   the access or visit to that particular website?

12   A    Yes.  47 B-8 is an article researched on

13   ammonium nitrate.  It's accessed July 12th, 2007, at

14   2:17, 51 seconds, a.m.

15       Starting before it, the main page of Wikipedia

16   is accessed.

17       Then within Wikipedia a search for ammonia is

18   conducted, which then indicates to me to answer --

19   you know, it does show the search within Wikipedia

20   for ammonia.  That brought up the article for

21   ammonia, which was linked to ammonia uses, which then

22   took it to this ammonium nitrate page.

23       From there, the link was accessed to B-L-U dash

24   82.

25       Google is then accessed, and the search for "22

1   LR gun" is searched within Google.

2       A final page web page of <u>221rconversions.com</u> is

3   accessed.

4       Then we have a link within Google, an ad for a

5   game web page is brought up after that.

6   Q   Same question with respect to Government's

7   Exhibit 47 B, I guess, 9.  Do you have that there in

8   front of you?

9   A   Yes.

10  Q   Can you first tell us when it was accessed in

11  time and then the preceding five and succeeding five

12  if you have it?

13  A   Sure.  47 B-9 is the Wikipedia article on

14  potassium nitrate.

15      The sequence before and after started off with

16  the Wikipedia search for "Nobel", N-O-B-E-L.  The

17  Wikipedia site for "Nobel" is displayed.  Then

18  "Alfred Nobel", then "Sanremo".

19      From there a site Beatrice Cenci, C-E-N-C-I.

20  That was then linked to this potassium nitrate

21  displayed.

22      From there to the Wikipedia site gunpowder.

23      From there an image of Mooko-Suenaga.

24  Q   Perhaps you want to spell that for the reporter,

25  if you could?

1    A    Yes.   M-O-O-K-O dash S-U-E-N-A-G-A.   It's an

2    image.

3         From there the site of Fall of Constantinople.

4    Within that Fall of Constantinople site, the subtopic

5    of consequence.

6         And, finally, the Wikipedia article for Mehmed

7    II, which is M-E-H-M-E-D, underscore, II, two roman

8    numeral Is.

9    Q    Now, 47 B, which is this entry up on the screen,

10   was that one of the sites visited actually in that

11   last sequence you just mentioned?

12   A    That was the site that was linked to from the

13   potassium nitrate.   So if you look at the potassium

14   nitrate article, there'll be a hyperlink in there for

15   gunpowder.   Then that was clicked to get to the

16   gunpowder.

17   Q    Again, just as far as when the gunpowder site

18   that's up there in 47 B-10 was accessed, date and

19   time, again, so we have the time?

20   A    July 28th, 2007, 4:11 and 18 seconds in the

21   morning, a.m.

22   Q    Same question with respect to 47 B-11, which I

23   think is the next in your sequence, which I'm going

24   to put up here on the monitor.   Date and time that

25   was accessed according to the records you reviewed?

1    A    July 28th, 2007, at 4:14 and 14 seconds, a.m.

2    That's for nitroglycerin.

3    Q    Now, again, let me ask you if you could -- if

4    you were able to determine the five preceding and the

5    five succeeding entries visited after this particular

6    site?

7    A    Yes.  It started off continuing on for from the

8    website Mehmed II.

9    From there it was linked to black powder.

10    Within the black powder article, the actual topic of

11    black powder was jumped to.

12    From there it went to gun cotton to Cordite,

13    C-O-R-D-I-T-E.  Cordite took us to nitroglycerin

14    displayed.

15    From there, chemistry.

16    Next Google is -- www.google.com.  However,

17    that's about 15 minutes later.  A search in Google

18    for gunsmith school is conducted.

19    The website pagunsmith.com is brought up.

20    And a website gunnersden.com with a sub website

21    name of gunsmithschools.

22    Q    Now, is this actual sequence you just described,

23    can you tell, a continuation of the one you just were

24    talking about a minute ago?

25    A    Yes, the number before this.

1   Q    47 B-12.  I think you have that there as the

2   next in the sequence?

3   A    Yes, I do.

4   Q    Date and time, please, if you would of the site

5   visit to this particular site?

