```
 1                UNITED STATES DISTRICT COURT
                  MIDDLE DISTRICT OF FLORIDA
 2                      TAMPA DIVISION

 3      UNITED STATES OF AMERICA

 4

 5           vs.                 CASE NO. 8:07-cr-342-T-23TBM
                                 March 26, 2009
 6                               Tampa, Florida

 7

        YOUSSEF SAMIR MEGAHED,
 8
             Defendant.
 9
        _____/
10
               TRANSCRIPT OF EXCERPT OF TRIAL PROCEEDINGS
11                   (TESTIMONY OF JAMES YAWN)
               BEFORE THE HONORABLE STEVEN D. MERRYDAY
12                  UNITED STATES DISTRICT JUDGE

13      APPEARANCES:

14      For the Government:   JAY HOFFER
                              ROBERT MONK
15                            Assistant U.S. Attorneys
                              400 N. Tampa Street, Suite 3200
16                            Tampa, Florida 33602
                              813/274-6000
17
        For the Defendant:    ADAM ALLEN
18                            DIONJA DYER
                              Assistant Federal Defenders
19                            400 N. Tampa Street, Suite 2700
                              Tampa, Florida 33602
20                            813/228-2715

21      Court Reporter:       Kerry Mercade
                              801 N. Florida Avenue
22                            Suite 15A
                              Tampa, Florida 33602
23                            813/301-5024

24

25      Proceedings recorded and transcribed by
        computer-aided stenography.
```

1                           **INDEX**

2
**DEFENSE WITNESS JAMES YAWN**
3    Direct Examination by Mr. Allen...........3
     Proffer Examination by Mr. Allen..........26
4    Direct Examination (continued)............51
     Cross-Examination by Mr. Hoffer...........106
5    Redirect Examination by mr. Allen.........151

6
                    **DEFENDANT'S EXHIBITS**
7
      **Number      Description                    Page**
8
      16 C          CD (device tests)..............52
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    DEFENSE WITNESS, JAMES YAWN, SWORN

2              THE COURT:  State your name.

3              THE WITNESS:  James Yawn.

4              THE COURT:  Please have a seat.

5              Mr. Allen, you're recognized for your Direct

6         Examination.

7                         DIRECT EXAMINATION

8         BY MR. ALLEN:

9         Q    Good afternoon, Mr. Yawn.

10        A    Good afternoon, Mr. Allen.

11        Q    Mr. Yawn, what city or town do you live in?

12        A    Gainesville, Florida.  Technically, Alachua.

13        But I work in Gainesville.

14        Q    And when did you first receive any post-high

15        school degrees?

16        A    Post-high school, I graduated from Santa Fe

17        Community College in 1971.

18        Q    And what type of degree did you receive?

19        A    It was an associate in arts degree.  I also a

20        certificate in human service at that point.

21        Q    Also from Santa Fe Community College?

22        A    Also from Santa Fe, yes.

23        Q    And then after that?

24        A    I went on to University of Florida and obtained

25        a bachelor's degree in psychology.

1    Q    And what year was that in?

2    A    74.

3    Q    And then any education after that?

4    A    Yes.  I went back to school in 1990 or 91 and

5    worked on my masters degree in counselor ed, the

6    major being student personnel and higher education.

7    Q    And was that also from the University of

8    Florida?

9    A    Also at UF, yes.

10   Q    And where are you currently employed?

11   A    Santa Fe College.

12   Q    Before you were saying Santa Fe Community

13   College?

14   A    We recently changed our name last year.  We're

15   now offering bachelor's degrees starting this coming

16   fall.

17   Q    All right.  And when did you first become

18   employed at what was then Santa Fe Community College?

19   A    Actually, while I was a student there.  As part

20   of the human services associate program, I did an

21   internship and a work exploration program working

22   with people with disabilities trying to help them

23   return to work, and stayed on.  I've essentially been

24   at Santa Fe ever since.

25   Q    So you've been working there since 1972?

1    A    Right.

2    Q    And what current position do you hold there?

3    A    I'm coordinator of the Career Resource Center at

4    Santa Fe.

5    Q    And as part of your employment at Santa Fe, do

6    you lecture in any of the classrooms?

7    A    Yes, I do.

8    Q    And what sort of topics do you lecture on?

9    A    A variety of them.  Most are related to career

10   development in some way or other.  I have a lecture I

11   call Economics, which is the intersection of identity

12   and economy.  I lecture on psychological type as it

13   relates to work and life, and quite a number of other

14   topics.

15   Q    And have you received any awards while at Santa

16   Fe?

17   A    A few.  I was very proud to receive the Cameron

18   Hall award in 1992, I believe it was, which is one of

19   the leading awards for student service practitioners

20   here.  And a few other awards from Santa Fe:

21   Quarterly Service and Wall of Fame.

22   Q    Now, in addition to your sort of educational

23   employment path --

24   A    Right.

25   Q    -- do you have any experience or expertise

 1    regarding model rocketry or amateur rocketry?

 2    A    Yes, I do.

 3    Q    Okay.  Let's discuss that.  Do you have any

 4    experience with sugar-based rocket propellants?

 5    A    Yes, indeed.

 6    Q    And can you let the jury know what that

 7    experience is?

 8    A    It's long-ranging experience.  I started working

 9    with sugar propellants as a teenager, not making

10    anything very successful with it at that point.

11         In 1977, I discovered a process for making sugar

12    propellant that was safer and better than most other

13    processes and have been developing that process and

14    the motors related to it ever since.

15    Q    Okay.  You said "motors".  And we'll get to this

16    in more detail later, but what are you referring to

17    when you say "motors"?

18    A    The motor is the part of the rocket that propels

19    it, sort of like the engine in a car.

20    Q    Okay.  Have you created any websites regarding

21    this propellant?

22    A    Yes, indeed.

23    Q    Can you tell the jury about that?

24    A    Well, actually, I have two of them.  One is

25    jamesyawn.com and the other is jamesyawn.net.

```
1    Originally, it was just to share with rocketeers how
2    to make this propellant so they could test it out and
3    help me develop the process.  It's since expanded
4    into a site detailing quite a few aspects of amateur
5    rocketry and how to make things happen.
6    Q    What sort of Internet traffic do you receive to
7    that site, if you know?
8    A    I did a survey the other day.  I'm not sure I
9    know to interpret my stats, but it looks like I get
10   about 700 different visitors each day, or at least I
11   did on the average for the month of February this
12   year.  So about 700 visitors per day.
13   Q    As part of that website, is there any sort of
14   sharing or communication between other rocketeers
15   through that website?
16   A    I don't have any portal whereby people share
17   from one to the other within the site.  I am a member
18   of several discussion groups that do that, and that's
19   how I do my cross-sharing in that regard.  One on
20   sugar propellants in particular, another on PVC
21   motors in particular, and several others.
22   Q    Are you a member of any rocketry associations?
23   A    Yes, three in particular.  One is the Northeast
24   Florida Association of Rocketry, which is based out
25   of Jacksonville and flies -- has a field to fly at
```

1    near Bunnell.

2         I'm also a member of Tripoli Rocketry

3    Association and the National Association for

4    Rocketry, both national and international

5    organizations promoting safe rocketry.

6         THE COURT:  Mr. Yawn?

7         THE WITNESS:  Yes, sir?

8         THE COURT:  I'm going to have to ask you to

9    speak just a little more slowly as you go through all

10   of those names and whatnot because we are making a

11   simultaneous transcript here, so you need to be

12   distinct.

13        THE WITNESS:  Oh, okay.

14        THE COURT:  Mr. Allen?

15        THE WITNESS:  Should I repeat anything?

16   BY MR. ALLEN:

17   Q    Have you been involved in any rocketry

18   presentations?

19   A    Yes, a good number of them.

20   Q    I'm looking at your resume and it appears there

21   was a sugar propellant proposal and demo in November

22   of 2002.  What was that in reference to?

23   A    That was in relation to the Tripoli Rocketry

24   Association which has and promotes safe rocketry

25   through regulations to which members must adhere.

1    Tripoli allows some experimental rocketry.  That
2    means that people can make their own rocket motors
3    and test them at their launches.
4        But they're restrictive, and understandably, in
5    terms of what they will allow at a launch.  They did
6    not here before that allow the use of sugar
7    propellants at their launches.
8        Many of us thought that was not correct, so a
9    friend of mine and I made a proposal to Tripoli that
10   they include sugar propellants in their -- within
11   their experimental regime so that people could use
12   them at their experimental launches.
13   Q    Okay.  And next there was a presentation at
14   Newbury Elementary School (ph) in 2002, 2004, and
15   2006?
16   A    Actually, I've done quite a few of those.
17   Q    What's the details about that?
18   A    They do that for their Science Day and sometimes
19   for their Welcome Back where they want something
20   exciting to happen to get kids fired up.  I go in and
21   often do several back to back sessions, quite
22   honestly, seven or eight of them in a given morning
23   where I'll do a quick talk -- sorry, I'll slow down a
24   little -- a quick lab on what rockets are about, how
25   they work, what they're good for, and how might one

1    use them safely and funly.

2        Then we go out and do a small launch, depending

3    on what can be safely done there.  I may fire a water

4    rocket, do a static test, or fire a saucer launch.

5    Q    It also appears here that you did a presentation

6    at Avito Public Library, Leesburg Public Library in

7    October of 2002.  Was that similar to the elementary

8    school presentations or --

9    A    In some ways, yes.  These were *October Sky*

10   presentations where libraries wished to promote

11   certain books.  They were promoting the *Rocket Boys*

12   book at that time as an October event.  The NEFAR

13   Rocket Club went and did presentations as part of

14   their *October Sky* month, and I was part of those

15   presentations.

16   Q    It also appears that you did a presentation at

17   the Patrick Air Force Base air show in May of 2003?

18   A    Yes, that was more inadvertent than anything.

19   It was an air show where the rocket club went and had

20   a table where people could come and visit and learn

21   about amateur rocketry and sport rocketry.  But the

22   rocket club itself had the opportunity to go and do a

23   launch, a demo launch for the public attending the

24   air show.  So all the other guys went out and did the

25   launch and I sat at the table, but I ended up

1    answering questions from so many people.  It was

2    really exciting.  I just loved it.

3    Q    And then in 2005, it says Tower Road Public

4    Library.  Being from Gainesville, that's in

5    Gainesville, correct?

6    A    Indeed.

7    Q    And what was that presentation about?

8    A    It was similar to the ones that I did at Avito

9    and Leesburg, except they had a display case.  And

10   for every month, they'll have some theme for that

11   month.  Again, it was an *October Sky Rocket Boys*

12   theme.  So I sat up their display case.  At the end

13   of the month, did a presentation to anyone who had

14   shown an interest in the display to want to know more

15   about rocketry.

16   Q    Okay.  I want to discuss with you this sugar

17   propellant we've been discussing.

18   A    Yes.

19   Q    What's the ingredients of that sugar propellant

20   you're talking about?

21   A    Characteristically, potassium nitrate and sugar.

22   Q    Okay.  And how many times have you produced that

23   propellant in your years of dealing with rocketry?

24   A    Quite a few.  I don't know that I can give you a

25   number for my whole career in that, but I did add up

1    all the batches that I'd made in the year 2007, and

2    it was a little over 200 individual batches.

3    Q    I believe you testified that in 1977, you

4    actually perfected a method of making this sugar

5    propellant?

6    A    Not sure "perfected" is the right word, but a

7    leap forward in its development to allow me to

8    continue towards perfection.

9    Q    Okay.  Have you ever published any articles

10    regarding rocketry or rocket propellants?

11    A    Well, outside of my website where I have quite a

12    number of articles, last year -- was it last year?

13    In 2007, I believe, I published an article in *Extreme*

14    *Rocketry* magazine on an ignition system that I

15    developed.

16    THE COURT:  And you say *Extreme Rocketry*?

17    THE WITNESS:  *Extreme Rocketry*, yes, sir.

18    BY MR. ALLEN:

19    Q    Can you tell us a little bit about that

20    publication?

21    A    It's a rocketry publication intended to spread

22    news and word about rockets and sport rocketry and

23    experimental rocketry.

24    Q    Is it like a magazine that would be regularly

25    read by people who are amateur rocketeers?

1    A    Yes.  Yes, indeed.

2    Q    Now, in addition to dealing with this propellant

3    and talking about that, have you ever instructed or

4    provided courses on the making of rocket motors?

5    A    Yes, I have.

6    Q    And looking here at your resume, it appears that

7    at Boynton Beach High School in 2007, you did a

8    presentation?

9    A    Yes, I did that for Eric Lanstrom (ph), who --

10   Q    And what was the nature of that presentation?

11   A    It was showing his high school seniors who were

12   in a special program for science, engineering -- I

13   forget the exact name of it, but it was to promote

14   their development in science, engineering, and

15   mathematics to make model rocket motors from scratch.

16   Q    Then it appears that later in the year 2007, you

17   did a presentation at North Florida Community

18   College?

19   A    Yes.

20   Q    And what was that nature of that?

21   A    Very similar.  I showed the students in the

22   chemistry program there how to make the propellant,

23   how to mold it into proper grains, how to assemble

24   model rocket motors, and then how to static test them

25   and determine the results.

```
 1    Q     It also appears that you did a presentation at
 2    the University of Central Florida?
 3    A     Yes.
 4    Q     And what was that in reference to?
 5    A     Well, I've done several presentations with them.
 6    A couple of them were sugar propellant workshops,
 7    much like I described for North Florida Community
 8    College.
 9          I've also appeared as a speaker for the students
10    or the exploration of development in space at their
11    national conference there.  I think that was in 2006,
12    if I'm not mistaken.  I was one of the speakers for
13    their conference there.
14          And another one for the space conference through
15    the space port.  It's a group of technical societies
16    there, both of them talking about sugar propellants.
17    Q     And you may have just included this and I missed
18    it.  Did you do a presentation at Embry-Riddle
19    Aeronautics University?
20    A     Well, this one was not at Embry-Riddle, but it
21    was for students at Embry-Riddle, again in the SEDS
22    club.  That means Students for Exploration and
23    Development of Space.
24    Q     And in addition to teaching the courses you
25    previously described at Santa Fe Community College or
```

1     Santa Fe College now, have you taught any courses

2     there regarding rocketry?

3     A     Yes, I have.

4     Q     And can you tell us about that?

5     A     Yes.  I teach a course that I call Rocket

6     Science 101.  A bit unfair to call it a whole course;

7     it's a short class that is two Saturdays where on the

8     first Saturday morning we talk about rocketry:  What

9     it's about, what it's for, how they work, what

10    they're good for, and then we build a model rocket.

11    Now, these I don't make propellant or motors.  I

12    simply show people how to build the air frame, which

13    is like the body of a car, and then we use commercial

14    motors to fly them.  We have a field at Santa Fe

15    where we can fly these rockets.

16    Q     And how long have you been teaching that course?

17    A     I believe I started that in 2002.

18    Q     And it's been taught ever since?

19    A     Yes, either once or twice a year.

20          MR. ALLEN:  Your Honor, I would tender Mr. Yawn

21    as a expert in model rocketry and sugar propellants.

22          MR. HOFFER:  Objection, Your Honor.

23          THE COURT:  All right.  You tender him under

24    702?

25          MR. ALLEN:  Yes, Your Honor, as an expert.

1           THE COURT:  You'll have to come to side bar for

2      a moment.  Before you do that --

3           Mr. Hoffer, did you want any voir dire of this

4      witness?

5           MR. HOFFER:  Not at this point.

6           THE COURT:  All right.  Let's come to side bar

7      just a moment.

8           (At side bar, on the record.)

9           THE COURT:  Your objection is?

10          MR. HOFFER:  Your Honor, basically -- I'm

11     looking at the rule.  It's testimony regarding

12     scientific, technical, or other specialized

13     knowledge.  This is a hobby.

14          THE COURT:  I don't understand.

15          MR. HOFFER:  He's a hobbyist.

16          THE COURT:  I don't understand, Mr. Allen.

17          MR. ALLEN:  He has experience and training

18     regarding rocket motors.  He will testify that, one,

19     he duplicated the tests -- and I have a whole bunch

20     of these.  You've seen the videos, Judge.  I showed

21     them to you shortly before the last trial, where the

22     things are put on static tests and they're ignited

23     and the rockets go up into the air.

24          He has -- he can tell -- he will express an

25     opinion that from reviewing these items based on his

experience dealing with rocket motors that these items aren't rocket motors.

In fact, Judge, some of the websites that were on Mr. Mohamed's computer, 11 of them are from his website.

So it's relevant to show that potassium nitrate and sugar mixtures and the combinations found in these items' primary and common purpose is to function to propel, not for an explosion, which is right at the heart of this case.

Two, he'll be able to present a visual presentation of the FBI's testing which was not videotaped.

THE COURT: You're not -- maybe I misunderstood. I thought I asked if you were going to make a 702 proffer and you said yes.

Is this at most a 701?

MR. ALLEN: Maybe I had the number wrong, Judge, and I apologize. I had to think about it when you said 702.

It's 701, Your Honor.

THE COURT: And there's no answer to Mr. Hoffer's 702 objection. This is not any scientific, technical or the like. This is something that he did, and you want him to testify what happened when

1    he did it.

2        MR. ALLEN:  And to give an opinion on what the

3    primary and common purpose of potassium nitrate and

4    sugar mixtures are.

5        MR. HOFFER:  Which he certainly is not qualified

6    to do.

7        THE COURT:  That sounds weak to me.

8        MR. ALLEN:  Judge, he has a website.  He makes

9    it.  He's published articles on it.  He teaches on

10   it.  He's taught -- his experience -- in teaching

11   alone, he teaches --

12       THE COURT:  Teach what?

13       MR. ALLEN:  How to make a potassium

14   nitrate/sugar propellant.  He's been doing it since

15   1971.  He's published articles on it.  He's taught at

16   universities.

17       THE COURT:  Wait a minute.  You may not be

18   taking care in how you're saying this, but I am

19   taking care of how I'm hearing you.

20       MR. ALLEN:  I'm sorry.

21       THE COURT:  And I know Mr. Hoffer is taking care

22   in how he's listening.

23       So let's start over.  You're tendering him as an

24   expert on what?  To provide what sort of testimony?

25       MR. ALLEN:  On model rocket motors and how they

1    work, and how these items were model rocket motors,

2    these PVC pipe motors.

3         THE COURT:  They could be used as -- that they

4    could be used for that purpose.  You're going to

5    establish -- what is he going to say?

6         MR. ALLEN:  He's going to --

7         THE COURT:  That he built one?

8         MR. ALLEN:  Yeah.  He built about 15 of them for

9    this case, and he's built hundreds of them prior to

10   this case.  He's taught people how to build these.

11   He has a website on how to build these.  And one of

12   his websites was accessed by Mr. Mohamed.

13        THE COURT:  Now, let's see if we can draw a

14   couple of distinctions here to make sure we know

15   where we are.  If he is someone who is going to

16   testify historically that he has assembled certain

17   items out of certain components and got certain

18   results, then to the extent that that's relevant,

19   that's not 702 expert testimony.

