Ahmed abd Ellatif Sherif Mohamed
Reg. No. : 15682-171
Low Security Correctional Institution - Allenwood
P.O. Box 1000
White Deer, PA 17887

June 3, 2020

U.S.D.J. Merryday
Middle District of Florida
Sam M. Gibbons United States Courthouse
801 North Florida Avenue - 2nd Floor
Tampa, FL 33602

RE: United States v. Mohamed
8:07-CR-342-T-23map
Motion for Compassionate Release

Judge Merryday:

By this communication and the materials enclosed herewith, I seek to move the Court, pro se, for Compassionate Release pursuant to 18 U.S.C. §3582(c)(1)(A)(i), as amended by the First Step Act, and the criteria set forth in U.S.S.G. §1B1.13.

I have exhausted my administrative remedies by petitioning the Bureau of Prisons (BOP) through the ①



Warden of my present facility - Low Security Correctional Institution - Allenwood (LSCI-Allenwood), and was rejected on May 6, 2020. I attempted to provide a copy of my petition to the Warden and his rejection, however due to a national "lock down" due to the riots and unrest in many cities, the BOP has not allowed me to copy the administrative petition and print it off the BOP's TRULINCS Electronic System. Moreover, LSCI-Allenwood has informed me that they cannot provide a copy of my medical records for your review, that would prove beyond the shadow of a doubt that I suffer from diabetes and multiple gallbladder polyps with elevated liver enzymes - a condition that the Center for Disease Control (CDC) has publicly stated places me in a high risk category for COVID-19 infection and harm.

②

Attached herewith as EXHIBIT "A" to the Memorandum of Law is a letter from the Warden of LSCI-Allenwood, announcing and confirming the "National Lockdown", though it was intended that I would include the BOP Administrative Petition and Denial from the Warden and my BOP medical records from LSCI-Allenwood along herewith. This is impossible due to the constraints placed upon me by the BOP and LSCI-Allenwood, and I did not want to delay this application due to the serious, significant and potentially life-threatening nature of the COVID-19 pandemic.

I ask the Court to entertain this application in an expedited manner due to the risks involved and to allow me to supplement the Court with the above-mentioned materials once this "National Lockdown"

③

has ended and I am permitted to transmit them to the Court. The Government already has access to both the Administrative Petition for Compassionate Release denied by the Warden of LSCI-Allenwood as well as my BOP medical records, as the BOP is an administrative agency under the Control of the United States Attorney General and it is the actions and policy of the Government that make it impossible for me to produce said documents for the Court's instant review.

I respectfully request that the Court should grant my application and reduce my sentence to time served based on extraordinary and compelling reasons of the risk posed by COVID-19. Additionally, I would beg the Court's pardon for submitting a hand-written

(4)

letter and Memorandum of Law, but due to the "National Lockdown", I have no access to anything outside of my Housing Unit, including the typewriters and photocopiers contained in this facility's Education Department.

As such, I remain,

Very truly yours,

AHMED ABD ELLATIF SHERIF MOHAMED
Defendant, Pro Se

Encl. Memorandum of Law with Exhibits

5