AHMED ABD ELLATIF SHERIF MOHAMED
REG. NO.: 15682-171
LOW SECURITY CORRECTIONAL INSTITUTION - ALLENWOOD
PO BOX 1000
WHITE DEER, PA 17887

June 10, 2020

Judge Merryday, U.S.D.J.
Sam M. Gibbons United States Courthouse
801 North Florida Avenue
2nd Floor
Tampa, FL 33602

RE: United States v. Ahmed Abd ELLATIF Sherif Mohamed
8:07-CR-342-T-23MAP

Judge Merryday:

As referenced in the cover letter to my pending

application for compassionate release, please find enclosed my

administrative request to the Warden of LSCI-Allenwood requesting

compassionate release and the Warden's denial, which I was

just able to print.

Regards,

AHMED ABD ELLATIF SHERIF MOHAMED

Encl.: Administrative Request to BOP Warden

## TRULINCS 15682171 - SHERIF MOHAMED, AHMED ABDE - Unit: ALF-G-B

--------------------------------------------------------------------------------

FROM: LSCI Warden
TO: 15682171
SUBJECT: RE:***Inmate to Staff Message***
DATE: 05/06/2020 11:37:03 AM


Currently, Section 12003(b)(2) of the Coronavirus Aid, Relief, and
Economic Security Act ("CARES Act") grants discretion to the Bureau of
Prisons (BOP) to place inmates on home confinement under 18 U.S.C. §
3624(c)(2). The BOP's discretion is guided by criteria listed in
memoranda from the Attorney General.
 After a comprehensive review of your circumstances, in accordance with
the Attorney General's criteria, you are not eligible for home
confinement placement. Your primary offense is Terrorism.

>>> ~^!"SHERIF MOHAMED, ~^!AHMED ABDELLAT" <15682171@inmatemessage.com>
5/2/2020 6:49 PM >>>
To: Warden White
Inmate Work Assignment: ccs-sh3

i am Requesting that i be immediately be processed for transfer to home
confinement and then immediately be transfered to home confinemet under
both the "cares act " and "the directive of u.s. Attorney general
william barr" as set forth in his April 3rd, 2020 memorandum to Michael
carvajal, the director of the federal bureau of prisons.
My unit team gave me the calculation sheet saying that the gct release
date is August 4th, 2020. I am diabetic, but even more, i suffer from a
pre-cancer condition of Gall bladder polyps. i saw the visiting surgeon
of this facility who told me the risk of transformation to cancer and he
wanted me to have it removed.
All documents of my condition are available with me and i can show it
to staff any time wanted. The medical records of me being diabetic for a
quite while is also available in my medical records.
My release plan is to be in the following address in the house of a
white lady friend who has been supporting me throughout the years.

"Melva underbakke
p.o box 583
Decorah, la, 52101"
i have about 75 days left until the quarantine monitor before release,
ALLAH willing.
i know i have a terrorism case, but i have served more than 95% of the
sentence time, and i have 2 of the risk factor conditions related to the
covid-19, diabetes and precancer. Please be considerate to my situation
and accept my request.
Ahmed Sherif