UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO. 8:07-cr-342-T-23MAP

AHMED ABDELATIF SHERIF MOHAMED
_____/

## **ORDER**

Ahmed Abdelatif Sherif Mohamed, a 38-year-old citizen of Egypt, serves a 180-month term of imprisonment at Allenwood Low FCI for providing material support to terrorists. The BOP website projects his release on August 4, 2020.

The defendant moves (Doc. 479, 481, 484) for compassionate release and states, among other things, (1) that he suffers from diabetes and gall bladder polyps which "put him at very high risk from Covid-19"; (2) that he submitted to the Warden a request for compassionate release that was denied on May 6, 2020;[*] (3) that he is fearful of contracting the Covid 19 virus; (4) that he has "never been

---

[*] The defendant's May 2, 2020 request to the warden seeks "home confinement" under the CARES Act rather than compassionate release under 18 U.S.C. §3582(c)(1)(A)(i). The warden's May 6, 2020 denial explains that:

> Section 12003(b)(2) of the Coronavirus Aid, Relief and Economic Security Act ("CARES Act") grants discretion to the Bureau of Prisons (BOP) to place inmates on home confinement under 18 U.S.C. § 3624(c)(2). The BOP's discretion is guided by criteria listed in memoranda from the Attorney General.
>
> After a comprehensive review of your circumstances, in accordance with the Attorney General's criteria, you are not eligible for home confinement placement. Your primary offense is Terrorism.

involved in violent acts or threats of violence"; (5) that his record while in custody was "excellent"; and (6) that when released he will not pose a danger to society.

For the reasons sufficiently explained in the United States' opposition (Doc. 482), the motion for compassionate release is **DENIED**.

ORDERED in Tampa, Florida, on July 6, 2020.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

- 2 -