6   A    Sure.  The Wikipedia article is on a fuse,

7   specifically for explosives, which was accessed July

8   10th, 2007, at 2:35 and 11 seconds, a.m.  2:35 in the

9   morning.

10       I'll start at the top.  Wikipedia is brought up.

11  From Wikipedia, within that a search is checked for

12  fuse, and the search is sent forward.  A general fuse

13  article is brought up.

14       From there it's researched on fuse hydraulic.

15       From fuse hydraulic, it went to fuse explosive,

16  the one displayed.

17       From there it went to prima cord.

18       From there, match lock.  And then we end for

19  July the 10th.

20       The next Internet reference then picks up on

21  July 12th, if you want me to keep going on those two.

22  Q    So there's actually a day or two break?

23  A    Yes.  On 47 B-12, after the match lock is

24  checked at 2:36 in the morning, in a.m., the next

25  entry then isn't until July 12th, which is a fresh

1    Google start wherein the term "H-C-S-O" is searched,

2    and an article about the Hillsborough County

3    Sheriff's Office is brought up.

4    Q    How about 47 B-15?  Do you have that there?

5    A    Yes, I do.

6    Q    I would ask you the same question about the

7    initial search and access to that website.

8    A    Yes, that is on May 28th, 2007.  The article is

9    the Qassam rocket, which was viewed at 6:51 and 52

10   seconds in the evening, p.m.

11        Starting at the top, the site was the -- these

12   are all Wikipedia sites I'm about to reference.  It's

13   Sami Al-Arian is checked at 6:47:32.

14        From the Sami Al-Arian site, we're linked to the

15   Palestinian Islamic Jihad.

16        From there it goes to the al-Quds rocket,

17   Q-U-D-S rocket.

18        From that site we check Ashkelon,

19   A-S-H-K-E-L-O-N.

20        That site goes to the Palestinian Domestic

21   Weapons Production site, or, I'm sorry, not site,

22   article within Wikipedia.

23        That is then linked to the Qassam rocket.  From

24   there the image of the Qassam rocket is viewed in

25   detail.

1    Then it goes to al-Quds 3, A-L-Q-U-D-S-3.

2    Then it's B-M 21.

3    Then it's popular underscore resistance

4    underscore committees.

5    And, finally, Tanzim, T-A-N-Z-I-M.

6    Q    And can you tell just from an entry such as

7    this -- they're all in Wikipedia.  Does your records

8    reflect whether sites were manually typed in or how

9    the navigation went from one site to the other?

10   A    It doesn't specify that any of these were

11   recovered as a typed URL, which is saved differently.

12   And the last visited site is in sequential format to

13   indicate manual clicking through each topic that each

14   of these had a -- each site had that term hyperlink

15   that would then take you to the next.  So this is an

16   accurate path of how it navigated from Sami Al-Arian

17   down to Tanzim.

18   Q    I think a continuation of the same sequence is

19   contained in 47 B-21.  I've put that up here.  Do you

20   see that reference as to when that was accessed in

21   your record there, Government 89?

22   A    Yeah.  This was is the al-Quds rocket site I

23   just spoke of, May 28, 6:51 p.m.  Since we've shifted

24   down a few, the few that got us prior to the Sami

25   Al-Arian site, before that was Canonisation,

1  C-A-N-O-N-I-S-A-T-I-O-N.  That article took us to St.

2  Peter.

3      From St. Peter, it won't to disciple

4  Christianity.

5      Then from there to the Sami Al-Arian, which then

6  took us to the Palestinian Islamic Jihad; this

7  exhibit here, the al-Quds rockets; and down to the

8  al-Quds 3 file.

9  Q    Since you mentioned it, we'll just use this one

10  page out of Government's 89 in evidence as an

11  example?

12  A    Yes.

13  Q    This is the page you're referencing, correct?

14  A    The one in the middle is Exhibit 47 B-21, that

15  site that was just up.  And then again --

16  Q    I'm sorry, sir.  This one there, exhibit -- it's

17  an exhibit, right?

18  A    Right.  That's the actual exhibit.  And then

19  this is just a sampling of the five before and after,

20  painting a little broader picture of coming in and

21  out of it and where I talk about the dates are all

22  the same.