20        And to the extent that it's asked in the form of

21   "could you assemble these products to get this

22   result," that opinion is admissible under 701 because

23   it's within his direct perception and it is not based

24   on any scientific, technical premise.  So that's one

25   item that we can testify that he has taken these

1    products and assembled this item and gotten this

2    result.  The only reason that I see that that becomes

3    opinion testimony is it's in the form of "could you

4    take these products right here" or "have you taken

5    these products and gotten this result."

6        MR. ALLEN:  And I was going to ask him, "Based

7    on the result and you see, do you have any opinion of

8    what Q 1, Q 2, and Q 3 are, based on your experience

9    and expertise for the last 30 years?"

10       THE COURT:  That's not a matter that aids the

11   perception of the jury.  They can compare a piece of

12   PVC pipe to a piece of PVC pipe.

13       MR. ALLEN:  Judge --

14       THE COURT:  What are Q 1, Q 2, and Q 3?  Pipes?

15       MR. ALLEN:  Yeah.

16       THE COURT:  Dowels?

17       MR. ALLEN:  Together.

18       THE COURT:  Pipes, dowels, and what?

19       MR. ALLEN:  That's what it is.  Well, the items

20   before they were taken apart.  It's the PVC pipe

21   items in the trunk of the car.

22       Their expert testified that these are not rocket

23   motors, they couldn't fly, they're just not rocket

24   motors.

25       Here's a rocket expert based on 30 years of

1    experience who teaches classes regularly on these,

2    who is going to say they are from experience.  I feel

3    confident when the Court hears this testimony, you

4    will conclude he's an expert.

5         THE COURT:  Using the 701 predicate, do you have

6    an objection to the witness testifying that his

7    experience with these products results in this --

8    with these parts can be assembled in such a way to

9    create a particular result, and in his opinion

10   certain stated items can be assembled in that way?

11   What is your objection to that?

12        MR. HOFFER:  Twofold, Your Honor.  Number one,

13   he's a layman.  Now, I know that's why 701 would

14   apply.

15        THE COURT:  701 applies to --

16        MR. HOFFER:  To this particular witness.  He's a

17   hobbyist.  He's not an expert, still he might be able

18   to give an opinion under 701.  Is it helpful to the

19   jury?  Is it a fact in issue?

20        I don't know what testimony Mr. Allen is

21   listening to, but the Government experts all said

22   that this mixture would burn rapidly and that's

23   deflagration they kept referring to.  And if properly

24   set up, would propel.

25        But they also said that these PVC pipes were not

```
 1    rockets, could not fly.  They lacked the aerodynamics
 2    to fly.  That's simply a fact.
 3         Mr. Allen went through that ad nauseam and
 4    there's no dispute that this stuff will burn.  He
 5    wants to have this man give an opinion that potassium
 6    nitrate explosive mixtures like these, which he's
 7    never seen apparently or tested, did not function
 8    ordinarily by explosion.  I submit he doesn't even
 9    know what the term "explosion" technically means.
10         THE COURT:  He's not going to testify about what
11    explosion is.
12         MR. HOFFER:  I think --
13         MR. ALLEN:  I'm not qualifying him as that.
14         THE COURT:  Well, he's not qualified, I don't
15    think, to make those distinctions on what I've heard
16    so far.
17         MR. ALLEN:  All he did, Judge, was take the FBI
18    reports, duplicated the items identical to what Mr.
19    Stryker did, except he actually videotaped the
20    results, and actually tried to launch them, and
21    actually put them on a static test, and actually can
22    explain what a nozzle is and can explain what a
23    rocket motor is, and can explain -- and these are his
24    sites that Mr. Mohamed had access to.
25         MR. HOFFER:  None of those things are at issue.
```

1    It makes no difference if these are his sites on

2    Mohamed's laptop.  It could be anybody's sites on his

3    laptop.  It doesn't make it relevant.

4        MR. ALLEN:  The Government felt it was relevant

5    to introduce the high explosive materials to show

6    what Mr. Mohamed's intent was.  Certainly, if he's

7    accessing this gentleman's sites then that equally

8    refutes the Government's inference that Mr. Mohamed

9    -- we never thought Mr. Mohamed's intent was an

10   issue, but it is now.  We should have the right to

11   put the counterpart on.

12       MR. HOFFER:  Your Honor, if I may?

13       MR. ALLEN:  He's published.  He's --

14       THE COURT:  You know, the publication doesn't

15   make any difference.  I don't think it makes any

16   difference because that has to do with qualifying as

17   an expert.  He's not an expert and you'll never

18   qualify him as an expert.  He may be able to give

19   opinion, 701 opinion testimony.  If you're asking me

20   to qualify him as an expert, I'm not going to do

21   that.  He's not even close.

22       MR. ALLEN:  As long as he can testify,

23   qualification doesn't matter.

24       THE COURT:  His testimony has to be based upon

25   his perception.

1          MR. ALLEN:  Can he base an opinion on what

2     potassium nitrate/sugar mixtures are commonly used

3     for based on his experience?

4          THE COURT:  He can testify under 701 about

5     things that are within his direct perception.  If he

6     has used KNO3 to launch rockets made out of PVC pipe

7     or whatever he's done, then he can testify to that.

8          He's not qualified to make a statement

9     generically about the chemical and propulsive powers

10    of KNO3.  He's not qualified to do that.

11         MR. ALLEN:  Right.  I understand what the Court

12    is saying.

13         THE COURT:  He's not.  He's just not even close.

14    You say he's never used it.  How could he possibly

15    testify based on his own direct perception?  That's

16    something for which he has no experience.

17         MR. ALLEN:  No.  He's been using it since 1971.

18         THE COURT:  Well, then why are you saying it

19    that way?

20         MR. ALLEN:  What do you --

21         THE COURT:  Just ask him if he's used it and the

22    answer is yes.  That's not --

23         MR. ALLEN:  I did ask, but okay.

24         MR. HOFFER:  Your Honor, while we're up here, I

25    mean, I still maintain no one disputing that he --

1    what he's doing to say of the characteristics of that

2    kind of mixture are indeed what we've established on

3    the --

4         THE COURT:  Good, then it's not prejudicial.

5    What's is your objection?

6         MR. HOFFER:  My objection may be to what's

7    coming next.  There is this video disc.  I think he

8    did some tests.  I watched it a long time ago and I

9    don't remember exactly what's in there, but I'd

10   hazard to say that he set things up using things that

11   the defendants didn't have in their car.

12        THE COURT:  We're waiting too much time on this.

13        (End of side bar discussion.)

14        THE COURT:  Mr. Watts?

15        THE COURT SECURITY OFFICER:  Yes, sir?

16        THE COURT:  Let's withdraw the jurors from the

17   courtroom just a moment, please.

18        THE COURT SECURITY OFFICER:  Yes, sir.  Rise for

19   the jury, please.

20        (Jury out at 3:09 p.m.)

21        THE COURT:  Let's hear it.  Let's just hear it.

22        Mr. Allen, you are recognized for the purposes

23   of a proffer to resume your Direct Examination.

24        The jurors, of course, have been withdrawn from

25   the courtroom.

1      MR. ALLEN:  Yes.  Thank you, Your Honor.

2      THE COURT:  Our purpose is to determine the

3  admissibility of this testimony under Rule 701 or

4  otherwise, and we have agreed that this witness -- or

5  I've ruled at least and I think you agree that this

6  witness is not being offered under or receivable

7  under 702.

8      MR. ALLEN:  Yes, sir.

9                     PROFFER EXAMINATION

10 BY MR. ALLEN:

11 Q    Currently on the screen, Mr. Yawn, is Defense

12 Exhibit 16-2 for identification.  This disc of 16-2

13 -- I'm sorry, 16-C contains what, sir?

14 A    Videos and photographs to document tests that

15 I've done replicating the FBI's work and data.

16 Q    Okay.  What's showing on the screen right now,

17 sir?

18 A    Various sources of potassium nitrate that I

19 found and used.  Many are in common use now to make

20 sugar propellant.

21 Q    And what is in the first photograph?

22 A    The first bottle is -- that's an old bottle that

23 I got at Albertson's, used to buy it at the drugstore

24 and still can in some locations, saltpeter, which is

25 another name for potassium nitrate.

1    Q    And what is in this picture right here?

2    A    That's Champion fertilizer.  It's a brand of

3    potassium nitrate fertilizer.  It's widely used as a

4    fertilizer.

5    Q    And what is pictured here?

6    A    That I found in an oriental market.  It's called

7    Niter granules.  And it looked suspiciously like

8    potassium nitrate, so I bought some, tried it.

9    Turned out, it is.

10   Q    And what is pictured here?

11   A    That's stump remover, the Spectracide brand.

12   It's pretty much pure potassium nitrate.

13   Q    And what's pictured here?

14   A    That's the label on a drum of USP grade

15   potassium nitrate, which is a pharmaceutical grade

16   that I've acquired a fair quantity of for my

17   experiments.

18   Q    If you could scroll down.  What's pictured here

19   under the phrase "sugar products"?

20   A    Various forms of sugar that appeared in the

21   documents in different places.  I just wanted to have

22   pictures so it could be clear of what we're talking

23   about.

24   Q    And that's Karo syrup, powdered sugar, and

25   granular sugar?

1     A     Indeed.

2     Q     You can go down to the next screen.  What is

3     this video in reference to?

4     A     Well, this video is in reference to the looks

5     get when I talk about sugar being used in a rocket

6     propellant.  People become incredulous sometimes.

7     But I recall in the old day that sugar is all energy

8     and it is a high energy molecule.  This is a video of

9     something that's probably familiar, and that's of a

10    marshmallow burning at a campfire, which illustrates

11    that sugar is a high energy molecule.

12    Q     If we can go down to the next -- scroll up some,

13    please.  What is depicted here --

14          THE COURT:  Excuse me.  Did you say a

15    marshmallow burning in a campfire?

16          THE WITNESS:  Right, over a campfire.

17    BY MR. ALLEN:

18    Q     And the marshmallow burning would illustrate

19    what?

20    A     That sugar burns very well when given the right

21    conditions.

22    Q     Is there anything unique about the marshmallow

23    that causes it to burn better than other sugars?

24    A     Well, it's easy to ignite because it's puffed

25    full of air.  It has air in it as well as sugar in

1    it.

2    Q    And why would you need air?

3    A    One needs air to burn.  Heat, air, and fuel can

4    make fire.

5    Q    And what do we have here in mixture test number

6    one?

7    A    This is the first of several examples of what

8    happens when you mix potassium nitrate and sugar and

9    burn it.  There are several ways to mix it and make

10   propellant out of it, and this is the simplest one

11   that I did in high school.  And you can see why it

12   doesn't work.  If you simply mix the granulated stump

13   remover of potassium nitrate with granulated sugar

14   and burn it, it burns very slowly, not very cleanly,

15   not very energetically.  It's not a very good burn.

16        MR. ALLEN:  Will you please play that video?

17        (Portion of unidentified videotape played.)

18   BY MR. ALLEN:

19   Q    What are we saying here?

20   A    That's me dumping about a gram or two of this

21   mixture on a brick and lighting it with a little

22   lighter.  You can see that it burns with an

23   interesting flame and a bit of smoke, but not a lot

24   of enthusiasm.

25   Q    If you can go ahead and stop that and go to the

1    next video.

2         (Portion of unidentified videotape played.)

3    BY MR. ALLEN:

4    Q    What are you showing us here in mixture test

5    number two?

6    A    This is to clarify why I did certain things in

7    later tests.  It's to show by grinding up the

8    potassium nitrate and the sugar to make it a fine

9    powder, it changes the way it burns and sometimes

10   dramatically.

11   Q    And this would be a video of that?

12   A    Yes.  This is -- they are both ground very

13   finely together and ignited.

14   Q    If we scroll down to the next test.

15        (Portion of unidentified videotape played.)

16   BY MR. ALLEN:

17   Q    And what does this test show us?

18   A    This was in response to some of the tests I saw

19   in the FBI documents where they'd simply mix

20   potassium nitrate and corn syrup, Karo syrup,

21   together and burn that.  I wanted to test that

22   because I didn't think it would burn at all.  But I

23   tested it and found that under some circumstances it

24   does burn.  Again, without much energy or enthusiasm,

25   but it can be made to burn.

1    Q    And then that's a video depicting that?

2    A    Right.  Depicting, first off, a 70/30 -- no, a

3    60/40 ratio with a lot of Karo syrup in it.  I

4    couldn't get it to burn at all.

5         After that, I tried a 60/40 ratio and I could

6    get it to burn sort of.

7    Q    Okay.  If we could go to the mixture test number

8    four.

9         (Portion of unidentified videotape played.)

10        THE WITNESS:  This is -- I'm sorry.

11   BY MR. ALLEN:

12   Q    Go ahead.  What was the significance of this

13   test?

14   A    This is to illustrate what I think might have

15   happened when the FBI report said that they got the

16   stuff to burn.  They put it in a tube.  I had not

17   done that on the original test.  I thought that since

18   they're putting their other mixtures in a tube, maybe

19   they'd put this one in a tube and that might change

20   the way it burned.

21        So I put it in a -- that's just a very short

22   piece of paper tube packed full of the Karo syrup and

23   potassium nitrate mixture.  This is the 60/40 ratio

24   that sort of burned before.  In this case it does

25   burn.  It burned about two-thirds of the propellant

1    in that little cylinder.

2    Q    And that would be a video showing the results of

3    that test?

4    A    Indeed.

5    Q    If we could go to the next one?

6         (Portion of unidentified videotape played.)

7    BY MR. ALLEN:

8    Q    All right.  What is this test showing us?

9    A    Okay.  This is going to another form of the

10   propellant, and this was made using the method I

11   developed a number of years ago and have been working

12   with ever since.  It is -- to make this propellant,

13   one takes the ingredients and dissolves them in water

14   and then cooks out the water.  It yields a propellant

15   that when warm can be molded by hand like modeling

16   clay into whatever shape one wants.

17        Then you can see how it burns.  Now, the purpose

18   of this video is this illustrates what happens when

19   you over cook it.  The more you cook it, the darker

20   it gets.  The darker it gets, the slower it burns.

21   Q    Why were you interested in knowing about the

22   different colors for your testing?

23   A    Because in some of the to photographs, we saw

24   the color of the propellant.  The color is indicative

25   of over cooking.  The over cooking changes the way it

1    burns, and, therefore, what the devices are likely to

2    do.

3    Q    When it's darker in color, does it burn faster

4    or does it burn --

5    A    Slower.

6    Q    -- less significantly?

7    A    Much slower.

8    Q    So you're going to get a lesser reaction the

9    darker the color it is?

10   A    Indeed.

11   Q    And that's what this video testing is showing?

12   A    Right.

13   Q    And when you ignite it, you actually timed how

14   long these one-inch pieces of potassium nitrate and

15   sugar mixtures took?

16   A    Indeed.

17   Q    Okay.

18   A    The lightest strand, the one that's almost

19   white, burned one inch from one end to the other in

20   about ten seconds.

21        The slowest one, the caramel color, took 20

22   seconds to burn, 26 seconds, but I had to relight it

23   several times because it kept going out.

24   Q    And which one of those colors most resembled the

25   potassium nitrate/sugar mixtures you saw in the

```
 1    pictures of the items found in the trunk of the

 2    vehicle in this car?

 3    A     The darkest of them.

 4    Q     So the darker it is, the less burning you're

 5    going to get?

 6    A     Less burn rate, slowest burn rate.

 7    Q     Okay.  Go down to the next test.

 8          (Portion of unidentified videotape played.)

 9    BY MR. ALLEN:

10    Q     What does test number six show us?

11    A     This is another method of making the propellant.

12    This is the traditional method of making sugar

13    propellant, which is mixing -- I'm sorry, melting the

14    two together.  One simply melts the sugar and mixes

15    in the potassium nitrate and makes a propellant.

16    It's an old method that I used as a teenager and

17    didn't like because it's hazardous to do if done

18    wrong.  It's also very difficult to cook it where

19    it's not very dark.  I wanted to illustrate how this

20    propellant burns because I believe this might have

21    been the method used in making the propellant that

22    was seen in the photos.

23    Q     What do you base that belief on?

24    A     I'm sorry?

25    Q     What do you base that belief on?
```

1    A    Base it on the fact that it's severely over

2    cooked.  It's easy to over cook propellant using this

3    method.  It's hard to over cook propellant using my

4    method.

5    Q    And what are seeing here in mixture number

6    seven?

7    A    Number seven, that's just how this burns.  It's

8    sort of like the previous test where we have a strand

9    that I cooked fairly well and it burned reasonably

10    well, a strand I cooked where it's about the same

11    color as what I saw in the photos.  It burned, but

12    slowly.

13    Q    And there's a video depicting that?

14    A    Indeed.

15    Q    If we can go down to test number eight.

16    (Portion of unidentified videotape played.)

17    BY MR. ALLEN:

18    Q    What's depicted here?

19    A    This is in response to something I saw in the

20    FBI documents about -- it was a reference to the dark

21    color of the propellant, and someone suggested that

22    was indicative of the use of Karo syrup.

23    I didn't think so, but I --

24    Q    The color was because of the Karo syrup?

25    A    The color, right.  If you look at the Karo

1    syrup, it itself is very dark. When you mix it with

2    potassium nitrate, you get this light sort of a honey

3    color that does not closely resemble to my eye what

4    was seen in those photos.

5    Q    Those photos that you're comparing to are photos

6    that I provided to you which were provided to me by

7    the FBI?

8    A    Right, right.

9    Q    And what is your opinion as to the reason for

10    the dark color depicted in the coleslaw container

11    there in the photograph?

12    A    Over cooked propellant.

13    Q    And over cooked propellant is going to burn

14    substantially slower --

15    A    Yes.

16    Q    -- as we learned in the prior testing?

17    A    Right.

18    Q    Okay. Let's go to the next one.

19    (Portion of unidentified videotape played.)

20    BY MR. ALLEN:

21    Q    And what are you showing us here?

22    A    Okay. This first set, device test -- well, it

23    says, "Making a Q 1 replica."

24    Q    Let's go ahead and play that video.

25    THE COURT: Let me intrude just a minute. He

1    did all of these things, right?

2        MR. ALLEN:  Oh, yes.  He did it all and

3    videotaped it.

4        THE COURT:  The question about the over cooked

5    propellant, I take it that he over cooked the

6    propellant and that's what color it was?

7        MR. ALLEN:  Yes, sir, and he's got a video

8    showing that.

9        THE COURT:  Do you understand the difference

10   between asking him whether he over cooked the

11   propellant, and, if he did what color it was, and

12   asking him if he has an opinion as to what color it

13   would be --

14       MR. ALLEN:  Yes, sir.

15       THE COURT:  Okay.  Well, let's ask him what he

16   did and what he perceived as a result of what he did.

17       MR. ALLEN:  Yes, sir.  I'm sorry.  I was trying

18   not to do the full two-hour presentation, but I'll --

19       THE COURT:  I'm in favor of that.  We want to

20   move along.  These things that -- go ahead.

21       MR. ALLEN:  If you could go ahead and play that

22   video.

23       THE WITNESS:  Well, this isn't a video.

24       MR. ALLEN:  A series of photographs.  Go ahead.

25       (Unidentified photographs published.)