23      So if we start at the Canonisation, you're at 22

24  seconds.  The idea being you read the Canonisation

25  site and it takes you about 17 seconds to look

1     through it.

2         Then when you find the word "St. Peter", you

3     then make a choice to say, okay, I now want to learn

4     more about St. Peter.  So you click on St. Peter, and

5     then somewhere in that -- and when that hyperlink is

6     hit, an Internet history reference to it is made, and

7     where I pulled this from.  Ostensively, the user

8     reads through that until they hit this disciple - if

9     I'm saying that wrong, I apologize - Christianity.

10    Somewhere within that article it appears Sami

11    Al-Arian's name was hyperlinked, so that was hit.

12    And you just go through.

13        This is where I also referenced that automation

14    or when a script is written as a term to traverse.

15    Generally, it has to be pattern based.

16        If the red arrows can go away here.

17    Q    I'll clear it.

18    A    If you have 22, then the 39 and the 50, then the

19    32, 40, that in my opinion is showing human behavior

20    that you might take a little longer to read through

21    this article, then you may breeze through the next

22    one, if there is something else you're interested in

23    or you've kind of got all you want to see on it.

24    Q    Would the times that you're talking about now,

25    which is in, I guess, this column here, the second

1    column?

2    A    Yes.

3    Q    Would the times on any or all of those entries

4    be enough, for example, to if one wanted to print the

5    contents of that document?

6         MS. DYER:  Objection, speculation.

7         THE COURT:  Say that again, Mr. Hoffer.  I'm not

8    sure I've got that question.

9         MR. HOFFER:  Would the time periods - this is as

10   close as I can from my memory - reflect that each of

11   the entries be enough or sufficient time to allow a

12   person to print the contents of that website or send

13   it to a printer?

14        THE COURT:  And these are not the sites that

15   make up Exhibit 47 B.  These are sites that do not

16   make up 47 B, if I understand correctly.

17        MR. HOFFER:  Some of the sequence, Your Honor,

18   actually are exhibits.

19        THE COURT:  I understand.  In other words, the

20   one that's marked exhibit is, but the balance of them

21   are not.

22        MR. HOFFER:  I'll ask about that one if the

23   Court wishes me to clarify it.

24        THE COURT:  Well, I just wasn't sure whether you

25   were asking if it was enough time to -- the objection

1   was it was speculation, suggesting that there's the

2   absence of a foundation of his knowledge of the size

3   and bulk of those websites.  Sustained.

4   BY MR. HOFFER:

5   Q    Are you familiar having looked at that machine,

6   that E-Machine, and worked with it, do you have some

7   idea of how it functions with other -- I don't know

8   what they're called -- other components that may be

9   connected to it such as printers?

10   A    Yes.

11   Q    Do you have -- do you have specific knowledge of

12   the exact printer that may have been connected to

13   that particular machine back in 2007?

14   A    No.

15   Q    Do you have some knowledge of how printers work,

16   generally speaking?

17   A    Yes.

18   Q    Based upon your knowledge and experience of

19   printers that are available commercially -- and

20   that's where I want us to go now.  We're at

21   commercially available printers that are out there.

22   What is your understanding from your training and

23   experience and knowledge as to how long it takes for

24   a user to send something to a printer to be printed,

25   if you know?

1      A     When the entry is made to the Internet history

2      and this article is present within the web browser,

3      the amount of time it would take would simply be to

4      move the mouse up to the print button, which is

5      either across the top or you may have to hit the file

6      and then print -- two-step process.  Maybe even have

7      a third to hit confirm.  But I would arguably say, if

8      I can just quick count in my head, the amount of time

9      it would take would be maybe four seconds.

10          And then when that's printed, it again spools

11     that out.  In other words, the computer now knows it,

12     it sends it down into the corner.  Starts sending the

13     data out, whatever line your printing is telling it

14     to go to.  That's done in the background.  Now you're

15     back to do whatever you want to do within the web

16     browsing.  So once you hit print, it's sort of out

17     the door.

18     Q     Now, 47 B-22, that's part of this string that

19     was just up on the screen, is it not?