1          THE WITNESS:  This is a series of photographs

2     illustrating how I made the Q 1 replicas that I used

3     in subsequent tests so that the Court could see what

4     I did.  And I assume that -- I believe that it's very

5     similar to what was actually done in the original

6     devices based on the FBI's provided documentation.

7     BY MR. ALLEN:

8     Q     Is this you actually cooking?

9     A     Yes.  That's was batch of propellant.  You can

10    see how it's kind of light on the left in the middle.

11    There's still some white, unmelted stuff on top of

12    it.  Then as I cook it, it gets darker and darker and

13    turns into this brown color.  I was striving to get

14    close to the color that I saw in the photographs.

15    Q     Okay.  If we could scroll up.

16          (Unidentified photograph published.)

17    BY MR. ALLEN:

18    Q     What are you showing us here?

19    A     Here I'm packing it into a tube cut the same

20    length as the Q 1 device described in the FBI

21    documents.  Then packing a clay plug made out of

22    kitty litter, again, as described, using a wooden

23    dowel and a mallet to ram it with, yes.

24    Q     And based on your experience as a rocketeer or

25    amateur rocketry, is cat litter used?

1   A    Yes, it is.

2   Q    For what?

3   A    For making nozzles.

4   Q    And what is a nozzle?

5   A    A nozzle is something that constricts the flow

6   of propellant gases to build up pressure within the

7   case, and, therefore, maximize the thrust.

8   Q    So is that what you're making there with the cat

9   litter?

10  A    Yes.  Right now it's just making a plug.  I'm

11  pounding a solid plug, but then I'll drill a hole in

12  it that admits a fuse, which if it functions as a

13  rocket motor, it becomes a nozzle.

14  Q    If we can scroll down.

15       (Portion of unidentified videotape played.)

16  BY MR. ALLEN:

17  Q    What are you doing right here?  Is there a video

18  of that?

19  A    Of the hammering?

20  Q    Yeah.

21  A    Yeah.  That's where I'm just hammering.

22  Q    Can we go ahead and play that video?

23       (Portion of unidentified videotape played.)

24  BY MR. ALLEN:

25  Q    Tell us what you're doing here.

1    A    Well, I'm talking.  I don't know if we have

2    sound, but I'll do the talking for the moment anyway.

3    I'm showing that I've measured off the dowel so that

4    I know how -- so that I've gotten the same amount of

5    kitty litter plug in the casing as was mentioned in

6    the measurements in the FBI documents, because the

7    thickness of that plug I believe is critical of the

8    function of these devices.  That's why I was very

9    careful to get it the way it was described.

10        So now I'll measure out a little kitty litter.

11   Won't really measure it; I'll just kind of dump it

12   in.  Ram it down and see where it's at, and then ram

13   a little more to get the right propellant length.

14   I'm sorry, the right plug length.

15   Q    Is a wooden dowel something that's commonly used

16   in making model rocket motors?

17   A    Yes, very commonly.

18   Q    And why?

19   A    It's cheap, easily available, rugged, and

20   doesn't spark.

21   Q    Were you aware that wooden dowels were found in

22   the vehicle with the PVC pipes?

23   A    I saw a reference to that, yes.

24   Q    Do you have an opinion as to what those wooden

25   dowels would have been used for?

1    A    I would imagine the same purpose.

2         I painted one end red in case you're wondering,

3    so I also pound on one end, with the other end

4    undistorted so it fits in the tube nicely.

5    Q    What are you measuring there?

6    A    I'm measuring the depth of the clay plugs so

7    that I know that I've got the right depth to within a

8    fraction.  And illustrating where I'm going to drill,

9    the hole that goes to the propellant to which I can

10   insert the fuse.

11   Q    What do you drill that hole with?

12   A    With a drill bit on a drill press.

13   Q    Is the use of a drill a common tool in making

14   either the nozzle or the place for ignition?

15   A    Yes.

16   Q    Okay.  If we can go back.

17        (Portion of unidentified videotape played.)

18   BY MR. ALLEN:

19   Q    What are you showing us here?

20   A    Well, first off, the drill press and drilling

21   the hole.  There is a hole.  I use an eighth inch bit

22   because that seems most consistent with the

23   documentation I saw here and is good size for a

24   normal fuse to fit in.

25        I'm showing a quick glance at the head end, the

1    end with no clay plug, to show what I thought I read

2    in here.

3        THE COURT:  Is this leading to a launch?  Is

4    that what he's doing?

5        MR. ALLEN:  Yes, Your Honor.  And I can skip

6    ahead --

7        THE COURT:  These things that he did are all of

8    the same character from an evidentiary standpoint, so

9    let's go ahead to the next phase.

10   BY MR. ALLEN:

11   Q    If we can go ahead.

12       (Portion of unidentified videotape played.)

13   BY MR. ALLEN:

14   Q    Mr. Yawn, if you could get us to where we

15   actually have some testing.  Is this a testing video?

16   A    Well, I have about a dozen tests here.

17   Q    Okay.

18   A    Would like me to find one that is representative

19   or indicative?

20   Q    Yeah.

21   A    Okay.  Well, try this one.  Go ahead and try

22   this one, if you don't mind.

23   Q    Let's play this video, test one, Q 2.

24       (Portion of unidentified videotape played.)

25       THE WITNESS:  That was the first test that I

1    did.

2    BY MR. ALLEN:

3    Q     What type of test is this?

4    A     A static test.

5    Q     What's it designed to show?

6    A     Well, in this case it's just designed to show

7    that this propellant burns and that it functions as a

8    rocket motor or pyrotechnic device.

9    Q     This is an exact replica of Q 1 as you read it

10   in the FBI reports for --

11   A     I made some errors on this one which I'll point

12   out when we do the full -- I don't think it

13   materially changed the way it worked, but it's not an

14   exact replica.  It was as close as I could come with

15   the data that I had at that time.

16   Q     What is it showing?

17   A     That's showing that the propellant did not burn

18   completely.  This is common in motors where the

19   propellant is over cooked and/or the nozzle is not

20   formed correctly.  Those two things are critical to

21   get a good burn in a rocket motor.

22         This one burned about a third or a fourth of its

23   propellant and chuffed at.

24   Q     We can have volume when we get -- can we go to

25   the next one?

1          (Portion of unidentified videotape played.)

2          THE WITNESS:  This is another test of device Q

3     1, this time tested on a static test stand which

4     measures the amount of thrust that it produces.  It

5     performed very much like the previous one - chuffed

6     out, having burned only a fraction of its propellant,

7     and it produced no appreciable thrust.

8     Q    If you could play that with the sound.

9          (Portion of unidentified audio and videotape

10    played as follows:)

11          "Five, four, three, two, one."

12    BY MR. ALLEN:

13    Q    What is the purpose of the -- what is the

14    purpose of that?

15    A    Well, the gases have to be allowed to escape to

16    create a pressure differential within the case.  So

17    there is more pressure on one end than there is on

18    the other and that's what makes the rocket move

19    forward.

20         THE COURT:  Mr. Allen, did you pick out one of

21    these you wanted to show the jurors?  Surely, you're

22    not going to show them 12 substantially similar --

23         MR. ALLEN:  Your Honor, what he does is he takes

24    Q 1, Q 2, and Q 3.  He does a static test, he ignites

25    it on the ground, and then he does ignition on a

1    stick.  He does all three tests for all three items

2    so that the jury can see if they violently spin

3    around, as the FBI testified; so they can see what

4    would happen if they were ignited in the air; and

5    they can see what happened in a stationary portion.

6         My intent was to go through all three of those

7    different types of tests with all three of these

8    items so that the jury would have a fair

9    understanding of the significance of these items, the

10   functions that they have, and what happens if

11   ignited.

12        THE COURT:  All right.  What else?

13        MR. ALLEN:  That's pretty much it.

14        THE COURT:  From this witness?

15        MR. ALLEN:  Yeah.  Just going through these

16   testings, explaining how a model rocket works.

17        At the end he shows a commercial rocket motor

18   and ignites that so the similarity between the

19   commercial rocket motors and these rocket motors can

20   be compared.  He explains, you know, the rest of the

21   rocket, not just the motor, where the motor goes, and

22   how that works.

23        THE COURT:  All right.

24        MR. ALLEN:  Talks about why these didn't work

25   very well.

1      THE COURT:  Any further objection from the

2    United States?

3      MR. HOFFER:  Your Honor, I'd maintain the same

4    objection.  This is not a matter of dispute.  It's

5    not a value to the jury.  In fact, it's probably just

6    going to confuse them, quite frankly.  There's been

7    no dispute that these things burn violently, they

8    have the effect.

9      The only thing that's going to be different here

10   is -- similarly to what was argued about on the

11   destructive device test, they're changing the

12   components at the end to show these things launching

13   into the air.  At least that's my recollection of

14   this video.  And that's substantially different from

15   what the defendants had.

16     THE COURT:  What component is changed at the

17   launch?

18     MR. HOFFER:  I don't know how he uses it to

19   stage it and then launch it.  He goes into --

20     MR. ALLEN:  What he does is he puts a stick, as

21   their expert testified you could do, he puts a stick

22   to just show what would happen if one of these were

23   placed into a rocket, the actual frame of the rocket,

24   the motor, he just shows what would happen.  He shows

25   what happens if it's static.  He shows what happens

1      if ignited on the ground, and he shows what happened

2      if it was ignited if it could get flight.  All it is

3      is a stick.  That's what -- that's how you test

4      rocket motors.

5          If the Government is going to stipulate --

6          THE COURT:  We don't need -- go ahead.  If the

7      Government's going to stipulate what?

8          MR. ALLEN:  That the items in the trunk of this

9      car were rocket motors, because he's saying it's not

10     in dispute, we'll take that stipulation.

11         MR. HOFFER:  The testimony is not in dispute,

12     Your Honor, that these things can be turned into

13     those.  That's not what we're saying that they are.

14     No one said that they couldn't be made into or

15     function -- fashioned into that kind of device or a

16     destructive device or some other form.  The

17     components are the same and the reactions are the

18     same, the way I understand, and the way I understood

19     the testimony.

20         THE COURT:  The United States objection is that

21     it's irrelevant, that it's cumulative, and it's a

22     waste of time.  Overruled.

23         Mr. Allen, I understand this to be 701

24     testimony.

25         MR. ALLEN:  Yes, sir.

1          THE COURT:  As such, according to the rule and

2     such cases that there are available, this witness is

3     not testifying as an expert, which means you are not

4     to construct a hypothetical question to him.

5          MR. ALLEN:  Yes, sir.

6          THE COURT:  The witness can testify about

7     opinions or inferences that are rationally based on

8     his perception, immediate perception of the witness.

9     That would include something that he has done that is

10    pertinent, that he was more able or better situated

11    to do than the jury, which will assist the jury in

12    understanding some aspect of the matter.  And not

13    including any scientific, technical, or other expert

14    content, other 702 content, in other words.

15         Is there anything unclear about that?

16         MR. ALLEN:  I don't think so, Your Honor.

17         THE COURT:  All right.  The objection as to

18    relevance and the distraction, in effect, of the jury

19    is overruled.  However, I would again suggest

20    streamlining where possible.  I think you're entitled

21    to illustrate -- you're entitled to the inference

22    created by this illustration.

23         Mr. Watts, return the jurors to the courtroom,

24    please.

25         MR. HOFFER:  Your Honor, could I have one

1    second, one matter?  May the Government's experts be

2    permitted to listen to this testimony?

3        THE COURT:  I can't imagine an objection to

4    that, can you, Mr. Allen?

5        MR. ALLEN:  No.  But are there experts going to

6    come give an expert opinion when he's not allowed to

7    give an expert opinion?

8        MR. HOFFER:  It's very possible.  They are

9    experts.

10       THE COURT:  I don't know, but I assume that what

11   Mr. Hoffer is saying is that his experts may be able

12   to assist him in understanding the testimony and it's

13   consequences, so I see no reason not to permit an

14   expert from either side to listen to the foundational

15   testimony that might be part and parcel of their

16   testimony.

17       MR. ALLEN:  Yes, sir.

18       THE COURT:  Expert's testimony.

19       MR. ALLEN:  Yes, sir.

20       THE COURT:  The answer to that question is yes.

21       Mr. Watts, return to jurors to the courtroom.

22       THE COURT SECURITY OFFICER:  Yes, sir.

23       MR. ALLEN:  Your Honor, with all respect to the

24   Court, I just reserve my objection that it should be

25   702, but I understand the Court's ruling and respect

1    it.

2        THE COURT:  You want me to not rule on it as 701

3    and rule on it as 702?

4        MR. ALLEN:  No, sir.

5        THE COURT:  He has no right to testify under

6    702.

7        MR. ALLEN:  Your Honor, I understand.  I'm just

8    preserving an objection.  I understand the Court's

9    ruling completely and will abide by it.

10       THE COURT:  Well, you don't even have --

11   uncontested, you didn't have a basis for 702

12   testimony.

13       MR. ALLEN:  Yes, sir.

14       THE COURT:  And to the extent that there is a

15   difference, and there is, the hypothetical question

16   or things that are outside the immediate sense

17   perception of the witness are not available to this

18   witness for that reason.

19       MR. ALLEN:  Yes, sir.

20       THE COURT SECURITY OFFICER:  Rise for the jury,

21   please.

22       (Jury in at 3:35 p.m.)

23       THE COURT:  Please be seated, one and all.  Let

24   us come again to order.

25        Mr. Allen, you are recognized to resume your

1   Direct Examination.

2        MR. ALLEN:  Thank you.

3              DIRECT EXAMINATION CONTINUED

4   BY MR. ALLEN:

5   Q    Mr. Yawn, did there come a time that I got in

6   touch with you and asked you to do some experiments

7   or testing?

8   A    Yes, sir, you did.

9        MR. ALLEN:  Let me -- can I approach the

10  witness, Your Honor?

11       THE COURT:  You may.

12  BY MR. ALLEN:

13  Q    Mr. Yawn, I'm showing you what's been marked as

14  Defense Exhibit 16 C.  Do you recognize what 16 C is?

15  A    Yes.  This is a --

16  Q    And what is it?

17  A    It's a disc that I -- that contains video and

18  photos of tests that I've done trying to replicate

19  the experiment -- the tests done by the FBI of

20  devices Q 1, Q 2, and Q 3.

21       MR. ALLEN:  Your Honor, at this time I would

22  move into evidence Defense Exhibit 16 C.

23       THE COURT:  6-0 C?

24       MR. ALLEN:  No, Your Honor.  I apologize.  16,

25  1-6 dash C.

1          MR. HOFFER:  Your Honor, I persist in the

2     objection made at side bar.

3          THE COURT:  Well, I'll persist in my ruling.  16

4     C is received on behalf of the defense.

5          (Defendant's Exhibit No. 16 C is received into

6     evidence.)

7     BY MR. ALLEN:

8     Q    If we could queue up 16 C, please.  At the very

9     beginning, please.  Thank you.

10          I believe you testified that you were provided

11     with some FBI reports on some testing that they did

12     on Q 1, Q 2, and Q 3?

13     A    Right, I was.

14     Q    Which were PVC pipe items containing a mixture

15     of potassium nitrate and different forms of sugar?

16     A    Correct.

17     Q    You need to speak up a little.

18          THE COURT:  Mr. Allen, how about standing there

19     at the microphone?

20          MR. ALLEN:  I apologize.

21          THE COURT:  Plant your feet behind that lectern

22     and stay there.  Let's go.

23          MR. ALLEN:  Yes, sir.

24     BY MR. ALLEN:

25     Q    Is that what you did, sir?

1    A    Yes, I did.

2    Q    And you created a video presentation of your

3    testing?

4    A    Yes, I did.

5    Q    Can you please tell the jury what's depicted

6    here up on the screen under the heading "Materials"?

7    A    These are various sources of potassium nitrate.

8    Q    If I can stop you one second.  You can touch the

9    screen and that will denote what you're talking

10   about?

11   A    Oh, okay.  That one that I just messed up.  Do I

12   clear?

13   Q    You can clear by touching here at the bottom of

14   the screen?

15   A    Okay, very good.  I've obtained potassium

16   nitrate a number of different ways over the years.

17   The first bottle is one I got from Albertson's about

18   20 years ago.

19        THE COURT:  Mr. Yawn, I know you're looking that

20   screen, but you are mainly talking to these people

21   over here.  You need to keep your face turned toward

22   that microphone.

23        THE WITNESS:  Thank you, sir.

24        THE COURT:  Go ahead.

25   BY MR. ALLEN:

1   Q     You can look at the screen up in front of you.

2   That might be easier.

3   A     Oh, that's handy.  The saltpeter -- well, the

4   term "saltpeter" means potassium nitrate in most

5   cases.  So I was able to buy saltpeter at Albertson's

6   and it was very good potassium nitrate.

7   Q     Okay.  What else is depicted up on that screen?

8   A     This bag is a bag of fertilizer grade potassium

9   nitrate I obtained a few years ago from a fertilizer

10   store.  It's widely used as a fertilizer.

11   Q     Okay.  And the other three items quickly?

12   A     This is some -- I was rather surprised.  I went

13   to an Oriental market and found this stuff called

14   Niter granules, which I thought, "That looks like

15   potassium nitrate."

16         So I bought some, tested it, and it worked just

17   like potassium nitrate.  So I assume that's what it

18   is.

19   Q     And the next one?

20   A     This one is stump remover.  I've used several

21   kinds of stump remover.  This I found at Lowe's not

22   long ago.  It's Spectracide brand and it turned out

23   to be very good potassium nitrate for these purposes.

24   Q     And the next one?

25   A     This is a label from a large drum of potassium

1    nitrate.  I was able to pick up some large drums of

2    it.  USP grade was a very good grade of it,

3    relatively cheaply.  That's what I use in most of my

4    own tests.

5    Q    If we could scroll down, please.  And these have

6    sugar products.  Why did you select those sugar

7    products?

8    A    These are the sugar products that were mentioned

9    in the various reports in different ways.  I just

10   wanted to get them up here so we can discuss what

11   they are and what the implications of them are.

12   Q    So these are the three different types of sugar

13   products that you used during your testing?

14   A    Indeed.

15   Q    And it's Karo syrup, powdered sugar, and grain

16   sugar?

17   A    Right, that's correct.

18   Q    If we could scroll up, please.  And you have

19   marshmallow test.  Why did you include in your

20   presentation a marshmallow test?

21   A    It's partly because of the doubt I hear from

22   many people when I discuss sugar propellant.  "Sugar

23   propellant?"

24       Well, sugar burns very well under the right

25   circumstances, and, therefore, it can make a good

 1     good fuel.  Our bodies use it for fuel, but it also

 2     burns very well.  If you've ever watched a

 3     marshmallow burn, you'll see what I mean with that.

 4     This is just a quick video of a marshmallow burning.

 5     Q     What are the two components you need to make a

 6     rocket propellant?

 7     A     You need a fuel that burns and an oxidizer.

 8     We're talking solid propellants.  A fuel that burns

 9     and an oxidizer that gives off oxygen to promote the

10     burning of that fuel.

11     Q     Okay.  And does a marshmallow provide a fuel and

12     an oxygen?