20     A     Yes, it is.

21     Q     So that was -- I think you mentioned -- what

22     time was that website accessed on May 28th?

23     A     The Palestinian domestic weapons production was

24     at 6:51 and 46 seconds, p.m., on May 28th, 2007.

25     Q     Let me ask you about 47 B-23.  Do you have that

1    there in front of you, sir?

2    A    Yes.

3    Q    Now, when was that accessed, date and time,

4    first?

5    A    July 27th, 2007, 3:23 and 43 seconds, a.m.

6    Q    And does Government's 89 show the sequence of at

7    least five sites visited before and after?

8    A    Yes, it does.

9    Q    And what are they, sir?

10   A    The fifth previous was the Wikipedia site for AK

11   47, the topic in that being the legal status.

12        From there -- and I'm sorry.  These are all

13   Wikipedia sites again.  The Gun Control Act of 1968,

14   the article on Robert Kennedy, the article on federal

15   firearms license, the article on Gun Control Act.

16        From there, it came to this destructive device

17   article.

18        From there, straw purchase.

19        Next, national instant criminal background check

20   system.

21        From there, national crime information center.

22        From there, Eric Harris and Dillon Klebold.

23        And, finally, the article on Robin Anderson.

24   Q    Finally, as far as the 47 B series, you have 47

25   B-24?

1    A    Yes.

2    Q    Let me ask you for the date and time for the

3    visit or access to that particular entry?

4    A    Sure.  This is the article on an incendiary

5    device, which was accessed June 10th, 2007, at 10:54

6    and four seconds, p.m., the evening.

7    Q    Again, I would ask you about the preceding five

8    and the succeeding five accessed sites, if you have

9    that?

10   A    Sure.  This started five before with an access

11   to the main page of Wikipedia, the opening page.

12        From there, an article on cougar, then to the

13   term cougar disambiguation.

14        From there, the cougar vehicle was selected.

15   There a link was referenced to an improvised

16   explosive device.

17        Next was incendiary device.

18        Next was thermite.

19        Next was mark 77 bomb.

20        Then an outside website F-A-S, fas.org, with

21   manuals for DOD, with a site of the MK 77.

22   Q    Let me stop there for a second.  You said DOD.

23   Do you know what that means?

24   A    I'll have to pull up here for a second.  If you

25   have -- on 47 B-24, the entry I'm specifically

1     looking at is at 10:56 and 28 seconds, p.m.  The

2     Internet website is fas.org, some organization.  And

3     within it the next subdirectory says "man," M-A-N,

4     which looks like a manual, a manual for D-O-D dash

5     1-0-1.  So DOD manuals.

6          And moving out, a manual about the MK 77 is the

7     name of the site linking just before it, meaning the

8     MK mark 77 bomb.

9          From there, a link is to the site ordinance.org

10    with the website of firebomb, and then finally the

11    main ordinance site finishes it out at 10:56:41 p.m.

12         MR. HOFFER:  May I have a moment, Your Honor?

13         (Pause.)

14         MR. HOFFER:  Thank you, Your Honor.  I have no

15    further questions of this witness.

16         THE COURT:  Thank you, Mr. Hoffer.

17         Has the defense Cross-Examination?

18         MS. DYER:  Yes, Your Honor.  Thank you.

19                     RECROSS-EXAMINATION

20    BY MS. DYER:

21    Q    Sir, as far as Government's Exhibit 89, that's

22    not the entire Internet history for those days in

23    question, correct?

24    A    No, they're not.

25    Q    Do you remember roughly how much actual Internet

```
 1    history -- would query be a good word?  You know what
 2    I'm talking about?
 3    A    Yeah.
 4    Q    What would that be?
 5    A    The Internet history that was recovered on this
 6    computer spanned 17, 18 months worth, and it
 7    consisted of approximately 96,000 lines of -- in the
 8    spreadsheet.  So I want to say at one time to print
 9    it off it would have been hundreds if not thousands
10    of pages.  I mean, in that, each -- there were some
11    days that were easily three, four hundred.  Hundreds
12    and hundreds of references.
13    Q    If we narrow it down to Exhibit 99 from June
14    10th, 2007, I think the latest date is July 8th,
15    2007.  Actually, I'm sorry, it started May 28th, 2007
16    through July 28, 2007, approximately 60 days that
17    covers.  The printout of Exhibit 89 is nowhere near
18    the actual number of Internet hits in that period,
19    correct?
20    A    No.  I would say it's a small fraction.
21         THE COURT:  And that's the aggregate number --
22    that's the aggregate Internet history for all users,
23    not just one of the users, right?
24         THE WITNESS:  No.  This is all just for the Usef
25    account.
```