13     A     To a degree.  It provides lots of fuel, but

14     marshmallows are also puffed full of air.  So they

15     have some air, oxygen already within them.

16     Q     Okay.  If we could go down here to the next

17     thing.  What is -- what are you showing us here in

18     this test?

19     A     This is to illustrate how potassium nitrate and

20     sugar burn together when they're very crudely mixed.

21     This is what I did as a teenager and why I was never

22     very successful with it at that point.  This is just

23     Spectracide stump remover straight out of the bottle

24     mixed with granulated sugar straight out of the bag.

25     Q     Okay.  If we could play that video, please?

1          (Portion of unidentified videotape played.)

2      BY MR. ALLEN:

3      Q     Why 65/35 mixture?

4      A     That's a stoichiometric mixture for potassium

5      nitrate and sugar or very close to a stoichiometric

6      mixture.

7      Q     And what does "stoichiometric" mean?

8      A     Glad you asked.  "Stoichiometric" means that you

9      balance the amount of oxidizer with the amount of

10     fuel so you get complete combustion.  There is not an

11     excess of fuel or oxidizer.

12     Q     And when combining the oxidizer and fuel, is

13     that important in making a propellant?

14     A     When you combine them?

15     Q     Yeah.  The ratios -- is the ratios --

16     A     Pretty important, yes.

17     Q     Why?

18     A     If you err -- if you vary outside of a certain

19     acceptable range, you end up with a propellant that

20     does not burn well and doesn't function effectively.

21     Q     Let's go down to the next test.  Let's go ahead

22     and skip that test.  If we can go on up.  Let's go

23     back down.

24         (Portion of unidentified videotape played.)

25     BY MR. ALLEN:

1    Q    Let's talk about mixture test number three.

2    What were you doing here?

3    A    Well, in at least one of the references, I read

4    about a mixture of potassium nitrate and Karo syrup

5    that just burned of itself.  So I wanted to test that

6    because that was foreign to my experience.  I'd never

7    tested Karo syrup with potassium nitrate by itself,

8    so I wanted to see what it did.

9    Q    Okay.  Let's see the video.  And you can talk us

10    through the video.

11    (Portion of unidentified audio and videotape

12    played as follows:)

13    "Testing, testing."

14    THE WITNESS:  You can see a picture of potassium

15    nitrate which was --

16    THE COURT:  Let's turn the audio off of the

17    display, please.  We'll let the witness testify and

18    we'll view the video.

19    BY MR. ALLEN:

20    Q    What are we --

21    A    At that point I'm simply mixing Karo syrup with

22    potassium nitrate and not processing them any

23    further.  It's just the wet mixture.  As you can see,

24    it's a viscous fluid.  I'm placing it on a brick so I

25    can try to light it and see if it burns.

1    Could we have sound back?

2    Q    Is there going to be a sound that we're going to

3    hear?

4    A    Yeah, there is a little sound with this and I'll

5    be quiet.

6    Q    Did that just depict a bright sort of light with

7    sound?

8    A    I'm sorry, the question?

9    Q    Did we just see a sort bright colored light with

10   sound?

11   A    Yes.  The mixture is trying to burn but not

12   burning very well, not continuously.

13   Q    In your opinion, why was it not burning very

14   well?

15   A    Too much water.  Corn syrup is a very thick

16   solution of sugars and other substances and it's very

17   wet.  Now, I did get it to burn a little bit.

18        I was somewhat puzzled by the FBI's report that

19   they got it to burn.  But here I see it starting to

20   burn, so I think I figured out what happened.  I'll

21   illustrate that in a moment.

22        This is a somewhat dryer mixture.  The first one

23   was 70 percent potassium nitrate and 30 percent corn

24   syrup by weight.  This is 60 percent.  No.  I'm

25   sorry, I got that backwards.  The first one was 60 to

40.   This has less Karo syrup in it, so it burns a
little better.

Q     All right.  If we can go back to the main screen
here and scroll up to test number four?

A     Yes.  This one is where I put some of this
mixture, the wet Karo syrup mixture, in a short tube
thinking that in the original test that might have
been done and that tube would have constrained those
globules to the tube, helping the propellant to burn
better.

Q     Okay.  And that's just a video showing that?

A     Right.  Showing that it does burn.  And it does,
again, very slowly with one of those hot globules on
top.  It consumed about two-thirds of the propellant
in that little tube, but not with great vigor.

Q     Let's go up.  Let's talk about this test in more
detail.  What are you trying to show in this test?

A     I'm trying to show two things.  One is how this
propellant burns when it's made well, and what
happens when you over cook it.  The lightest strands
you see on the left -- I can point.  Here we go.
That little strand is cooked right by my opinion and
very light colored and, therefore, fast burning.

      I cooked the same batch more and more and more,
getting darker and darker colors.  I'll burn those

1    strands in the video to show the effect of that over

2    cooking on the burn rate of that propellant.

3    Q    And why were you trying to get a darker color?

4    A    To match the color of the propellant seen in the

5    photographs provided by the FBI.

6    Q    Let's go ahead and play that video.  Let me

7    clear the screen here for you.  And could we have --

8    A    Sound would be good here.

9    Q    And that was the best cooked one?

10    A    Right.

11    Q    I mean, cooked the proper way?

12    A    Right.  This is cooked a little more, a little

13    darker.  It still burns pretty well, but a little

14    slower.

15    Q    There's some coloration and sound and smoke,

16    correct?

17    A    Right.

18    Q    And at the end of each, you're showing how long

19    it takes to burn?  That's what we're seeing on the

20    screen?

21    A    Indeed.  How mean seconds it took to burn one

22    end to the other.

23    Q    Now we're getting darker in color?

24    A    Sometimes it won't even maintain its own

25    combustion.

1    Q    Is this the darkest one?

2    A    This is the darkest.

3    Q    So the darker it gets, what's the correlation?

4    A    Corollate more difficult to ignite, slower to

5    burn, more likely to self-extinguish.

6    Q    Okay.  We can go up.  What are you showing us in

7    test number six?

8    A    This is another strand burn similar to what we

9    just saw but made with propellant made by the

10   original meeting, which is simply to melt the

11   potassium nitrate and sugar together and mix them

12   well.  It's similar in some ways, but the

13   characteristics of the propellant are a bit

14   different.  I wanted to test some of that as well

15   because I wasn't sure which way the real propellant

16   would have been made.

17   Q    And one is lighter and the other one is darker?

18   A    Indeed.

19   Q    And what you were seeing in the photographs

20   provided by the FBI was a very dark colored

21   propellant?

22   A    Very dark.

23   Q    Let's just watch test number seven.

24   A    And you see not only does it burn slowly, but

25   you can see a lot of little sparkles and globes.

```
1    It's not burning very cleanly either.  The potassium
2    nitrate does not melt in this process.  Meaning, it
3    still could be very large particle sizes and,
4    therefore, not as clean of a burn.
5    BY MR. ALLEN:
6    Q    Would that make a good propellant?
7    A    In the right motor, it could be an acceptable
8    propellant, but one would have to do some work to
9    make it work.
10   Q    And the video is depicting bright colors, sound,
11   and smoke, correct?
12   A    It can be entertaining, but it would not be that
13   effective as a propellant.
14   Q    Entertaining in what way?
15   A    Well, the color, sound.  It's sort of like a
16   sparkler.
17   Q    All right.  If we can go to the next.  Let's
18   deal with what you're showing us here in mixture test
19   number eight?
20   A    Okay.  This is not much of a test exactly but an
21   illustration of the color of potassium nitrate when
22   mixed directly with dark corn syrup.  In one of the
23   documents there was a mention of the dark colored --
24   the color of the propellant being consistent with
25   Karo syrup.  There was several mentions of Karo syrup
```

1    being used alone with potassium nitrate to make what

2    could be a propellant.  I had my doubts about that,

3    so I wanted to replicate it and see what it actually

4    looked like.

5    Q    What is this photo here on the right-hand side,

6    bottom?

7    A    The bottle in the photo?

8    Q    No.  Below that one.  Right here.

9    A    Okay.  Oh, down here?

10   Q    Yeah.

11   A    Okay.  This is a photograph of the propellant

12   that you provided me earlier that was seized from the

13   vehicle, as I understand.

14   Q    And then what is depicted in this photo?

15   A    This is a mixture of potassium nitrate and dark

16   Karo syrup.

17   Q    And what's -- why were you mixing it and

18   comparing it to that photo, the one that I provided

19   you from the FBI?

20   A    Because of the claim that they would be similar

21   in color, or the color of this propellant was similar

22   to the color of potassium nitrate and Karo syrup

23   together.  I wanted to illustrate how dissimilar

24   those colors are.

25   Q    What do you think based on your testing was

1    resulting in this dark color noted in the little

2    plastic container with the brown substance?

3    A    I can hardly imagine --

4        MR. HOFFER:  Objection, Your Honor.  Now we're

5    getting clearly into areas not covered by 701.

6        THE COURT:  The question again, Mr. Allen, is

7    his testing revealed what?

8    BY MR. ALLEN:

9    Q    Based on your testing, what is your opinion as

10   to why the image depicted in this photo here, which

11   was provided by the FBI, what was the result for that

12   dark color as opposed to mixing Karo syrup directly

13   with potassium nitrate?

14       THE COURT:  Overruled.  Go ahead.

15       THE WITNESS:  I should answer then?

16       THE COURT:  Go ahead.

17       THE WITNESS:  Yes.  These colors just don't look

18   very similar to me, and this mixture doesn't burn

19   well as a propellant, convincing me that this

20   propellant was made by another method.

21   BY MR. ALLEN:

22   Q    Than just mixing Karo syrup?

23   A    Right.

24   Q    And what method, based on your testing, do you

25   believe this was -- how this was made?

1    A    I know of two ways to produce that color with

2    this propellant:  One is recrystallization and the

3    other is direct melting.

4    Q    And what's the difference between

5    recrystallization and direct melting?

6    A    Recrystallization is where the ingredients are

7    taken -- they being potassium nitrate, sugar, cane

8    sugar, and white corn syrup.  They're dissolved in

9    water and then cooked until the water evaporates.

10    Q    And recrystallization?

11    A    That's recrystallization.

12    Q    I'm sorry.  And melting?

13    A    Melting?  The two are mixed together, potassium

14    nitrate and sugar, and they're placed in a pan and

15    the sugar is melted.  Then they're mixed together.

16    Q    Like making a confection?

17    A    Right, pretty much.

18    Q    If we could go down to the next screen there,

19    please.  What is depicted here in the making of Q 1

20    replica?  What are you doing?

21    A    Well, this is an introduction to a photo gallery

22    that I've assembled on how I made the replicas of the

23    Q 1 devices that are described in the FBI documents.

24    Q    If we could click on the photo gallery there,

25    please.  If you could talk us through these photos,

1    what you're doing.

2    A    Yes.  I have larger versions of these, but I

3    don't know that it's necessary.  But if you need a

4    larger picture of anything --

5    Q    Okay.

6    A    -- just click on it and it will come up.

7         But the first picture on the top left, I'm

8    simply weighing out the stump remover.

9    Q    And what proportions are you weighing it out to?

10   A    I used several different proportions on the

11   tests.  In this one I was doing the 65 percent

12   potassium nitrate, 35 percent sugar ratio.

13   Q    And what's depicted in the next photo?

14   A    Similar but with sugar, the potassium nitrate

15   and sugar.

16        And then here I put them through a sifter to

17   take any large particles, and then dump everything

18   into an electric skillet, which I turn on.  It starts

19   cooking.

20        Then after awhile of cooking and stirring, the

21   sugar gets melted and somewhat caramelized and makes

22   this pasty sort of a mix that can be molded into a

23   propellant grain.

24   Q    And the next photo?

25   A    This is where I've assembled the tube which I

```
 1    cut according to the measurements in the FBI

 2    documents to a right length for a Q 1 device and

 3    marked off on it with a indelible marker where

 4    different events should occur:  How far the

 5    propellant is recessed into the tube, how thick the

 6    propellant column is, how thick the clay plug is, et

 7    cetera.  So I've marked it off.

 8        I also have here a little base that I placed

 9    this on with a little plug.  Did that badly.  A

10    little plug that keeps the propellant off the very

11    bottom.  You'll see that in a moment.

12    Q    If we can scroll up.

13    A    I'm sorry?

14    Q    I was talking to that guy.

15    A    Okay.

16    Q    Keep going.

17    A    Can we enlarge this one the top left?  Just

18    click on it, if you don't mind.  This will be a

19    little bit better.  It's showing how that tube is

20    placed on this little base with a piece of coffee

21    filter in between.

22    Q    Why coffee filter?

23    A    In the documents it was mentioned that there was

24    a fibrous substance on the end of the propellant

25    consistent with coffee filter.
```

1    Q    Why would one use coffee filter?

2    A    Well, why I used it is to make a non stick

3    surface, because this propellant is really sticky.

4    If you just put it on something, it's hard to get it

5    off.  By putting something in between, like a coffee

6    filter, it can be removed from the stand rather

7    easily.

8    Q    Okay.  If we can go back to the regular gallery,

9    please.

10   A    And in the next picture, here I'm simply

11   spooning some of the melted propellant into the tube.

12        In order to make sure I've gotten the right

13   amount, I had pre weighed the -- pre weighed the tube

14   and the casting base and added the weight for the

15   amount of the propellant that was listed in the

16   documents.  I keep adding propellant and weighing it

17   again until I got to that right amount so I would

18   know I have the exact amount of propellant within a

19   small fraction.

20   Q    Go to the next photo, please.

21   A    Yes.  This one is just the end of the tube

22   filled with propellant to the length that was

23   designated.

24   Q    By the FBI reports?

25   A    As per the FBI report.

1   Q    I notice here that you have a thing of cat

2   litter.  Why do you have cat litter?

3   A    Cat litter is what was reported -- well, what

4   is, yes, was reported to have been used as the plugs.

5   Cat litter is a source of bentonite clay, which is

6   commonly used to make plugs and nozzles in model

7   rocket motors.

8   Q    You mentioned a nozzle.  What is a nozzle when

9   dealing with model rockets?

10  A    A nozzle is a plug that partially restricts the

11  flow of gases from a motor outward.  If properly

12  designed, it accelerates the flow of gases to a point

13  where it produces a lot of thrust, significant

14  thrust.

15  Q    Is that like holding the end of a garden hose?

16  A    Very good example, yes.

17  Q    If we could scroll up.  Let me clear it.

18       What are you doing in this photo right here?

19  A    Here, I'm hammering on the clay but using a

20  dowel to intervene.  Placing a heavy dowel on top of

21  the loose clay and pounding it with a mallet a few

22  times to set the clay.

23  Q    Do you have a video of that?

24  A    Yes.

25  Q    Play that video.  You said "dowel."  Is that

 1    something that's commonly used in the making of model

 2    rockets?

 3        Turn down the volume, please.

 4    A    Yes.

 5    Q    Is a wooden dowel commonly used in the making of

 6    these rocket motors?

 7    A    Yes, yes.

 8    Q    And why would you use a wooden dowel?

 9    A    Well, they're easily available.  They serve the

10    purpose well and they don't spark.

11    Q    Would the dowel need to be able to -- what would

12    the necessity of the dowel -- should it be bigger

13    than the PVC pipe, smaller, same size?

14    A    Slightly smaller.

15    Q    Okay.  And talk us through what you're doing

16    here?

17    A    Here, I'll simply pour out a little bit of kitty

18    litter to make it easily available, and then I'll

19    spoon some of it into the end of the tube on top of

20    the propellant.  Then I'll take the dowel and hammer

21    on it a few times.  One of the virtues of bentonite

22    clay is it can be compressed into a solid just by

23    ramming; therefore, it's used very commonly in making

24    rocket motors.

25    Q    When you say "bentonite clay," the bentonite

1    clay here is cat litter?

2    A    Oh, yes.  I'm sorry.  Bentonite clay is used for

3    many things, cat litter being one of them.  Cat

4    litter is not a very good kind of bentonite, but it's

5    easily available and can be made to work.

6        Now I'll just touch on it and feel it to

7    illustrate that it's reasonably solid.  And testing

8    to make sure I've got the right depth because I

9    believe the thickness of those nozzle plugs are

10   critical to the function of these devices.  I wanted

11   to make sure I got it the same as was in the

12   documents.

13   Q    All right.  If we can go back to our main screen

14   here.  What are you showing us in this photograph,

15   all the way here?

16   A    This one?  Yes.  The plug is solid so one needs

17   a port in order to get flame to the propellant.

18   Here, I've put it on my drill press and I'm drilling

19   a one-eighth inch hole through the nozzle plug,

20   through the plug, into the propellant so that a fuse

21   can be admitted to ignite it.

22   Q    Does that fuse hole serve any other purpose?

23   A    Well, it becomes the nozzle.

24   Q    Okay.  And what are you showing us -- this would

25   be the nozzle?

```
 1      A      Right.

 2      Q      Or the fuse hole?

 3      A      Yes.

 4      Q      Is a drill something commonly used in the making

 5      of these rocket motors?

 6      A      Yes.

 7      Q      And what are you showing us down here?

 8      A      Down here?  This is where I've laid this

 9      particular device on a sheet of roofing tin.  One of

10      the suggestions in an FBI report was that if these

11      things were ignited by themselves, they would fly

12      about in an uncontrolled manner.  So I tested some

13      where they had a chance to do so, so if we could see

14      if that happened.

15      Q      Let's clear it here and go back to the regular

16      menu and scroll up.  Is this one of the first actual

17      tests that you do on a Q 2 device?

18      A      I believe this was the first test I did.

19      Q      What type of test are you doing here?

20      A      Well, it's called a static test.

21      Q      And what does a static test show?

22      A      A static test means that the motor doesn't move.

23      The rocket motor is fastened to something that holds

24      it in place and it simply burns.

25             Later on, I'll use an instrumented test stand to
```

1    show the thrust level.  Here, I'm just testing it to

2    see if it burns well and continues to burn.

3    Q    I notice that this is a dark color propellant?

4    A    Right.

5    Q    Why that dark color?

6    A    Again, I was trying to match the color of the

7    propellant seen in the photographs that were

8    provided.

9    Q    Let's go ahead and play this video with the

10   sound.  If you could wait to talk until the video is

11   done.

12        (Portion of unidentified audio and videotape

13   played as follows:)

14        "Three, two, one, ignition."

15   BY MR. ALLEN:

16   Q    You can turn the sound down.  What did we just

17   see there?

18   A    Well, the propellant ignited reasonably well.

19   And it burned but very slowly.  It chuffed a bit.

20   I'm going to use the word "chuff" quite a bit.  When

21   you hear a rocket motor cough, that's called a chuff.

22   That's commonly done in poor motor design.  This --

23   this is where I've split the case open to show how

24   much of the propellant was actually consumed in that

25   burn.  It was less than a third.

1    Q    Now, if that rocket motor that you just ignited

2    -- it was blowing the gas up?

3    A    Right.

4    Q    Is that how it would function in a rocket?

5    A    Yes, but it would be inserted in an air frame.

6    Q    Would it be blowing up or down?

7    A    Down, indeed.

8    Q    Why are you showing it up, I guess?

9    A    It's easier to arrange a static test that way.

10    It's hard to move the earth.

11    Q    So that would be the rocket motor turned upside

12    down and ignited?