1   BY MS. DYER:

2   Q    Now that we've brought that up, this is just for

3   the Usef account, which was the only account that was

4   not password protected, correct?

5   A    No.  None of the three had passwords.

6   Q    Now, as I started to ask, as far as Exhibit

7   Number 89, all you were asked to do was go back five

8   entries and ahead five entries from the key exhibit

9   number, correct?

10  A    Exactly, yes.

11  Q    And I believe you testified that you actually

12  can determine by looking at the web address whether

13  or not something in Wikipedia was actually manually

14  searched for or not, correct?

15  A    Yes.

16  Q    So like if we look on Page 2, which relates to

17  Exhibit 47 B-5 --

18  A    Yes, ma'am.

19  Q    -- the second and third entries there actually

20  show that a search was done by the user for a

21  specific item, correct?

22  A    Yes, ma'am.

23  Q    And if that is not available in your printout

24  then it's more likely than not it was linked from a

25  previous site or page?

1    A    Exactly, yes.

2    Q    Now, you testified that what this analysis

3    basically shows is how you link from one page to

4    another page to another page in a string of pages,

5    correct?

6    A    No.  I would best describe it as this is simply,

7    plain and simple, a listing of the websites that were

8    accessed by that profile using that program.  Then by

9    looking at it and bringing in inference or following

10   it through, you can then see the series of actions

11   that took it through that.  But it's sort of in my

12   brain two separate things, I guess.  Two different

13   ways of looking at it.  This is just the fact.  This

14   is what it shows.  And then looking through it will

15   have you generally be able just to follow how then it

16   happened.

17   Q    Right.  Like you said, this is just a fact that

18   something came up at a certain time.  It doesn't show

19   that anybody actually read it?

20   A    I can't show from this list that somebody read

21   it.

22   Q    And there's no evidence that it was actually

23   printed?

24   A    Correct.

25   Q    But we have confirmed that it was not saved onto

1    the hard drive?

2    A    Not that I could tell.

3    Q    And you looked?

4    A    Yes, I did.

5    Q    And it does not show whether or not the person

6    got up and walked away from the computer during that

7    time frame?

8    A    I would say no.

9    Q    Correct?

10   A    Correct.

11   Q    But you were able to determine that somebody was

12   playing on-line chess during one of these time

13   frames?

14   A    Right.  Yes, for the one I saw, a reference to

15   chess being hit.

16   Q    And it also shows factually that Government's

17   Exhibit 47 B-5 was only on there a minute and 14

18   seconds, correct?

19   A    Is that the 10:45 minus 12:42?  Or what --

20   Q    That is --

21   A    I would -- each of the time frames that are

22   coming up, it's -- that site is accessed.  And if

23   they chose not to open a new tab or a new browser,

24   the previous entry would be overwritten with the new

25   page they want to view.

1    Q    I'm sorry, I started with B-5.  If you look at

2    Government's Exhibit 89, it shows that Exhibit 47

3    B-4, improvised explosive device, was opened at

4    10:53:37?

5    A    Yes.

6    Q    And then it moved on -- the user moved on to the

7    next topic at 10:54:04, so it was only open 27

8    seconds?

9    A    Yes.

10   Q    And on that note, when you did the path from

11   cougar and the different variations of cougar --

12   A    Yes.

13   Q    -- to improvised explosive device, the actual

14   link on that cougar vehicle page was the letters

15   I-E-D, correct?

16   A    Yes.

17   Q    And then again, on this same page, although it

18   shows linking next to what's Government's 47 B-24,

19   incendiary device, that's only for ten seconds

20   because then at 10:54:14, they move on to something

21   else, correct?