13    A    Right.  Thank you for clarifying that.

14    Q    Okay.  Let's go back to the main screen.  If we

15    could scroll up.  And that was the Q 2 replica?

16    A    Yes, Q 2.  I did the rest of the Q 2, Q 1s -- I

17    did Q 1 from there on out.  Q 1 being the larger of

18    the two devices, for the presumption that whatever Q

19    2 would have done, Q 1 would have done more of it.

20    Q    Because it was bigger?

21    A    Bigger.

22    Q    Had big -- more propellant?

23    A    More propellant, yes.

24    Q    All right.  And the device test 2.  We're

25    talking about Q 1 now.  This is a mixture of what?

1    A    This is again propellant.  I believe I'm using

2    the same mixture, the same propellant, but this time

3    I'm putting them on a static test can which is

4    capable of measuring the thrust and firing it that

5    way.

6    Q    Why would one want to measure the thrust?  What

7    does that tell us?

8    A    In this case to see if there is any.

9    Q    Okay.  Let's go ahead and watch that video with

10   the sound.

11        (Portion of unidentified audio and videotape

12   played.)

13        "Three, two, one, ignition."

14        THE WITNESS:  And it's behavior was virtually

15   identical to the previous test.

16   BY MR. ALLEN:

17   Q    So even with more of the propellant, the result

18   was basically the same?

19   A    Basically the same.  Also, the thrust in the

20   test was unmeasurable on that stand.  It can measure

21   as down as low as half of a pound of thrust.  That

22   produced less than half of a pound during --

23   Q    And what does that tell you regarding rocket

24   motors?

25   A    That it's not very powerful.

```
 1    Q    And that's the thrust is not very powerful?
 2    A    Right, right.
 3    Q    Let's go to the next one, please.  What are you
 4    showing us here in device test number three with Q 1?
 5    A    Well, two things.  This is the first test where
 6    I used melted propellant.  Previously, I had been
 7    using my recipe, which is recrystallized, and seemed
 8    like there was a chance that could have have been
 9    used.  I couldn't really tell.  Here, I'm using --
10    Q    So instead of it evaporating the water, this is
11    just cooking it like confectioner together?
12    A    Right, peanut brittle.
13    Q    And then you once again did a dark color.  Why
14    dark color?
15    A    To match what I saw in the documents and the
16    photographs.
17    Q    Let's go ahead and show this video here.
18    A    Would you scroll down just little bit first?
19    This is the first one where I tried to do a flight
20    test.
21    Q    What is a flight test?
22    A    A flight test is where you give it a chance to
23    fly.
24    Q    Okay.  Let's go back up and watch this flight
25    test.
```

```
 1          (Portion of unidentified audio and videotape
 2     played as follows:)
 3          "Three, two, one, ignition."
 4          "Three, two, one, ignition."
 5     Q    Is this just a different angle?
 6     A    This is a second view of the same test.  Now, I
 7     believe on this one I have another test.  This one
 8     burned out its plug a little bit.
 9     Q    Okay.  Try not to talk when it's making so much
10     noise.  It's hard to capture.
11     A    Good.  Just pause there.  That's a good spot.
12     Q    Can you go back a little bit, please?
13     A    Just a hair, if you don't mind.  Good.
14          This is showing that in that first ignition the
15     fuse hole had burned out somewhat to roughly a third
16     of an inch diameter.  This is what I mean when I say
17     form a nozzle because that fuse hole isn't a good
18     size for a nozzle.  But this clay is fringeable (ph)
19     enough that as the propellant burns, it sometimes
20     gets blown out gradually and forms a nozzle that
21     could be functional.  So I decided to put another
22     igniter in this one and try it again because it still
23     had most of its propellant left.
24     Q    With a bigger nozzle?
25     A    With a slightly bigger nozzle.
```

1    Q    Go ahead and play it, please.

2         (Portion of unidentified videotape played.)

3    BY MR. ALLEN:

4    Q    Didn't fly?

5    A    Not yet.  Correct, did not fly.  There is

6    another view of that, but it's probably unnecessary.

7    Q    Go ahead and go back.  Thank you.

8         If we can go to the next test.  And what's going

9    on here in this test?

10   A    Here, I wanted to try using better propellant,

11   some that's made right by my standards, partly

12   because I was tired of doing things that didn't work.

13   Also, there was a chance this propellant would burn

14   at faster rate than what I was getting with a dark

15   propellant.  So it was sort of second guessing the

16   design by using better propellant.

17   Q    So you just didn't cook it as long?

18   A    Right.  It's not cooked as long.

19   Q    Just to see what would happen?

20   A    Right.

21   Q    But that's not the color of the items --

22   A    No.

23   Q    -- found in the truck of the vehicle?

24   A    (Witness indicated.)

25   Q    Correct?

1    A    No, it is not.

2    Q    So this test is going to just show us if the

3    propellant had not been cooked as long?

4    A    Right.

5    Q    Okay.  Let's see this test.

6         (Portion of unidentified audio and videotape

7    played as follows:)

8         "Three, two, one, ignition."

9    BY MR. ALLEN:

10   Q    What happened?

11   A    Clay popped out.

12   Q    The nozzle popped out?

13   A    Yes.  The nozzle is a weak link here and it pops

14   out rather easily.

15   Q    Okay.  And what -- explain to the jury why is

16   the nozzle a weak link or what effect does the nozzle

17   popping out have?

18   A    It means the rocket no longer constrains the

19   exhaust gases, no longer accelerates them properly,

20   and, therefore, develops very little, if any, thrust.

21   Q    And that's even with the best propellant you can

22   make?

23   A    Right.

24   Q    Okay.  Let's go to the next test.  What are we

25   seeing here in device test five?

1    A    This one, I would submit, might be irrelevant

2    because I was using another kind of stump remover.

3    Q    Okay.  Well, then let's go to one that's

4    relevant.

5    A    It wasn't very good.  The Spectracide was much

6    better.

7         THE COURT:  That's test five that was

8    irrelevant?

9         MR. ALLEN:  Yes, Your Honor.

10   BY MR. ALLEN:

11   Q    What do we have here in device test six for Q 1?

12   A    Well, this is trying the same thing but using

13   melted propellant rather than recrystallized

14   because --

15   Q    Why do you keep switching from melted to

16   recrystallized?

17   A    Because I -- it wasn't clear to me what method

18   would have been used in these devices.  I wanted to

19   see was there any substantial difference in the way

20   they worked.

21   Q    And did you find any substantial difference?

22   A    No, not substantial.

23   Q    Is this a launch or just a mixture test?

24   A    Would you scroll down?  I forget what I did here

25   exactly.  Oh, okay.  This is one that is consistent

1   with one of the FBI reports that the propellant could

2   make the PVC burn.

3   Q    Let's watch that video.

4   A    This one is kind of a long one, so you can skip

5   ahead if you --

6        (Portion of unidentified audio and videotape

7   played as follows:)

8        "In five, four, three, two, one, ignition."

9   BY MR. ALLEN:

10  Q    This is an on-the-ground test?

11  A    Right.  You can see the PVC pipe starting to

12  bulge.

13  Q    Is that item flying around uncontrollably or is

14  it sitting still?

15  A    No.

16  Q    I'm sorry.  Which one is it - sitting still or

17  flying around?

18  A    Oh, sitting still.

19  Q    What's happening here?

20  A    The PVC itself is starting to ignite.

21  Q    Now, did you have anything to go on as to what

22  the actual ratio between potassium nitrate and sugar

23  mixture was in the actual items in the trunk of the

24  car?

25  A    No, not directly.  I have the FBI reports as to

1    what they thought were in there.

2    Q    Right.  So you're duplicating what the FBI did,

3    not necessarily what was in the trunk?

4    A    That's correct.

5    Q    If you knew the ratio of potassium nitrate and

6    sugar of the items in the trunk, could you have done

7    the similar testing?

8    A    Yeah, I certainly could, and I could have stayed

9    within the constraints of those proportions and not

10    kept testing in other ways.

11        I'm moving mostly to get away from the smoke,

12    but this also let's you see how it's burning.

13    Q    Can you turn down the volume?  Go ahead.

14    A    I'm sorry.

15    Q    That's all right.

16    A    You'll see it gradually burn through to the head

17    end.

18    Q    Is the propellant burning or is the plastic

19    burning?

20    A    Both.  But what you see inside the tube is the

21    propellant itself burning and burning away the coffee

22    filter that's embedded in it.

23        At this point the propellant is pretty much

24    exhausted and the tube's smoldering away.

25    Q    All right.  If we could scroll up to the next

1       test.  Scroll up just a little bit there for me.

2       Keep going.  This is another ground test?

3       A    It is a ground test.  Well, there are two

4       meanings to the word "ground" here.  One is that I

5       ground up the propellant ingredients very finely.

6       Q    And why did you do that?

7       A    Because, ground together, they tend to burn much

8       more quickly.  We skipped that little video, but I

9       showed the one where you had the coarsely mixed

10      potassium nitrate and sugar and it burned really

11      slowly and dirty.  When you mix them together finely,

12      finely ground, they burn quickly.  They go whoosh

13      rather than bluhhhh (ph).

14      Q    Were you able to tell from any of the FBI

15      reports whether the actual mixture of substance in

16      the items in the trunk, whether they were ground

17      finely or not?

18      A    No, I could not.  And that's one of the reasons

19      I wanted to test both ways.

20      Q    To give the fairest representation that you

21      could?

22      A    Indeed.

23      Q    Okay.  Let's go back up and watch this video.

24           THE COURT:  This is test seven?

25           MR. ALLEN:  Yes, sir.  Q 1.

1           THE WITNESS:  Okay.

2      BY MR. ALLEN:

3      Q     Hold on a second.

4           (Portion of unidentified videotape played.)

5      BY MR. ALLEN:

6      Q     Let's skip this video.  Let's go to the next

7      one.

8      A     Well, I can describe what it did very briefly.

9      Q     Okay.  That'd be great.  If you need the

10     pictures to do that --

11     A     Yes.  Just scroll down, if you don't mind, so we

12     can see the lower -- this picture with 20 inches on

13     it.  Go back to the left, if you don't mind, a little

14     bit.  I think that's a link if you click on that

15     picture.  Yeah, there you go.  This one chuffed a few

16     times and jumped 20 inches.

17          I put another fuse in it.  It chuffed again and

18     jumped another 20 inches or so.  So actually have a

19     little bit of movement with this device, but only a

20     very little.

21     Q     And what was the mixture that you were using

22     here?

23     A     This was 60 percent potassium nitrate, 40

24     percent sugar, ground finely, and then melted.

25     Q     Let's go back, please.  If we can scroll up.

1    What do we have here in test eight, Q 1?

2    A    This is one more test of the Q 1 device where

3    I've recrystallized and cooked dark, but this time

4    using Spectracide stump remover.  Previously, I

5    didn't have Spectracide, so I was using the USP grade

6    potassium nitrate.

7    Q    Is the USP grade a better form of potassium

8    nitrate than the stump remover or worse?

9    A    It's better.  It's much purer.  It's food grade,

10   pharmaceutical grade.

11   Q    So all of the tests up to this point, you were

12   using the best possible potassium nitrate you could

13   get?

14   A    In most of them.  I may have used stump remover

15   in one or two.  This was to be the definitive test of

16   the stump remover.

17   Q    Let's go ahead see this video here.  And this is

18   a laying-on-the-ground test.

19   A    Right.

20      (Portion of unidentified audio and videotape

21   played as follows:)

22      "Three, two, one, ignition.  Three, two, one,

23   ignition.  Three, two, one, fire.  Three, two, one,

24   ignition."

25   BY MR. ALLEN:

1    Q    Are you just relighting it?

2    A    I'm inserting another fuse.

3    Q    What happened?

4    A    It burned awhile and then chuffed out.  I'll try

5    it some more.

6    (Portion of unidentified audio and videotape

7    played as follows:)

8    "Three, two, one, ignition."

9    BY MR. ALLEN:

10    Q    Talk us through what's happening.

11    A    Well, inserting fuse after fuse here.  I've

12    inserted three maybe and it failed to ignite, so I

13    decided to try it vertical and see if I could get the

14    rest of the propellant to burn.  It start burning but

15    again chuffed out after a little while.

16    Q    Okay.  If we could go back and scroll up.  This

17    is just showing you making the Q 3 replica?

18    A    Yes.

19    Q    Similar to when you showed us all the steps that

20    you went through on the Q 2 replica and Q 1 replica?

21    A    That's correct.

22    Q    You used the wooden dowels again?

23    A    Right.

24    Q    We're using a different size.  There's a slight

25    difference in the propellant with the Q 3 compared to

1    the Q 1 and Q 2, correct?

2    A    That's correct, yes.

3    Q    Can you explain to the jury the difference in

4    the composition of the propellant in the Q 3 replica?

5    A    Well, the Q 3 used a dry, powdered mix where the

6    potassium nitrate and sugar were not melted or

7    recrystallized.  They were simply packed into the

8    tube and hammered, at least that's what I gathered

9    from the reports.  It's not an uncommon way to make

10   this kind of motor either.

11   Q    Okay.

12   A    I have a gallery and a little video on how that

13   was done, if that's of interest.

14   Q    How it was made or --

15   A    How the devices were made.

16   Q    Okay.  I don't think we need that.  It's going

17   to be similar, just different sized PVC pipe and

18   different composition of potassium nitrate and sugar,

19   and a different way of combining them.

20   A    And the way of forming them into the propellant

21   grain within the motor.

22   Q    Okay.

23   A    And the difference is significant.

24   Q    Well, let's go ahead and see that.  Is it a

25   photo gallery or video?

1    A    Click here for the photo gallery, but instead of

2    going all the way through the gallery, if you just

3    click here for the video.

4        (Portion of unidentified videotape played.)

5    BY MR. ALLEN:

6    Q    Turn down the volume.

7    A    Yeah, let me do the talking here.  I started out

8    with a mortar and pestle, which is a slow way of

9    doing it.  Many people use a coffee mill to grind up

10   the potassium nitrate and the sugar separately.  It's

11   much quicker.  Not quite that quick.  It actually

12   took about half a minute.  But that grinds it up.

13       Then the sugar and potassium nitrate are milled

14   separately in a coffee mill, mixed together, sifted a

15   time or two just to make sure there's a good mixture

16   of the two.  It looks like I'm going to throw that

17   bit away.  I don't.  I grind it up and put it back

18   just to make sure I have a good mixture, an even

19   mixture.

20       So I'm starting by placing a little bit of kitty

21   litter in the tube and hammering on it.  That makes a

22   plug towards one end of the tube.

23       Now I'm going to take this one off and test it

24   for you to show the downside of using kitty litter

25   and why many of these devices failed.  It seems

1    solid, but if you push it on it with both thumbs, it
2    falls out rather easily.
3        So now I'm adding the potassium nitrate and
4    sugar solution and hammering that, adding a little
5    more, hammering it, adding more, hammering it.  This
6    is one of the less sensitive of the pyrotechnic
7    mixtures.  That's the reason I'm willing to hold it
8    in my hand while I hammer on it.  There are many
9    substances one would not dare do that with.
10   Q    Because you could spark it?
11   A    Yes.  Some are friction and pressure sensitive
12   and can go off.  This one is not very sensitive at
13   all.
14   Q    Now what are you doing?
15   A    Placing it on a little stand that I made for my
16   drill press so I can set up the bit and just drill a
17   hole into the -- through the nozzle plug into the
18   propellant itself, making a place for the fuse to go.
19       Here, I'll show just the beginning of the test.
20   We'll see this full test in a moment.
21   Q    That's a static test?
22   A    Right, on the static test.
23   Q    All right.
24   A    If you wouldn't mind backing up one.  Thank you.
25   Q    Let's scroll down.  This is a flight test?

1    A    Well, no.  This is a static test, and it's my

2    first test with the dry mix.  I was shooting for 70

3    to 30 percent, but made a error and ended up with 71

4    to 29, but it's still within the ballpark.

5    Q    When you say 71-29, you're talking potassium

6    nitrate to sugar?

7    A    Correct.  Thank you for clarifying.

8    Q    You're choosing, based on your experience,

9    ratios that will have a reaction?

10    A    That's one reason.  The other is that was

11    reported in the FBI documents.  That's one of the

12    ratios they tested.  Also, within the 70 to 30 to

13    60-40 ratio, that's a good set of ratios for this

14    propellant.  If you move much beyond either way, you

15    get a propellant that doesn't work very well.

16    Q    And let's go ahead and watch this video.

17         (Portion of unidentified audio and videotape

18    played as follows:)

19         "Three, two, one, ignition."

20    BY MR. ALLEN:

21    Q    What's that showing?

22    A    Well, first off, it shows that it burns with

23    considerable vigor and expels flame and smoke

24    energetically.  It also burns continuously from one

25    end to the other.  That case is doing much better

1    than the Q 1 devices did.

2    Q    So the dry mix was a better propellant than the

3    darker colored, melted or recrystallized --

4    A    In these devices it definitely was, yes.

5    Q    Let's go back.  If we can go up.  What do we

6    have here in test 10 on Q 3?

7    A    Here, I'm correcting an error that I'd made on

8    my first two tests because I thought that they would

9    have been using -- he would have been using Schedule

10   40 PVC, or that would have been used here.  But when

11   I tried to pack in the amount of propellant that the

12   FBI reported, it wouldn't fit in Schedule 40.  I

13   realized they must be using thin wall PVC.  So here's

14   my first Q 1 test using the correct size of PVC.

15   Q    Let's slide over.  I want to see what's over

16   here, please.  What is this?

17   A    This one?  That's the thrust curve from this

18   motor.  I placed it on my test stand, which you can

19   see up here.  It measures the thrust.  We're seeing a

20   very irregular one where we have this peak up to a

21   little over a pound, then down to just about --

22   that's like the baseline for this.  That essentially

23   means no thrust.  So this one peaks here and there,

24   producing just a little bit of thrust now and then,

25   but not a real substantial amount.

1    Q    What's the significance of what you learned from

2    that thrust test about this propellant?

3    A    Well, you should play the video and you can see

4    why it did that.  That will make it a little more

5    clearer, I believe.

6    Q    Okay.  Let's play the video.

7    (Portion of unidentified audio and videotape

8    played as follows:)

9    "Five, four, three, two, one, ignition.  I

10    smell burning plastic."

11    THE WITNESS:  The first peak on the thrust curve

12    I believe was when the nozzle plug popped out.  And

13    the others I believed to be artifacts.

14    BY MR. ALLEN:

15    Q    So when the cat litter plug popped?

16    A    Right.  That would have made a bit of a peak.

17    Q    Let's go to the next test.  Is this the same

18    device on a ground test?

19    A    Right.  Same device but laid on the sheet of tin

20    so it has the opportunity to move.

21    Q    Okay.  Let's see that.

22    (Portion of unidentified audio and videotape

23    played as follows:)

24    "Here we go.  Five, four, three, two, one."

25    BY MR. ALLEN:

1    Q    Now you're using the best grade of potassium

2    nitrate you can, right?