22   A    Yes, ten seconds.

23   Q    And you said eventually on that day, which is

24   June 10, 2007, it goes down to a link, I think you

25   said, fire bomb?

1    A    That's the name of the web page.  The website

2    hosting that is ordinance.org.

3    Q    And if you flip to the last page of Exhibit 89,

4    which is a continuation of the links for June 10th,

5    2007, it shows that that fire bomb ordinance was at

6    10:56:37 p.m.?

7    A    Yes, ma'am.

8    Q    And then it moved on four seconds later?

9    A    To its main site, yes, ordinance.org.

10    Q    And, again, 47 B-7, Page 3 of Exhibit 89, the

11    key exhibit, ATF, Bureau of Alcohol, Tobacco,

12    Firearms & Explosives, one o'clock, 40 minutes, and

13    two seconds is on then for 20 seconds?

14    A    Twenty seconds, yes, ma'am.

15    Q    And you're able to tell that from each of these

16    pages of Exhibit 89, right, how long the exhibit in

17    question was accessed?

18    A    Well, you see when the next one was accessed.

19    And like I said, unless it was brought to another

20    page to the side or behind it, it will overwrite the

21    one before.  Assuming that -- and in what appears to

22    be, yes, then each of those are only on in that time

23    frame.

24    Q    And on July 28th, 2007, Government's 47 B-9?

25    A    Nine?  Yes.

1    Q    The key exhibit there you said was potassium

2    nitrate, which was on for eight seconds?

3    A    Yes.

4    Q    Then it went to gunpowder for 23 seconds?

5    A    I have gunpowder for 40 seconds.

6    Q    I'm sorry.  You're correct, 40 seconds.

7         Then it goes on.  It continues on until --

8    that's July 20th, 2007, until Exhibit 47 B-11, two

9    pages?

10   A    Um-hum, okay.

11   Q    Nitroglycerin for 23 seconds?

12   A    Yes, 23.

13   Q    And then Wikipedia for chemistry?

14   A    Yes, a general chemistry page.  Yes.

15   Q    And you said in your testimony then about 15

16   minutes later there is a search for gunsmith schools?

17   A    Not in this example.  The -- I remember that.

18   It must have been on a different one.  There was one

19   that there was a time swathe -- I'm sorry, here it

20   is.  From -- the chemistry site is brought up at

21   4:13:37, then the chemistry site is brought off and

22   Google is brought to the forefront at 4:31.  So

23   that's where the 15 minutes came in roughly from 4:13

24   to 4:31.

25   Q    So chemistry --

1    A    Chemistry was up for about 15 minutes.

2    Q    And then there is a specific Google search for

3    gunsmith schools?

4    A    Yes, ma'am.

5    Q    I believe the last -- actually, the three pages

6    dealing with 47 B-15, 21, and 22 --

7    A    Yes.

8    Q    -- are all on May 28th, 2007?

9    A    Yes.

10    Q    And Government's Exhibit 89 and your analysis

11    does not show -- or actually it shows that none of

12    those items were actually specifically searched in

13    Wikipedia by the user, correct?

14    A    Correct.

15    Q    Again, on 47 B-15, the Palestinian domestic

16    weapons production, was on for six seconds?

17    A    Yes.

18    Q    Qassam rocket for four seconds?

19    A    Yes.

20    Q    Al-Quds for 11 seconds?

21    A    The al-Quds rocket?  That one, ma'am?

22    Q    Yes.

23    A    Yes, 11.

24        MS. DYER:  I have nothing else, Your Honor.

25    Thank you.

1          THE COURT:  Thank you, Ms. Dyer.

2          With that, sir, you may step down and you are

3     excused with our thanks.

4          THE WITNESS:  Thank you.

5          (End of excerpt of proceedings.)

6

7                    C E R T I F I C A T E

8          I, Kerry Mercade, certify that the foregoing is

9     a correct transcript from the record of proceedings

10    in the above-entitled matter.

11                                   S/Kerry Mercade

12                                   Kerry Mercade
                                     Court Reporter
13

14

15

16

17

18

19

20

21

22

23

24

25