3    A    (Witness indicated.)

4    Q    What did we just see there?

5    A    Well, this one actually did fly around in an

6    uncontrolled manner much like the FBI reports

7    suggested they might.

8    Q    So the dry mix can fly around in an uncontrolled

9    manner, but none of the darker color mixes could do

10   that?

11   A    Not in this particular device, no.

12   Q    Okay.  And you keep saying "not in this device."

13   What are you getting at there?

14   A    One can design a rocket motor that burns slow

15   propellant effectively.

16   Q    Let's talk about -- you said "slow propellant."

17   In a rocket motor, why would you want the propellant

18   to be slow?

19   A    There's a general rule that the larger the

20   motor, the slower the propellant should burn.

21   Q    Why?

22   A    You want a long burn.

23   Q    Why?

24   A    For instance, the space shuttle.  Solid rocket

25   boosters are very large.  They need a long, slow burn

1    to get the shuttle up to altitude and speed.  Too

2    fast of a burn would create too much stress on the

3    shuttle and it would break apart in the atmosphere.

4    Q    And that applies to little rockets as well as

5    the big giant space shuttles?

6    A    To some degree.  With smaller motors, one is

7    more concerned with the amount of pressure that the

8    case can stand because you can burst a casing by over

9    pressure.

10   Q    Okay.  Let's go to the next one.  What are we

11   seeing here in test 12?

12   A    Essentially the same device but an opportunity

13   for it to fly.

14   Q    Let's see that.

15   A    I'll strap it onto a stick.

16        (Portion of unidentified audio and videotape

17   played as follows:)

18        "Five, four, three, two, one, ignition."

19        THE WITNESS:  Just another view of the same

20   test.

21   BY MR. ALLEN:

22   Q    Go ahead and stop it.  If one of your students

23   had made that, what grade would you have given them?

24   A    A generous D.

25   Q    Let's go to the next one.  All right.  What do

1    we have here?

2    A    Essentially, the same test, but here I playing

3    with a notion that the kitty litter might have been

4    ground up in the coffee mill, much like the

5    propellant mix was.  The reason for that is that good

6    bentonite clay, such as is commonly used for making

7    rocket nozzles, is a very, very, very fine powder.

8    The finer the powder, the better it packs.

9        Kitty litter is, of course, granules and it's

10   hard to pack it well.  So here I'm testing the notion

11   that the kitty litter might have been ground up very

12   finely, and, therefore, made a better plug and not

13   popped out as readily as those did.

14   Q    So you're in essence doing everything you can

15   think of to try to make the first effective rocket

16   mother not knowing the exact diameters because the

17   FBI reports you have don't tell you?

18   A    Right, right.  Based on the best information I

19   have, what's the best motor that can be made?

20   Q    Let's see this, Q 3.

21       (Portion of unidentified audio and videotape

22   played as follows:)

23       "Three, two, one, ignition."

24   BY MR. ALLEN:

25   Q    Did you find any significant difference when you

1    ground the cat litter?

2    A    That was very much like the last launch.  It

3    maybe slightly higher, but not much.

4    Q    Let's go ahead and move along.  Let's go to the

5    next one.  What do we have in test 14?

6    A    Essentially, the same thing.  I'm doing -- I've

7    seen enough variation in these motors that I wonder

8    if any one test is going to tell me what they really

9    do.  So I've done a couple more replications to see

10   how they worked, and they did work somewhat

11   differently.

12   Q    So what's the difference in this test?

13   A    This is essentially a replica of the -- it's a

14   repeat of the last replica.

15   Q    Let's go to the next one then.  What do we have

16   here?

17   A    This is just one more changing the proportions

18   to 70 percent potassium nitrate and 30 percent sugar

19   to see if the --

20   Q    So you increased the potassium nitrate and

21   reduced the sugar?

22   A    Right, reduced the sugar.

23   Q    Why did you choose 70-30?  You're also using the

24   best grade potassium nitrate, right?

25   A    Right, right.

1    Q    Why did you try 70-30?

2    A    70-30 is the high end of the range at which

3    sugar propellant is effective, in my experience.

4    When you have a higher percentage of oxidizer, you

5    have a faster burn rate.  It doesn't produce as much

6    energy as a 65-35 mixture.  You don't get as much

7    power.  What you get is power delivered over a

8    shorter period of time.  In these motors, that might

9    have improved the way they worked.

10   Q    So you were basically upping it to the best you

11   can and still have it work.

12   A    Right.

13   Q    So instead of the slow burn that you would

14   normally want, you're trying to get as fast of a burn

15   as you can get?

16   A    I'm doing the best as I can as a rocket amateur

17   to get these things to fly without exceeding what I

18   saw in the documents.

19   Q    Okay.  Let's see the next one.

20        (Portion of unidentified videotape played.)

21        THE WITNESS:  This is showing how it's set up on

22   the stand from the pad cam.

23        (Portion of unidentified audio and videotape

24   played as follows:)

25        "Five, four, three, two, one."

1    BY MR. ALLEN:

2    Q    Just a different angle?

3    A    From underneath.

4        (Portion of unidentified audio and videotape

5    played as follows:)

6        "Ignition."

7    BY MR. ALLEN:

8    Q    How high did that rocket go?

9    A    I'd estimate 100 to 150 feet.

10   Q    What type of grade would you get there?

11   A    C.

12   Q    Why a C?

13   A    Because it worked.  It functioned as a rocket

14   motor.  It actually lifted off, traveled a distance.

15   Q    Why not an A or a B?

16   A    It could have been made much better.

17   Q    Based on -- did you -- is that the last test?

18   No.  Keep going down.

19   A    I think there's one more.  I don't know how

20   relevant this, but if you feel it is, we can show it.

21   Q    I think it is.  This is the store -- let's talk

22   about what we have here.

23   A    Yes.

24   Q    What's depicted here in this photograph?

25   A    I'm sorry?  The significance of that?

1    Q    What is it?

2    A    They're model rocket motors.  These can be

3    purchased in a number of stores.  Wal-mart carries

4    them.  Hobby stores often do.  You can order them off

5    the web.  They can be shipped by U.S. mail.  They're

6    certified, very reliable.  This is what I recommend

7    when people want to get started with rocketry, they

8    start with this.

9    Q    What is the propellant in the store bought

10   rocket motor?

11   A    It's different.  It's black powder.

12   Q    Is there any advantage to having black powder

13   versus a sugar propellant?

14   A    Yes, several of them.  One is that black powder

15   burns faster; therefore, is more effective in this

16   particular motor design.  This design is an end

17   burner where the propellant just burns like a

18   cigarette from one end to the other.  A sugar

19   propellant isn't fast enough to do that well;

20   whereas, black powder is.

21   Q    So black powder works as a better propellant

22   because it burns faster --

23   A    Right.

24   Q    -- than the sugar propellants?

25   A    Right.  In this particular very simple motor

1    design, it works better.

2    Q    Why wouldn't somebody who's interested in

3    rockets just buy the store bought ones?

4    A    That's a great idea.  I would hope they would do

5    so until they develop their skill to the point that

6    they can make their own motors.

7    Q    Why would somebody as experienced as you not

8    just buy your own motors?

9    A    Well, I do buy my own motors.  I do a lot of

10   testing, a lot of school projects, and the like.  I

11   buy these in a large number.  That's a lot of work to

12   make all those little motors.

13   Q    Why would somebody make their own?

14   A    For learning.  It's exciting.  It's chemistry,

15   it's physics, it's all the sciences in one.  It's

16   government.  It's law.  It's an incredible learning

17   experience and very exciting to many people,

18   including young people.

19   Q    Let's scroll to that way, please.  What is this?

20   A    That's an example of a rocket that might be

21   flown with one of these model rocket motors.

22   Q    Where are you placing the motor?

23   A    It's where my fingers are.  You can see the blue

24   motor being inserted into the motor bay where there

25   is a little hook that holds it in.

1    Q    Okay.  Let's go up.  Let's watch the video.  You

2    actually ignite one of these motors?

3    A    Yes.  This was a static test of one of these

4    motors just so you can see what a commercial motor

5    looks like.

6         (Portion of unidentified audio and videotape

7    played as follows:)

8         "Four, three, two, one, ignition."

9    BY MR. ALLEN:

10   Q    What happened there at the end?

11   A    That's the ejection.  These are designed so that

12   when they're ignited they produce a good thrust for a

13   couple of seconds.  That sends the -- gets the rocket

14   up to speed, and then the motor burns out but the

15   rocket continues to coast up to altitude.  There's a

16   little bit of composition that continues to burn

17   while it's coasting the altitude, which does two

18   things:  It gives you a smoke trail so you can see

19   it.  It also burns through, and when it's finished

20   burning through, it sets fire to a small black powder

21   charge that pops out a parachute.  So what you saw

22   was the motor popping itself out of the stand as

23   opposed to popping out a parachute.

24   Q    Okay.  Now, that's the extent of your testing

25   that you did?

1    A    Yes, yes, yes.

2    Q    We can go ahead and turn that off.  Now, you

3    indicated that you had some websites?

4    A    Yes.

5    Q    Some web pages?

6    A    Right.

7    Q    In your web pages, do you talk about how to make

8    rocket motors?

9    A    Yes, I do.

10    Q    In your web pages, do you talk about how to make

11    this sugar propellant?

12    A    Yes, I do.

13    Q    I'm showing you what's been already introduced

14    in evidence as Defense Exhibit 27.  Have you had an

15    opportunity to, prior to today, review Defense

16    Exhibit 27?

17    A    Yes, I have.

18    Q    Did you notice any of your web pages in Defense

19    Exhibit 27?

20    A    Yes, indeed.

21    Q    How many?

22    A    A good number of them.  I haven't counted but

23    everything marked with a little yellow tab here was

24    one of my pages printed out.

25    Q    Would you just quickly count those for me?

1    A    Okay.  One, two, three, four, five, six, seven,

2    eight, nine, ten.  I think it's 11.  Should I do a

3    recount to be really sure?

4    Q    If you could, please?

5    A    Okay.  I'll do a recount real carefully.  One,

6    two, three, four, five, six, seven, eight, nine, ten,

7    eleven, twelve.

8    Q    Okay.  Let me retrieve that.  And do those web

9    pages have your name on it?

10   A    I believe they do.  I make a habit of putting my

11   name at the end of the each page.  I didn't look to

12   see if it got printed, but I do put my name on my

13   pages.

14   Q    You had mentioned that you did some *October Sky*

15   presentations?

16   A    Correct.

17   Q    What's the significance of the phrase *October*

18   *Sky*?

19   A    Well, *October Sky* was a very popular movie

20   released in 1998 or 99.  I don't know the exact year,

21   but very late 90s.  It was based on a book by Homer

22   Hickam of his youth growing up, his passion and his

23   friend's passion for rocketry, then how that was

24   developmental influence in his life.

25        MR. ALLEN:  May I approach the witness, Your

1    Honor?

2         THE COURT:   You may.

3    BY MR. ALLEN:

4    Q     Showing you what's been marked as Defense

5    Exhibit 16 A.  Do you recognize what 16 A is?

6    A     Yes, indeed.

7    Q     What is 16 A?

8    A     It's the book *Rocket Boys* by Homer Hickam.

9    Q     Is there any significance between the book

10   *Rocket Boys* and this potassium nitrate sugar mixture?

11   A     Yes.

12   Q     What is it?

13   A     That is one of the propellants they described

14   making in this book.  They describe the making of

15   several different propellants, that being one of

16   them.

17        MR. ALLEN:   If I could have a moment, Your

18   Honor?

19        THE COURT:   You may.

20        MR. ALLEN:   I don't have any further questions,

21   Your Honor.

22        THE COURT:   Thank you, Mr. Allen.

23        Has the United States Cross Examination for this

24   witness?

25        MR. HOFFER:   Indeed, Your Honor.

1          THE COURT:  You are recognized for that purpose.

2                       CROSS-EXAMINATION

3     BY MR. HOFFER:

4     Q     Mr. Yawn, sir, good afternoon.

5     A     Good afternoon.

6     Q     You and I have never met, correct?

7     A     I don't think so.

8     Q     And we've never had any conversation about

9     rockets, rocket motors, or anything of the sort,

10    correct?

11    A     No.

12    Q     Is that correct, sir?

13    A     That's correct.

14    Q     Now, that's not in fact the case between

15    yourself and Mr. Allen and Ms. Dyer, right?

16    A     No, it is not.

17    Q     You have met with them on many occasions and

18    spoken with them about the subject of your testimony,

19    correct?

20    A     Yes, sir, I did.

21    Q     You've, in fact, also presumably been paid for

22    your work in this case, correct?

23    A     Not as such.

24    Q     What does "not as much" mean, Mr. Yawn?

25    A     Well, they put me up in a hotel room and have

```
 1    offered to pay my mileage down here, but I'm not

 2    receiving any other payment or compensation.

 3    Q    So for the time and effort to put together all

 4    of that work that we've just been watching, you're

 5    not receiving any payment whatsoever?

 6    A    None except what I just mentioned.

 7    Q    Just your mileage and a hotel room?

 8    A    Right.

 9    Q    How many times have you met with them to discuss

10    this testimony?

11    A    Four, maybe five.  I could be more definitive,

12    but in that ballpark.

13    Q    That's fine.  But over -- when were you retained

14    by them or their representatives to actually do some

15    work in this matter?  Do you remember?

16    A    Almost exactly a year ago.

17    Q    And that was the arrangement you had then as

18    well as now, only mileage and a hotel room?

19    A    Yes, that was the agreement.

20    Q    Now, you testified that you are currently

21    working or employed at Santa Fe College, correct?

22    A    That's correct.

23    Q    And you testified - if I could find it - that

24    you have an associate in arts degree at Santa Fe

25    Community College in 1971?
```

1   A   Yes, sir.

2   Q   Correct?

3   A   Yes, sir.

4   Q   And in what field or discipline did you get that

5   degree, sir?

6   A   It was a general associate of arts degree but

7   also with a certificate in human service.

8   Q   How much science was involved in that course of

9   study, sir?

10  A   Not much.  I took a physical science course,

11  some mathematics courses, that's about it.

12  Q   Any chemistry?

13  A   No chemistry.

14  Q   Any physics?

15  A   Only as part of the physical science course.

16  Q   And when you say "physical science," what type

17  of science course is that?

18  A   It's an overview of the physical sciences,

19  including physics, chemistry, geology, astronomy.

20  Q   Then you received your bachelor of arts degree

21  in 1974 from the University of Florida, correct?

22  A   Correct.

23  Q   That was in -- you majored in the field of

24  psychology, correct?

25  A   Correct, yes.

1     Q     Did not major in, say, chemistry, correct?

2     A     Definitely not.

3     Q     Didn't major in physics, correct?

4     A     No.

5     Q     You don't have any advanced degrees in either of

6 those two sciences, correct?

7     A     No, I do not.

8     Q     Or in mathematics?

9     A     No, I don't.

10     Q     Then you got a master of education degree some

11 years later, student personnel in higher education

12 from the University of Florida in 1995, is that

13 correct?

14     A     That's correct.

15     Q     And could you explain what that master of

16 education degree in that field is?

17     A     It's more of an administrative degree for work

18 in the service areas in a college or university.

19 Sort of a management program with a little counseling

20 on the side.

21     Q     So it has no relationship to any science

22 whatsoever, correct?

23     A     Not directly, no.

24     Q     Well, actually, there is not one science course

25 involved in getting that degree, was there?

1    A    Statistics.

2    Q    More of a math, isn't it?

3    A    Well, it relates -- well, I'll say no for the

4    point of saying no.  Yes.

5    Q    Statistics in your view is a science course?

6    A    It is a mathematics course.

7    Q    And as far as science courses, there are none to

8    get that degree and you didn't take any, is that

9    correct?

10   A    None of the hard physical sciences.

11   Q    And when you say the "hard physical sciences"

12   you mean things like chemistry?

13   A    Indeed.

14   Q    Physics?

15   A    No chemistry.  No physics.

16   Q    And they're hard because they're really

17   difficult stuff, right?

18   A    Well, they can be, yes.

19   Q    For some people, I know you would agree?

20   A    Yes, yes.

21   Q    Now, you haven't attended any training courses

22   since either 1974, when you got your BA initially, or

23   since 1995, say, in the field of explosives, have

24   you?

25   A    No, I have not.

1    Q    You haven't received any training or any

2    certification in the field of explosives detection,

3    have you, sir?

4    A    No, none.

5    Q    You haven't received or attended any symposiums

6    or any courses domestically or internationally on

7    analyzing or detecting explosives, have you, sir?

8    A    No, sir, I have not.

9    Q    And you haven't had any seminars on pyrotechnics

10   or propellants at any college or university in your

11   career, have you, sir?

12   A    Not at the college level.

13   Q    High school?

14   A    No.  I've taken some independent courses like --

15   there's a thunder flame course for making ammonium

16   perchlorate propellants.  But it's not a college

17   level course, no.

18   Q    Is this more like the kind of stuff you can get

19   on the Internet to learn how to make certain types of

20   compounds?

21   A    One can find such things on the Internet, but

22   this was a legitimate course taught by a good

23   instructor, but not for college credit.

24   Q    Was it taught at a university?

25   A    No, not a university.

1    Q    And it wasn't a degree sort of course, any

2    advanced degree, was it, sir?

3    A    No, certainly no degree.

4    Q    You have not worked, have you, in any capacity

5    at any sort of laboratory or forensic laboratory in

6    your career, have you sir?

7    A    No, I've not.

8    Q    You haven't worked at the FBI laboratory, have

9    you?

10    A    No, I haven't.

11    Q    You're familiar with the FBI laboratory, are you

12    not?

13    A    I am somewhat, yes.

14    Q    And from what you know of it and your

15    understanding of it, they are a professionally

16    certified organization that does a lot of different

17    testing and a lot of different disciplines and

18    sciences, correct?

19    A    Yes, sir.

20    Q    They do a pretty good job?

21    A    Oh, yes, absolutely.

22    Q    Now, you also haven't worked at any state or

23    local forensic crime lab or anything like that, have

24    you?

25    A    No, sir.

1    Q    So it is safe to say that you are not a forensic

2    chemist, is that correct, sir?

3    A    That's correct.

4    Q    You're not a bomb technician, are you, sir?

5    A    Certainly not.

6    Q    And you've never dealt with military ordinance

7    and weapons, have you, sir?

8    A    No, sir.

9    Q    Have you ever served in the military in any

10   capacity?

11   A    No, sir.

12   Q    Let's talk for a minute about your understanding

13   of some of these things.  First of all, potassium

14   nitrate and sugar mixed together in the appropriate

15   ratios or proportions can function as a propellant,

16   correct?

17   A    Certainly.

18   Q    And some of these rocket motors can use that in

19   some configuration to be a rocket propellant,

20   correct?

21   A    Yes, sir.

22   Q    And the reason that they're used is because they

23   burn and they burn very rapidly if mixed in the

24   proper proportions, correct, Mr. Yawn?

25   A    That's correct.

1    Q    And, in fact, that's because you've got a fuel,

2    which is the potassium -- the sugar is the fuel, I'm

3    sorry, I get it mixed up.

4    A    Right, yes.

5    Q    And the potassium nitrate is the oxidizer?

6    A    Right.

7    Q    Correct?

8    A    Yes, sir.

9    Q    The oxidizer providing the oxygen that goes to

10   the chemical reaction that occurs when they're mixed

11   together and lit, correct?

12   A    Correct.

13   Q    When that's done and in proper proportions, they

14   deflagrate or burn very rapidly, don't they?

15   A    Yes, sir.

16   Q    Again, that's why you might use them in a rocket

17   motor?

18   A    Indeed.

19   Q    Now, you are familiar, sir, though, are you not,

20   with the legal restrictions that there are with

21   respect to, say, potassium nitrate explosive

22   mixtures?  Are you familiar with that?

23   A    Some of them, at least.

24   Q    You're aware, are you not, that there are very

25   strict federal restrictions on whether one can

```
 1    manufacture that kind of material, isn't that right?

 2    A    I'm not a legal expert.  I'm not sure I can

 3    answer that.

 4    Q    Well, let me ask you this question:  You said

 5    that over the course of your involvement with these

 6    rockets, you've made a lot of potassium nitrate and

 7    sugar mixtures, right?

 8    A    Yes, I have.

 9    Q    I think you testified that in 2007 you made 200

10    batches, I think you said?

11    A    Yes.

12    Q    Do you ever sell that stuff to anybody?

13    A    No.

14    Q    It's not legal to do that, is it?

15    A    I don't think so, not without proper licensure.

16    Q    Right.  You've got to go to Uncle Sam and get a

17    license, correct?

18    A    Indeed, indeed.

19    Q    Do you transport that stuff around?

20    A    Within the state.

21    Q    Within the state?

22    A    Yes.

23    Q    Because it's not legal, federally, to do so

24    without a license, is that reason?

25    A    As I'm learning of this case, I understand it is
```

1    not.

2    Q    There are certain -- well, so you don't -- you

3    didn't bring any down here from Gainesville, did you?

4    A    No, sir.

5    Q    And, correct me if I'm wrong, again, this is a

6    hobby for you, correct?

7    A    Yes, sir.

8    Q    It is not your professional career.  You are not

9    a professional rocket person?

10   A    No, sir.

11   Q    And you have a lot of hobbies, right?

12   A    Quite a few.

13   Q    And this is just one of them?

14   A    Yes.

15   Q    I looked at your list on your resume.  How much

16   time do you devote to this in an average year, sir?

17   A    Quite a bit.  I really do.

18   Q    I think you mentioned some of that in your

19   testimony.

20   A    Yes.

21   Q    Now, you do not know the defendant, Mr. Megahed,

22   do you?

23   A    We met very briefly this morning.

24   Q    Never had him in one our of your courses,

25   correct?

1    A    No, sir.

2    Q    And to your knowledge never taught him anything

3    on the Internet about rockets or rocket motors or

4    propellants, correct, sir?

5    A    No, sir.

6    Q    To your knowledge, this is -- have you ever met

7    or spoken to an individual by the name of Ahmed

8    Sherrif Mohamed?

9    A    No, sir.

10   Q    And, again, same question:  You've never taught

11   him anything on-line or had him attend any of your

12   classes to your knowledge?

13   A    I've never intentionally taught him anything

14   on-line.  If he read my web pages, he may have

15   learned some of my stuff on-line.  But I did not

16   interact with him in that manner.

17   Q    And speaking of that, you have your own website

18   or at least two of them, as I think you mentioned?

19   A    Correct.

20   Q    Isn't that right, sir?

21   A    That's correct.

22   Q    Your website contains a lot of information that

23   you place up there on the subjects you've been

24   talking about here this afternoon, is that right?

25   A    That's correct.

1    Q    In fact, people can click on that website,

2    either read or download the material to read later,

3    if they are so interested, isn't that correct, sir?

4    A    That's correct.

5    Q    And that's the way a lot of people get a lot of

6    information these days from on-line sources.  Isn't

7    that your experience?

8    A    Yes, sir.

9    Q    In fact, you do the same thing yourself.  You go

10   to other websites and obtain information or reference

11   data from those websites?

12   A    Absolutely, yes.

13   Q    And, generally, has it been your experience that

14   if you're looking at, say, your website or you

15   yourself are going elsewhere, it's because you're

16   interested in the particular subject matter that's

17   described in that caption or in that listing?

18   A    Yes, usually.

19   Q    You use Google or one of those other sources

20   that leads you in the right direction?

21   A    A certain direction.

22   Q    And your website is accessible to anybody who's

23   got an on-line connection on their computer, isn't

24   that right?

25   A    Yes, sir.

1    Q    Now, let me ask you:  When you -- generally

2    speaking, you said I think on Direct in response to

3    Mr. Allen that you don't make your own propellant all

4    that often.  Is that something I heard you say?  Was

5    I right about that?

6    A    I don't recall saying that.  I hope I didn't

7    imply that because I do make my own propellant.

8    Q    All the time?

9    A    Often, yes.

10    Q    Are there times you don't?

11    A    Yes.  I often buy motors for various purposes.

12    Q    And why would you buy it instead of just making

13    it yourself?

14    A    It's easier for one thing.  The motors are very

15    reliable and effective.  They're certified.  They're

16    accepted by the rocketry associations.  So they're

17    safe in a number of different ways.

18    Q    Now, I'm glad you mentioned safety because I

19    noticed in almost all of your tests depicted in the

20    video that you're doing those tests out of doors,

21    correct?

22    A    Yes, sir.

23    Q    And the reason you're doing those tests out of

24    doors is, among other things, or maybe the only

25    reason is because this stuff can go dangerous, can it

1    not?

2    A    Yes, indeed.

3    Q    For example, you take any of those

4    configurations that we've been watching for the last

5    hour or so, if you cap those tubes on both ends and

6    light that thing, you could potentially have yourself

7    a dangerous explosion, could you not?

8    A    Possibly, yes.

9    Q    You're familiar with the term "pipe bomb," are

10    you not?

11    A    Oh, yes.

12    Q    That's in very simplistic terms what a pipe bomb

13    is, correct?

14    A    Yes, I would say so.

15    Q    You put some form of an explosive material, put

16    it in a container and seal it up at both ends so that

17    when you light it, the pressure builds up and builds

18    up inside.  Isn't that your understanding?

19    A    Um-hum.

20    Q    And is that a yes?

21    A    Yes.

22    Q    And as a consequence, when a pipe bomb of that

23    sort explodes, if you will, you have shrapnel pieces

24    flying around and that could harm or injure people?

25    A    Indeed.

1    Q    Could cause death, right?

2    A    Yes.

3    Q    Could damage property?

4    A    Could, yes.

5    Q    So you do it outside because you don't want to

6    get hurt and I guess also because it's flammable or

7    combustible.  You don't want to risk burning down the

8    house, literally, or something of that sort, correct?

9    A    That's correct.

10   Q    Now, by the way, are you familiar with the

11   distinction, sir, between a high explosive and a low

12   explosive?

13   A    Somewhat.  I'm not an explosive expert, but I've

14   read on that.

15   Q    A high explosive generally but not all the time

16   makes a loud report and has a shockwave, right?

17   A    Detonates.

18   Q    Detonates?

19   A    Right.

20   Q    Not all the time makes a loud noise, but does

21   that most the time but not all the time?

22   A    Well, a detonation would make a loud noise.

23   Q    All the time?

24   A    I would think so.

25   Q    What about a low explosive?

1          MR. ALLEN:  Your Honor, may we approach?

2          THE COURT:  Yes.

3          (At side bar, on the record.)

4          THE COURT:  Yes, sir?

5          MR. ALLEN:  Your Honor, if he's not an expert in

6     explosives, I think it's inappropriate for the

7     Government to attempt to use him as an expert witness

8     on explosives.

9          THE COURT:  You want to be heard on that, Mr.

10    Hoffer?

11         MR. HOFFER:  I don't think I'm using him as an

12    expert because I don't think he is one of them.  I'm

13    asking what he knows about that particular issue.

14    I'm going to move on in a minute.

15         MR. ALLEN:  I think it's outside the scope, too.

16         THE COURT:  Well, (a) it is outside the scope,

17    as I understand the intent of the question anyway.

18    The witness admitted his own lack of knowledge and

19    expertise on the subject.  Actually, you're

20    testifying, Mr. Hoffer, in the form of -- by loading

21    up the question with facts that were elicited on

22    Direct or available elsewhere to a certain extent.

23         So it does seem to me to be ranging pretty

24    broadly for a witness whose scope you quite properly

25    restricted on Direct.

1      MR. HOFFER:  I'll move on.  Your Honor,

2   respectfully, no, I think he's purporting to have

3   knowledge of these propellants, which are low

4   explosives.  I think it's fair for me to inquire if

5   he knows anything about the distinctions even between

6   these different --

7      THE COURT:  You can ask if he knows what the

8   distinctions are, but I don't think you're entitled

9   to tell him is he aware that the distinction is XYZ.

10  That's you stating what the distinction is.  If I

11  need to clear the courtroom out and explain more to

12  you about that, I will.  I think you know good and

13  well the difference between saying do you know the

14  difference between A and B.

15      But that let's suppose he does.  This testimony

16  about the difference between A and B is not

17  admissible anyway for precisely the reason that he's

18  not an expert.  He wasn't asked the difference

19  between A and B on Direct because he was not

20  qualified as an expert and gave no expert testimony.

21  He said nothing about the attributes of these fuels

22  except what their performance was within his

23  immediate perception.

24      If you want to ask him what his perceptions were

25  and whether the perception was mistaken or whether he

1     has other inconsistent perceptions, you can.  But

2     cross-examining him as an expert is pretty plainly

3     improper.  And providing the substantive expert

4     testimony through your mouth and asking him if he

5     agrees or disagrees is yet another degree of

6     impropriety.

7          Sustained.  Let's go.

8          (End of side bar discussion.)

9     BY MR. HOFFER:

10    Q    Mr. Yawn, in your website, jamesyawn.com, that

11    you referenced to --

12    A    Yes, sir.

13    Q    -- you spend an awful lot of time in some of

14    your material talking about the safety aspects and

15    the safety precautions of making these kinds of

16    propellant mixtures, right?

17    A    Yes, sir.

18    Q    You talk about recommending that you need to

19    have small batches only when you're making them.

20    Isn't that one of your precautions?

21    A    Right, yes.

22    Q    Wearing protective gear?

23    A    Yes.

24    Q    You mention:  Don't smoke or don't have any

25    sources of flames or sparks or high temperatures in

1      the area where you're making these things.

2      A      Yes.

3      Q      And make sure there are no flammable materials

4      around.  Is that one of your precautions?

5      A      Right.

6      Q      A lot of those is because, again, if the thing

7      accidently or somehow ignites, it could ignite other

8      things or damage life or property, correct, sir?

9      A      That's correct, yes.

10     Q      So that's why you have a safety page.  Actually

11     it's several pages of one of your websites, which may

12     actually be in one of your defense exhibits.  I'll

13     find in a second.  You spend a lot of time on it

14     properly, correct?

15     A      Yes, I do.

16     Q      Let me also ask you:  Aerodynamics are important

17     in creating a rocket that will -- a model rocket, if

18     you will, that will fly, isn't that right, sir?

19     A      Yes.  Yes, sir.

20     Q      You have to have a design that allows the device

21     to fly better as far as having certain parts to it,

22     isn't that right?

23     A      Yes, sir.

24     Q      Fins are usually a big part of the aerodynamic

25     design of a model rocket?

1    A    Usually, yes.

2    Q    They sort of help stabilize the thing once it

3    lifts of the ground, isn't that right, sir?

4    A    That's correct.

5    Q    And a nose cone usually, or and end of the

6    device, does that function as well as an aerodynamic?

7    A    It's more to streamline it than to stabilize it.

8    Q    But it helps it fly, does it not?

9    A    It does, yes.

10   Q    A plain ole PVC pipe cut at both ends, for

11   example, without anything attached to it at all,

12   doesn't have, in your opinion, a lot of aerodynamic

13   design, does it?

14   A    No, sir.

15   Q    So that may explain or explains largely, does it

16   not, in your view, some of the results you had in

17   some of the tests we've just watched, isn't that

18   right?

19   A    Yes, indeed.

20   Q    Now, the type of fuel that you use affects your

21   lift and your propulsion, I guess, as well?

22   A    Oh, definitely, yes.

23   Q    And if you -- there are, are there not, some

24   better fuels than potassium nitrate that you could

25   use for the same purpose?

1    A    Yes, sir, there are.

2    Q    Give us some examples of that?

3    A    The most widely used is ammonium perchlorate

4    composite propellant, which is made with ammonium

5    perchlorate and some form of polybutadiene, an

6    artificial rubber.  That's the propellant used in the

7    space shuttle boosters, the Delta boosters, and most

8    professional and military rockets use that.

9    Q    That's the subject of some legal controversy

10   right now, is it not?

11   A    There's been an ongoing lawsuit, as I

12   understand, about that, which I think has been

13   resolved at least for the moment.

14   Q    Are there more commonly available, easily

15   available, things you could use in your experience as

16   far as being a better fuel?

17   A    Not in the way of better.  Some people use

18   ammonium nitrate propellant with polybutadiene, but

19   it's not as good as ammonium perchlorate and so not

20   as commonly used.

21   Q    Now, you would agree with me, sir, would you

22   not, that when you were asked -- withdrawn.  Sorry.

23        When you were asked to do these tests that we've

24   just watched a good number of, you were given some

25   reports from the FBI laboratory, correct?

```
 1    A    Yes, sir.

 2    Q    And you were given some photographs, I guess, to

 3    view of some of the evidence in this case?

 4    A    Yes.

 5    Q    Is that right, sir?

 6    A    Yes.

 7    Q    You never actually saw the low explosive

 8    potassium nitrate explosive mixture in this case, did

 9    you?

10    A    Not the original device.

11         MR. ALLEN:  Objection.  No foundation for it

12    being a low potassium nitrate explosive mixture.

13         THE COURT:  I'm sorry, Mr. Allen.  I couldn't

14    hear you.

15         MR. ALLEN:  Objection to the form of the

16    question.

17         THE COURT:  The question being:  "You never

18    actually saw the low explosive potassium nitrate in

19    this case, did you?"

20         MR. ALLEN:  Correct, Your Honor.

21         THE COURT:  The question, I take it, is directed

22    toward the potassium nitrate portrayed where?

23         MR. HOFFER:  The contents of, say, Government's

24    Exhibit 4 A, 5 A, or 6 A.

25         THE COURT:  That is the non argumentative form
```

1    of the question and you may answer that one.

2        THE WITNESS:  Would you state it again?

3    BY MR. HOFFER:

4    Q    Surely.  You never saw, for example, to examine

5    or look at other than by picture --

6    A    Um-hum.

7    Q    -- the contents of Government's 4 A, 5 A, and 6

8    A?  That is the PVC tubes, correct?

9    A    Correct.  The devices that were seized from the

10   vehicle.  No, sir, I have never seen those.

11   Q    You saw some pictures of them?

12   A    Pictures, yes, sir.

13   Q    You never physically examined the contents of

14   those PVC pipes yourself, correct?

15   A    No, sir.

16   Q    You're going simply by reports, photographs, and

17   secondhand information, I take it?

18   A    That's correct.

19   Q    But when you were doing your tests, you were

20   trying, were you not, to replicate as closely and as

21   accurately as you could the various exhibits to do

22   your tests, right?

23   A    Yes, sir, that's correct.

24   Q    If you varied a little bit on something, that

25   would sort of skew the results, would it not, Mr.

1    Yawn?

2    A     It could very well.

3    Q     If you added something that wasn't in the

4    original picture, if you will, or in the original

5    exhibit, that would skew your results, too, would it

6    not?

7    A     Yes, it could.

8    Q     So I noticed, for example -- I don't remember.

9    I think it was the device test number one.  I think

10   it was the Q 2 replica.  Do you recall you used the

11   wrong type of PVC pipe, did you not, sir?

12   A     Yes, sir.

13   Q     You used one form and I don't remember what it

14   was that was up there, but it was a different

15   strength than the PVC in issue in the exhibits in

16   this trial, isn't that right?

17   A     That's correct.

18   Q     So that was a skewing that really throws the

19   results off a little bit, does it not, as far as

20   replicating what we have in evidence in this case,

21   correct?

22   A     Could possibly.

23   Q     Now, I also noticed that when you were igniting

24   the various or initiating, I guess that's the term,

25   the various component tests, you used two different

```
 1      -- I want to ask you, you used two different
 2      versions.  One seemed to be a hand-held device of
 3      some sort.  What was that?
 4      A    Meaning the little samples that I was burning?
 5      Q    Yes.
 6      A    A small propane torch or a small torch-like
 7      lighter.
 8      Q    Later on, though, you had lengths of fuse and
 9      then you were initiating these things remotely.  What
10      device were you using there?
11      A    I was using an electric device that fired an
12      electric ignitor, and, therefore, ignited a short
13      section of fuse which went into the motor.
14      Q    And is that called an electric match sometimes?
15      Is that what that is?
16      A    That's one word for it.
17      Q    And you used the fuse -- that's sort of safety
18      fuse, right, that you were using?
19      A    Yes.
20      Q    The kind of stuff that you can buy commercially
21      without any difficulty?
22      A    Right.
23      Q    And it's green a lot of the time and it's got
24      some perchlorate --
25      A    Potassium.
```

1    Q    -- compound in it that burns?

2    A    That's correct.

3    Q    And that's used because you don't want to be

4    standing right over one of these things, you want to

5    be some distance away for safety when you light them,

6    correct?

7    A    Yes, sir.

8    Q    And that's why you used them in these tests,

9    correct?

10   A    Yes.

11   Q    Now, I noticed, for example, in test number six,

12   and it's on that video, that you did the sample and

13   you laid it down horizontally on what appeared to be

14   a piece of metal or something of that sort?

15   A    Yes, sir.

16   Q    What was that?

17   A    Old roofing tin that I had taken off a barn.

18   Q    And you used that tin or metallic substance or

19   whatever as opposed to something else so you wouldn't

20   burn anything, isn't that right?

21   A    That was not my primary reason.  That's a good

22   secondary reason.  The primary reason would be to

23   give the motor an opportunity to move under its own

24   force and see if it would do so.

25   Q    Now, I don't recall, but in that particular

1    number six, I think, the motor didn't move and go

2    anywhere, did it?

3    A    I forget the number.  In several of them it

4    failed to move, that's correct.

5    Q    Now that test, number six, of the tube without

6    -- with I think, I guess, one end probably capped,

7    that was not in your view a firework, was it, sir?

8    A    I'm trying to remember which number six was.

9    Q    I have a hard time, too, but the video is not up

10   there at the moment.  Do you have any notes that'll

11   help you?

12   A    We could see it.  Could we see it again?  Would

13   that help?  Or is that permissible?

14       THE COURT:  That's permissible.  Display six.

15   BY MR. HOFFER:

16   Q    If we can just display a still from it.  We

17   don't have to watch the whole thing.

18   A    At least remind me of what it is.

19       THE COURT:  That's it right there.

20       THE WITNESS:  This is mixture test six.  I also

21   have device test six.

22       MR. HOFFER:  Device test six, I'm sorry.

23       THE COURT:  Okay.  We are looking at device test

24   six, Q 1, in exhibit what?

25       MR. HOFFER:  Defense Exhibit -- I don't recall.

1    MR. ALLEN:  16 C, Your Honor.

2    THE WITNESS:  This is the one that goes for

3    about three minutes.  I believe this is the one that

4    burned a long time and --

5    BY MR. HOFFER:

6    Q    Without viewing the whole thing, if this

7    refreshes your memory, that didn't fly up into the

8    air, did it?

9    A    No, sir.

10   Q    And did that one even move, so much as you

11   remember?

12   A    No, sir.

13   Q    Similarly, with the next test, device test

14   number seven, if you remember, that one was on the

15   same metal sheet horizontally laying on the ground?

16   A    Yes, sir.

17   Q    And that one burned quite substantially and

18   charred the metal somewhat, did it not?

19   A    The one we were just looking at is the one where

20   the PVC itself burst into flame.  Is that what you

21   meant by charred the metal?

22   Q    Well, number seven is the number I have up

23   there.  Do you recall one that really left some

24   charring apparently on the metal itself?

25   A    A lot of them leave residue on the metal,

1    residue from the burn, various components that

2    recrystallize out of the exhaust.

3    Q    Would you characterize that one, if you recall

4    it, test seven, as being a firework?

5    A    I hesitate because there are legal definitions

6    for fireworks, and I don't know that this would fall

7    under that definition not being a legal expert.  I

8    would say that it's something I might enjoy watching

9    and appreciate the flame and the smoke from a safe

10    distance.

11    Q    Well, that's not emitting any real great sounds

12    other than a hiss, correct?

13    A    Yes, sir.

14    Q    And that's not emitting any color, is it not?

15    A    Not much.

16    Q    And it's not really emitting any sparkling

17    effects or anything of that sort, is it?

18    A    Not much.

19    Q    Would you call it a pyrotechnic composition?

20    A    Oh, yes, definitely.

21    Q    Are you aware of the definition of pyrotechnic

22    composition?

23    A    There are a number of definitions.  Do you have

24    a particular one?

25    Q    The one in the Federal Register?  Do you know

1   that one?

2   A    Okay, yes, I haven't read that one.

3   Q    Would you agree with me, sir, that you don't

4   have --

5        MR. ALLEN:  Objection, Your Honor.  Same as the

6   previous one at side bar.

7        THE COURT:  I don't know what the question is,

8   Mr. Allen, so we're going to have to wait until we

9   have a question.

10       MR. ALLEN:  I jumped the gun, Your Honor.  I

11  apologize.

12       THE COURT:  What's your question, Mr. Hoffer?

13  BY MR. HOFFER:

14  Q    My question was simply would the witness agree

15  with me, Mr. Yawn, that there was no distinct or

16  substantial sound, lights, colors coming out of that

17  test such as you would see in a firework that we see

18  on 4th of July, isn't that right?

19  A    Well, it's hard, not remembering which test that

20  was.  Some of them did produce substantial smoke and

21  flame and sparks.  That one may not have.

22  Q    Do you recall test eight where it sort of burned

23  initially, the first one where the tube burned and

24  then jumped, I think you characterized it about, 20

25  inches horizontally?

```
1    A    Yes.

2    Q    That one didn't fly up in the air.  It just

3    moved along the tin, right?

4    A    Correct.

5    Q    And would you characterize that as a firework?

6    A    It uses fire.  It does work.  I guess I could

7    characterize it as a firework, but that's using my

8    only very loose definition.

9    Q    Test number nine, device test number nine.  I

10   think, again, you used the wrong type of PVC pipe

11   that was not the type in Government's 4 A or 5 A or 6

12   A.  Do you remember that?

13   A    That's correct.

14   Q    I don't believe that one flew in the air either,

15   did it?

16   A    Did not do no much.

17   Q    Again, same question:  Would you call that a

18   firework?

19   A    Good question.  It did make fire, but it didn't

20   do much work.

21   Q    Would you call it a rocket?

22   A    I could call it an attempted rocket, but I'm

23   stretching there.

24   Q    Okay.  Test number eleven was again one of those

25   horizontal -- moved horizontally in an uncontrolled
```

1    manner, you described it.  Do you remember that?

2    A    Yes, sir.

3    Q    You wouldn't say that was a firework either,

4    would you?

5    A    Some rocket motors are classified as fireworks.

6    Q    And they are so classified because of what?

7    A    Well, they emit fire and they do work, according

8    to my crude definition.

9    Q    Now, could I ask you, sir, if you remember --

10   you might remember this.  The generous D example we

11   watched a little bit ago.  I think it was number

12   twelve.  You said you would give it a generous D.

13   A    Yes, yes, indeed.

14   Q    That one only flew a couple of feet into the air

15   and then came right back down, do you remember that?

16   A    Yes.

17   Q    And I think you had it set up on a stick, right?

18   A    Yes, sir.

19   Q    And the stick is important because the stick

20   sort of stabilizes the device --

21   A    That is correct.

22   Q    -- when you light it?

23   A    Yes, sir.

24   Q    And the stick also keeps it pointing vertically

25   upward?

1    A    Yes, sir.

2    Q    If you don't have a stick in that kind of

3    circumstance, sir, and you just stick it on the

4    ground -- I mean, put it on the ground facing

5    upwards, you're not going to get the assistance --

6    you're not going to have that aerodynamic boost

7    that's going to help it fly, will you?

8    A    You won't have stability, and, therefore, can't

9    predict where it would go.

10   Q    Aside from your static test where it was planted

11   in place?

12   A    Yes, sir.

13   Q    On any of those exams you did or simulation

14   tests you did, a situation where you merely put the

15   created pipe that you replicated carefully, just had

16   it placed on the ground facing up vertically and lit

17   it?  Did you ever do that?

18   A    Meaning, just the device by itself?

19   Q    Just by itself.

20   A    Where it faced up to give it a chance to fly?

21   Q    Right.

22   A    No, sir, I didn't do that.

23   Q    And you didn't do that because it wasn't going

24   to fly in that circumstance, was it?

25   A    I don't know that it wouldn't.  I would have to

```
 1    test it and see.

 2    Q    But you never did such a test, did you?

 3    A    I never did that test, no.

 4    Q    Device test thirteen was the same thing.  You

 5    used the stick to give it that support as well,

 6    correct?

 7    A    Yes, indeed.

 8    Q    And device fourteen, that's the last one I think

 9    we watched.  That one did fly some height and some

10    distance down range, correct, sir?

11    A    It did.

12    Q    Again, that was propped on one of these sticks?

13    A    Indeed.

14    Q    And do you remember what the mixture was in that

15    one?

16    A    I think it was 70 percent potassium nitrate and

17    30 percent sugar.

18    Q    Would you call that one a firework?

19    A    If you're putting these devices in the class of

20    firework rockets then I would.

21    Q    Well, was there any lights or sound or color

22    from that one, do you remember?

23    A    Not a huge amount.  There was a whooshy (ph)

24    sound.  It did make a noise.  It produced a generous

25    amount of smoke.
```

1   Q    Well, when these things are initiated in the

2   various ratios, when they create gas or smoke, they

3   all pretty much make some sort of a sound, do they

4   not?

5   A    Yes.

6   Q    And that's that hissing or whooshing sound you

7   got?

8   A    Yes, sir.

9   Q    And we heard that in these videos, correct?

10  A    Yes, sir.

11  Q    If you took -- well, you have experience with

12  some of these makeshift model or homemade rockets, if

13  you will?

14  A    Yes, sir.

15  Q    You mentioned you could add fins to the bottom

16  of the tube and a nose cone to help it and that gives

17  it more aerodynamic ability to fly in a straight path

18  and not wobble around and maybe tumble, correct?

19  A    That's correct.

20  Q    You could also -- you are familiar, are you not,

21  with the fact that you could turn that kind of a

22  hobby into something, you know, more deadly or more

23  dangerous, can you not?

24  A    It could be done, yes, sir.

25       MR. ALLEN:  Objection, relevance.

```
 1          THE COURT:  Overruled.
 2   BY MR. HOFFER:
 3   Q    Are you familiar with people who use devices
 4   such as that in that manner?
 5   A    I've seen news reports of such things, yes, sir.
 6   Q    You're familiar in the Middle East there are
 7   things called Qassam rockets that are --
 8          MR. ALLEN:  Objection, relevance.
 9          THE COURT:  You want to be heard on that?
10          MR. ALLEN:  Yes, please.
11          THE COURT:  Mr. Hoffer?
12          MR. HOFFER:  Yes, I certainly would, Your Honor.
13          THE COURT:  Well, you certainly will be.  Step
14   up to side bar.
15          (At side bar, on the record.)
16          MR. ALLEN:  Relevance and 403, Your Honor.
17   There's no Qassam rockets involved in this case.  The
18   Government is not even alleging that these PVC pipes
19   were used for any purpose other than sticking them in
20   a gas can.
21          THE COURT:  And your response is?
22          MR. HOFFER:  This man has offered to give his
23   lay opinions about these rockets and rocket motors.
24   He has in his own website talked about the lethal or
25   deadly uses that can be made of them.  I'm probing
```

1    that because he knows about that.

2        THE COURT:  He offered on Direct evidence as to

3    matters within his direct perception, including what

4    he did and what the results were.  Now, what else did

5    he testify -- how do you link what he testified to on

6    Direct with questions about middle eastern rockets?

7        MR. HOFFER:  Because, Your Honor, in his on

8    websites he discusses how the rockets that he is

9    building and teaching folks about can be used for the

10   wrong purposes.  Of course, he discourages that,

11   doesn't want anybody to do that.

12       I'm not claiming or pretending that he insights

13   people to do wrong things, but he certainly has the

14   knowledge and the capabilities of these devices to be

15   turned in the wrong way, which I would submit is

16   perhaps what we have here as well.  With a little

17   more work, a little more effort, you could turn it

18   into something not a hobby but something more deadly.

19       THE COURT:  Mr. Hoffer, I know you're fighting

20   me on this.  You objected to his testimony under 702

21   as an expert witness.  I agreed with you entirely

22   that he was not an expert witness.  It's not even

23   contestable .  He wasn't allowed to give 701 lay

24   testimony.  I explained emphatically to Mr. Allen

25   that he was not to pose hypothetical questions, that

1    he was to restrict the testimony of the witness on

2    Direct to his direct sense perceptions of these

3    exercises through which he went in an area in which

4    he has some interest and about which he's testified.

5         Now, on Cross-Examination you're asking him

6    based on no established predicate of knowledge or

7    otherwise, and unrelated to any direct perception

8    that he made within the definition of 701, and about

9    which he testified on Direct Examination what his

10   opinion is with respect to hypothetical uses of

11   either the device or the substances that are involved

12   in the case to explain that set of -- to explain that

13   is to resolve it.  Sustained.

14        (End of side bar discussion.)

15   BY MR. HOFFER:

16   Q    Mr. Yawn, just a few other things.  We've been

17   talking about your understanding of what's a

18   firework.  Usually fireworks require, do they not, an

19   addition of something to the propellant to make them

20   what we all know as a firework?  Isn't that right?

21        MR. ALLEN:  Your Honor, objection.  Same

22   grounds, including scope.

23        THE COURT:  Sustained.

24        MR. HOFFER:  If I could have a second, Your

25   Honor?

1          THE COURT:  You may.

2              (Pause.)

3     BY MR. HOFFER:

4     Q    The chuffing -- I think that's the word you

5     used.  The chuffing or coughing, if you will, of some

6     of these mixtures --

7     A    Yes, sir.

8     Q    -- was that because the mixtures are bad

9     themselves.  Is that why?

10    A    In my experience, it's a combination of the

11    wrong propellant and the wrong motor design.  One can

12    design a motor to eliminate chuffing by creating a

13    much more aggressive burning grain design.

14    Q    Also, the best -- well, following up, I guess,

15    the best ratio or mixture of the ones you tested was

16    the 70-30, wasn't it?

17    A    In these particular tests that was the one that

18    seemed most effective.

19    Q    That wasn't with the Karo; that was with the

20    powdered sugar?

21    A    Just powdered sugar with a dry potassium

22    nitrate.

23    Q    Was that because they mix better in that form

24    and there's less moisture to them?

25    A    Wait.  Did I say Karo syrup?  Powdered sugar.

1    Q    Powdered sugar, yeah.

2    A    There'd be no moisture in that mixture.  Just a

3    dry powdered sugar and a dried potassium nitrate

4    ground real fine and mixed together.  I believe that

5    worked best because of the faster burn rate of the

6    propellant that has a higher proportion of oxidizer

7    in it, more potassium nitrate.

8    Q    What I meant to ask you -- I guess it was

9    confusing.  That worked better with the powdered

10    sugar because it's dry materials, isn't that part of

11    the reason?

12    A    That wouldn't be my first assumption.  I'd need

13    to do testing to be real sure.  My guess on that is

14    that when you have a dry compress mix, the particles

15    come loose as it begins to burn, and so the grain

16    kind of comes apart as it's burning.  So when you

17    have dry compressed mixtures, they tend to burn much

18    faster than the real solid mixtures made by

19    recrystallization or by melting.

20    Now, there's more power available in the melted

21    and recrystallized mixtures, but you get the power

22    more quickly from the powdered mixtures.

23    Q    Also, what you had in some of those tests

24    depicted in the video were you either here on the

25    stand or in the audio portion made reference to, oh,

 1    there's some color or light there.

 2    A    Yes, sir.

 3    Q    That was mostly because of -- mostly those were

 4    Karo syrup mixtures, weren't they?

 5    A    Well, all of these give off some amount of color

 6    and light.  You get different colors for different

 7    reasons.  Potassium burns with purple-ish/blue color.

 8    That can add a little attractive hue.  The carbons

 9    burn with a yellow and orange color.  Sometimes you

10    get potassium nitrate that has a little bit of sodium

11    nitrate in it and that burns with a very bright

12    yellow color.  So often you can get entertaining

13    colors from these mixtures just when they burn.  But

14    I don't think it showed up terribly well on the

15    video.

16    Q    Sure.  But do you recall the ones where I think

17    there was some change in color from a light color or

18    a whitish color to a yellow color as the thing was

19    burning?

20    A    In the --

21    Q    Some of your device tests?

22    A    The device tests?

23    Q    Maybe just the initial tests without the static

24    platform and all that.  Do you remember any of those?

25    A    Well, in one of the tests where the device

1      popped out the clay plug fairly early, it burned with

2      a fairly intense purple-ish flame for a few seconds.

3      Then after the nozzle had left, it burned with a much

4      larger reddish-yellow flame.  I'm not sure that's the

5      one you're talking about.

6      Q    I was going to ask you if you thought that we

7      observed that that was more because there was Karo

8      syrup involved than anything else?

9      A    I don't think so.  Again, I'm not certain about

10      that.  That wouldn't be my first guess.

11      Q    Well, you also said something on Direct

12      Examination in response, I think, to Mr. Allen that

13      you said you could burst the casing that you have the

14      potassium nitrate mixture and sugar mixture in --

15      A    Yes.

16      Q    -- with over pressure?

17      A    Pressure, yes.

18      Q    What did you mean by that?

19      A    Well, a rocket motor operates from pressure.

20      And proper design must take into account the amount

21      of pressure a given propellant and grain

22      configuration will develop in relation to the

23      strength and temperature resistance of the casing

24      itself.

25          If you make a rocket motor with a marginal

1    design, if there is anything wrong with the

2    propellant or the grain, it can produce more pressure

3    than expected and burst the casing.

4    Q    Okay.  And when that happens, you get that

5    shockwave and you get pieces flying around, correct?

6    A    Yes, sir.

7    Q    And that can be pretty dangerous.  You don't

8    want to be near that, is that right?

9    A    Be close, no, sir.

10   Q    By the way, in doing your testing, did you ever

11   contact or have any conversation with a Ron Kelly

12   from the FBI laboratory?

13   A    Not conversation.  But I believe I saw some of

14   his reports here.

15   Q    That's your only contact with Mr. Kelly,

16   correct?

17   A    Yes, sir.

18   Q    Did you have contact or conversation with a

19   Richard Stryker, also from the FBI?

20   A    Same thing.  No conversation, but saw his name

21   in the reports.

22   Q    Read his reports.  Speaking of reports, sir, did

23   you prepare any reports in connection with the

24   testing you did?

25   A    I don't recall any written reports.  I prepared

1  this web page and the video.  I believe that's --

2  Q  Aside from that, I mean?

3  A  Other than informal correspondence was --

4  Q  Well, when you say "informal correspondence"?

5  A  Well, a few emails back and forth with Mr.

6  Allen's office.

7  Q  Oh, okay.  Is it difficult -- well, let me ask

8  you:  Are you familiar with how -- with this PVC pipe

9  tubing, that aside from kitty litter -- there are

10  other ways to cap it, I think you said, aside from

11  just kitty litter?

12  A  Yes, yes, indeed.

13  Q  Are there things you can commercially buy to

14  your knowledge that you can use to cap PVC pipe like

15  that?

16  A  Oh, yes.  There are PVC pipe caps, end caps.

17  Q  How easily obtainable are they?

18  A  Very.  Any building supply will carry them.

19      MR. HOFFER:  If I could have just one more

20  minute, Your Honor?

21      THE COURT:  Yes, sir.

22      (Pause.)

23      MR. HOFFER:  Thank you, Your Honor.  I have no

24  further questions of this witness at this time.

25      THE COURT:  Thank you, Mr. Hoffer.

1        MR. ALLEN:  Very brief, Your Honor.

2        THE COURT:  Mr. Allen, you're recognized briefly

3    for Redirect Examination, being mindful of the issues

4    of scope.

5        MR. ALLEN:  Yes, sir.

6                    REDIRECT EXAMINATION

7    BY MR. ALLEN:

8    Q    Mr. Yawn -- I'm so used to calling you by your

9    first name.  It took you a lot of hours to do all

10   that testing and video graphy, did it not?

11   A    Yes, sir.

12   Q    And Mr. Hoffer asked you how much I was paying

13   you and you said nothing other than hotel and gas?

14   A    Yes.

15   Q    Why would you do all of that work and come in

16   here and testify for nothing?

17   A    That's what I do.

18   Q    What do you mean?

19   A    Some things you do for money, some things you do

20   for love.  This is one of those.  I'm honored and

21   excited.  It's an opportunity for me to learn at many

22   different levels.  I am a learning creature.  When I

23   stop learning, I start dying.

24        That's one of the things I love about rocketry.

25   It helps me learn the science and the math and all

1    the stuff I didn't get in college.  Just to learn it

2    in different ways.  And to bring it to a forum like

3    this has just been an incredible experience for me.

4         MR. ALLEN:  Thank you.

5         THE COURT:  All right.  Mr. Yawn, you may step

6    down and you are excused with our thanks.

7         THE WITNESS:  Thank you, sir.

8         (End of excerpt of proceedings.)

9

10              C E R T I F I C A T E

11        I, Kerry Mercade, certify that the foregoing is

12   a correct transcript from the record of proceedings

13   in the above-entitled matter.

14                              S/Kerry Mercade

15                              Kerry Mercade
                                Court Reporter
16

17

18

19

20

21

22

23

24

25